IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02319

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

## NOTICE OF ERRATA

Plaintiff Jason Wright, by and through his counsel, Eric Maxfield, submits this Notice of Errata. Plaintiff's Complaint contains inadvertent non-substantive errors in numbering and in Plaintiff's counsel's email address in the signature line block. Numbered paragraphs 100 and 101 are not sequential with the previous paragraphs. Counsel's current email address is eric@ericmaxfieldlaw.com.

Respectfully Submitted,

*/s/ Eric Maxfield* .
Eric Maxfield
Eric Maxfield Law, LLC
3223 Arapahoe Ave., Suite 300
Boulder, CO 80303
Phone: (303) 502-7849
eric@ericmaxfieldlaw.com

Date: September 3, 2021

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Errata was provided to counsel for Defendant National Board of Medical Examiners on this 3rd day of September, 2021 by email to the following address:

Robert Burgoyne, Esq.
Perkins Coie, LLP

RBurgoyne@perkinscoie.com