**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD

Jason Wright ,

       Plaintiff,

v.

National Board of Medical Examiners,

       Defendant.

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I, Lindsey E. Dunn, of the law firm Perkins Coie LLP, hereby certify that I am a member in good standing of the bar of this Court, and I hereby enter my appearance as counsel for Defendant National Board of Medical Examiners in the above-captioned matter.

    DATED this 8th day of September, 2021.

                                  Respectfully submitted,

                                  **PERKINS COIE LLP**

                                  By: s/ *Lindsey E. Dunn*
                                      Lindsey E. Dunn, Bar No. 49547
                                      1900 Sixteenth Street, Suite 1400
                                      Denver, Colorado 80202-5255
                                      Telephone: 303.291.2300
                                      Facsimile: 303.291.2400
                                      LDunn@perkinscoie.com

                                  Attorneys for Defendant National Board of
                                  Medical Examiners

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Eric Maxfield
  Eric Maxfield Law, LLC
  3223 Araphaoe Avenue, #300
  Boulder, CO  80303
  Eric@ericmaxfieldlaw@yahoo.com

s/ *Lindsey E. Dunn*
Lindsey E. Dunn, Bar No. 49547
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400
LDunn@perkinscoie.com

Attorneys for Defendant National Board of Medical Examiners

-2-