**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD

Jason Wright ,

    Plaintiff,

v.

National Board of Medical Examiners,

    Defendant.

---

**DISCLOSURE STATEMENT
BY DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS**

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant National Board of Medical Examiners ("NBME") states that it is a non-profit organization with no parent corporation and no publicly-issued stock.

DATED this 8th day of September, 2021.

    Respectfully submitted,

    **PERKINS COIE LLP**

    By: s/ *Lindsey E. Dunn*
        Lindsey E. Dunn, Bar No. 49547
        1900 Sixteenth Street, Suite 1400
        Denver, Colorado 80202-5255
        Telephone: 303.291.2300
        Facsimile: 303.291.2400
        LDunn@perkinscoie.com

    Attorneys for Defendant National Board of Medical Examiners

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Eric Maxfield
  Eric Maxfield Law, LLC
  3223 Araphaoe Avenue, #300
  Boulder, CO  80303
  Eric@ericmaxfieldlaw@yahoo.com

s/ *Lindsey E. Dunn*
Lindsey E. Dunn, Bar No. 49547
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400
LDunn@perkinscoie.com

Attorneys for Defendant National Board of Medical Examiners