IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02319

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

## PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

    Plaintiff Jason Wright, by and through his counsel, Eric Maxfield, submits this Plaintiff's Emergency Motion for Preliminary Injunction under F.R.C.P. 65. Counsel for Mr. Wright conferred with counsel for Defendant National Board of Medical Examiners (NBME) and NBME opposes the Motion. In support of his Motion, Mr. Wright provides this motion, memorandum in support thereof, a declaration of Mr. Wright, and Exhibits.

1.     Plaintiff commenced a civil action (Complaint) on August 27, 2021 against the NBME for violations of the Americans with Disabilities Act (ADA), 42 U.S.C. §12101, et seq. The Complaint is incorporated by reference as if set forth fully herein.

2.     Plaintiff is requesting appropriate accommodations when taking the United States Medical Licensing Exam (USMLE) Step 3 Test on October 21 and 25, 2021 in Greenwood Village, Colorado, and thereafter in the event that he does not pass the test on that attempt.

3.     Plaintiff is a person with disabilities and is substantially limited in the major life activities of learning, reading, reading under time limits, concentrating, and timed-test taking, which are

activities necessary to take the USMLE Step 3 test under standard conditions.

4. Mr. Wright, through undersigned counsel, on March 29, 2021 requested testing accommodations on the USMLE Step 3 test.

5. The Defendant NBME denied the 3/29/21 request for testing accommodations on June 28, 2021.

6. Mr. Wright registered for the USMLE Step 3 test to be administered in Greenwood Village, Colorado on October 21 and 25, 2021.

7. Absent an Order from this Court, Mr. Wright will take the USMLE Step 3 test without accommodations.

8. If Mr. Wright does not receive appropriate accommodations on the USMLE Step 3 test, his exam results will not reflect his aptitude and achievement level as required by law.

9. Plaintiff Mr. Wright, pursuant to F.R.C.P. 65, respectfully moves this Honorable Court to grant a preliminary injunction requiring Defendant NBME to provide him with the appropriate testing accommodations of first, extended time and a half on all portions of testing; second, a separate quiet environment free from typical distractions of standard testing rooms on all sections of the USMLE Step 3 test, and three, additional, stop-the-clock or extended breaks during testing at the October 21, and 25, 2021 sitting and at any subsequent setting if Mr. Wright does not pass the exam at the October 21, and 25, 2021 sitting.

10. Mr. Wright must take the USMLE Step 3 test by November 9, 2021 in order to pass all USMLE tests within ten years of his first USMLE test as generally required by the Colorado Medical Board Rule for medical licensure. 3 CCR 713-17: 17.2(D)(1), (E), (F). If he does not pass the exam by that deadline he may apply to the Medical Board for an extension, which is subject to the Board's sole discretion, per its Rule 100, whether Mr. Wright demonstrates good

cause for exceeding the term. 3 CCR 713-17: 17.2(D)(1), (2).

11.     Mr. Wright must take the October 21, and 25, 2021 USMLE Step 3 test with appropriate test accommodations so that he may advance his medical career as a physician. Without appropriate test accommodations he will experience extreme prejudice and irreparable harm.

12.     There is no adequate relief available at law.

WHEREFORE, Mr. Wright requests that his Emergency Motion be granted and that the Court issue a preliminary injunction against Defendant NBME compelling NBME to provide appropriate testing accommodations to Mr. Wright to include: first, extended time and a half on all portions of testing; second, a separate quiet environment free from typical distractions of standard classroom on all sections of the USMLE Step 3 test, and three, additional, stop-the-clock or extended breaks during testing. The injunction should require the testing accommodations at the October 21, and 25, 2021 sitting and at any subsequent setting if Mr. Wright does not pass the exam at the October 21, and 25, 2021 sitting.

Respectfully Submitted,

*/s/ Eric Maxfield            .*
Eric Maxfield
Eric Maxfield Law, LLC
3223 Arapahoe Ave., Suite 300
Boulder, CO 80303
Phone: (303) 502-7849
eric@ericmaxfieldlaw.com

Date:  September 15, 2021

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1), combining this motion and the legal memorandum in support.

## CERTIFICATE OF SERVICE

I certify that a true copy of this Plaintiff's Emergency Motion for Preliminary Injunction was provided to counsel for Defendant National Board of Medical Examiners on this 15th day of September, 2021 by email to the following address:

Robert Burgoyne, Esq.
Lindsey Erin Dunn, Esq.
Perkins Coie, LLP

RBurgoyne@perkinscoie.com
LDunn@perkinscoie.com

*s/ Eric Maxfield*