## Declaration **EXHIBITS** List

1. Exhibit **A:** 2017 Psychoeducational Evaluation (Evaluation Dates: 9/28, 10/3, 10/5, & 10/12 /2017).
2. Exhibit **B:** 2020 Neuropsychological Evaluation (Evaluation Dates: 10/27, 10/29, & 11/4 /2020).
3. Exhibit **C:** DU, Disability Services Program, 2019-2020 Letter of Approved Accommodations (LOAAs).
4. Exhibit **D:** USDOJ, ADA Requirements, Testing Accommodations.
5. Exhibit **E:** SAT score reports (x4 attempts).
6. Exhibit **F:** ACT score reports (x2 attempts).
7. Exhibit **G:** MCAT score report (2005); MCAT scores (x2 attempts; 2004 and 2005) and GRE score (x1 attempt; 2006) as reported on AMCAS Application Report – 2008 Entering Class (report date of 11/01/2007).
8. Exhibit **H:** November 2011 – USMLE Step 1 score report (*first* attempt).
9. Exhibit **I:** NBME account screenshot, all USMLE attempts
10. Exhibit **J:** March 2013 – *USMLE Step 2CS score report* (*first* attempt).
11. Exhibit **K:** November 2013 – USMLE Step 2CK score report (*second* attempt).
12. Exhibit **L:** Ross University School of Medicine (RUSM) Transcript.
13. Exhibit **M:** Medical Student Performance Evaluation (MSPE).
14. Exhibit **N:** 2014 NRMP match letter – PGY-1.
15. Exhibit **O:** 2015 NSLIJ completion letter – PGY-1.
16. Exhibit **P:** 2016 NRMP match letter – PGY-2.
17. Exhibit **Q:** WSUSOM, PM&R Residency Program Termination Letter.
18. Exhibit **R:** 2018 USMLE Request for Testing Accommodations (initial request).
19. Exhibit **S:** 2019 NBME Denial of Testing Accommodations (initial denial of request).
20. Exhibit **T:** 2021 USMLE Request for Testing Accommodations (*second* request).
21. Exhibit **U:** 2021 NBME Denial of Testing Accommodations *second* denial of request).
22. Exhibit **V:** Subsidized loan debt (as of 03/15/2021).
23. Exhibit **W:** Unsubsidized loan debt (as of 03/15/2021).
24. Exhibit **AA**:  CU transcript, 2006-2008
25. *Exhibit AB***:** DU transcript, 2019-2020.
26. *Exhibit AC***:** April 2017 USMLE Step 3 score report (*first* attempt).
27. *Exhibit AD***:**  November 2017 – USMLE Step 3 score report (*second* attempt).
28. *Exhibit AE***:**  October 2019 – USMLE Step 3 score report (*third* attempt).