

## PSYCHOEDUCATIONAL EVALUATION

### CONFIDENTIAL

<u>Rediscloure prohibited by law without consent of the client or parent/guardian</u>

**Name:**  Wright, Jason                           **Age:** 40 years, 7 months
**Sex:** Male                                      **DOB:** 2/14/1977
**Ethnicity:** Biracial                            **Evaluation Dates:** Sep 28, Oct 3, 5, 12, 2017
**Examiner:** Terri Lucero, Ph.D.                  **Feedback Session:** October 31, 2017

**ASSESSMENT INSTRUMENTS:**

Clinical Interview with Jason Wright
**Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)**
**Wechsler Individual Achievement Test – Third Edition (WIAT-III)**
**Gray Oral Reading Test – 5th Edition (GORT-5)**
**Rey Auditory Verbal Learning Test (RAVLT)**
**Minnesota Multiphasic Personality Inventory – Second Edition Restructured Form**
         **(MMPI-2-RF)**
**Conners Adult ADHD Rating Scale – Self-Report: Long Version (CAARS-S:L)**
**Conners Adult ADHD Rating Scale – Observer: Long Version (CAARS-O:L), completed by**
         **Mr. Wright's mother, Helen Wright**

**REFERRAL INFORMATION AND HISTORY OF PRESENTING COMPLAINT:**

Mr. Wright is a forty-year-old, right handed, English-speaking, biracial (Caucasian/Black) male who was self-referred for psychoeducational evaluation. Mr. Wright is currently completing a medical residency in physical medication and rehabilitation at Wayne State University in Michigan. He was recently placed on unpaid leave from his residency due to his in ability to pass the USMLE Step 3 exam required of all medical residents. He indicated that he experienced a panic attack recently, related to studying for the exam, which led him to begin to research the pattern of symptoms and difficulties he has experienced to this point in his academic and career path. Mr. Wright described longstanding difficulties with standardized examinations, in addition to inconsistent academic performance, difficulties with retaining information he has read, and a general pattern of underachievement. He recently read some descriptions of dyslexia and felt that some of the symptoms accurately described his struggles.

Mr. Wright reports that, throughout his academic career, he has experienced significant academic struggles. He reports that he began to experience academic difficulties in middle school, but acknowledges that poor choices in peers and behaviors further complicated his academic performance. However, he notes that he has always had trouble with reading, particularly reading out loud, and with taking examinations. He has difficulty completing timed exams and has been unable to complete numerous exams within allotted time frames. He reported "always having to work harder" than peers at studying. He did not do well on the ACT in preparation for college entrance and took it multiple times to improve his score. He noted that he began to have significant academic challenges as an undergraduate, remaining on academic probation for much of college. He was unable to remain in good

standing at his first college, and was on academic probation. He subsequently transferred to a different college, noting that it took him seven years to complete his undergraduate degree.

Mr. Wright reported that it has always been his goal to become a physician, but his academic struggles and difficulties with standardized tests made getting into medical school difficult. His performance on the MCAT exam was not sufficient to gain acceptance into medical school immediately following his undergraduate degree, so he pursued a master's degree in public health. He noted that he completed all requirements of his MPH program, except for defending his master's thesis. He persisted in pursuing his goal of becoming a physician, re-took the MCAT, and ultimately attended medical school in the Caribbean. Since becoming a resident physician he has struggled with written portions of the USMLE Step examinations, while doing well on the practical skills portions of the exams.

 Mr. Wright also reported longstanding trouble with focus and concentration. He has difficulties with retaining information he reads and with completing examinations within allotted time frames. Mr. Wright indicated that he now also experiences difficulties with anxiety as well as struggles with reading (and comprehending quickly), and attention and focus during the testing have hindered his ability to effectively complete the examinations. He has also procrastinated on scheduling exams due to these difficulties.

**MEDICAL HISTORY:**

Mr. Wright reported that he reached all childhood developmental milestones within normal limits. He indicated that he frequently experienced migraine headaches throughout his childhood. As an adult, he experiences headaches only once in a while. He reported that he was prescribed glasses for reading in first grade, but he didn't wear them consistently. He realized in 2008 that his vision needed improvement and he began wearing glasses or contacts on a consistent basis. He noted that he has protruding discs at L4/L5 and L5/S1, and he suffers from radiculopathy (RLE). No other serious illnesses or injuries were reported.

Mr. Wright reported a history of depression and anxiety symptoms. His depressive symptoms have worsened following personal losses and/or traumatic experiences and have included sleep disturbance, weight loss, fatigue, crying spells, feelings of hopelessness, and passive suicidal ideation (with no intent or plans). There were no reported symptoms indicative of a history of mania or hypomanic episodes. He denied recent crying spells.  He denied any current suicidal ideation, intent, or plan. His appetite is stable. There was no indication of hallucinations or delusions and his thought processes appeared normal in form and content. Mr. Wright has previously attended individual psychotherapy sessions in 2008 and 2016. He denied any regular drug use. He drinks alcohol on a limited basis and did not report current excessive alcohol consumption. He did not report significant caffeine usage.

**MENTAL STATUS AND BEHAVIORAL OBSERVATIONS:**

Mr. Wright is a right-handed, English speaking, male of average height and weight.  He arrived early for each session and was dressed casually for the interview and testing sessions. He was alert and oriented to person, place, and time during the testing sessions. He was friendly and engaged in the process and seemed to put forth a strong effort towards all of the testing. There were times when he appeared anxious about his performance and he made negative comments at times (e.g., "I don't think I'm doing very well"). He was observed to close his eyes when concentrating on orally presented tasks. His speech was clear and coherent and he appeared to understand test instructions without the need for repetition. He wore glasses for all testing sessions.

**ABOUT THE WAIS-IV:**

Mr. Wright was administered 15 subtests from the Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV). The test is given to individuals ages 16-89 and is widely accepted as a measure of intellectual capacity.  This assessment measures ability across four areas of cognitive functioning and produces scores that show how well Mr. Wright performed in these areas, as well as producing a composite score that represents his overall intellectual ability. Mr. Wright's scores on this test were compared to a large group of individuals his age from across the United States. Each subtest produces a scaled score that can range from 1 to 19, with scores between 7 and 12 usually considered average. The subtest scaled scores contribute to index scores that represent Mr. Wright's performance in the four broad areas of cognitive ability. An index score can range from 40 to 160, with scores from 90 to 109 considered average.

A percentile rank (PR) is provided for each index score to show Mr. Wright's standing relative to other adults in the same age range in the WAIS-IV normative sample. If the percentile rank for Mr. Wright's Perceptual Reasoning Index score is 90, for example, it means that Mr. Wright performed as well as or better than approximately 90% of others his age.

The scores obtained on the WAIS-IV reflect Mr. Wright's true abilities combined with some degree of measurement error. His true score is more accurately represented by a confidence interval (CI), which is a range of scores within which the true score is likely to fall. Composite scores are reported with 95% confidence intervals to ensure greater accuracy when interpreting the test scores. For each composite score reported for Mr. Wright, there is 95% certainty that his true score falls within the listed range.

It is not uncommon for individuals to exhibit discrepancies across areas of performance. If the difference between two scores is statistically significant, the base rate (BR) of the discrepancy is examined to aid in interpretation. The BR provides a basis for estimating how rare, or clinically unusual, a particular score difference was among other individuals of similar ability in the WAIS-IV normative sample. In examining discrepancies, we look for whether a difference in scores is both statistically significant **and** clinically unusual (BR is lower than 10-15%, meaning the difference occurs infrequently). Discrepancies that are statistically significant are more concerning when they are also clinically unusual. For example, a base rate of 5% means that just 5% of people of similar ability level in the WAIS-IV normative sample obtained a difference of this magnitude or greater between those two scores. This is indicated in the report as BR=5.

Scores on the WAIS-IV can be influenced by motivation, attention, interests, and opportunities for learning. For these reasons, some scores might be slightly higher or lower if Mr. Wright was tested again at another time. It is therefore important to view these test scores as a snapshot of Mr. Wright's current level of intellectual functioning. When these scores are used as part of a comprehensive evaluation, they contribute to an understanding of his current strengths and any needs that can be addressed.

**WAIS-IV RESULTS:**

*Verbal Abilities:*

The Verbal Comprehension Index (VCI) on the WAIS-IV is a measure of Mr. Wright's ability to reason with previously learned information acquired from formal and informal educational opportunities and exposure to mainstream culture. Mr. Wright's performance on verbal reasoning tasks was an exceptional strength and was in the Average range and better than 70% of his same age peers (VCI = 108).

However, there was significant variability among his performance on the verbal reasoning subtests and this index appears to be an underestimate of his true verbal abilities.

The VCI is derived from three subtests: Similarities, Vocabulary, and Information. Mr. Wright's ability to deduce common abstract concepts when provided with names of two objects or ideas was in the average range and better than approximately 50% of his peers (Similarities). He seemed to struggle to make connections between items that were "opposites" but conceptually similar (e.g. "How are a low and prevent alike."). He appeared to get "stuck" on his observation that the items/words were "opposites." His knowledge of word meanings as measured by his ability to give definitions of words was above average and better than approximately 84% of peers (Vocabulary). His fund of general information was in the high average range and better than approximately 75% (Information). One supplemental verbal subtest was administered to gain a broader understanding of his verbal reasoning. Mr. Wright's ability to answer questions requiring social reasoning and judgment was exceptionally well developed and was better than 95% of his peers (Comprehension).

*Nonverbal/Visual Spatial Abilities:*

The Perceptual Reasoning Index (PRI) is designed to measure fluid reasoning in the visual-motor and spatial domain with tasks that assess nonverbal concept formation, visual perception and organization, simultaneous processing, visual-motor coordination and integration, and the ability to separate figure and ground in visual stimuli.  Mr. Wright's overall nonverbal reasoning abilities as measured by the PRI are in the High Average range and stronger than approximately 90% of his peers (PRI = 119). There was some variability across the different subtests within this domain, which suggests his abilities are not evenly developed. Additionally, Mr. Wright performed exceptionally well on two supplemental Perceptual Reasoning subtests, which were not factored into his PRI score. As such, the PRI is likely an underestimate of the true scope of his nonverbal logical reasoning abilities.

Mr. Wright's ability to visually analyze and construct designs with blocks based on graphic representations was well developed and better than 91% of his peers (Block Design). His abstract visual reasoning and problem solving, as measured by his ability to view visually presented options and choose the one that best completes a visual matrix, was in the high average range and better than 75% of peers (Matrix Reasoning). Another task measured Mr. Wright's ability to analyze and synthesize abstract information by viewing a completed puzzle and choosing three response options that would combine to reconstruct the puzzle. His score on this was well above average and better than about 91% of peers (Visual Puzzles). A supplemental subtest not used in the calculation of the PRI subtest measured Mr. Wright's ability to apply the quantitative concept of equality and apply the concepts of matching, addition, and/or multiplication to identify the correct response. This subtest revealed that his quantitative reasoning using inductive or deductive logic was very well developed and better than 95% of peers (Figure Weights). On another supplemental task, his ability to make visual judgments about the most important missing detail in each of a series of drawings was exceptionally strong and better than 98% of his peers (Picture Completion).

*Working Memory:*

Attention skills are critical to learning, memory, and complex cognitive skills. Whenever Mr. Wright temporarily holds new verbal information (e.g. words, sentences, ideas, or numbers) while he works with it, he is using his auditory working memory. These auditory working memory skills are needed for understanding directions, solving a verbal problem, keeping in mind what he wants to say next in a conversation, solving math problems, and so on.  In day to day functioning, his skills in auditory working

Name: WRIGHT, JASON                                                                                    Page 5

memory will help him achieve success on various tasks that involve selecting, comparing, organizing and processing verbally presented information. Mr. Wright's overall ability to sustain attention, concentrate, and exert mental control was in the Superior range and better than approximately 93% of his peers overall (Working Memory Index = 122). Mr. Wright closed his eyes to concentrate during the working memory subtests.

On a task that required Mr. Wright to hold verbally presented number sequences in his mind as well as manipulate the number sequences by repeating them backwards and also sequencing them, his performance was extremely strong and better than approximately 95% of his peers (Digit Span). He was able to repeat seven digits forward and eight digits backward and to sequence eight digits. His ability to mentally solve a series of arithmetic problems was above average and better than approximately 84% of peers (Arithmetic). On a supplemental task, not factored into the WMI, that required Mr. Wright to mentally sequence an array of numbers and letters in forward order, numbers followed by letters, his performance was in the high average range and better than approximately 75% of his same aged peers (Letter-Number Sequencing).

*Processing Speed:*

Processing speed refers to the ease and speed by which Mr. Wright performs various cognitive tasks, especially quick scanning and discrimination of simple visual information. The time it takes for him to process visual symbols and information is an important component of his success on tasks involving visual processing abilities, such as reading comprehension. Mr. Wright's overall processing speed as represented by the WAIS-IV Processing Speed Index (PSI) was in the High Average range and better than approximately 87% of his peers (PSI = 117).

Mr. Wright's visual scanning ability as measured by a task requiring his to detect if either of two target symbols were embedded within the linear array of symbols was well developed and better than approximately 91% of peers (Symbol Search). His visual-motor processing speed as measured by his ability to rapidly code symbols to numbers from a given key was in the high average range and was better than approximately 75% of peers (Coding). On a supplemental processing speed task that required Mr. Wright to quickly distinguish the color and shape of visual stimuli and identify target shapes via manually marking through items, his performance was in the average range and better than about 37% of his peers (Cancellation). **Mr. Wright's performance on processing speed subtests progressively declined over the course of the 2.5-hour testing session. This indicates that the longer he has to sustain focus and attention, the slower his cognitive processing becomes.**

*Overall Cognitive Functioning:*

The Full Scale IQ (FSIQ) is generated from a combination of ten subtests scores and is considered the most representative estimate of global intellectual functioning. Mr. Wright's overall thinking and reasoning abilities as measured by his FSIQ exceed those of approximately 91% of individuals his age (FSIQ = 120, 95% confidence interval = 116-124). However, because there was significant intersubtest scatter (variability) noticeable among subtest scores and there are significant and unusual discrepancies among some of Mr. Wright's index scores, **the FSIQ should be interpreted with caution as it does not offer a meaningful representation of "overall" intellectual abilities**.

An alternate method for computing overall cognitive abilities called the General Ability Index (GAI), which is less influenced by working memory and processing speed, was also calculated and was in the High Average range and stronger than that of 84% of his peers (GAI=115; 95% confidence interval = 110-119). The five-point difference between his FSIQ and his GAI is a significant and unusual

discrepancy and indicates that his FSIQ was positively impacted by his strong performance on working memory and processing speed subtests. However, to fully understand Mr. Wright, we must consider the various areas of cognitive functioning separately.

## WAIS-IV SCORE SUMMARY:

### Verbal Comprehension Subtests Summary

| Subtest | Scaled Score | Percentile Rank |
| --- | --- | --- |
| Similarities | 10 | 50 |
| Vocabulary | 13 | 84 |
| Information | 12 | 75 |
| (Comprehension) | 15 | 95 |

### Perceptual Reasoning Subtests Summary

| Subtest | Scaled Score | Percentile Rank |
| --- | --- | --- |
| Block Design | 14 | 91 |
| Matrix Reasoning | 12 | 75 |
| Visual Puzzles | 14 | 91 |
| (Figure Weights) | 15 | 95 |
| (Picture Completion) | 16 | 98 |

### Working Memory Subtests Summary

| Subtest | Scaled Score | Percentile Rank |
| --- | --- | --- |
| Digit Span | 15 | 95 |
| Arithmetic | 13 | 84 |
| (Letter-Number Seq.) | 12 | 75 |

### Processing Speed Subtests Summary

| Subtest | Scaled Score | Percentile Rank |
| --- | --- | --- |
| Symbol Search | 14 | 91 |
| Coding | 12 | 75 |
| (Cancellation) | 9 | 37 |

Name: WRIGHT, JASON                                                                 Page 7

## Composite Score Summary

| Scale | | Composite Score | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|
| Verbal Comprehension | VCI | 108 | 70 | 102-113 | Average |
| Perceptual Reasoning | PRI | 119 | 90 | 112-124 | High Average |
| Working Memory | WMI | 122 | 93 | 114-127 | Superior |
| Processing Speed | PSI | 117 | 87 | 107-124 | High Average |
| Full Scale | FSIQ | 120 | 91 | 116-124 | Superior |
| General Ability | GAI | 115 | 84 | 110-119 | High Average |

## Subtest Scaled Score Profile



*Note.* The vertical bars represent the standard error of measurement (*SEM*).

Name: WRIGHT, JASON                                                                Page 8

## WIAT-III RESULTS:

Mr. Wright was administered a set of tests from the Wechsler Individual Achievement Test- Third Edition (WIAT-III), which measure various aspects of scholastic achievement. The WIAT-III is a standardized, individually administered and nationally normed clinical instrument designed to measure the achievement of individuals from Pre-kindergarten through adulthood. The WIAT-III consists of subtests used to evaluate listening, speaking, reading, writing, and mathematics skills. Age-based norms were used for scoring to ensure that comparisons to peers were relevant. Standard scores on this diagnostic battery have a mean of 100 and a standard deviation of 15.

### Oral Language

Overall, Mr. Wright's performance on the WIAT-III in the area of receptive (listening) and expressive (speaking) language skills were in the Average range and better than approximately 61% of his peers (Oral Language Composite=106). However, there was significant variability in his performance across the various subtests contributed to the calculation of his Oral Language score.

On one subtest, Mr. Wright was given a vocabulary word, shown four pictures, then had to pick the picture that matched the vocabulary word. His performance was in the average range and better than 39% of his same-age peers (Receptive Vocabulary). On another subtest where he was asked to make inferences about and remember details from one or more sentences presented via audio recording, Mr. Wright's performance was above average and better than approximately 79% of his peers (Oral Discourse Comprehension).

Mr. Wright's expressive vocabulary, evaluated by requiring him to look at pictures, listen to an oral definition, then name each concept presented, was in the average range and better than approximately 27% of his peers (Expressive Vocabulary). Another component of the same subtest required him to name things belonging to a given category (e.g. animals) within a time limit. This measure of his word retrieval skills and flexibility of thought processes was above average and better than approximately 87% of his peers (Oral Word Fluency). To assess expressive syntax (meaning) and memory for sentences, Mr. Wright was asked to listen to sentences of increasing length and repeat them back. He scored in the average range on this task, better than approximately 53% of peers (Sentence Repetition).

### Reading

Mr. Wright's achievement in the area of reading was assessed both silently and orally and with single words and words in context (sentences and paragraphs), as well as with measures of phonological processing skills which have been shown to be important for reading achievement. Overall, his reading skills were in the average range and better than about 70% of his peers (Total Reading Composite = 108). Mr. Wright's performance on subtests that assessed his proficiency in many of the subskills that may contribute to reading achievement was in the High Average range and better than 79% of his peers (Basic Reading Composite=112). While similar to other individuals his age, Mr. Wright's demonstrated reading abilities are weaker than would be anticipated given his cognitive abilities, as demonstrated on the WAIS-IV.

Mr. Wright's ability to read aloud single words of increasing difficulty was in the high average range and better than 79% of his peers (Word Reading). On a test that required him to decode single nonsense words, his score was also in the high average range and better than 77% of peers (Pseudoword Decoding). Taken together, these subtests indicate intact decoding abilities, commensurate with his cognitive abilities.

Mr. Wright's performance on a task that required him to read passages aloud under timed conditions was in the average range and better than 49% of peers (Oral Reading Fluency). His accuracy in reading passages aloud was above average and better than 87% of peers, while his rate of reading these passages aloud was in the average range and better than 50% of peers. Mr. Wright's ability to silently read grade-appropriate passages and answer open-ended comprehension questions by providing an oral response was average for individuals his age and better than about 68% of his peers (Reading Comprehension). However, it is important to note that Mr. Wright was unable to answer the questions about what he read without going back and re-reading the passage. This impacted the amount of time it took to complete the subtest and also suggests that his focus and energy while reading results in adequate decoding, but he does not comprehend information he reads while he is reading it initially.

*Writing*

The Written Expression composite measured Mr. Wright's ability to spell, construct sentences, and write an essay. His overall score was Superior and better than 93% of peers (Written Expression Composite = 122). On a written test of spelling, his performance was above average and better than 86% of individuals his age (Spelling). On a subtest requiring him to combine two sentences into one sentence that means the same thing he performed in the average range and better than 70% of peers (Sentence Combining). On another test requiring him to construct sentences containing a target word, his performance was above average and better than 86% of peers (Sentence Building).

The WIAT-III Essay Composition subtest measured spontaneous writing skills by requiring Mr. Wright to write an essay about his favorite game within a 10-minute time limit. He wrote a five-paragraph, 143-word essay and his overall performance was strong and better than 91% of same age peers. While his essay only provided minimum details, he did meet provide an appropriate introduction to the essay and a few details about the aspects of the game he enjoys, as well as a concluding statement.

*Mathematics*

Mr. Wright's performance on various subtests assessing his math abilities was in the High Average range and better than approximately 79% of his peers (Mathematics Composite Score =112). To assess mathematics reasoning and computation, he was administered a subtest that required him to view pictures and word problems and listen as each problem was read aloud to him. His performance was above average and better than approximately 82% of his peers (Math Problem Solving). On a written test of math calculation, assessing basic math computational skills and automaticity with basic math facts, he was asked to add and subtract single digit and multiple digit numbers, multiply single and multiple digit numbers and fractions, complete various division tasks, work with fractions, and demonstrate knowledge of algebra, and geometry. His performance was in the average range and better than 68% of peers (Numerical Operations). It is important to note that the primary difference between these two math subtests is that Math Problem Solving is administered using a combination of oral and written presentation of the problems, while Numerical Operations only uses written presentation of problems. Mr. Wright's performance was bolstered when problems were read aloud to him.

Mr. Wright's overall ability to quickly calculate simple math facts under timed conditions was in the average range and better than 34% of same age peers (Math Fluency). His performance on a math fluency task with addition problems was at the 23rd percentile. On the Math Fluency test for subtraction he performed at the 34th percentile and his performance was at the 50th percentile with multiplication problems. While his responses reflected a strong grasp of basic math facts, working under a time constraint negatively impacted his scores. His overall Math Fluency was significantly weaker than his overall cognitive abilities, as indicated by his WAIS-IV FSIQ.

## Total Achievement

Compared to same age peers, Mr. Wright's overall performance across the various achievement domains as indicated by his Total Achievement score was in the High Average range and better than approximately 79% of his same age peers (WIAT-III Total Achievement = 112; 95% confidence interval= 107-117). However, there was notable variability across his subtest scores as well as his composite scores, with subtest scores ranging from the 23rd percentile to the 98th percentile, and composite scores ranging from the 34th percentile to the 93rd percentile. His most significant personal weaknesses were in expressive and receptive vocabulary tasks, oral reading fluency, and math fluency. This suggests that his Total Achievement score should be interpreted with caution and each area of functioning should be examined separately.

## WIAT-III SCORE SUMMARY:

**Subtest Score Summary**

| Subtest | Standard Score | 95% Confidence Interval | Percentile Rank |
|---|---|---|---|
| Listening Comprehension | 104 | 93-115 | 61 |
| -Receptive Vocabulary | 96 | | 39 |
| -Oral Discourse Comprehension | 112 | | 79 |
| Reading Comprehension | 107 | 95-119 | 68 |
| Math Problem Solving | 114 | 106-122 | 82 |
| Sentence Composition | 113 | 105-121 | 81 |
| -Sentence Combining | 108 | | 70 |
| -Sentence Building | 116 | | 86 |
| Word Reading | 112 | 105-119 | 79 |
| Essay Composition | 120 | 109-131 | 91 |
| Pseudoword Decoding | 111 | 102-120 | 77 |
| Numerical Operations | 107 | 101-113 | 68 |
| Oral Expression | 103 | 93-113 | 58 |
| -Expressive Vocabulary | 91 | | 27 |
| -Oral Word Fluency | 117 | | 87 |
| -Sentence Repetition | 101 | | 53 |
| Oral Reading Fluency | 99 | 92-106 | 47 |
| Spelling | 116 | 110-122 | 86 |
| Math Fluency-Addition | 89 | 77-101 | 23 |
| Math Fluency-Subtraction | 94 | 85-103 | 34 |
| Math Fluency-Multiplication | 100 | 91-109 | 50 |

## Composite Score Summary

| Composite | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| Oral Language | 104 | 96-112 | 61 | Average |
| Total Reading | 108 | 103-113 | 70 | Average |
| Basic Reading | 112 | 106-118 | 79 | Average |
| Reading Comp. and Fluency | 104 | 95-113 | 61 | Average |
| Written Expression | 122 | 116-128 | 93 | Above Average |
| Mathematics | 112 | 107-117 | 79 | Average |
| Math Fluency | 94 | 87-101 | 34 | Average |
| Total Achievement | 112 | 108-116 | 79 | Average |

## ORAL READING

The Gray Oral Reading Tests – Fifth Edition (GORT-5) is an individually administered measure of oral reading ability, and provides results for oral reading rate, accuracy, fluency and comprehension. Individuals are instructed to read aloud separate stories and five comprehension questions follow each story. The test examines: Rate (time in seconds to read story aloud), Accuracy (number of words pronounced correctly), Fluency (combination of Rate and Accuracy), and Comprehension (number of questions answered correctly). ** It is important to note that the GORT-5 was normed only for individuals through the age of 23 years, 11 months. Mr. Wright is not within this age range. However, the test was administered to provide qualitative information on an area of reading in which he appears to struggle greatly. Thus, scaled scores and index scores were not calculated.

### GORT-5 Score Summary

| Measure | Age Equivalent | Grade Equivalent |
|---|---|---|
| Rate | 18-0 | 13.0 |
| Accuracy | 18-0 | 13.0 |
| Fluency | 18-0 | 13.0 |
| Comprehension | 16-0 | 10.4 |

Mr. Wright's ability to read aloud stories of increasing complexity was accurate, although he was noted to struggle with decoding some unfamiliar words. In contrast, questions assessing his comprehension, based on his ability to answer questions about the stories *without referring back to them*, revealed that he was often unable to adequately recall basic facts/content information after reading passages aloud. When compared with his strong overall cognitive abilities on the WISC-V, **his oral reading comprehension is significantly lower than expected**.

## VERBAL MEMORY

Mr. Wright's verbal memory measured by his ability to learn a list of fifteen words over five acquisition trials on the Rey Auditory Verbal Learning Test (RAVLT). On the first recall trial his performance fell at

the **8.5 percentile**, compared with same age peers. After 4 repetitions of the list, his recall dramatically improved and by the fifth repetition, he recalled all 15 words (97.4 percentile). His recall following the presentation of an interference word list remained excellent, with no evidence of an interference effect. His delayed recall was also quite strong, as was his delayed recognition. Mr. Wright's pattern of performance on the RAVLT indicates that he requires numerous repetitions of information before he is able to adequately encode and recall the information. Yet, once he does encode it he retains the information.

### RAVLT Score Summary

| Measure | Raw Score | Percentile |
| --- | --- | --- |
| Trial I | 4 | 8.5 |
| Trial V | 15 | 97.4 |
| Total I-V | 50 | 61.6 |
| Immediate Recall | 14 | 92.9 |
| Delayed Recall | 15 | 95.5 |
| Recognition | 15 | 85.9 |

## ADHD SYMPTOMS:

### Attention-Deficit Disorder Testing Results:

Mr. Wright completed a self-report checklist, the Conners' Adult ADHD Rating Scales-Self-Report: Long Version (CAARS), which addresses current concerns of Inattention/Memory Problems, Hyperactivity/Restlessness, Impulsivity/Emotional Lability, and Problems with Self-Concept. The CAARS also provides an overall ADHD Index of ADHD-related symptoms and several measures of symptoms as described in the DSM-IV. His CAARS-S:L scale results are as follows:

| Scale | Score | T-Score | Interpretation |
| --- | --- | --- | --- |
| Inattention/Memory Problems | 28 | 77 | Moderately atypical |
| Hyperactivity/Restlessness | 16 | 56 | Average |
| Impulsivity/Emotional Lability | 16 | 60 | Average |
| Problems with Self-Concept | 16 | 74 | Moderately atypical |
| DSM-IV Inattentive | 23 | 90 | Markedly atypical |
| DSM-IV Hyperactive-Impulsive | 10 | 55 | Average |
| DSM-IV Total ADHD | 33 | 76 | Moderately atypical |
| ADHD Index | 24 | 72 | Moderately atypical |

Mr. Wright's mother, Helen Wright, completed a CAARS Observer checklist. Her CAARS results are as follows.

| Scale | Score | T-Score | Interpretation |
| --- | --- | --- | --- |
| Inattention/Memory Problems | 15 | 55 | Average |
| Hyperactivity/Restlessness | 3 | 41 | Below average |
| Impulsivity/Emotional Lability | 5 | 43 | Below average |

| Problems with Self-Concept | 12 | 66 | Mildly atypical |
| DSM-IV Inattentive | 12 | 62 | Above average |
| DSM-IV Hyperactive-Impulsive | 1 | 40 | Below average |
| DSM-IV Total ADHD | 13 | 52 | Average |
| ADHD Index | 9 | 49 | Average |

These scores indicate that per Mr. Wright's report, he is currently experiencing significant problems with inattention and problems with his self-concept. He endorsed feelings of restlessness and marked difficulties with organization, becoming easily frustrated, interrupting others, becoming easily distracted, and having difficulty focusing during interpersonal interactions. Mr. Wright's report reached a clinical threshold on the DSM-IV symptom indexes (indices with questions specific to the symptoms of ADHD delineated in the Diagnostic and Statistical Manual). The ADHD Index, an overall measure of ADHD-related symptoms, was also in a clinically significant range. His mother's CAARS results indicate that she does not observe in Mr. Wright any significant issues associated with ADHD symptoms, but sees him as struggling with his self-concept. Taken together, these results indicate that Mr. Wright struggles with inattention and focus, but these issues have not been present since childhood and thus do not meet criteria for a formal ADHD diagnosis.

**EMOTIONAL FUNCTIONING:**

In order to assess the possible contributions of emotional and personality functioning on Mr. Wright's presenting symptoms, he was administered the MMPI-2-RF, which is a 338-item self-report measure of psychopathology and personality traits. Mr. Wright reported a larger than average number of symptoms rarely described by individuals with genuine, severe psychopathology, which can sometimes reflect an "over-reporting" style of test-taking, but may simply be an indicator of the intense level of distress experienced at the time of the test administration. This is consistent with Mr. Wright's clinical presentation of longstanding clinical symptoms and recent severe distress associated with having his medical residency in jeopardy. His MMPI-2-RF profile is considered valid.

Mr. Wright's profile reveals significant cognitive complaints, as well as emotional, thought, behavioral, and interpersonal struggles. He reported a diffuse pattern of cognitive difficulties, including memory problems and trouble concentrating, as well as a preoccupation with poor health. His pattern of responses is often associated with significant and pervasive emotional distress; specifically, a tendency toward being self-critical and guilt-prone. He reports feeling sad and unhappy, and being dissatisfied with his current life circumstances. He also reports that he feels useless, lacks self-confidence, tends to feel insecure and inferior, is prone to rumination, and can be self-disparaging. His responses suggest that he is indecisive, struggling greatly with making decisions and dealing effectively in crisis situations, and can struggle in dealing with small, inconsequential matters as well. In general, his responses reveal a lack of positive emotional experiences.

**SUMMARY AND IMPRESSIONS:**

Mr. Wright is a 40-year-old, right-handed, male who was self-referred for a comprehensive evaluation to better understand longstanding struggles with reading, attention, concentration, and test-taking. To assess for specific learning disabilities and other possible explanations for his symptoms, Mr. Wright was administered a comprehensive assessment consisting of a clinical interview, cognitive assessment with the WAIS-IV, achievement testing with the WIAT-III, measures of oral reading, verbal memory measures, self-report and observer-report ADHD questionnaires, and emotional/personality testing.

The WAIS-IV results appear to be a valid measure of Mr. Wright's intellectual abilities. Mr. Wright's overall cognitive functioning was found to be in the Superior range as indicated by his Full Scale IQ (FSIQ) score, which fell at the 91st percentile. However, his pattern of subtest scores revealed noticeable scatter, with scores ranging from the 37th percentile to the 98th percentile. Achievement testing utilizing the WIAT-III revealed that Mr. Wright's current academic achievement scores are all in the average range or higher when compared to same age peers, but there are significant weaknesses in his overall oral reading fluency and math fluency performances ("fluency" = rapid and accurate performance of reading and basic math) relative to his own well-developed cognitive abilities as measured by the WAIS-IV. In addition, he demonstrated personal weaknesses on both receptive and expressive vocabulary tasks. *A supplemental oral reading test revealed that Mr. Wright comprehension after one reading of a passage is significantly lower than expected given his accuracy in reading the passages, and in comparison with his cognitive abilities*. Verbal memory testing also indicated that it required four trials/exposures of an orally presented list for him to demonstrate adequate recall of the material. Emotional and personality testing revealed significant distress, indicative of longstanding struggles. He endorsed concerns about his cognitive and neurological functioning, unhappiness, and low self-confidence.

The score patterns observed on the current assessment indicates that Mr. Wright has a Specific Learning Disability, with impairment in reading comprehension. He also reports symptoms of inattention, which are likely secondary to his previously undiagnosed learning disability. His struggles with attention and concentration seem to have the most impact when he is engaged in activities involving reading or studying, which suggest that they are a result of his learning disability, rather than a primary ADHD.

In Twice Exceptional (2e) individuals, who are gifted and also have underlying learning impairments, their gifts and challenges often mask each other. Individuals like Mr. Wright can fall through the cracks of the traditional academic system and are not always seen as needing accommodations or interventions. These issues were likely not identified in childhood and remained unidentified for so many years because Mr. Wright has advanced cognitive abilities and a strong work ethic and motivation to succeed at his goal of becoming a physician, which have helped him to compensate and persist. Mr. Wright did note that he was always aware of significant effort it took to complete academic tasks, in comparison with peers. This also contributed to a poor self-concept and a tendency to view himself as "less than" other students or professionals in his field.

Twice-exceptional individuals like Mr. Wright require some accommodations in order to achieve to their potential. It is crucial that both giftedness and learning disabilities be recognized and addressed. He needs a plan for study/work that will nurture his talents and strengths while providing appropriate accommodations, instructions, and other services for treating learning weaknesses. Mr. Wright should seek study and continuing education options that will work well with his learning style and underlying challenges. He will benefit from approaches that includes a variety of stimuli, technology, and multiple sensory modes.  Video presentations and/or audio presentations accompanied by study notes/outlines will help him to better process and remember information without having to repeatedly read in order to commit information to memory.

**DSM-5 DIAGNOSIS:**

      **315.00  Specific Learning Disorder, with impairment in reading comprehension**

## RECOMMENDATIONS:

*Testing/Workplace Accommodations:* Specific Learning Disabilities and ADHD are covered conditions under the Americans with Disabilities Act, and individuals with these disorders are entitled to certain accommodations at work/school based on their needs. Mr. Wright's ability to effectively meet the requirement of taking and passing examinations required for completing his medical residency has been negatively impacted by the effects of his learning disability in particular, and associated anxiety symptoms. Mr. Wright would benefit from the following accommodations:

- Extended time (time-and-a-half to double time) on all exams/tests
- Use of text to speech. Due to his specific learning disability in reading comprehension, Mr. Wright would benefit greatly from having the ability to have all test items presented orally and visually, simultaneously, to increase his comprehension of each question on the initial reading.
- Test taking in a separate, quiet location to minimize distractions

*Tutoring/Coaching:*  Mr. Wright would benefit from working with an academic tutor/coach to assist him with developing better strategies for studying in preparation for required examinations, taking his learning disability into account. The current assessment revealed that he has significant difficulties with reading comprehension and that he requires several exposures to information before he is able to accurately recall it.

*Individual Psychotherapy:* Mr. Wright has struggled for many years with an undiagnosed learning disorder, which has taken a toll on his self-concept. He intermittently experiences depressive episodes and appears to have underlying anxiety symptoms associated with the examination requirements for successful completion of his residency, as well as future similar requirements in his field of medical practice. He would benefit from supportive psychotherapy to help him better understand the impact of his learning disability on his sense of identity and to focus on the unique strengths he has, which have helped him pursue his dreams.

*Suggestions for Visual Spatial Learning Style:* Mr. Wright demonstrates a cognitive profile that indicates that he may be primarily a Visual Spatial learner. Visual Spatial learners have unique learning styles and often do best with instruction/study methods that incorporate multisensory approaches. They tend to better remember what they see, rather than what they hear. They notice patterns everywhere and often are more focused on the process than on the steps that it takes to get there. They learn better when they are provided with the "Big Picture" first, before they are given the details. Visual spatial learners often have unique ways of organizing information (and belongings), are creative in their problem-solving approaches, and may have uneven performance across different academic subjects. Some examples of approaches that may be helpful are:

- Gather an overview or "big picture" of new units of information, before teaching the details.
- Make a mental picture of concepts.
- Frequent, liberal use of manipulatives and multisensory techniques.
- Incorporate the use of visualization, imagination, and creativity in study tasks
- Use graphic organizers and color in planning/studying
- Develop an emotional connection to the content of work, visual learners do better when they feel an emotional connection/meaning to the work they are doing

***Additional Strategies***: Below are some ideas for improving/minimizing the impact of his symptoms.

- Establish a daily routine – getting up and going to bed at the same times, setting times to eat, setting a time to exercise.
- Use an organizer, such as a calendar app that incorporates a "To Do" list with both visual and auditory reminders. Apps such as Todoist or Wunderlist can be helpful for tracking long-term and short-term goals. To be effective, use of these tools must be consistent.
- "Chunk" work time by taking periodic, short breaks from work (e.g. work for 30 minutes, break for 5 minutes).
- Breakdown large projects or work assignments in to smaller, more manageable pieces with interim deadlines.
- Practice mindfulness, relaxation, and/or meditation exercises on a daily basis. While it may be difficult initially to quiet the mind, over time these practices can help decrease distress, increase insight, and improve overall well-being.

**Resources:** Mr. Wright is encouraged to educate himself on the unique characteristics and needs of twice-exceptional individuals. Recommended resources are:

- Book: <u>Misdiagnosis and Dual Diagnosis of Gifted Children and Adults</u>, by James Webb, et al.
- Book: <u>The Smart but Scattered Guide to Success</u>, by Peg Dawson and Richard Guare
- 2e Newsletter – Website and monthly newsletter: <u>www.2enewsletter.com</u>

Thank you for the opportunity to assess Mr. Wright. Please do not hesitate to contact me should you have any questions or concerns regarding the results described in this report.

Terri Lucero, Ph.D.
Licensed Clinical Psychologist
Colorado License #2402
November 24, 2017



**P E A K**
Exceptional Services

*meaningful insights into exceptional minds*

## NEUROPSYCHOLOGICAL EVALUATION

### CONFIDENTIAL

Redisclosure prohibited by law without consent of the client or parent/guardian

**Name:** Wright, Jason
**Sex:** Male
**Ethnicity:** Biracial
**Examiner:** Terri Lucero, Ph.D.

**Age:** 43 years, 8 months
**DOB:** 2/14/1977
**Evaluation Dates:** 10/27, 10/29, & 11/4/2020
**Feedback Session:** 12/5/2020

### SOURCES OF INFORMATION:

*Clinical Interview with Jason Wright*
*Review of Mr. Wright's academic records, standardized testing results, and performance evaluations*
*from medical school/residency*
*Review of 2017 Evaluation, completed at this office*
*Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)*
*Wechsler Individual Achievement Test – Fourth Edition (WIAT-4)*
*Nelson-Denny Reading Test (NDRT), Form G*
*Repeatable Battery for the Assessment of Neuropsychological Status – Update (RBANS)*
*Beery-Buktenica Developmental Test of Visual-Motor Integration (Beery VMI)*
*Symptom Checklist 90 – Revised (SCL-90R)*
*Conners Adult ADHD Rating Scale – Self-Report: Long Version (CAARS-S:L)*
*Conners Adult ADHD Rating Scale – Observer: Long Version (CAARS-O:L), completed by*
*Mr. Wright's mother, Helen Wright*
*Behavior Rating Inventory of Executive Function – Adult Version (BRIEF-A) – Self-Report*
*Behavior Rating Inventory of Executive Function – Adult Version (BRIEF-A) –*
*Informant Report, completed by Helen Wright*
*Integrated Visual and Auditory Continuous Performance Test – 2nd Edition (IVA-2)*

### REFERRAL INFORMATION AND HISTORY OF PRESENTING COMPLAINT:

Mr. Wright is a 43-year-old, right handed, English-speaking, biracial (Caucasian/Black) male who was self-referred for an updated comprehensive evaluation. He was previously evaluated by this examiner in 2017, after he had failed the USMLE Step 3 examination. He had an existing diagnosis of ADHD and the 2017 evaluation revealed evidence that he is a Twice-Exceptional (2e) individual, who has Gifted intellectual abilities in addition to learning differences that impact his reading comprehension, in addition to ADHD. Since that time, Mr. Wright took the Step 3 test for a second time in November 2017, without accommodations, and he failed again. He was subsequently dismissed from his medical residency due to his inability to pass the USMLE Step 3 exam. His request for accommodations on the USMLE Step 3 was denied in July 2019. He took the test for a third time in October 2019 and failed again. Mr. Wright is now seeking a current evaluation because he is determined to understand the reasons for his lifelong struggles with standardized testing, and to overcome these challenges to become a physician. In

Name: WRIGHT, JASON                                                                                                    Page 2

preparation for the current evaluation, he and his mother found academic records, going back to preschool and through his time in medical school and residency, for the examiner to review.

Mr. Wright stated that he has a lifelong history of doing poorly on tests, going back to elementary school. He noted that he has always struggled with taking tests and he was typically the last person to finish tests growing up. He has a pattern of underperforming on high stakes, time-limited standardized testing, relative to his general academic achievement. He reported that he often ran out of time and would either skip numerous items or would randomly mark answers on multiple choice tests. A review of records provided by Mr. Wright indicated, in preparing to apply to college when he was in high school, he took the ACT twice and the SAT four times – but was only able to achieve modest improvements in his scores. In evaluating the examination data on the score reports, it is evident that he often omitted answers to a large percentage of questions, which undoubtedly had a negative impact on his scores. For example, on the November 2014 SAT, he omitted 35% of the questions within the Verbal portion of the exam and 20% of the questions within the Math portion of the exam.

Throughout medical school and residency, he had difficulties passing each of the standardized examinations involved in becoming a physician (the USMLE Step 1, Step 2, and Step 3), in contrast to his advanced performance in classroom and practical experiences. A 2013 Medical Student Performance Evaluation by the Dean of Ross University School of Medicine indicated that Mr. Wright performed at an **outstanding** level in his clinical rotations and offered praise for his overall performance throughout medical school. The letter stated, in part, "…those who have trained Mr. Wright believe that he will become a **highly qualified** physician."

In an effort to be more successful on standardized testing throughout high school, college, and in his medical training, Mr. Wright has sought tutoring, completed numerous examination preparation programs, undergone counseling, and engaged in many, many hours of test preparation (e.g. taking multiple practice exams in a variety of settings, taking time off to devote all his time to studying). In the three years since he was evaluated in 2017, he worked with a tutor who provided strategies for test taking, but this did not make a difference with his test performance on the Step 3 exam. Mr. Wright also noted that he tries to get himself into a calm state of mind to prepare for a test and does not feel that he is experiencing "more panic" than the usual person. When he is aware of the time running out, he feels some extra anxiety and he always feels that he is "rushed for time." He has tried to implement a wide range of recommended test taking strategies, such as reading over questions first, skimming instead of reading in-depth, etc. He has been unable to find a strategy that results in him being able to read, understand, and answer all test items without running out of time.

As indicated in the previous assessment, Mr. Wright has had longstanding trouble with focus and concentration, although ADHD was not formally diagnosed until he was an adult. A psychiatrist diagnosed ADHD in 2011 and prescribed a stimulant medication. However, records provided to the examiner revealed early symptoms suggestive of ADHD, even on a preschool evaluation conducted when he was five-years-old. The examiner's report revealed that he showed "constant" physical movement, fatigued easily over the course of the testing session, and he often responded with "I forgot." These behaviors were interpreted by the examiner as indications that Mr. Wright was "uptight" during the examination and his behavior was seen as negatively impacting his performance on verbal subtests, although his overall performance was "average." In addition records from the results of the Iowa Tests of Basic Skills and other standardized academic tests, from 4th through 11th grade, revealed a lot of variability in his performance. This type of inconsistency is common among students with ADHD. Mr. Wright reported that the medication has been helpful in helping with concentration, but he continues to struggle with retaining information he reads and with completing examinations within allotted time

Name: WRIGHT, JASON                                                                    Page 3

frames. Mr. Wright also endorsed ongoing mood struggles, with depression and anxiety, and he is taking medication to help with symptom improvement.

## RELEVANT BACKGROUND INFORMATION:

Mr. Wright was born and raised in Denver, Colorado and is the younger of two children born to his parents, Helen and Richard Wright, who are divorced. His mother is a school nurse, and his father was a physician (now retired). He has an older sister, Michelle, who is a high school principal. Mr. Wright reports having had a few long-term romantic relationships, but had not previously been married. He reported that he has a strong social support network, with several close friends. He also counts his mother, sister, and niece among his strongest supports.

Mr. Wright is currently unemployed. He has looked for a variety of jobs since being released from his medical residency, but has been unable to secure employment. He noted that he applied for a multitude of jobs but has only had one interview, although he was not offered that job. Mr. Wright completed a one year graduate program at the University of Denver (DU) in health administration from September 2019-June 2020. He was granted accommodations at DU for his program, which consisted of text to speech and extended time on exams, although he never needed that extra time because he did not have coursework that required timed testing.

## MEDICAL HISTORY:

Mr. Wright has not had significant changes in his medical status since the prior evaluation in 2017. He rates his overall health as "good." He has migraine headaches 1-2 times per year, but denied any other ongoing health concerns. He is taking paroxetine (20mg daily) for depression and D-Amphetamine Salt combo (20mg. BID) for ADHD symptoms. Mr. Wright denied any regular drug use and does not drink alcohol. He drinks approximately two cups of coffee and four Coke Zero caffeinated sodas on a daily basis. He does not use nicotine. He sleeps approximately 8 hours per night and denied sleep difficulties. Mr. Wright wears contact lenses for vision correction.

## MENTAL STATUS AND BEHAVIORAL OBSERVATIONS:

Mr. Wright is a right-handed, English speaking, male of average height and weight.  He arrived early for each session and was dressed casually for the interview and testing sessions. He was alert and oriented to person, place, and time during the testing sessions. He was cooperative and engaged in the process and seemed to put forth a strong effort towards all of the testing. There were times when he appeared anxious about his performance and he made negative comments at times (e.g., "I don't think I'm doing very well"). He was observed to close his eyes when concentrating on orally presented tasks. On some visual tasks, he squinted when he needed to discriminate fine details. His speech was clear and logical and he appeared to understand test instructions without the need for repetition.

### ASSESSMENT FINDINGS:

#### *Overall Intellectual Functioning:*

Mr. Wright was administered 11 subtests of the Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV). The Full Scale IQ (FSIQ) is generated from a combination of ten subtest scores and is typically considered the most representative estimate of global intellectual functioning. Based on his FSIQ, his overall thinking and reasoning abilities are in the Superior range and better than 92% of individuals his age (FSIQ = 121, 95% confidence interval = 117-125). An alternate method for

Name: WRIGHT, JASON                                                                          Page 4

computing overall cognitive abilities called the General Ability Index (GAI), which is less influenced by
working memory and processing speed, was also calculated. Mr. Wright's overall reasoning abilities are
also in the Superior range and exceed 92% of his peers. However, it is important to note that his
performance on a primary visual spatial task with a time limit was negatively impacted, as he correctly
arrived at the answer to several problems after the standard time limit had elapsed. This suggests that
both scores are an underestimate of his true abilities and should be interpreted with caution.

### *Verbal Reasoning Abilities:*

The Verbal Comprehension Index (VCI) on the WAIS-IV is a measure of Mr. Wright's ability to reason
with previously learned information acquired from formal and informal educational opportunities and
exposure to mainstream culture. His performance on verbal reasoning tasks was somewhat uneven, and
declined over the course of the test, which suggests that his performance may have been impacted by
factors such as stamina or attention. His overall verbal reasoning abilities are in the High Average range.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | What is the task/What it measures |
|---|---|---|---|
| **Similarities** | 14 | 91 | Ability to explain how two objects or ideas are alike. E.g. Lemonade and milk are *both drinks* |
| **Vocabulary** | 14 | 91 | Knowledge of word meanings; ability to give definitions of words. To *confess* means to tell a secret. |
| **Information** | 12 | 75 | Fund of general information; ability to answer factual questions. E.g. "What is the capitol of the France?" |
| Verbal Comprehension Index (VCI) | 118 | 88 | Primary index score, offering overall measure of his ability to take in verbal information and explain what he knows. |

Subtests in **bold** contribute to the VCI, FSIQ, and GAI

### *Visual Spatial and Nonverbal Reasoning Abilities:*

The Perceptual Reasoning Index (PRI) of the WAIS-IV is designed to measure fluid reasoning in the
visual-motor and spatial domain with tasks that assess nonverbal concept formation, visual perception
and organization, simultaneous processing, visual-motor coordination and integration, and the ability to
separate figure and ground in visual stimuli. Mr. Wright's overall performance was in the High Average
range. However, his performance on the Visual Puzzles subtest was significantly impacted by standard
time limits, as he arrived at the correct responses to a number of items after the time limits had elapsed.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
|---|---|---|---|
| **Block Design** | 13 | 84 | Visual construction abilities as measured by his using three-dimensional blocks to construct a design matching a picture. |
| **Matrix Reasoning** | 12 | 75 | Ability to select the next/missing element in a pattern or sequence. |

Name: WRIGHT, JASON                                                                    Page 5

| | | | |
|---|---|---|---|
| **Visual Puzzles** | 14* | 91 | Ability to see how parts relate to a whole by choosing puzzle parts that would combine to match a completed puzzle. |
| Perceptual Reasoning Index (PRI) | 117* | 87 | Primary index score measuring overall nonverbal skills, including ability to evaluate visual details, understand visual spatial relationships, and use nonverbal reasoning to identify and apply rules. |

Subtests in **bold** contribute to PRI, FSIQ, and GAI. *Negatively affected by standard time limits.

Mr. Wright's visual spatial abilities were further assessed with some subtests from the RBANS. On a task, his performance was very strong and better than over 75% of peers (RBANS: Line Orientation).

| RBANS Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
|---|---|---|---|
| Figure Copy | 11 | 63 | Visual construction abilities as measured by his ability to accurately copy a multipart geometric drawing. |
| Line Orientation | n/a | >75 | Visuospatial judgment measured by asking him to accurately match the angle and orientation of lines in space |
| Visuospatial/ Constructional Index | 116 | 86 | Overall ability to perceive spatial relations and to construct a spatially accurate copy of a drawing |

### *Working Memory:*

Attention skills are critical to learning, memory, and complex cognitive skills. Whenever Mr. Wright temporarily holds new verbal information (e.g. words, sentences, ideas, or numbers) while he works with it, he is using his auditory working memory. These auditory working memory skills are needed for understanding directions, solving a verbal problem, keeping in mind what he wants to say next in a conversation, solving math problems, and so on. In day to day functioning, his skills in auditory working memory will help him achieve success on various tasks that involve selecting, comparing, organizing and processing verbally presented information. Mr. Wright's overall working memory is in the High Average range.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
|---|---|---|---|
| **Digit Span** | 12 | 75 | Listen to sequences of numbers read aloud and recall them in the same order, reverse order, and ascending order. |
| **Arithmetic** | 12 | 75 | Memorize two or more pictures presented on a stimulus page and then identify the correct pictures (in sequential order, if possible) from options on a response page |

Name: WRIGHT, JASON                                                                                    Page 6

| Letter-Number Sequencing | 12 | 75 | Listen to sequences of numbers and letters, then recall the numbers in ascending order and then the letters in alphabetical order. |
| Working Memory Index (WMI) | 111 | 77 | Primary index score, measuring ability to register, maintain, and manipulate verbally-presented information. |

Subtests in **bold** contribute to WMI and FSIQ.

### *Processing Speed:*

Processing speed refers to the ease and speed by which Mr. Wright performs various cognitive tasks, especially quick scanning and discrimination of simple visual information. The time it takes for him to process visual symbols and information is an important component of his success on tasks involving visual processing abilities, such as comprehension of material he reads. His processing speed falls in the Superior range.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | Task/What it measures |
| --- | --- | --- | --- |
| **Coding** | 13 | 84 | Rapidly match symbols to numbers from a given key. |
| **Symbol Search** | 14 | 91 | Ability to detect if either of two target symbols were embedded within the linear array of symbols. |
| Processing Speed Index (PSI) | 120 | 91 | Primary index score measuring speed and accuracy of visual identification and decision making. |

Subtests in **bold** contribute to PSI and FSIQ.

### *Learning and Memory:*

Mr. Wright's immediate memory and delayed memory for both verbally and visually presented information was screened with the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) – Update.

| RBANS Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
| --- | --- | --- | --- |
| List Learning | 10 | 50 | Recall as many words as possible from a list of ten semantically unrelated words, repeated over four learning trials. |
| Story Memory | 9 | 37 | Retell a short story presented to him orally, repeated over two trials. |
| Immediate Memory Index | 97 | 42 | Overall measure of immediate verbal memory. |
| List Recall | n/a | 26-50 | Ability to recall list of previously memorized words after 10-15 minute delay |

Name: WRIGHT, JASON                                                        Page 7

| List Recognition | n/a | 51-75 | Ability to recognize words from a list of previously learned and unrelated distractor words. |
| Story Recall | 9 | 37 | Ability to recall details of story after a delay of 10-15 minutes. |
| Figure Recall | 16 | 98 | Ability to redraw geometric figure after a delay of 10-15 minutes |
| Delayed Memory Index | 110* | 75 | Overall memory for information (verbal and visual) that was previously learned, tested after 10-15 minute delay. |

*Based on uneven performance, interpret with caution*

### EDUCATIONAL/ACADEMIC ACHIEVEMENT:

Mr. Wright was administered a set of tests from the Wechsler Individual Achievement Test- Fourth Edition (WIAT-4), which measure various aspects of scholastic achievement. The WIAT-4 is a standardized, individually administered and nationally normed clinical instrument designed to measure the achievement of students from pre-kindergarten through adulthood. The WIAT-4 consists of subtests used to evaluate listening, speaking, reading, writing, and mathematics skills. Age-based norms were used for scoring to ensure that comparisons to peers were relevant. Standard scores on this diagnostic battery have a mean of 100 and a standard deviation of 15.

### *Oral Language*

Overall, Mr. Wright's performance in the area of receptive (listening) and expressive (speaking) language skills were average compared with same age peers.

| Subtest/Index | Standard Score | Percentile | What it measures |
| --- | --- | --- | --- |
| Receptive Vocabulary | 100 | 50 | Pick out one of four pictures that matches a given vocabulary word. |
| Oral Discourse Comprehension | 97 | 42 | Listen to an audio recording of one or more sentences, remember details, and make inferences. |
| Listening Comprehension | 98 | 45 | Composite subtest of two tasks above. |
| Expressive Vocabulary | 104 | 61 | Look at pictures, listen to an oral definition, and name each concept/word presented. |
| Oral Word Fluency | 107 | 68 | Rapidly name things belonging to a given category within a time limit. |
| Sentence Repetition | 105 | 63 | Listen to sentences of increasing length and repeat verbatim. |
| Oral Expression | 106 | 66 | Composite subtest of three tasks above. |
| Oral Language Composite | 102 | 55 | Overall performance in the area of receptive (listening) and expressive (speaking) language skills. |

### *Reading*

Mr. Wright's achievement in the area of reading was assessed both silently and orally and with single words and words in context (sentences and paragraphs), as well as with measures of phonological

Name: WRIGHT, JASON                                                                                  Page 8

processing skills which have been shown to be important for reading achievement. His reading skills were quite variable.

| Subtest/Index | Standard Score | Percentile | What it measures |
|---|---|---|---|
| Word Reading | 109 | 73 | Ability to read aloud single words of increasing difficulty. |
| Reading Comprehension | 110 | 75 | Silently read grade-appropriate passages and answer open-ended comprehension questions. |
| **Reading Composite** | **110** | **75** | **Core Composite Score, derived from Word Reading and Reading Comprehension** |
| Pseudoword Decoding | 98 | 45 | Ability to decode nonsense words. |
| Oral Reading Fluency | 92 | 30 | Read aloud passages under timed conditions and answer a comprehension question about each passage. |
| Oral Reading Accuracy | *Base rate<25% | | Number of errors made while reading aloud stories in Oral Reading Fluency task. *His rate was below average for his age.* |
| Oral Reading Rate | *Base rate <25% | | Rate of reading aloud on Oral Reading Fluency. *His rate was below average for his age.* |
| Orthographic Fluency | 111 | 77 | Measures sight vocabulary by quickly reading aloud irregular words during two timed trials. |
| Decoding Fluency | 107 | 68 | Measures fluency with phonic decoding by quickly reading aloud nonwords in two timed trials. |
| Decoding Composite | 103 | 58 | Supplemental composite: Measure of overall proficiency in reading aloud real words and nonwords. |
| Reading Fluency | 103 | 58 | Supplemental composite: Measure of overall ability to understand and fluently read written words and paragraphs under timed conditions. |

### *Writing*

The Written Expression composite measured Mr. Wright's ability to spell, construct sentences, and write an essay. While his overall composite was average for his age, his performance on the various tasks was variable.

| Scale/Index | Standard Score | Percentile | What it measures |
|---|---|---|---|
| Sentence Combining | 119 | 90 | Required him to combine two sentences into one sentence that means the same thing. |
| Sentence Building | 100 | 50 | Required him to construct a sentence containing a target word. |
| Spelling | 108 | 70 | Written test of spelling from dictation |
| **Written Expression Composite** | **109** | **73** | **Overall measure of written expression skills, calculated from Spelling and Sentence Composition tasks (Combining and Building)** |

**TIMED READING**

Mr. Wright was administered the Nelson-Denny Reading Test (NDRT), Form G, to obtain additional information about his reading abilities under timed conditions. Scores were calculated for the standard administration, as well as the Extended Time administration. The NDRT consists of two subtests, Vocabulary and Comprehension. The Vocabulary section contains 80 items, each with five answer choices, and has a standard time limit of 15 minutes. The Extended Time version of the NDRT allows 24 minutes for the Vocabulary subtest. The Comprehension section of the NDRT consists of seven reading passages and a total of 38 questions, with five answer choices each, and has a time limit of 20 minutes. The Extended Time version of the NDRT allows 32 minutes for the Comprehension section.

Mr. Wright completed all 80 vocabulary items (73 correct, 74th percentile) in the 15 minute time frame. On the Comprehension section, he attempted 24 items of 38 items (23 correct, **12th percentile**) in 20 minutes. With Extended Time, he was able to complete all 38 items (35 correct, 68th percentile) in 32 minutes, resulting in a significant improvement in his performance. This was more consistent with his performance on the *untimed* Reading Comprehension measure on the WIAT-4. Overall, the Total Reading score improved from the 38th percentile to the 75th percentile. The Comprehension subtest also provided a measure of Mr. Wright's **Reading Rate, which was significantly below average and fell at the 3rd percentile.**

**Nelson-Denny Reading Test Score Summary**

| Section | Regular time Standard Score | Regular time Percentile | Extended Time Standard Score | Extended Time Percentile |
|---|---|---|---|---|
| Vocabulary | 247 | 74 | (247) | (74) |
| Comprehension | 204 | 12 | 241 | 68 |
| Total | 227 | 38 | 247 | 75 |
| Reading Rate | 175 | 3 | n/a | n/a |

**VISUAL-MOTOR PROCESSING:**

Mr. Wright was administered the Beery VMI, including its supplemental Visual Perception test to screen for visual processing issues that might impact his reading speed. The VMI assessed his ability to draw designs, based on visual models, starting with simple lines and building to complex shapes. This measure of how his visual perceptual and fine motor control systems coordinate with each other skills was in the **average** range and fell at the 58th percentile for his age. The Visual Perception test required him to point to matching shapes of increasing visual complexity. His performance was also in the **average** range and was stronger than 68% of people his age.

**EMOTIONAL/BEHAVIORAL FUNCTIONING:**

*Symptom Checklist -90:*
In order to assess mood factors that may impact Mr. Wright's current level of functioning, he completed the Symptom Checklist 90, Revised (SCL-90-R). He endorse numerous mild symptoms of depression: hopelessness, loneliness, low self-esteem, mild sleep disturbance, and worthlessness. He also endorsed a number of symptoms suggestive of anxiety: worries, fears, avoidance, tension, and feeling self-conscious. In addition, his responses reveal difficulties feeling connected with others, possibly due to restrictions associated with COVID and the widespread racial unrest that is ongoing in the culture and highly relevant to his experience as a Black man.

Name: WRIGHT, JASON                                                                    Page 10

*CAARS:*

Mr. Wright completed a standardized self-report questionnaire, the Conners' Adult ADHD Rating
Scales-Self-Report: Long Version (CAARS-S:L) and his mother, Helen Wright, completed the CAARS
Observer form. The CAARS addresses current concerns of Inattention/Memory Problems,
Hyperactivity/Restlessness, Impulsivity/Emotional Lability, and Problems with Self-Concept. It also
provides an overall ADHD Index of ADHD-related symptoms and several measures of symptoms as
described in the DSM-5.

*Mr. Wright's Self-Report Results*

| CAARS Scale | T-Score | Interpretation | What it means |
|---|---|---|---|
| Inattention/Memory Problems | 66 | Moderately atypical | Difficulties include trouble concentrating, planning or completing tasks, forgetfulness, absent-mindedness. |
| Hyperactivity/ Restlessness | 59 | Slightly atypical | Mild trouble with working at the same task for long periods of time, feeling more restless than others, fidgeting. |
| Impulsivity/ Emotional Lability | 61 | Mildly atypical | Difficulties include engaging in more impulsive acts than others, low frustration tolerance, quick mood changes, feeling easily angered/irritated. |
| Problems with Self-Concept | 70 | Moderately atypical | Difficulties with poor social relationships, low self-esteem and self-confidence. |
| DSM-5: Inattentive Symptoms | 69 | Moderately atypical | Many symptoms consistent with the diagnostic criteria for ADHD Inattentive Presentation in the DSM-5 |
| DSM-5: Hyperactive-Impulsive Symptoms | 55 | Average | Did not endorse symptoms consistent with ADHD Hyperactive-Impulsive Presentation in DSM-5 |
| DSM-5: ADHD Symptoms Total | 63 | Mildly atypical | Symptoms consistent with overall diagnostic criteria for ADHD in the DSM-5 |
| ADHD Index | 64 | Mildly atypical | Identifies individuals at-risk for ADHD |

*Helen Wright's Observer results*

| CAARS Scale | T-Score | Interpretation | What it means |
|---|---|---|---|
| Inattention/Memory Problems | 42 | Average | Does not observe significant difficulties with attention, focus, or organization |
| Hyperactivity/ Restlessness | 40 | Average | No trouble working at the same task for long periods of time, restlessness, fidgeting. |
| Impulsivity/ Emotional Lability | 50 | Average | Does not observe difficulties with impulsivity or frequent mood changes |
| Problems with Self-Concept | 64 | Mildly atypical | Difficulties with poor social relationships, low self-esteem and self-confidence. |
| DSM-5: Inattentive Symptoms | 41 | Average | Does not endorse symptoms consistent with the diagnostic criteria for ADHD Inattentive Presentation in the DSM-5 |
| DSM-5: Hyperactive-Impulsive Symptoms | 42 | Average | Symptoms consistent with ADHD Hyperactive-Impulsive Presentation in DSM-5 were not endorsed |
| DSM-5: ADHD Symptoms Total | 41 | Average | Symptoms not consistent with overall diagnostic criteria for ADHD in the DSM-5 |
| ADHD Index | 46 | Average | Identifies individuals at-risk for ADHD |

Page 11

*BRIEF-A:*

The Behavior Rating Inventory of Executive Function, Adult Version (BRIEF-A) is a standardized questionnaire completed by adults and observers. It provides ratings of executive functions that are good predictors of an individual's functioning in many domains, including the work, social, behavioral, and emotional domains. Self-Report and Observer ratings on the BRIEF-A were obtained from Mr. Wright and his mother, Helen Wright. The results are summarized in the table below. Note that T-Scores of 65 (94th percentile) and higher are indicative of significant difficulties in that area. The higher the elevation, the more difficulties reported.

*Mr. Wright's Self-Report Ratings*

| Scale | T-Score | Percentile | Range | What it measures |
|---|---|---|---|---|
| Inhibit | 59 | 94 | Elevated | Ability to inhibit or resist an impulse; and the ability to stop one's own behavior at an appropriate time. |
| Shift | 66 | 98 | Moderately Elevated | Ability to tolerate change, problem solve flexibly, change focus between topics. |
| Emotional Control | 66 | 96 | Moderately Elevated | Ability to regulate/manage one's own emotional responses. |
| Self-Monitor | 55 | 80 | High Average | Ability to keep track of his own behavior and the effect he has on others. |
| Behavior Regulation Index | 65 | 95 | Elevated | Overall ability to maintain appropriate control of his behavior and emotional responses. |
| Initiate | 66 | 95 | Elevated | Ability to get started on tasks, to independently come up with ideas, responses, or problem-solving strategies. |
| Working Memory | 65 | 96 | Moderately Elevated | Ability to actively hold information in mind in order to complete a task or come up with a response. |
| Plan/Organize | 59 | 86 | Above Average | Ability to manage current and future-oriented task demands within a situation. |
| Task Monitor | 57 | 86 | Above Average | Ability to keep track of his own problem-solving success or failure. |
| Organization of Materials | 68 | 96 | Moderately Elevated | Ability to maintain order in everyday environment – work, living, and storage spaces (desks, closets, etc.). |
| Metacognition Index (MI) | 65 | 95 | Elevated | Overall ability to systematically solve problems through planning and organization in a variety of contexts. |
| **Global Executive Composite (GEC)** | 66 | 96 | Moderately Elevated | Overarching summary of Mr. Wright's executive functioning. |

*Helen Wright's Observer Ratings of Mr. Wright*

| Scale/Index | T-Score | Percentile | Range | What it measures |
|---|---|---|---|---|
| Inhibit | 43 | 44 | Average | Ability to inhibit or resist an impulse; and the ability to stop one's own behavior at an appropriate time. |
| Shift | 55 | 79 | Above Average | Ability to tolerate change, problem solve flexibly, change focus between topics. |
| Emotional Control | 57 | 82 | Above Average | Ability to regulate/manage one's own emotional responses. |
| Self-Monitor | 47 | 55 | Average | Ability to keep track of his own behavior and the effect he has on others. |
| Behavioral Regulation Index (BRI) | 52 | 68 | Average | Overall ability to maintain appropriate control of his behavior and emotional responses. |

Name: WRIGHT, JASON                                                          Page 12

| Initiate | 56 | 80 | Above Average | Ability to get started on tasks, to independently come up with ideas, responses, or problem-solving strategies. |
| Working Memory | 48 | 64 | Average | Ability to actively hold information in mind in order to complete a task or come up with a response. |
| Plan/Organize | 53 | 73 | High Average | Ability to manage current and future-oriented task demands within a situation. |
| Task Monitor | 41 | 31 | Average | Ability to keep track of his own problem-solving success or failure. |
| Organization of Materials | 54 | 74 | High Average | Ability to maintain orderliness in everyday environment – work, living, and storage spaces (desks, closets, etc.). |
| Metacognition Index (MI) | 51 | 69 | Average | Overall ability to systematically solve problems through planning and organization in a variety of contexts. |
| **Global Executive Composite (GEC)** | 52 | 67 | Average | Overall measure of executive function skills, incorporating information from all subscales of the BRIEF-A. |

### *IVA-2:*

The IVA-2 CPT (Integrated Visual & Auditory 2 Continuous Performance Test) is a test of attention and impulsivity that measures responses to 500 intermixed auditory and visual stimuli spaced 1.5 seconds apart. The task is to click the mouse to the target stimuli which is either an auditory or visual "1" and to refrain from clicking when the foil stimulus (i.e., an auditory or visual "2") is presented. Percentile ranks for the standard scores are reported here. The main test lasts about twelve minutes. It is important to note that Mr. Wright took his prescribed stimulant medication (D-Amphetamine Salt) in the morning on the day of testing, which is likely to have had a beneficial impact on attention, focus, and impulsivity. The IVA-2 has integrated measures of Malingering, to evaluate the validity of an individual's response patterns on the test. These measures revealed a valid profile with **no indications** that he attempted to feign impairment of attention or response control (impulsivity). Taken together, Mr. Wright's overall performance on the IVA-2 revealed that attention, focus, and impulsivity are generally well-managed when he is taking prescribed medication for ADHD. However, he is susceptible to auditory distraction under certain conditions. The details of these results are summarized below.

The Full Scale Response Control Quotient is a global measure of Mr. Wright's overall ability to regulate his responses and respond appropriately. Factors that load on this scale include the ability to inhibit responses to non-targets, the consistency of recognition reaction times, and his ability to maintain his mental processing speed during the IVA-2 test. The **Full Scale Response Control** scale fell in the above average range. He performed better on tasks requiring Auditory Response Control (86th percentile) than he did on tasks requiring Visual Response Control (54th percentile).

The Full Scale Attention Quotient is a measure of Mr. Wright's overall ability to quickly and accurately respond while maintaining focus. His score was above average, at the 82nd percentile. His **Auditory Attention** scale fell in the average range (62nd percentile). However, within this area of performance, Mr. Wright had significant difficulties with Auditory Vigilance (4th percentile) and Auditory Elasticity (1st percentile), revealing that during some portions of the test (especially high demand sections) he failed to maintain attention to auditory stimuli. His **Visual Attention** scale was above average (90th percentile).

The Combined Sustained Attention quotient scale score provides a global measure of Mr. Wright's ability to accurately and quickly respond in a reliable manner to stimuli under low demand conditions and to sustain attention and be flexible when things change under high demand conditions. His **Combined Sustained Attention** scale was at the 69th percentile and fell in the average range.

Name: WRIGHT, JASON                                                                              Page 13

## SUMMARY AND IMPRESSIONS:

Mr. Wright is a 43-year-old, right-handed, Biracial male who was self-referred for an updated evaluation. A neuropsychological assessment was conducted, including a clinical interview, review of academic records, cognitive/IQ testing with the WAIS-IV, neurocognitive screening measures, and various measures of overall psychological, social, and behavioral functioning.

### *Strengths:*

Throughout his time in medical school and during his medical residency training, Mr. Wright consistently demonstrated a strong performance in the classroom and in his practical experiences in medical settings. He graduated medical school with a 3.3 grade point average and his final evaluation indicated that his performance was "outstanding" in clinical rotations and his supervisors observed significant strengths in his overall abilities and anticipated that he would become a "highly qualified physician." Similarly, he completed his medical internship in "good standing." Finally, despite being released from his residency program at Wayne State (solely due to his inability to pass the USMLE Step 3), his final evaluation from that program revealed that he "Met Expectations" in Patient Care, Medical Knowledge, Practice-Based Learning and Improvement, Interpersonal Communication Skills, Professionalism, and Systems-Based Practice.

The results of the current evaluation reveal that Mr. Wright has significant cognitive strengths that have enabled him to generally do well in academic endeavors, despite a long history of struggling to perform up to his aptitude on standardized, timed tests. On the WAIS-IV, his performance on verbal reasoning subtests ranged from the 75th to the 91st percentile, resulting in a Verbal Comprehension Index that was above average at the 88th percentile (VCI=118). (Note: *None of the subtests within the VCI are timed*) Similarly, his performance on visual spatial and nonverbal reasoning tasks was at the 87th percentile on the WAIS-IV Perceptual Reasoning Index (PRI=117). However, he was able to reach the correct answer on several challenging items on one visual spatial subtest after the standard time limit elapsed and so could not receive credit for those answers, which indicates that his formal scores are an *underestimate* of his true reasoning abilities.

### *Challenges:*

The results of the current evaluation revealed the following key findings regarding Mr. Wright's performance:

- His Reading Rate, as measured by the Nelson Denny Reading Test was at the **3rd percentile** compared to his peers. This certainly would have caused Mr. Wright to lose valuable time when reading the complex text required on the USMLE Step 3.
- There was an obvious difference in his performance on untimed reading tasks on the WIAT-4 and timed reading tasks on the WIAT-4 and NDRT, particularly when the reading involved longer passages to answer comprehension questions. Specifically:
  - His performance on the timed WIAT-4 Oral Reading Fluency task was at the 30th percentile, and substantially weaker than his untimed Reading Comprehension performance (75th percentile).
  - On the Nelson-Denny Reading Test, his Reading Comprehension was **below average** and fell at the 12th percentile when the test was administered with the standard time limit. His performance rose to the average range at the 68th percentile under the Extended Time condition.

Name: WRIGHT, JASON                                                                                          Page 14

- On the WIAT-4 his reading scores were well below what would be expected of someone with superior verbal reasoning skills. His reading accuracy was only at the 25th percentile, indicating he made several mistakes while reading passages. Such mistakes likely lead to decreased efficiency during test taking and possibly a tendency to misunderstand what is being asked of him.
- Mr. Wright continues to experience significant symptoms of ADHD, particularly inattention and executive function weaknesses including trouble with task initiation, shifting from one idea or activity to another, and organizational skills.
- On a computerized continuous performance task, there was evidence of notable distractibility during auditory attention tasks, despite him having taken the test after taking prescription stimulant medication used to treat ADHD symptoms. This indicates that he is still susceptible to moments of severe distractibility, even while being treated for ADHD.

It is essential that Mr. Wright's performance is evaluated within the context of his advanced intellectual/ reasoning abilities. His patterns of performance are consistent with those of individuals who are Twice-Exceptional (2e) – with gifted intellectual abilities in addition to underlying learning differences. These 2e individuals can often use strong reasoning skills to compensate (at least partially) for symptoms of learning differences and ADHD, especially in primary and secondary school (Webb et al., 2016). It is not uncommon for 2e individuals to perform well, or at least "average" in school and on exams in comparison to their peers, and for their learning differences AND their gifted abilities to be "masked." Yet this often comes at a high cost to the individual, both emotionally and cognitively, as 2e individuals generally have to expend substantial effort, often significantly more time than their "intellectual peers," in order to achieve academic "success," which is often lower than their aptitude.

Individuals with learning disabilities, and especially those who also have advanced intellectual abilities like Mr. Wright, are often caught in a bind. If they do "well" (i.e., performance in the average range, or above, compared with peers) then they are not seen as having a learning difference, and if they fail at some other task then they are simply seen as not having put forth enough effort. Unfortunately, many professionals – both in the field of education and in the field of psychology – do not receive training regarding the unique characteristics of gifted and twice-exceptional individuals, thus these unique learners are often missed entirely throughout their academic careers and their lives. This explains why Mr. Wright has not previously received accommodations. Throughout his life, he acknowledges that parents and teachers, and he himself, did not recognize the need for assistance, and he continued to fall through the cracks, because of a belief that he simply needed to "try harder." Yet, he has consistently shown and incredible amount of determination to persist in pursuing his goal of becoming a medical doctor.

In Mr. Wright's case, at each step along the path of his academic career, his primary barriers to success have been due to his challenges in completing timed "high stakes" tests, on which his performance has not been reflective of his intellectual or academic abilities. In high school, he took the ACT and SAT several times in an effort to improve his scores so that he might have opportunities to attend colleges requiring stronger than "average" standardized test scores, but only had limited success in doing so. An examination of his test results where item level performance was provided (i.e., SAT reports) is consistent with his reports that he consistently ran out of time on these tests, which undoubtedly negatively impacted his scores. In addition, he often took tests more than once to improve scores that were not sufficient to help him achieve goals of attending certain colleges. For example, he took the ACT twice and the SAT four times. In order to get admitted to Medical School, he had to take the MCAT twice, as he did not pass the first time he took it. He acknowledges that his MCAT score was not high enough to attend most "traditional" medical schools in the U.S., which led him to pursue admission at Ross University, which embraces diverse learners.

Name: WRIGHT, JASON                                                                 Page 15

The United States Department of Education's Office of Special Education and Rehabilitative Services
has provided specific clarification to educators regarding eligibility determinations for special education
and related services (including accommodations) for 2e students. See the Office of Special Education
Programs (OSEP) Memorandum dated April 17, 2015 and the associated *Letter to Delisle* (dated
December 20, 2013). The OSEP memorandum provides important clarification that should be used in
the determination of eligibility for Section 504 services for primary, secondary, and college students.
Specifically, the OSEP makes it clear that students like Mr. Wright should not be denied
accommodations (i.e. "related services") solely because they are performing adequately, which is in
essence the National Board of Medical Examiner reviewer's stated position (that Mr. Wright does not
qualify for accommodations ).

Further, the Americans with Disabilities Act (ADA) and the more recent ADA Amendments Act of
2008 (ADAAA) offer clarifications and provisions that extend those types of accommodations to adults
in the workplace and on professional examinations, such as the USMLE. The ADA and ADAAA define
a "disability" as a physical or mental impairment that substantially limits one or more major life activities.
Specifically: "Major life activities include, but are not limited to, … learning reading, concentrating,
thinking, communicating, and working." (ADAAA, 2008). It is important to note that, under the ADA,
determining whether a disability "substantially limits" a major life activity is not to be based on the
outcomes a person is able to achieve. Rather, the focus must be on how the life activity itself is impact. If
additional and excessive time and energy must be put forth by the individual to achieve "success," then
this meets the definition of a "substantially limited" life activity.

### DSM-5 (ICD-10) DIAGNOSES:

315.00 (F81.0)   Specific Learning Disorder, with Impairment in Reading (deficits in reading fluency, and
                 reading comprehension – Reading rate at 3rd percentile, Reading Comprehension at 12th
                 percentile on timed tasks)

314.00 (F90.0)   Attention Deficit/Hyperactivity Disorder, Inattentive Type, Mild

311 (F32.8)      Other Specified Depressive Disorder

### RECOMMENDATIONS:

***Testing Accommodations:*** In accordance with the provisions of the Americans with Disabilities Act
(ADA), Mr. Wright should be offered the following accommodations on the USMLE Step 3:

1. Extended Time – It is recommended that Mr. Wright be allowed ***Time and a Half*** on all portions
   of testing in order to produce a performance on testing that is commensurate with his cognitive
   and academic abilities, and his practical skills in medical care. An evaluation of his performance on
   timed versus untimed reading comprehension tasks (summarized above) revealed that he has a
   reading rate that is substantially below average and that his reading comprehension is consistently
   compromised under timed conditions.
2. Separate Quiet Environment – Mr. Wright's ADHD, despite treatment with stimulant medication,
   leaves him susceptible to being distracted by environmental cues and will do best if allowed to take
   tests in a separate, quiet environment free from typical distractions of the standard classroom or
   testing setting.
3. Additional, Stop-the-Clock or Extended Breaks – The extra time and effort needed to complete
   reading tasks can be quite draining and cause fatigue that may further negatively impact Mr.

Name: WRIGHT, JASON                                                         Page 16

   Wright's performance. He would benefit from being allowed to take extra, stop-the-clock, or
   extended breaks during testing.

### Key References:

Americans with Disabilities Act (1990) and the ADA Amendments Act (2008)

Pallanti, S., & Salerno, L. (2020). *The burden of adult ADHD in comorbid psychiatric and neurological disorders*. Springer Nature.

Webb, J. T., Amend, E. R., Beljan, P., Webb, N. E., Kuzujanakis, M., Olenchak, F. R., & Goerss, J. (2016). *Misdiagnosis and dual diagnoses of gifted children and adults: ADHD, bipolar, OCD, Asperger's, depression, and other disorders* (2nd ed.). Great Potential Press, Inc.

United States Department of Education, Office of Special Education Programs (OSEP) Policy Letter, *Letter to Delisle*, December 20, 2013

Baum, S., Schader, R., and Owen, S. (2017) *To Be Gifted and Learning Disabled: Strength-Based Strategies for Helping Twice-Exceptional Students with LD, ADHD, ASD, and More*. Prufrock Press, Inc.

Krochak, L. and Ryan, T. (2007) The Challenge of Identifying Gifted/Learning Disabled Students; *International Journal of Special Education*, 22(3), 44-54.

Thank you for the opportunity to assess Mr. Wright. Please do not hesitate to contact me at 720-377-3250 or terri@peakgifted2e.com should you have any questions or concerns regarding the results described in this report.

Terri Lucero, Ph.D., Neuropsychologist
Colorado Licensed Clinical Psychologist #2402
January 3, 2021

# UNIVERSITY of DENVER

## CAMPUS LIFE & INCLUSIVE EXCELLENCE
### Disability Services Program

# Eligibility Notification
### *Private Information*

Date: September 3, 2019

RE: Wright, Jason . 873519661

Jason,

Welcome to Disability Services Program (DSP)!  You have been approved for the following accommodations:

**Extended time testing: (50% more)**
Communicate with your instructors on how the on-line exams will be administered with your additional time.  We strongly recommend that you keep records (emails) of your agreements.

**Alternate Format Text (AFT) - conversion of** textbooks to an alternate format (e.g. audio files)
Please contact the Assistive Technology Specialist at DSP@du.edu or  303.871.3241 if you have additional questions regarding this accommodation (after you review directions on the DSP website - below). Students should request materials and provide proof of purchase 2-3 weeks in advance. See our website for more information.  http://www.du.edu/studentlife/disability-services/books.html

Your **2019-2020 Letter of Approved Accommodations (LOAA)** that describes your academic accommodation(s) is ready for you to electronically deliver to your instructors through DSP's ClockWork system.  Click this  ClockWork Tutorial link to view the video on how to send your LOAA to your instructors.

You should send our LOAA to your instructors as soon as possible, before you need the accommodation, so your instructors understand your classroom and testing accommodations.

Be aware that instructors are not required to allow your accommodations to be used retroactively. Complete this process each quarter that you would like to use your approved accommodations while enrolled at DU.

Delivering LOAA's in other ways should only be done as a supplement to electronic delivery through ClockWork and/or as a means of initiating a discussion with your instructor about your accommodations. This process also provides DSP with confirmation of LOAA delivery and instructor receipt.

Please feel free to contact me if you have any questions or concerns, difficulties with the implementation of your accommodations, or if your existing accommodations are not meeting your disability related needs.  You can easily schedule an appointment via our website and the ClockWork - Student Log-In.

Sincerely,

*Michele*

Michele McCandless, MSW
Accommodations Specialist
Disability Services Program ● University of Denver
303-871-3241● 303-871-2278 ● FAX 303-871-2248
www.du.edu/dsp  ●  DSP@du.edu ● Michele.McCandless@du.edu

1999 E. Evans Ave. 4th floor ● Denver, CO 80208

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*





# Testing Accommodations

Standardized examinations and other high-stakes tests are gateways to educational and employment opportunities. Whether seeking admission to a high school, college, or graduate program, or attempting to obtain a professional license or certification for a trade, it is difficult to achieve such goals without sitting for some kind of standardized exam or high-stakes test. While many testing entities have made efforts to ensure equal opportunity for individuals with disabilities, the Department continues to receive questions and complaints relating to excessive and burdensome documentation demands, failures to provide needed testing accommodations, and failures to respond to requests for testing accommodations in a timely manner.

The Americans with Disabilities Act (ADA) ensures that individuals with disabilities have the opportunity to fairly compete for and pursue such opportunities by requiring testing entities to offer exams in a manner accessible to persons with disabilities. When needed testing accommodations are provided, test-takers can demonstrate their true aptitude.

The Department of Justice (Department) published revised final regulations implementing the ADA for title II (State and local government services) and title III (public accommodations and commercial facilities) on September 15, 2010. These rules clarify and refine issues that have arisen over the past 20 years and contain new and updated requirements.

## Overview

This publication provides technical assistance on testing accommodations for individuals with disabilities who take standardized exams and other high-stakes tests. It addresses the obligations of testing entities, which include private, state, or local government entities that offer exams related to applications, licensing, certification, or credentialing for secondary (high school), postsecondary (college and graduate school), professional (law, medicine, etc.), or trade (cosmetology, electrician, etc.) purposes. Who is entitled to testing accommodations, what types of testing accommodations must be provided, and what documentation may be required of the person requesting testing accommodations are also discussed.

## What Kinds Of Tests Are Covered?

**Exams administered by any private, state, or local government entity related to applications, licensing, certification, or credentialing for secondary or postsecondary education, professional, or trade purposes are covered by the ADA and testing accommodations, pursuant to the ADA, must be provided.**[1]

Examples of covered exams include:

- High school equivalency exams (such as the GED);

- High school entrance exams (such as the SSAT or ISEE);

- College entrance exams (such as the SAT or ACT);

- Exams for admission to professional schools (such as the LSAT or MCAT);

- Admissions exams for graduate schools (such as the GRE or GMAT); and

- Licensing exams for trade purposes (such as cosmetology) or professional purposes (such as bar exams or medical licensing exams, including clinical assessments).

## What Are Testing Accommodations?

**Testing accommodations are changes to the regular testing environment and auxiliary aids and services[2] that allow individuals with disabilities to demonstrate their true aptitude or achievement level on standardized exams or other high-stakes tests.**

Examples of the wide range of testing accommodations that may be required include:

- Braille or large-print exam booklets;

- Screen reading technology;

- Scribes to transfer answers to Scantron bubble sheets or record dictated notes and essays;

- Extended time;

- Wheelchair-accessible testing stations;

- Distraction-free rooms;

- Physical prompts (such as for individuals with hearing impairments); and

- Permission to bring and take medications during the exam (for example, for individuals with diabetes who must monitor their blood sugar and administer insulin).

## Who Is Eligible To Receive Testing Accommodations?

**Individuals with disabilities are eligible to receive necessary testing accommodations.**  Under the ADA, an individual with a disability is a person who has a physical or mental impairment that substantially limits a major life activity (such as seeing, hearing, learning, reading, concentrating, or thinking) or a major bodily function (such as the neurological, endocrine, or digestive system).  The determination of whether an individual has a disability generally should not demand extensive analysis and must be made without regard to any positive effects of measures such as medication, medical supplies or equipment, low-vision devices (other than ordinary eyeglasses or contact lenses), prosthetics, hearing aids and cochlear implants, or mobility devices.   However, negative effects, such as side effects of medication or burdens associated with following a particular treatment regimen, may be considered when determining whether an individual's impairment substantially limits a major life activity.

**A substantial limitation of a major life activity may be based on the extent to which the impairment affects the condition, manner, or duration in which the individual performs the major life activity.**  To be "substantially limited" in a major life activity does not require that the person be unable to perform the activity.  In determining whether an individual is substantially limited in a major life activity, it may be useful to consider, when compared to most people in the general population, the conditions under which the individual performs the activity or the manner in which the activity is performed.  It may also be useful to consider the length of time an individual can perform a major life activity or the length of time it takes an individual to perform a major life activity, as compared to most people in the general population.  For example:

- The condition or manner under which an individual who has had a hand amputated performs manual tasks may be more cumbersome, or require more effort or time, than the way most people in the general population would perform the same tasks.

- The condition or manner under which someone with coronary artery disease performs the major life activity of walking would be substantially limited if the individual experiences shortness of breath and fatigue when walking distances that most people could walk without experiencing such effects.

- A person whose back or leg impairment precludes him or her from sitting for more than two hours without significant pain would be substantially limited in sitting, because most people can sit for more than two hours without significant pain.

**A person with a history of academic success may still be a person with a disability who is entitled to testing accommodations under the ADA.**  A history of academic success does not mean that a

person does not have a disability that requires testing accommodations.  For example, someone with a learning disability may achieve a high level of academic success, but may nevertheless be substantially limited in one or more of the major life activities of reading, writing, speaking, or learning, because of the additional time or effort he or she must spend to read, write, speak, or learn compared to most people in the general population.

## What Testing Accommodations Must Be Provided?

**Testing entities must ensure that the test scores of individuals with disabilities accurately reflect the individual's aptitude or achievement level or whatever skill the exam or test is intended to measure.**  A testing entity must administer its exam so that it accurately reflects an individual's aptitude, achievement level, or the skill that the exam purports to measure, rather than the individual's impairment (except where the impaired skill is one the exam purports to measure).[3]

- **Example:** An individual may be entitled to the use of a basic calculator during exams as a testing accommodation.  If the objective of the test is to measure one's ability to solve algebra equations, for example, and the ability to perform basic math computations (e.g., addition, subtraction, multiplication, and division), is secondary to the objective of the test, then a basic calculator may be an appropriate testing accommodation.  If, however, the objective of the test is to measure the individual's understanding of, and ability to perform, math computations, then it likely would not be appropriate to permit a calculator as a testing accommodation.

## What Kind Of Documentation Is Sufficient To Support A Request For Testing Accommodations?

All testing entities must adhere to the following principles regarding what may and may not be required when a person with a disability requests a testing accommodation.

- **Documentation.  Any documentation if required by a testing entity in support of a request for testing accommodations must be reasonable and limited to the need for the requested testing accommodations.**  Requests for supporting documentation should be narrowly tailored to the information needed to determine the nature of the candidate's disability and his or her need for the requested testing accommodation.  Appropriate documentation will vary depending on the nature of the disability and the specific testing accommodation requested.

Examples of types of documentation include:

- Recommendations of qualified professionals;

- Proof of past testing accommodations;

- Observations by educators;

- Results of psycho-educational or other professional evaluations;

- An applicant's history of diagnosis; and

- An applicant's statement of his or her history regarding testing accommodations.

Depending on the particular testing accommodation request and the nature of the disability, however, a testing entity may only need one or two of the above documents to determine the nature of the candidate's disability and his or her need for the requested testing accommodation.  If so, a testing entity should generally limit its request for documentation to those one or two items and should generally evaluate the testing accommodation request based on those limited documents without requiring further documentation.

- **Past Testing Accommodations.  Proof of past testing accommodations in similar test settings is generally sufficient to support a request for the same testing accommodations for a current standardized exam or other high-stakes test**.

  - **Past Testing Accommodations on Similar Standardized Exams or High-Stakes Tests.**  If a candidate requests the same testing accommodations he or she previously received on a similar standardized exam or high-stakes test, provides proof of having received the previous testing accommodations, and certifies his or her current need for the testing accommodations due to disability, then a testing entity should generally grant the same testing accommodations for the current standardized exam or high-stakes test without requesting further documentation from the candidate.  So, for example, a person with a disability who receives a testing accommodation to sit for the SAT should generally get the same testing accommodation to take the GRE, LSAC, or MCAT.

- **Formal Public School Accommodations. If a candidate previously received testing accommodations under an Individualized Education Program (IEP)[3] or a Section 504 Plan,[4] he or she should generally receive the same testing accommodations for a current standardized exam or high-stakes test.**  If a candidate shows the receipt of testing accommodations in his or her most recent IEP or Section 504 Plan, and certifies his or her current need for the testing accommodations due to disability, then a testing entity should generally grant those same testing accommodations for the current standardized exam or high-stakes test without requesting further documentation from the candidate.  This would include students with disabilities publicly-placed and funded in a private school under the IDEA or Section 504 placement procedures whose IEP or Section 504 Plan addresses needed testing accommodations.

  - **Example.**  Where a student with a Section 504 Plan in place since middle school that includes the testing accommodations of extended time and a quiet room is seeking those same testing accommodations for a high-stakes test, and certifies that he or she still needs those testing

accommodations, the testing entity receiving such documentation should generally grant the request.

- **Private School Testing Accommodations.  If a candidate received testing accommodations in private school for similar tests under a formal policy, he or she should generally receive the same testing accommodations for a current standardized exam or high-stakes test.**  Testing accommodations are generally provided to a parentally-placed private school student with disabilities pursuant to a formal policy and are documented for that particular student.  If a candidate shows a consistent history of having received testing accommodations for similar tests, and certifies his or her current need for the testing accommodations due to disability, then a testing entity should generally grant those same testing accommodations for the current standardized exam or high-stakes test without requesting further documentation from the candidate.

    - **Example.**  A private school student received a large-print test and a scribe as testing accommodations on similar tests throughout high school pursuant to a formal, documented accommodation policy and plan.  Where the student provides documentation of receiving these testing accommodations, and certifies that he or she still needs the testing accommodations due to disability, a testing entity should generally grant the candidate's request for the same testing accommodations without requesting further documentation.

- **First Time Requests or Informal Classroom Testing Accommodations.  An absence of previous formal testing accommodations does not preclude a candidate from receiving testing accommodations.**  Candidates who are individuals with disabilities and have never previously received testing accommodations may also be entitled to receive them for a current standardized exam or high-stakes test.  In the absence of documentation of prior testing accommodations, testing entities should consider the entirety of a candidate's history, including informal testing accommodations,to determine whether that history indicates a current need for testing accommodations.

    - **Example.**  A high school senior is in a car accident that results in a severe concussion.  The report from the treating specialist says that the student has post-concussion syndrome that may take up to a year to resolve, and that while his brain is healing he will need extended time and a quiet room when taking exams.  Although the student has never previously received testing accommodations, he may nevertheless be entitled to the requested testing accommodations for standardized exams and high-stakes tests as long as the post-concussion syndrome persists.

    - **Example.**  A student with a diagnosis of ADHD and an anxiety disorder received informal, undocumented testing accommodations throughout high school, including time to complete tests after school or at lunchtime.  In support of a request for extended time on a standardized exam, the student provides documentation of her diagnoses and their effects on test-taking in the form of a doctor's letter; a statement explaining her history of informal classroom accommodations for the stated disabilities; and certifies that she still needs extended time due to her disabilities.  Although

the student has never previously received testing accommodations through an IEP, Section 504 Plan, or a formal private school policy, she may nevertheless be entitled to extended time for the standardized exam.

- **Qualified Professionals.  Testing entities should defer to documentation from a qualified professional who has made an individualized assessment of the candidate that supports the need for the requested testing accommodations.**  Qualified professionals are licensed or otherwise properly credentialed and possess expertise in the disability for which modifications or accommodations are sought.  Candidates who submit documentation (such as reports, evaluations, or letters) that is based on careful consideration of the candidate by a qualified professional should not be required by testing entities to submit additional documentation.  A testing entity should generally accept such documentation and provide the recommended testing accommodation without further inquiry.

  - Reports from qualified professionals who have evaluated the candidate should take precedence over reports from testing entity reviewers who have never conducted the requisite assessment of the candidate for diagnosis and treatment.   This is especially important for individuals with learning disabilities because face-to-face interaction is a critical component of an accurate evaluation, diagnosis, and determination of appropriate testing accommodations.

  - A qualified professional's decision not to provide results from a specific test or evaluation instrument should not preclude approval of a request for testing accommodations where the documentation provided by the candidate, in its entirety, demonstrates that the candidate has a disability and needs a requested testing accommodation.  For example, if a candidate submits documentation from a qualified professional that demonstrates a consistent history of a reading disorder diagnosis and that recommends the candidate receive double time on standardized exams based on a personal evaluation of the candidate, a testing entity should provide the candidate with double time.  This is true even if the qualified professional does not include every test or subtest score preferred by the testing entity in the psychoeducational or neuropsychological report.

## How Quickly Should A Testing Entity Respond To A Request For Testing Accommodations?

**A testing entity must respond in a timely manner to requests for testing accommodations so as to ensure equal opportunity for individuals with disabilities.**  Testing entities should ensure that their process for reviewing and approving testing accommodations responds in time for applicants to register and prepare for the test.[6]  In addition, the process should provide applicants with a reasonable opportunity to respond to any requests for additional information from the testing entity, and still be able to take the test in the same testing cycle.  Failure by a testing entity to act in a timely manner, coupled with seeking unnecessary documentation, could result in such an extended delay that it constitutes a denial of equal opportunity or equal treatment in an examination setting for persons with disabilities.

## How Should Testing Entities Report Test Scores for Test-Takers Receiving Disability-Related Accommodations?

**Testing entities should report accommodated scores in the same way they report scores generally.** Testing entities must not decline to report scores for test-takers with disabilities receiving accommodations under the ADA.

**Flagging policies that impede individuals with disabilities from fairly competing for and pursuing educational and employment opportunities are prohibited by the ADA.** "Flagging" is the policy of annotating test scores or otherwise reporting scores in a manner that indicates the exam was taken with a testing accommodation. Flagging announces to anyone receiving the exam scores that the test-taker has a disability and suggests that the scores are not valid or deserved. Flagging also discourages test-takers with disabilities from exercising their right to testing accommodations under the ADA for fear of discrimination. Flagging must not be used to circumvent the requirement that testing entities provide testing accommodations for persons with disabilities and ensure that the test results for persons with disabilities reflect their abilities, not their disabilities.

**To view model testing accommodation practices and for more information about the ADA, please visit our website or call our toll-free number:**

- **ADA Website**: www.ADA.gov

- **ADA Information Line:** 800-514-0301 (Voice) and 800-514-0383 (TTY); M-W, F 9:30 a.m. – 5:30 p.m., Th 12:30 p.m. – 5:30 p.m. (Eastern Time)

- **Model Testing Accommodation Practices Resulting From Recent Litigation:** http://www.ada.gov/lsac_best_practices_report.docx

For persons with disabilities, this publication is available in alternate formats.

Duplication of this document is encouraged.

---

[1] This document does not address how the requirements or protections, as applicable, of Title II of the ADA, Section 504 of the Rehabilitation Act, the assessment provisions in the Elementary and Secondary Education Act (ESEA) and the Individuals with Disabilities Education Act (IDEA), and their implementing regulations, apply to, or interact with, the administration of state-wide and district-wide assessments to students with disabilities conducted by public educational entities.

[2] *See* 28 C.F.R. §§ 36.303(b), 36.309(b)(3) (providing non-exhaustive lists of auxiliary aids and services).

[3] Under Section 309 of the ADA, any person (including both public and private entities) that offers examinations related to applications, licensing, certification, or credentialing for secondary or postsecondary education, professional, or trade purposes must offer such examinations "in a place and manner accessible to persons with disabilities or offer alternative accessible arrangements for such individuals." 42 U.S.C. § 12189. Under regulations implementing this ADA provision, any private entity that offers such examinations must "assure that the examination is selected and administered so as to best

ensure that, when the examination is administered to an individual with a disability that impairs sensory, manual, or speaking skills, the examination results accurately reflect the individual's aptitude or achievement level or whatever other factor the examination purports to measure, rather than reflecting the individual's impaired sensory, manual, or speaking skills (except where those skills are the factors that the examination purports to measure)." 28 C.F.R. § 36.309.  Likewise, under regulations implementing title II of the ADA, public entities offering examinations must ensure that their exams do not provide qualified persons with disabilities with aids, benefits, or services that are not as effective in affording equal opportunity to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to others, 28 C.F.R. § 35.130(b)(1)(iii), and may not administer a licensing or certification program in a manner that subjects qualified individuals with disabilities to discrimination on the basis of disability.  28 C.F.R. § 35.130(b)(6).  Both the title II and title III regulations also require public and private testing entities to provide modifications and auxiliary aids and services for individuals with disabilities unless the entity can demonstrate an applicable defense.  28 C.F.R. §§ 35.130(b)(7), 35.160(b), 35.164; 28 C.F.R. §§ 36.309(b)(1)(iv-vi), (b)(2), 36.309(b)(3).

4 An IEP contains the special education and related services and supplementary aids and services provided to an eligible student with a disability under Part B of the IDEA, 20 U.S.C. §§ 1400 *et seq.* and 34 C.F.R. part 300.

5 A Section 504 Plan could contain the regular or special education and related aids and services provided pursuant to section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 and 34 C.F.R. part 104.

6 Testing entities must offer examinations to individuals with disabilities in as timely a manner as offered to others and should not impose earlier registration deadlines on those seeking testing accommodations.

The Americans with Disabilities Act authorizes the Department of Justice (the Department) to provide technical assistance to individuals and entities that have rights or responsibilities under the Act. This document provides informal guidance to assist you in understanding the ADA and the Department's regulations.

This guidance document is not intended to be a final agency action, has no legally binding effect, and may be rescinded or modified in the Department's complete discretion, in accordance with applicable laws. The Department's guidance documents, including this guidance, do not establish legally enforceable responsibilities beyond what is required by the terms of the applicable statutes, regulations, or binding judicial precedent.

**PDF Version**

**ADA Home Page**

## SAT® Program
## The College Board

# STUDENT SCORE REPORT
REPORT DATE: 4/30/94

## Your Scores

**Test Date:** MARCH 1994

| SAT I: Reasoning Test | Score | Score Range | Percentiles College-bound Seniors National | Percentiles College-bound Seniors State |
|---|---|---|---|---|
| Verbal | 370 | 340-400 | 32 | 19 |
| Mathematical | 450 | 420-480 | 41 | 30 |

See reverse side for information about these scores.

JASON M. WRIGHT
2515 ALBION STREET
DENVER           CO 80207

**WHAT DOES YOUR SCORE RANGE MEAN?**
No single numerical score can exactly represent your reasoning skills. If you had taken different editions of the test within a short period of time, your performance would probably vary somewhat on the 200 to 800 scale.

**HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?**
Percentiles indicate what percentage of test takers earned a score lower than yours. The national percentile for your verbal score of 370 is 32 , indicating you did better than 32 % of the national group of college-bound seniors. The national percentile for your math score of 450 is 41 , indicating you did better than 41 % of the national group of college-bound seniors.

**DID YOU DO BETTER IN VERBAL OR MATH?**
To make a comparison, you need to refer to percentiles rather than scores. Even though your math score is higher than your verbal score, your national percentiles indicate that you performed similarly on the math test and the verbal test.

**WHAT'S THE AVERAGE VERBAL OR MATH SCORE?**
Many people think it's 500. NOT true! For college-bound seniors in the class of '93, the average verbal score was 424 and the average math score was 478.

**WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?**
If you take the test again, especially if you study between now and then, your scores may go up.

Among students with verbal scores of 370, 61% score higher on a second testing, 29% score lower, and 10% receive the same score. On average, a person with a verbal score of 370 gains  19 point(s) on a second testing.

Among students with math scores of 450, 63% score higher on a second testing, 30% score lower, and  6% receive the same score. On average, a person with a math score of 450 gains  22 point(s) on a second testing.

## HOW DID YOU DO ON EACH TYPE OF QUESTION?

| | Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|---|
| VERBAL | Critical Reading | 17 | 19 | 4 | 40 | 12 | 25 |
| VERBAL | Analogies | 10 | 9 | 0 | 19 | 8 | 45 |
| VERBAL | Sentence Completion | 10 | 9 | 0 | 19 | 8 | 35 |
| MATH | Arithmetic and Algebraic Reasoning | 24 | 16 | 2 | 42 | 21 | 55 |
| MATH | Geometric Reasoning | 7 | 9 | 2 | 18 | 5 | 25 |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code QA). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you

can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | | | | SAT II: Subject Tests | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | Grade Level | Verbal | Math | Verbal Subscores[1] Reading | Vocabulary | TSWE | Test Date | Grade Level | Test 1 | Score | Writing Subscores[1] Multiple Choice | Writing Sample | Listening Subscores[1] Reading | Listening | Usage | Test 2 | Score | Test 3 | Score |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | | | | | |

[1]Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To send more

score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| M | 2/14/77 | 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 | 6669065 | 06200 | EAST HIGH SCHOOL          060400 |

11018.09103/SATSR.931210

## Personal and College Profiles

| | | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult *The College Handbook 1994* for additional information.) | | | |
|---|---|---|---|---|---|---|
| | | JASON M. WRIGHT | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. |
| INSTITUTIONAL CHARACTERISTICS | Type of School | 4-yr College Public Coed | | | | |
| | Size of School | 10,000 to 20,000 Students | | | | |
| | Setting | Large city Close to home | | | | |
| | Diversity of Freshman Class | CO resident US Citizen Black On campus housing | | | | |
| | Major | Premedical - Medical | | | | |
| HIGH SCHOOL PREPARATION | Grade Point Average | B- | | | | |
| | High School Courses | 14 | | | | |
| | English Foreign Lang. Math Natural Science Social Science Arts/Music Additional Courses | 3 English 2 Foreign Lang. 3 Math 3 Natural Sci. 3 Social Science | | | | |
| FRESHMAN ADMISSION | Admission Criteria | | | | | |
| | Test Use/ Report Deadline | | | | | |
| | Scores of Mid 50% Enrolled Freshmen | | | | | |
| | Admission Rate | | | | | |
| | Application Deadline | | | | | |
| COSTS/FINANCIAL AID | 1993-94 Annual Expenses | | | | | |
| | Financial Aid | | | | | |
| | Financial Aid Deadline | | | | | |

LAST NAME: WRIGHT
FIRST NAME: JASON
MI: M
SEX: M
BIRTH DATE: 2/14/77
SOCIAL SECURITY NUMBER: 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

11030-03770 • FB14M1500 • 305429

Here is information you provided:
First Language: **English only**
Telephone: **303-322-4053**

Religion: **No preference or affiliation**
Student Search Service: **YES**

**SAT® Program**
**The College Board**

# STUDENT SCORE REPORT
REPORT DATE:  6/25/94

## Your Scores

**Test Date:  JUNE 1994**

| SAT I: Reasoning Test | Score | Score Range | Percentiles College-bound Seniors | |
|---|---|---|---|---|
| | | | National | State |
| **Verbal** | 380 | 350-410 | 35 | 23 |
| **Mathematical** | 490 | 460-520 | 53 | 42 |

See reverse side for information about these scores

JASON M. WRIGHT
2515 ALBION STREET
DENVER           CO 80207

**WHAT DOES YOUR SCORE RANGE MEAN?**
No single numerical score can exactly represent your reasoning skills. If you had taken different editions of the test within a short period of time, your performance would probably vary somewhat on the 200 to 800 scale.

**HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?**
Percentiles indicate what percentage of test takers earned a score lower than yours. The national percentile for your verbal score of 380 is 35 , indicating you did better than 35 % of the national group of college-bound seniors. The national percentile for your math score of 490 is 53 , indicating you did better than 53 % of the national group of college-bound seniors.

**DID YOU DO BETTER IN VERBAL OR MATH?**
To make a comparison, you need to refer to percentiles rather than scores. Even though your math score is higher than your verbal score, your national percentiles indicate that you performed similarly on the math test and the verbal test.

**WHAT'S THE AVERAGE VERBAL OR MATH SCORE?**
Many people think it's 500. NOT true! For college-bound seniors in the class of '93, the average verbal score was 424 and the average math score was 478.

**WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?**
If you take the test again, especially if you study between now and then, your scores may go up.

Among students with verbal scores of 380, 63% score higher on a second testing, 30% score lower, and  8% receive the same score. On average, a person with a verbal score of 380 gains  20 point(s) on a second testing.

Among students with math scores of 490, 59% score higher on a second testing, 34% score lower, and  7% receive the same score. On average, a person with a math score of 490 gains  15 point(s) on a second testing.

## HOW DID YOU DO ON EACH TYPE OF QUESTION?

| | Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|---|
| VERBAL | Critical Reading | 14 | 8 | 18 | 40 | 12 | 25 |
| | Analogies | 10 | 1 | 8 | 19 | 10 | 65 |
| | Sentence Completion | 8 | 5 | 6 | 19 | 7 | 35 |
| MATH | Arithmetic and Algebraic Reasoning | 24 | 9 | 11 | 44 | 22 | 45 |
| | Geometric Reasoning | 8 | 1 | 7 | 16 | 8 | 55 |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code QG). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you

can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| | | | | Verbal Subscores[1] | | | | SAT II: Subject Tests | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT I: Reasoning Test | | | | | | | | | | | Writing Subscores[1] | | Listening Subscores[1] | | | | | | | | |
| Test Date | Grade Level | Verbal | Math | Reading | Vocabulary | TSWE | | Test Date | Grade Level | Test 1 | Score | Multiple Choice | Writing Sample | Reading | Listening | Usage | Test 2 | Score | Test 3 | Score | |
| Jun 94 | 11 | 380 | 490 | | | | | | | | | | | | | | | | | | |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | | | | | | | |

[1]Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To send more

score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code | |
|---|---|---|---|---|---|---|
| M | 2/14/77 | 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 | 9286146 | 06200 | EAST HIGH SCHOOL | 060400 |

11016-09103/SATSR-931210

## Personal and College Profiles

| | | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult *The College Handbook 1994* for additional information.) | | | |
|---|---|---|---|---|---|---|
| | | JASON M. WRIGHT | No college/scholar- ship was designated to receive a report. | No college/scholar- ship was designated to receive a report. | No college/scholar- ship was designated to receive a report. | No college/scholar- ship was designated to receive a report. |
| INSTITUTIONAL CHARACTERISTICS | Type of School | 4-yr College<br><br>Public<br>Coed | | | | |
| | Size of School | 10,000 to 20,000 Students | | | | |
| | Setting | Large city<br>Close to home | | | | |
| | Diversity of Freshman Class | CO resident<br>US Citizen<br>Black<br>On campus housing | | | | |
| | Major | Premedical – Medical | | | | |
| HIGH SCHOOL PREPARATION | Grade Point Average | B- | | | | |
| | High School Courses | 14 | | | | |
| | English<br>Foreign Lang.<br>Math<br>Natural Science<br>Social Science<br>Arts/Music<br>Additional Courses | 3 English<br>2 Foreign Lang.<br>3 Math<br>3 Natural Sci.<br>3 Social Science | | | | |
| FRESHMAN ADMISSION | Admission Criteria | | | | | |
| | Test Use/ Report Deadline | | | | | |
| | Scores of Mid 50% Enrolled Freshmen | | | | | |
| | Admission Rate | | | | | |
| | Application Deadline | | | | | |
| COSTS/FINANCIAL AID | 1993-94 Annual Expenses | | | | | |
| | Financial Aid | | | | | |
| | Financial Aid Deadline | | | | | |

| LAST NAME | FIRST NAME | MI | SEX | BIRTH DATE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| WRIGHT | JASON | M | M | 2/14/77 | 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 |

11030-03770 · FB14M1500 · 305429

Here is information you provided:
First Language: **English only**
Telephone: 303-322-4053

Religion: **No preference or affiliation**
Student Search Service: **YES**

EXHIBIT E: SAT Score reports (pp. 44-51)

**STUDENT SCORE REPORT**
REPORT DATE: 11/24/94

**SAT® Program**
**The College Board**

## Your Scores

**Test Date: NOVEMBER 1994**

| SAT I: Reasoning Test | Score | Score Range | Percentiles College-bound Seniors National | State |
|---|---|---|---|---|
| Verbal | 350 | 320-380 | 25 | 14 |
| Mathematical | 510 | 480-540 | 59 | 49 |

See reverse side for information about these scores.

JASON M. WRIGHT
2515 ALBION STREET
DENVER          CO 80207

**WHAT DOES YOUR SCORE RANGE MEAN?**
No single numerical score can exactly represent your reasoning skills. If you had taken different editions of the test within a short period of time, your performance would probably vary somewhat on the 200 to 800 scale.

**HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?**
Percentiles indicate what percentage of test takers earned a score lower than yours. The national percentile for your verbal score of 350 is 25, indicating you did better than 25 % of the national group of college-bound seniors. The national percentile for your math score of 510 is 59, indicating you did better than 59 % of the national group of college-bound seniors.

**DID YOU DO BETTER IN VERBAL OR MATH?**
To make a comparison, you need to refer to percentiles rather than scores. Your national percentiles indicate that you performed better on the math test than on the verbal test.

**WHAT'S THE AVERAGE VERBAL OR MATH SCORE?**
Many people think it's 500. NOT true! For college-bound seniors in the class of '94, the average verbal score was 424 and the average math score was 478.

**WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?**
If you take the test again, especially if you study between now and then, your scores may go up.

Among students with verbal scores of 350, 65% score higher on a second testing, 26% score lower, and 9% receive the same score. On average, a person with a verbal score of 350 gains 23 point(s) on a second testing.

Among students with math scores of 510, 52% score higher on a second testing, 39% score lower, and 9% receive the same score. On average, a person with a math score of 510 gains 11 point(s) on a second testing.

## HOW DID YOU DO ON EACH TYPE OF QUESTION?

| | Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|---|
| VERBAL | Critical Reading | 17 | 7 | 16 | 40 | 15 | 35 |
| | Analogies | 6 | 7 | 6 | 19 | 4 | 15 |
| | Sentence Completion | 6 | 8 | 5 | 19 | 4 | 15 |
| MATH | Arithmetic and Algebraic Reasoning | 23 | 9 | 10 | 42 | 22 | 55 |
| | Geometric Reasoning | 12 | 4 | 2 | 18 | 11 | 55 |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code QI ). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| Test Date | Grade Level | Verbal | Math | Reading | Vocabulary | TSWE | Test Date | Grade Level | Test 1 | Score | Multiple Choice | Writing Sample | Reading | Listening | Usage | Test 2 | Score | Test 3 | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 94 | 12 | 350 | 510 | | | | | | | | | | | | | | | | |
| Jun 94 | 11 | 380 | 490 | | | | | | | | | | | | | | | | |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | | | | | |

¹Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To make more score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| M | 2/14/77 | 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 | 9078138 | 06200 | EAST HIGH SCHOOL          060400 |

11016-09103/SATSR-931210

## Personal and College Profiles

| | | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult *The College Handbook 1994* for additional information.) | | | |
|---|---|---|---|---|---|---|
| | | JASON M. WRIGHT | Northwestern U Evanston, IL Code 1565 | U Michigan Ann Arbor, MI Code 1839 | No college/scholar- ship was designated to receive a report. | No college/scholar- ship was designated to receive a report. |
| INSTITUTIONAL CHARACTERISTICS | Type of School | 4-yr College Public Coed | 4-yr. private university | 4-yr. public university | | |
| | Size of School | 10,000 to 20,000 Students | 7,495 undergraduates | 23,384 undergraduates | | |
| | Setting | Large city Close to home | Suburban campus in small city | Suburban campus in small city | | |
| | Diversity of Freshman Class | CO resident US Citizen Black On campus housing | 29% from IL 3% foreign 21% minority 74% live in college housing | 69% from MI 3% foreign 24% minority 31% live in college housing | | |
| | Major | Premedical - Medical | Premedical - Medical | Premedical - Medical | | |
| HIGH SCHOOL PREPARATION | Grade Point Average | B- | | 94% of freshmen had GPA of 3.0 or higher | | |
| | High School Courses | 14 | (16) units | (20) units | | |
| | English Foreign Lang. Math Natural Science Social Science Arts/Music Additional Courses | 3 English 2 Foreign Lang. 3 Math 3 Natural Sci. 3 Social Science | (4) English (2) Forgn. lang. (3) Math (3) Sciences (4) Social sci. Additional course requirements; check with college ( )=Recommended | (4) English (4) Forgn. lang. (4) Math (4) Sciences (4) Social sci. ( )=Recommended | | |
| FRESHMAN ADMISSION | Admission Criteria | | School record, test scores, interview, activities, recommendations, essay | | | |
| | Test Use/ Report Deadline | | SAT I accepted SAT I by 2/1 | SAT I accepted SAT I by 2/1 | | |
| | Scores of Mid 50% Enrolled Freshmen | | SAT I Verbal 560 - 660 SAT I Math 640 - 740 | SAT I Verbal 490 - 600 SAT I Math 580 - 700 | | |
| | Admission Rate | | 42% of applicants | 67% of applicants | | |
| | Application Deadline | | 1/1 closing date | 2/1 closing date | | |
| COSTS/FINANCIAL AID | 1993-94 Annual Expenses | | $23,793 | $11,753 (out-of- state add'l) | | |
| | Financial Aid | | 49% of freshmen receive aid | 35% of freshmen receive aid | | |
| | Financial Aid Deadline | | 2/15 closing date | 2/1 priority 9/30 closing date | | |

Here is information you provided:
First Language:  English only
Telephone: 303-322-4053

Religion: No preference or affiliation
Student Search Service: YES

WRIGHT  LAST NAME

JASON  FIRST NAME

M  MI

M  SEX

2/14/77  BIRTH DATE

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  SOCIAL SECURITY NUMBER

11030-03770 • MB94M1600 • 302003

**SAT® Program**
**The College Board**

**STUDENT SCORE REPORT**
REPORT DATE: 12/23/94

## Your Scores

**Test Date: DECEMBER 1994**

| SAT II:<br>Subject Tests | Score | Score<br>Range | Percentile |
|---|---|---|---|
| Math I | 490 | 460-520 | 24 |

See reverse side for information about these scores.

JASON M. WRIGHT
2515 ALBION STREET
DENVER        CO 80207

### WHAT DOES YOUR SCORE RANGE MEAN?
No single numerical score can represent your knowledge of a particular subject. If you had taken different editions of the test within a short period of time, your performance would probably vary slightly on the 200 to 800 scale.

### HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?
Percentiles indicate what percentage of test takers who chose to take this particular Subject Test earned a score lower than yours. Percentiles may not be reported if you took a new Subject Test because they are not yet available. Please see your guidance counselor for more interpretive information.

### WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?
The Subject Tests measure your knowledge of a particular subject. If you continue to study the subject and take the test again, your score should reflect your increased knowledge. If you take the test again without any additional preparation, your score should vary, with some scores higher and some lower.

### WHAT'S THE AVERAGE SUBJECT TEST SCORE?
Many people think it's 500. NOT true! The average score varies from test to test. Refer to the reverse side of this report to find the average score on the test you took.

## SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | Verbal Subscores[1] | | | SAT II: Subject Tests | | | | Writing Subscores[1] | | Listening Subscores[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | Grade Level | Verbal | Math | Reading | Vocabulary | TSWE | Test Date | Grade Level | Test 1 | Score | Multiple Choice | Writing Sample | Reading | Listening | Usage | Test 2 | Score | Test 3 | Score |
| Nov 94 | 12 | 350 | 510 | | | | Dec 94 | 12 | Math I | 490 | | | | | | | | | |
| Jun 94 | 11 | 380 | 490 | | | | | | | | | | | | | | | | |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | | | | | |

[1] Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To send more score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| M | 2/14/77 | 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 | 9129930 | 06200 | EAST HIGH SCHOOL    060400 |

11016-09103/SAT5R-911210

## Personal and College Profiles

| | | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult The College Handbook 1994 for additional information.) | | | |
|---|---|---|---|---|---|---|
| | | JASON M. WRIGHT | U Colorado Boulder Boulder, CO Code 4841 | U Notre Dame Notre Dame, IN Code 1841 | Northwestern U Evanston, IL Code 1565 | U Michigan Ann Arbor, MI Code 1839 |
| INSTITUTIONAL CHARACTERISTICS | Type of School | 4-yr College<br><br>Public<br>Coed | 4-yr. public university | 4-yr. private university | 4-yr. private university | 4-yr. public university |
| | Size of School | 10,000 to 20,000 Students | 20,006 undergraduates | 7,600 undergraduates | 7,495 undergraduates | 23,384 undergraduates |
| | Setting | Large city Close to home | Suburban campus in small city | Suburban campus in small city | Suburban campus in small city | Suburban campus in small city |
| | Diversity of Freshman Class | CO resident US Citizen Black On campus housing | 67% from CO 1% foreign 14% minority 25% live in college housing | 9% from IN 2% foreign 14% minority 85% live in college housing | 29% from IL 3% foreign 21% minority 74% live in college housing | 69% from MI 3% foreign 24% minority 31% live in college housing |
| | Major | Premedical - Medical | Not available | Premedical - Medical | Premedical - Medical | Premedical - Medical |
| HIGH SCHOOL PREPARATION | Grade Point Average | B- | 80% of freshmen had GPA of 3.0 or higher | 98% of freshmen had GPA of 3.0 or higher | | 94% of freshmen had GPA of 3.0 or higher |
| | High School Courses | 14 | 16 units | 16 (20) units | (16) units | (20) units |
| | English<br>Foreign Lang.<br>Math<br>Natural Science<br>Social Science<br>Arts/Music<br>Additional Courses | 3 English 2 Foreign Lang. 3 Math 3 Natural Sci. 3 Social Science | 4 English 3 Forgn. lang. 3 Math 3 Sciences 3 Social sci.<br><br>Additional course requirements; check with college<br>( )=Recommended | 4 English 2 (4) Forgn. lang. 3 (4) Math 2 (4) Sciences 2 (4) Social sci.<br><br>Additional course requirements; check with college<br>( )=Recommended | (4) English (2) Forgn. lang. (3) Math (3) Sciences (4) Social sci.<br><br>Additional course requirements; check with college<br>( )=Recommended | (4) English (4) Forgn. lang. (4) Math (4) Sciences (4) Social sci.<br><br>( )=Recommended |
| FRESHMAN ADMISSION | Admission Criteria | | School record, test scores, activities, recommendations, essay | School record, test scores, activities, recommendations, essay | School record, test scores, interview, activities, recommendations, essay | |
| | Test Use/ Report Deadline | | SAT I accepted SAT I by 2/15 | SAT I accepted SAT I by 2/28 | SAT I accepted SAT I by 2/1 | SAT I accepted SAT I by 2/1 |
| | Scores of Mid 50% Enrolled Freshmen | | SAT I Verbal 440 - 550 SAT I Math 510 - 640 | SAT I Verbal 540 - 640 SAT I Math 620 - 720 | SAT I Verbal 560 - 660 SAT I Math 640 - 740 | SAT I Verbal 490 - 600 SAT I Math 580 - 700 |
| | Admission Rate | | 66% of applicants | 48% of applicants | 42% of applicants | 67% of applicants |
| | Application Deadline | | 2/15 closing date | 12/1 priority 1/6 closing date | 1/1 closing date | 2/1 closing date |
| COSTS/FINANCIAL AID | 1993-94 Annual Expenses | | $10,469 (out-of-state add'l) | $23,390 | $23,795 | $11,753 (out-of-state add'l) |
| | Financial Aid | | 54% of freshmen receive aid | 74% of freshmen receive aid | 49% of freshmen receive aid | 35% of freshmen receive aid |
| | Financial Aid Deadline | | 4/1 priority No closing date | 2/28 closing date | 2/15 closing date | 2/1 priority 9/30 closing date |

Here is information you provided:
First Language:  English only
Telephone:  303-322-4053

Religion:  No preference or affiliation
Student Search Service:  YES

WRIGHT    LAST NAME

JASON    FIRST NAME

M    MI

M    SEX

2/14/77    BIRTH DATE

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    SOCIAL SECURITY NUMBER

11030-03770 • MB9AM1800 • 302003

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
HSC 060-400
30600-000011527

WRIGHT JASON M
2515 ALBION ST
DENVER CO  80207

**ACT**

## 1993-94 ACT ASSESSMENT STUDENT REPORT
*(For more information, see Using Your ACT Assessment Results.)*

**YOUR ACT TEST SCORES**   Your 04/94 ACT scores, listed below, provide one way to estimate your level of educational development.  The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date.  For instance, your SCIENCE REASONING score (20) has a rank of 50.  This means that 50% of the college-bound students scored at or below your SCIENCE REASONING score.  The rank of your Composite (average) score indicates that your overall educational development is likely in the middle half of ACT-tested college-bound students.  Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks.  Check the bands for the four tests (English, Math, Reading, Science Reasoning).  If bands for two tests do not overlap, your ranks probably differ.  For three of the tests, additional scores (subscores) are provided.  Check the subscore bands for English, then Math, then Reading.  If the subscore bands for a test do not overlap, your ranks probably differ.  Use the bands to identify knowledge and skill areas you may want to work on.  The areas are described in *Using Your ACT Assessment Results.*

If you feel your scores are low, don't be discouraged.  Many students with similar scores succeed in the college programs they choose.  The College Planning section can help you explore your options.

WRIGHT JASON M
2515 ALBION ST
DENVER CO  80207



RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORES

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) |
|---|---|
| ENGLISH | **16** |
| Usage/Mechanics | 07 |
| Rhetorical Skills | 08 |
| MATHEMATICS | **19** |
| Pre-Algebra/Elem Alg | 08 |
| Alg./Coord. Geometry | 10 |
| Plane Geometry/Trig. | 11 |
| READING | **18** |
| Soc. Studies/Sciences | 07 |
| Arts/Literature | 11 |
| SCIENCE REASONING | 20 |
| COMPOSITE (Average) | **18** |

H.S. grades you reported: English (C), Math (A), Social Studies (A), Natural Sciences (A).

**YOUR COLLEGE PLANNING**   Admissions standards differ among colleges and, sometimes, among programs of study within a college.  Your high school grades and ACT Composite score are most like those of students who enter colleges with a traditional admissions policy (see description on back).  However, don't rule out colleges with other admissions policies.  Check with their admissions offices for more specific information on what they expect.

When you registered for the ACT, you did not ask to have your scores sent to any colleges.  If you would like to do so at this time, you can obtain a score report request packet from your high school or directly from ACT Records, P.O. Box 451, Iowa City, Iowa 52242.  (Be sure to enclose the correct fee when making your request.)

If you have not yet decided on a college, you may want to explore possibilities by using some of the college directories listed in section 2 of *Using Your ACT Assessment Results.*  One of the directories, ACT's *College Planning/ Search Book,* groups colleges by geographical region and admissions policy.  This directory and others listed also cover a range of additional factors to consider when selecting a college, such as size, cost, and majors available.

| COLLEGE CODE AND NAME | ADMISSIONS POLICY | ESTIMATED RANK OF YOUR ACT COMPOSITE SCORE (ENROLLED FRESHMEN) | H.S. AVERAGE (ENROLLED FRESHMEN) | CHANCES IN 10 OF "C" OR HIGHER | YOUR PROGRAM OF STUDY AVAILABLE | APPROX. YEARLY TUITION & FEES (minus room/board) | PERCENT FRESHMAN CLASS RECEIVING FINANCIAL AID BASED ON NEED |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A dash (—) means ACT has no information available. See *Using Your ACT Assessment Results* for an explanation of program of study and tuition/fees categories.

Remember that test scores and past grades do not guarantee success or failure in college. Other factors, such as program of study and motivation, count too.

YOUR EDUCATIONAL/OCCUPATIONAL PLANNING    Since many people consider several possibilities before making definite career plans, ACT has grouped similar occupations and programs of study into "families" as a career exploration aid. For example, the program of study you indicated (BIOLOGY) best fits Career Family 0 (Natural Sciences and Mathematics); the occupational choice you indicated (MEDICINE) best fits Career Family T (General Health Care). If you would like to identify other careers in these families, check the Career Family List on the back of this report.

Occupations differ in how much they involve working with data (facts, records); ideas (theories, insights); people (care, services); and things (machines, materials, lab equipment). Your responses to the ACT Interest Inventory indicate that you might enjoy opportunities to work with things and, perhaps, ideas. Career Families H, N, and M include many occupations and programs of study which emphasize these "work tasks." If you scan these families, you may find additional career possibilities that you would like to explore. You can identify other Career Families emphasizing things and ideas "work tasks" by using the World-of-Work Map (found in Section 3 of *Using Your ACT Assessment Results*). See, especially, Map Regions 6, 7, and 8. Remember, however:
    *Occupations within each family differ in the proportion of time spent with each of the work tasks.
    *Interest scores, like other test scores, are estimates; also, interests may change with experience.
    *Interests and abilities may differ; consider both in your educational/occupational planning.
    If you will now turn to section 3 of *Using Your ACT Assessment Results*, you will find a list of activities which can help you identify and explore career options.

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

WRIGHT JASON M
2515 ALBION ST
DENVER CO 80207

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
HSC 060-400
40180-000017577

## 1994-95 ACT ASSESSMENT STUDENT REPORT

*(For more information, see Using Your ACT Assessment Results)*

**YOUR ACT TEST SCORES**   Your 10/94 ACT scores, listed below, provide one way to estimate your level of educational development.  The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date.  For instance, your SCIENCE REASONING score (25) has a rank of 84.  This means that 84% of the college-bound students scored at or below your SCIENCE REASONING score.  The rank of your Composite (average) score indicates that your overall educational development is likely in the middle half of ACT-tested college-bound students.  Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks.  Check the bands for the four tests (English, Math, Reading, Science Reasoning).  If bands for two tests do not overlap, your ranks probably differ.  For three of the tests, additional scores (subscores) are provided.  Check the subscore bands for English, then Math, then Reading.  If the subscore bands for a test do not overlap, your ranks probably differ.  Use the bands to identify knowledge and skill areas you may want to work on.  The areas are described in *Using Your ACT Assessment Results.*



| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) | RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORES |
|---|---|---|
| | | 1      10      25      50      75      90      99 |
| ENGLISH | 17 | ---33----- |
| Usage/Mechanics | 08 | ----34---- |
| Rhetorical Skills | 09 | -------40----- |
| MATHEMATICS | 22 | -------70----- |
| Pre-Algebra/Elem. Alg. | 11 | ------62----- |
| Alg./Coord. Geometry | 11 | -------71----- |
| Plane Geometry/Trig. | 12 | -----78----- |
| READING | 19 | -----42----- |
| Soc. Studies/Sciences | 09 | -----42----- |
| Arts/Literature | 09 | ----35----- |
| SCIENCE REASONING | 25 | ----84----- |
| COMPOSITE (Average) | 21 | **59** |

H.S. grades you reported: English (C), Math (A), Social Studies (A), Natural Sciences (B).

Remember that your ranks are based on college-bound students. Most of them will succeed in the college programs they choose. The College Planning section can help you explore your options.

WRIGHT JASON M
2515 ALBION ST
DENVER CO 80207

**YOUR COLLEGE PLANNING**   Admissions standards differ among colleges and, sometimes, among programs of study within a college.  Your high school grades and ACT Composite score are most like those of students who enter colleges with a selective admissions policy (see description on back).  Remember, however, that many colleges with less selective admissions policies offer opportunities for a good education.

The table below gives information about the colleges you listed when you registered for the ACT.  For example, U OF CO-BOULDER has a selective admissions policy.  Your ACT composite score is estimated to rank in the lower quarter of entering students.  The average high school GPA for freshmen is 3.41, similar to the 3.25 for the grades you reported.  ACT does not have all the information necessary to estimate your chances of a "C" average or higher at this college. The program of study you listed at ACT registration (BOTANY) is available.  The approximate cost of tuition/fees is $2600/year, which does not include housing, meals, books, transportation, etc.  About 32% of the current freshman class receives student aid based on financial need.

| COLLEGE CODE AND NAME | ADMISSIONS POLICY | ESTIMATED RANK OF YOUR ACT COMPOSITE SCORE (ENROLLED FRESHMEN) | H.S. AVERAGE (ENROLLED FRESHMEN) | CHANCES IN 10 OF "C" OR HIGHER | YOUR PROGRAM OF STUDY AVAILABLE | APPROX. YEARLY TUITION & FEES (minus room/board) | PERCENT FRESHMAN CLASS RECEIVING FINANCIAL AID BASED ON NEED |
|---|---|---|---|---|---|---|---|
| 0532 U OF CO-BOULDER | SELECTIVE | BOTTOM QUARTER | 3.41 | — | YES: PROGRAM AVAIL | 2600 | 32 |
| 1252 UNIV OF NOTRE DAME | HIGHLY SEL. | ---- | 3.90 | — | YES: PROGRAM AVAIL | 16000 | 66 |
| 0792 MOREHOUSE COLLEGE | SELECTIVE | ---- | 3.00 | — | RELATED PROG AVAIL | 7400 | 74 |
| 0810 EMORY UNIVERSITY | HIGHLY SEL. | ---- | 3.60 | — | YES: PROGRAM AVAIL | 16800 | 47 |
| 1106 NORTHWESTERN UNIV | HIGHLY SEL. | BOTTOM TENTH | ---- | — | RELATED PROG AVAIL | 16400 | 51 |
| 2062 U OF MICH-ANN ARBOR | HIGHLY SEL. | BOTTOM TENTH | 3.65 | — | YES: 4-YR DEGREE | 4700 | 35 |

A dash (—) means ACT has no information available. See *Using Your ACT Assessment Results* for an explanation of program of study and tuition/fees categories.

Remember that test scores and past grades do not guarantee success or failure in college. Other factors, such as program of study and motivation, count too.

Section 2 of *Using Your ACT Assessment Results* provides more information about choosing a college. If you have not yet decided on a college, ACT's *College Planning/Search Book*, which lists colleges by geographical region and admissions policy, may be helpful. (If this book is not available in your library or guidance office, you'll find ordering instructions in *Using Your ACT Assessment Results*.)

YOUR EDUCATIONAL/OCCUPATIONAL PLANNING    Since many people consider several possibilities before making definite career plans, ACT has grouped similar occupations and programs of study into "families" as a career exploration aid. For example, the occupational choice you indicated (BOTANY) best fits Career Family O (Natural Sciences and Mathematics); the occupational choice you indicated (MEDICINE) best fits Career Family T (General Health Care). If you would like to identify other careers in these families, check the Career Family list on the back of this report.

Occupations differ in how much they involve working with data (facts, records); ideas (theories, insights); people (care, services); and things (machines, materials, lab equipment). Your responses to the ACT Interest Inventory indicate that you might enjoy opportunities to work with THINGS and ideas. Career Families H, M, and N include many occupations and programs of study which emphasize these "work tasks." If you scan these families, you may find additional career possibilities that you would like to explore. You can identify other Career Families emphasizing things and ideas "work tasks" by using the World-of-Work Map (found in Section 3 of *Using Your ACT Assessment Results*). See, especially, Map Regions 7 and 8. Remember, however:

※Occupations within each family differ in the proportion of time spent with each of the work tasks.
※Interest scores, like other test scores, are estimates; also, interests may change with experience.
※Interests and abilities may differ; consider both in your educational/occupational planning.
If you will now turn to section 3 of *Using Your ACT Assessment Results*, you will find a list of activities which can help you identify and explore career options.

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

Applicant Copy

# AMCAS APPLICATION REPORT - 2008 ENTERING CLASS

REPORT DATE: 11/01/2007 09:51 PM

SUBMISSION DATE:

PROCESSED DATE:

Applicant's Legal Name: Mr. Jason Manu Wright

AAMC ID: 12212480     SSN: 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     SIN:

Page: 10

## VERIFIED GRADE POINT AVERAGES

*GPA Calculations will appear only when your application status is Processed*

| Status | BCPM | | AO | | Total | |
|---|---|---|---|---|---|---|
| | GPA | Hours | GPA | Hours | GPA | Hours |
| High School | | | | | | |
| Freshman | | | | | | |
| Sophomore | | | | | | |
| Junior | | | | | | |
| Senior | | | | | | |
| Postbaccalaureate Undergraduate | | | | | | |
| Cumulative Undergraduate | | | | | | |
| Graduate | | | | | | |

Supplemental Hours:   P/F - Pass:   P/F - Fail:   A/P:   CLEP:   OTHER:

## MCAT TEST SCORES

*Non-Standardized Condition     (C) Computer-Based     (NR) Not Released*

| Test Date | Verbal | Phy Sci | Essay | Bio Sci | Total |
|---|---|---|---|---|---|
| 08/20/2005 | 06 | 07 | P | 05 | 18P |
| 08/14/2004 | 07 | 06 | N | 06 | 19N |

Add'l 2007 MCAT Intent Date:

## OTHER TEST SCORES

| Test Name | Test Date | Test Section | Test Score |
|---|---|---|---|
| GRE | 01/31/2006 | Verbal | 450 |
| GRE | 01/31/2006 | Quantitative | 550 |
| GRE | 01/31/2006 | Analytical Writing | 4.5 |

AUGUST 2005

MCAT

MEDICAL COLLEGE ADMISSION TEST

EXAMINEE'S REPORT OF SCORES

MCAT Program Office
P.O. Box 4056
Iowa City, Iowa 52243
Telephone: (319) 337-1357

## TEST (SCALED) SCORES

| PHYSICAL SCIENCES | VERBAL REASONING | WRITING SAMPLE | BIOLOGICAL SCIENCES |
|---|---|---|---|
| 07 | 06 | P | 05 |

| SOCIAL SECURITY NUMBER | TOTAL SCORE |
|---|---|
| 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 | 18P |

| SEX | DATE OF BIRTH | STATE OF RESIDENCE |
|---|---|---|
| M | 02/14/77 | CO |

05324

WRIGHT JASON MANU
2515 ALBION STREET
DENVER, CO  80207

®2005 Association of American Medical Colleges

This report will not be accepted by a medical school. You must have an official
AAMC MCAT score either sent to the medical school by the AAMC or printed
from the MCAT Website, www.aamc.org/mcat.

Exhibit G: MCAT and GRE scores (pp. 56-59)



**Table 1**
Percentages of MCAT Examinees Achieving Scaled Score Levels and
Associated Percentile Rank Ranges by Area of Assessment
Combined April/August 2005 Administrations    N = 66,433

## Physical Sciences



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.2 | 99.8–99.9 |
| 14 | 0.9 | 98.9–99.7 |
| 13 | 3.0 | 95.9–98.8 |
| 12 | 4.6 | 91.3–95.8 |
| 11 | 8.5 | 82.8–91.2 |
| 10 | 11.6 | 71.2–82.7 |
| 9 | 12.5 | 58.7–71.1 |
| 8 | 16.3 | 42.4–58.6 |
| 7 | 16.3 | 26.1–42.3 |
| 6 | 12.3 | 13.8–26.0 |
| 5 | 7.7 | 06.1–13.7 |
| 4 | 4.1 | 02.0–06.0 |
| 3 | 1.8 | 00.2–01.9 |
| 2 | 0.1 | 00.1–00.1 |
| 1 | 0.0 | 00.0–00.0 |

Scaled Score
Mean = 8.1
Std Deviation = 2.4

## Verbal Reasoning



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.0 | 99.9–99.9 |
| 14 | 0.1 | 99.9–99.9 |
| 13 | 1.7 | 98.2–99.8 |
| 12 | 3.5 | 94.7–98.1 |
| 11 | 10.7 | 84.0–94.6 |
| 10 | 15.3 | 68.7–83.9 |
| 9 | 15.8 | 52.9–68.6 |
| 8 | 15.0 | 37.9–52.8 |
| 7 | 10.5 | 27.4–37.8 |
| 6 | 12.9 | 14.5–27.3 |
| 5 | 6.0 | 08.5–14.4 |
| 4 | 4.0 | 04.5–08.4 |
| 3 | 2.9 | 01.6–04.4 |
| 2 | 1.4 | 00.2–01.5 |
| 1 | 0.1 | 00.0–00.1 |

Scaled Score
Mean = 8.1
Std Deviation = 2.4

## Writing Sample



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| T | 0.9 | 99.1–99.9 |
| S | 2.1 | 97.0–99.0 |
| R | 6.0 | 91.0–96.9 |
| Q | 19.9 | 71.1–90.9 |
| P | 12.9 | 58.2–71.0 |
| O | 15.5 | 42.7–58.1 |
| N | 13.5 | 29.2–42.6 |
| M | 18.4 | 10.8–29.1 |
| L | 8.1 | 02.7–10.7 |
| K | 2.3 | 00.4–02.6 |
| J | 0.3 | 00.0–00.3 |

Scaled Score
75th Percentile = Q
50th Percentile = O
25th Percentile = M

## Biological Sciences



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.1 | 99.9–99.9 |
| 14 | 1.1 | 98.8–99.8 |
| 13 | 3.0 | 95.8–98.7 |
| 12 | 5.6 | 90.2–95.7 |
| 11 | 10.5 | 79.7–90.1 |
| 10 | 17.3 | 62.4–79.6 |
| 9 | 15.9 | 46.5–62.3 |
| 8 | 17.3 | 29.2–46.4 |
| 7 | 8.4 | 20.8–29.1 |
| 6 | 7.6 | 13.2–20.7 |
| 5 | 5.3 | 07.9–13.1 |
| 4 | 4.8 | 03.1–07.8 |
| 3 | 2.2 | 00.9–03.0 |
| 2 | 0.7 | 00.2–00.8 |
| 1 | 0.1 | 00.0–00.1 |

Scaled Score
Mean = 8.5
Std Deviation = 2.5

Copyright © 2005 AAMC MCAT. All rights reserved.



**Total Score**

| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 45 | 0.0 | 99.9–99.9 |
| 44 | 0.0 | 99.9–99.9 |
| 43 | 0.0 | 99.9–99.9 |
| 42 | 0.0 | 99.9–99.9 |
| 41 | 0.1 | 99.9–99.9 |
| 40 | 0.2 | 99.7–99.8 |
| 39 | 0.4 | 99.3–99.6 |
| 38 | 0.6 | 98.7–99.2 |
| 37 | 1.0 | 97.7–98.6 |
| 36 | 1.4 | 96.3–97.6 |
| 35 | 1.9 | 94.4–96.2 |
| 34 | 2.4 | 92.0–94.3 |
| 33 | 2.9 | 89.1–91.9 |
| 32 | 3.7 | 85.4–89.0 |
| 31 | 4.2 | 81.2–85.3 |
| 30 | 5.0 | 76.2–81.1 |
| 29 | 5.5 | 70.7–76.1 |
| 28 | 5.8 | 64.9–70.6 |
| 27 | 6.0 | 58.9–64.8 |
| 26 | 6.1 | 52.8–58.8 |
| 25 | 6.2 | 46.6–52.7 |
| 24 | 6.0 | 40.6–46.5 |
| 23 | 5.7 | 34.9–40.5 |
| 22 | 5.3 | 29.6–34.8 |
| 21 | 4.6 | 25.0–29.5 |
| 20 | 4.0 | 21.0–24.9 |
| 19 | 3.5 | 17.5–20.9 |
| 18 | 3.2 | 14.3–17.4 |
| 17 | 2.8 | 11.5–14.2 |
| 16 | 2.4 | 09.1–11.4 |
| 15 | 2.1 | 07.0–09.0 |
| 14 | 1.8 | 05.2–06.9 |
| 13 | 1.4 | 03.8–05.1 |
| 12 | 1.2 | 02.6–03.7 |
| 11 | 0.9 | 01.7–02.5 |
| 10 | 0.7 | 01.0–01.6 |
| 9 | 0.4 | 00.6–00.9 |
| 8 | 0.3 | 00.3–00.5 |
| 7 | 0.1 | 00.2–00.2 |
| 6 | 0.1 | 00.0–00.1 |
| 5 | 0.0 | 00.0–00.0 |
| 4 | 0.0 | 00.0–00.0 |
| 3 | 0.0 | 00.0–00.0 |
| 2 | 0.0 | 00.0–00.0 |
| 1 | 0.0 | 00.0–00.0 |

**Scaled Score**

Mean         = 24.7
Std Deviation = 6.4

Copyright © 2005 AAMC MCAT, All rights reserved.



**US·MLE**

United States
Medical
Licensing
Examination ®

# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 1 SCORE REPORT

This score report is provided for the use of the examinee.

Third party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:   0-823-893-3**                                    **Test Date:   November 9, 2011**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 1 is designed to assess whether an examinee understands and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. The inclusion of Step 1 in the USMLE sequence is intended to ensure mastery of not only the sciences underlying the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. These scores represent your results for the administration of Step 1 on the test date shown above.

| | |
|---|---|
| **PASS** | This result is based on the minimum passing score recommended by USMLE for Step 1. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **226** | This score is determined by your overall performance on Step 1. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 222 and 24, respectively, with most scores falling between 140 and 260. A score of 188 is set by USMLE to pass Step 1. The standard error of measurement (SEM)‡ for this scale is six points. |

| | |
|---|---|
| **82** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 188 on the scale described above, is set by USMLE to pass Step 1. The SEM‡ for this scale is one point. |

‡Your score is influenced both by your general understanding of the basic biomedical sciences and the specific set of items selected for this Step 1 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.



# UNITED STATES MEDICAL LICENSING EXAMINATION®

## STEP 2 CLINICAL SKILLS (CS) SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:  0-823-893-3**                   **Test Date:  March 28, 2013**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination.  This report represents results for the Step 2 CS examination only.  Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.



| *Overall Pass/Fail Outcome* |
| :---: |
| **PASS** |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| *ICE* | *CIS* | *SEP* |
| :---: | :---: | :---: |
| **PASS** | **PASS** | **PASS** |

EXAMS ▾    RECORDS ▾    ACCOUNT ▾    CONTACT

Licensing Examination Services
# EXAMS > EXAM HISTORY

🛈 **Notice:** Access to USMLE Step 3 Score Reports and Scheduling Permits is available on the USMLE Step 3 Candidate Website. Visit the FSMB Website to apply for USMLE Step 3 or request an official transcript.

**NEW** ➕

**USMLE STEP 3**
10/21/2019 (ACTUAL)
10/25/2019 (ACTUAL)

REGISTRATION: ✅ COMPLETE

**FULL DETAILS ❯**

**USMLE STEP 3**
11/29/2017 (ACTUAL)

REGISTRATION: ✅ COMPLETE

**FULL DETAILS ❯**

**USMLE STEP 3**
04/10/2017 (ACTUAL)

REGISTRATION: ✅ COMPLETE

**FULL DETAILS ❯**



**USMLE STEP 2 CK**
11/01/2013 (ACTUAL)



**USMLE STEP 2 CS**
03/28/2013 (ACTUAL)



**USMLE STEP 2 CK**
07/22/2013 (ACTUAL)



**USMLE STEP 1**
11/09/2011 (ACTUAL)



**UNITED STATES MEDICAL LICENSING EXAMINATION ®**

**STEP 2 CLINICAL KNOWLEDGE (CK) SCORE REPORT**

This score report is provided for the use of the examinee.
Third party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:   0-823-893-3**                                   **Test Date:   November 1, 2013**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide  the foundation for the safe and competent practice of medicine.  There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination.  This report represents results for the Step 2 CK examination only.  Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score§ represents your result for the administration of Step 2 CK on the test date shown above.

| PASS | This result is based on the minimum passing score recommended by USMLE for Step 2 CK. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |
| --- | --- |

| 212 | This score is determined by your overall performance on Step 2 CK. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 238 and 19, respectively, with most scores falling between 140 and 260. A score of 203 is set by USMLE to pass Step 2 CK. The standard error of measurement (SEM)‡ for this scale is six points. |
| --- | --- |

§Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

‡Your score is influenced both by your general understanding of clinical science and the specific set of items selected for this Step 2 CK examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.



# Ross University

**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

Date Printed:  7/1/19
Official Transcript

## SCHOOL OF MEDICINE
### ST. MICHAEL, BARBADOS
### WEST INDIES

| | | |
|---|---|---|
| **Name: Wright, Jason** | **SSN / SIN: XXX-XX-3882** | **Date of Birth: 02/14/1977** |
| **Student ID: @00221770** | **Matriculation Date: 09/07/2009** | **Program of Study: Doctor of Medicine** |

| Course | Course Title | Grade | Credit |
|---|---|---|---|

### Basic Science

**Fall 2009** — 9/07/09 - 12/18/09

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1111 | Dev/Microscopic Anatomy I | C | 3.00 |
| MBIO | 1121 | Biochemistry & Genetics I | C | 3.00 |
| MPHY | 1131 | Medical Physiology I | B | 3.00 |
| MANT | 1141 | Gross Anatomy I | B | 3.00 |
| MBEH | 1151 | Doctor, Patient & Society I | B | 2.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 14 | 36 | 14 | 2.57 |
| Cumulative: | 14 | 36 | 14 | 2.57 |

**Spring 2010** — 1/11/10 - 4/23/10

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1212 | Dev/Microscopic Anatomy II | A | 3.00 |
| MBIO | 1222 | Biochemistry & Genetics II | B | 3.00 |
| MPHY | 1232 | Medical Physiology II | B | 3.00 |
| MANT | 1242 | Gross Anatomy II | A | 3.00 |
| MBEH | 1252 | Doctor, Patient & Society II | B | 1.00 |
| MPHY | 1262 | Neuroscience | B | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 16 | 54 | 16 | 3.37 |
| Cumulative: | 30 | 90 | 30 | 3.00 |

**Summer 2010** — 5/10/10 - 8/20/10

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MMIC | 2311 | Clinical Med. Microbiology I | C | 3.00 |
| MPAT | 2321 | Clinical Med. Pathology I | B | 4.00 |
| MBEH | 2330 | Behavioral Science | B | 5.00 |
| MPHM | 2341 | Clinical Med. Pharmacology I | C | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 15 | 39 | 15 | 2.60 |
| Cumulative: | 45 | 129 | 45 | 2.86 |

**Fall 2010** — 9/06/10 - 12/17/10

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MMIC | 2411 | Clinical Med. Microbiology II | C | 3.00 |
| MPAT | 2421 | Clinical Med. Pathology II | B | 4.00 |
| MCLM | 2430 | Intro. to Clinical Medicine | B | 5.00 |
| MPHM | 2441 | Clinical Med. Pharmacology II | C | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 15 | 39 | 15 | 2.60 |
| Cumulative: | 60 | 168 | 60 | 2.80 |

### Clinical Science

**Spring 2011** — 1/17/11 - 4/08/11

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| CAIC | 5010 | Advanced Intro. to Clin. Med. | B+ | 12.00 |

### Clinical Science

**Academic Year 2011 - 2012** — 9/01/11 - 8/31/12

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| CMDC | 5002 | Medicine Core 01/16/2012---04/06/2012 | B+ | 12.00 |
| COGC | 5003 | OB/GYN Core 04/23/2012---06/01/2012 | A | 6.00 |
| CFPC | 5001 | Family Medicine Core 06/04/2012---07/13/2012 | A | 6.00 |
| CPSC | 5005 | Psychiatry Core 08/06/2012---09/14/2012 | A | 6.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

# Ross University

Date Printed:  7/1/19
Official Transcript

## SCHOOL OF MEDICINE
### ST. MICHAEL, BARBADOS
### WEST INDIES

| Name: Wright, Jason | SSN / SIN: XXX-XX-3882 | Date of Birth: 02/14/1977 |
|---|---|---|
| Student ID: @00221770 | Matriculation Date: 09/07/2009 | Program of Study: Doctor of Medicine |

| Course | Course Title | Grade | Credit | Course | Course Title | Grade | Credit |
|---|---|---|---|---|---|---|---|

| | | | | | Total Attempted Credit Hours: | | 152 |
|---|---|---|---|---|---|---|---|
| Semester: | 30 | 114 | 30 | 3.80 | Total Earned Credit Hours: | | 152 |
| Cumulative: | 102 | 324 | 102 | 3.17 | No Entries Below This Line | | |

Degree Awarded:    **Doctor of Medicine**
Date Awarded:    **03/31/2014**

Enrollment Status as of 7/1/19: Graduated

### Academic Year 2012 - 2013                    9/01/12 - 8/31/13

| CMDS   5233   Medical Sub-Internship 10/01/2012---10/26/2012 | A | 4.00 |
|---|---|---|
| CPDC   5004   Pediatrics Core 11/19/2012---12/28/2012 | B | 6.00 |
| CSRC   5006   Surgery Core 12/31/2012---03/22/2013 | B | 12.00 |
| CMDS   5124   Neurology Clinical Skills 04/01/2013---04/12/2013 | A | 2.00 |
| CMDS   5123   Emergency Medicine Skills 04/15/2013---04/26/2013 | A | 2.00 |
| CMDS   5017   Cardiology 04/29/2013---05/24/2013 | A | 4.00 |
| CMDS   5080   Emergency Medicine 08/05/2013---08/30/2013 | C | 4.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 34 | 110 | 34 | 3.23 |
| Cumulative: | 136 | 434 | 136 | 3.19 |

### Academic Year 2013 - 2014                    9/01/13 - 8/31/14

| CSGS   5755   Vascular Surgery 09/02/2013---09/27/2013 | C+ | 4.00 |
|---|---|---|
| CSGS   5730   Orthopedic Surgery 09/30/2013---10/25/2013 | B | 4.00 |
| CSGS   5730   Orthopedic Surgery 10/28/2013---11/22/2013 | B+ | 4.00 |
| CSGS   5730   Orthopedic Surgery 01/06/2014---01/31/2014 | A | 4.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 16 | 52 | 16 | 3.25 |
| Cumulative: | 152 | 486 | 152 | 3.19 |



# Ross University

**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

Date Printed:  7/1/19
Official Transcript

## SCHOOL OF MEDICINE
### ST. MICHAEL, BARBADOS
### WEST INDIES

| | | | |
|---|---|---|---|
| **Name: Wright, Jason** | **SSN / SIN: XXX-XX-3882** | **Date of Birth: 02/14/1977** | |
| **Student ID: @00221770** | **Matriculation Date: 09/07/2009** | **Program of Study: Doctor of Medicine** | |

| Course | Course Title | Grade | Credit | Course | Course Title | Grade | Credit |
|---|---|---|---|---|---|---|---|



Sandra Herrin
Registrar

## Transcript Key

**Ross University School of Medicine**
Campus Address:
Lloyd Erskine Sandiford Centre
Two Mile Hill
St. Michael, Barbados BB1093

**Effective September 1, 2018**

|    |     |   |       | Quality Points |
|----|-----|---|-------|------|
| A  | 85% | - | 100%  | 4.0  |
| B+ | 80% | - | 84%   | 3.5  |
| B  | 75% | - | 79%   | 3.0  |
| C+ | 70% | - | 74%   | 2.5  |
| C  | MPS | - | 69%   | 2.0  |
| F  | Fail (Below MPS) |  |  | 0.0  |
| HP | High Pass |  |  | 0.0  |
| P  | Pass |  |  | 0.0  |
| NP | No Pass |  |  | 0.0  |
| W* | Withdrew/LOA prior to exam |  |  | 0.0 |
| WP* | Withdrew/LOA passing |  |  | 0.0 |
| WF* | Withdrew/LOA failing |  |  | 0.0 |
| I  | Incomplete - Subject to completion in following semester |  |  |  |
| T  | Transfer (Basic Science) |  |  |  |
| R  | Basic Science course repeated in the subsequent semester; Clinical course repeated in the subsequent semester (replacing I) |  |  |  |
| RR | Required Remediation |  |  |  |
| M  | Missing/Not Submitted |  |  |  |

*Course titles with 2X, 3X and 4X indicate the student was enrolled for the Accelerated Track for that semester.*

**Effective May 6, 2013**

|    |     |   |       | Quality Points |
|----|-----|---|-------|------|
| A  | 85% | - | 100%  | 4.0  |
| B+ | 80% | - | 84%   | 3.5  |
| B  | 75% | - | 79%   | 3.0  |
| C+ | 70% | - | 74%   | 2.5  |
| C  | MPS | - | 69%   | 2.0  |
| F  | Fail (Below MPS) |  |  | 0.0  |
| HP | High Pass |  |  | 0.0  |
| P  | Pass |  |  | 0.0  |
| NP | No Pass |  |  | 0.0  |
| W* | Withdrew/LOA prior to exam |  |  | 0.0 |
| WP* | Withdrew/LOA passing |  |  | 0.0 |
| WF* | Withdrew/LOA failing |  |  | 0.0 |
| I  | Incomplete - Subject to completion in following semester |  |  |  |
| T  | Transfer (Basic Science) |  |  |  |
| R  | Basic Science course repeated in the subsequent semester; Clinical course repeated in the subsequent semester (replacing I) |  |  |  |

*Course titles with 2X, 3X and 4X indicate the student was enrolled for the Accelerated Track for that semester.*

**Effective January 1, 2012**

|    |     |   |       | Quality Points |
|----|-----|---|-------|------|
| A  | 85% | - | 100%  | 4.0  |
| B+ | 80% | - | 84%   | 3.5  |
| B  | 75% | - | 79%   | 3.0  |
| C+ | 70% | - | 74%   | 2.5  |
| C  | MPS | - | 69%   | 2.0  |
| F  | Fail (Below MPS) |  |  | 0.0  |
| P  | Pass |  |  | 0.0  |
| W* | Withdrew/LOA prior to exam |  |  | 0.0 |
| WP* | Withdrew/LOA passing |  |  | 0.0 |
| WF* | Withdrew/LOA failing |  |  | 0.0 |
| I  | Incomplete (Subject to completion in following semester) |  |  |  |
| T  | Transfer (Basic Science) |  |  |  |
| R  | Course repeated in the subsequent semester (replacing I) |  |  |  |

**Effective September 6, 2010**

|    |     |   |       | Quality Points |
|----|-----|---|-------|------|
| A  | 80% | - | 100%  | 4.0  |
| B  | 70% | - | 79%   | 3.0  |
| C  | MPS | - | 69%   | 2.0  |
| F  | Fail |  |  | 0.0  |
| P  | Pass |  |  | 0.0  |
| I  | Incomplete (Subject to completion in the following semester) |  |  |  |
| R  | Course repeated in the subsequent semester (replacing I) |  |  |  |
| M  | Missing/Not submitted |  |  |  |
| W  | Withdrew/LOA prior to examination |  |  | N/C* |
| WP | Withdrew/LOA passing |  |  | N/C* |
| WF | Withdrew/LOA failing |  |  | N/C* |
| IP | In Progress |  |  |  |
| VO | Voided grade *** |  |  |  |

**Effective May 6, 1996**

|    |     |   |       | Quality Points |
|----|-----|---|-------|------|
| A  | 90% | - | 100%  | 4.0  |
| B+ | 87% | - | 89% **Δ | 3.5 |
| B  | 80% | - | 86% ** | 3.0  |
| B  | 80% | - | 89%   | 3.0  |
| C+ | 77% | - | 79% **Δ | 2.5 |
| C  | 70% | - | 76% ** | 2.0  |
| C  | 70% | - | 79%   | 2.0  |
| F  | Below 69% |  |  | 0.0  |
| I  | Incomplete (Subject to completion in the following semester) |  |  |  |
| R  | Course repeated in the subsequent semester (replacing I) |  |  |  |
| M  | Missing not submitted |  |  |  |
| SP | Satisfactory Progress |  |  |  |
| UP | Unsatisfactory Progress∇ |  |  |  |
| W  | Withdrew/LOA prior to examination |  |  | N/C* |
| WP | Withdrew/LOA passing |  |  | N/C* |
| WF | Withdrew/LOA failing |  |  | N/C* |
| IP | In Progress |  |  |  |
| VO | Voided grade *** |  |  |  |

**Effective January 1, 1995**

|    |     |   |       |   |   |
|----|-----|---|-------|---|---|
| H  | 90% | - | 100%  | Honors | 4.0 |
| HP | 80% | - | 89%   | High Pass | 3.0 |
| P  | 70% | - | 79%   | Pass | 2.0 |
| E  | 60% | - | 69%   | Re-exam eligible | 0.0 |
| F  | Below 60% |  |  | Failure | 0.0 |
| W  | Withdrew/LOA |  |  |  | N/C* |

**Prior to January 1, 1995**

|    |     |   |       |   |   |
|----|-----|---|-------|---|---|
| H  | 90% | - | 100%  | Honors | 4.0 |
| HP | 85% | - | 89%   | High Pass | 3.5 |
| P  | 75% | - | 84%   | Pass | 2.5 |
| F  | Below 75% |  |  | Failure | 0.0 |

*N/C = Not calculated in hours earned and the GPA, but counted in hours attempted
** Effective with the class entering September 2002 and thereafter
*** Used when student is no longer entitled to Academic Credit
Δ Effective with clinical rotations beginning April 2004 and thereafter
∇ Effective with the class entering May 2005 and thereafter

Additional Notes:
*Fall 2017 Term:* Due to Hurricane Maria, the campus in Dominica was closed from 9/18/17 to 10/23/17. Classes resumed on the GNV Excellence in St. Kitts on 10/23/17 and ended on 1/5/18.

*Spring 2018 – Fall 2018:* For the 2018 calendar year, the Dominica campus was temporarily located to Knoxville, Tennessee (USA) and in St. Kitts.

*Effective January 1, 2019:* RUSM officially relocated the campus to Barbados.

The University offers three full 15 week semesters in a calendar year. Credits are recorded in semester hours. In the clinical program one credit represents one week of clinical rotations. **NOTE:** By receiving this record the recipient agrees not to release this record to a third party. Questions regarding this record may be directed to the academic catalog or the University Registrar at the administrative address listed above.
Translucent globe icons *MUST* be visible from both sides when held toward a light source.                     **Revised: 1/2019**

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040                                      08186108

**Medical Student Performance Evaluation**

**for**

**Jason Wright**

**August 08, 2013**

**ECFMG #08238933**

## Identifying Information

**Mr. Jason Wright** is a clinical student in good standing at Ross University School of Medicine. He is presently completing clinical rotations at various United States teaching institutions.

## Unique Characteristics

Mr. Jason Wright earned a Bachelor of Arts in psychology from Metropolitan State College of Denver in Denver, Colorado. He gained experience as a research assistant on the Family Health Promotion Project at the University of Colorado Hospital Cancer Center and worked as a paraprofessional and substitute teacher with Denver Public Schools. Mr. Wright gained clinic experience as a student worker at for the university's Center on Aging and as a volunteer in multiple hospitals and health centers. Jason completed coursework for a Master of Public Health at the University of Colorado at Denver and Health Science Center, and is completing his thesis on behaviors among smokers.

Jason's parents, a physician and a registered nurse, set wonderful examples of devoted service for their son, but never pressured him towards a medical career. It was the sudden death of his best friend in an auto accident that drew him from a variety of other pursuits and made him determined to become a healer. Only when Jason had found his own motivations for the profession did he realize the profound impact of their work in his own life. "My mother with her unparalleled caring for every single patient she treated, and my father with his tenacious ability to lead, both as a physician, and later as a hospital executive, are the two qualities I take from their legacy," he says, "and I have focused on integrating them into my future career as a well-rounded physician."

Mr. Wright's past work experiences have given him maturity and allowed him to acquire professional skills that must be learned by all healthcare professionals in addition to their clinical skills. "Of note is my ability to communicate with our multicultural patient population, as well as our ever-growing diverse healthcare workforce," he explains. His ability to be culturally aware and empathetic helps Mr. Wright connect with patients in a very trusting way. Evaluators of his clinical performances note this, saying, he "relates well to staff and patients," and commend him as "mature, serious, and reliable." "Mr. Jason Wright is a very hardworking and bright student," notes one preceptor, who concludes, "He will make an excellent physician."

## Academic History

| | |
|---|---|
| Date of Expected Graduation from Medical School: | March 2014 |
| Date of Initial Matriculation into Ross University School of Medicine: | September 2009 |
| Explanation of extension(s), leave(s) of absence, gap(s), or breaks in the student's educational program: | *TW Status* |

04/08/2011 - 01/16/2012
(Preparing and sitting for the USMLE Step 1 / Clinical scheduling)

*TW Status*
05/24/2013 - 08/05/2013
(Preparing and sitting for the USMLE Step 2 / Clinical scheduling)


Was this student required to remediate any coursework during his/her medical education?      No
Was the student the recipient of any adverse action(s) by the medical school?      No


**Academic Progress**

**Pre-Clinical Basic Science Curriculum:**

**Mr. Wright** completed his basic science training at an overall **highly satisfactory** level.

**Mr. Wright** earned a **226** on the USMLE Step 1.

Mr. Wright successfully completed his basic science training without remediation, earning two honors grades. As a member of the American Medical Student Association, Jason volunteered in several community health fairs and participated in multiple clinical skills practice sessions. He received an official commendation for demonstrating "professionalism and self-responsibility" in conducting a "clinical activity as a self-directed exercise" when scheduling instructions were miscommunicated to his group.

**Core and Elective Clinical Rotations:**
Thus far, Mr. Wright has performed at an **outstanding** level in completing his clinical rotations. The following comments are taken directly from clerkship evaluation forms:


**Advanced Intro. to Clin. Med. -** "B+" Jason showed great adaptability in this transitional rotation from coursework to clinical practice. A "well-prepared student" with a "solid fund of knowledge," Jason participated actively in discussions and researched cases to improve his medical knowledge. He displayed a comprehension of the systems of clinical settings in properly referring assigned patients.

**Medicine Core -** "B+" Jason is a "sincere and approachable medical student" who created a "very good rapport with team members and families." He "needs to improve in clinical medicine," however, Jason "attended all morning rounds and student conferences" and showed excellent improvement in medical knowledge and clinical skills throughout the rotation.

**OB/GYN Core -** "A" "Mr. Jason Wright is a very hardworking and bright student." He showed outstanding critical abilities and an exemplary work ethic, as well as great compassion and ease when diagnosing and explaining treatment plans to patients. "He will make an excellent physician," concluded this preceptor.

**Family Medicine Core -** "A" Jason demonstrated an impressive understanding of medical sciences, which he

adeptly applied to clinical cases. He directed patients through complete histories, researched disease processes, and displayed an advanced level of skill in patient assessment and management.

**Psychiatry Core -** "A" Jason is a "highly motivated" student who "learns well" and "enjoys learning." Awarding the highest possible ratings in all measured criteria, the Director of Education and Training commented that Jason is a "mature, serious, and reliable" student who "relates well to staff and patients."

**Medical Sub-Internship -** "A" Jason showed an exemplary work ethic in completing assigned duties and seeking additional responsibility to help the team in this elective rotation. He "participated well," asking good questions in discussions and researching conditions independently. Jason displayed an excellent level of improvement in medical knowledge and clinical skills over the course of the clerkship.

**Pediatrics Core -** "B" Jason is an "above-average" student. He "listened to many rounds and lectures" and communicated well with both the children and their parents. His histories were thorough and well-organized, he "presented hepatitis to peers," and his communication skills among the medical team were scored very highly.

**Surgery Core -** "B" Jason meticulously completed assigned tasks, followed up appropriately, and sought additional ways to assist the work of the OR. He showed an above-average degree of improvement in his clinical skills through the duration of this clerkship, and worked well with supporting departments.

**Neurology Clinical Skills -** "A" "I enjoyed having Jason in class," noted this preceptor. Jason earned respect for his "solid neuro exam skills," and the preceptor continued, "He is one of those *stealth* students, rather quiet but a solid performer in all aspects, including fund of knowledge and clinical as well as physical exam skills. Well done."

**Emergency Medicine Skills -** "A" Awarding superior ratings in all measured criteria, the Assistant Professor in this rotation characterized Jason as an "excellent student," scoring his medical knowledge as beyond that of his peers. Prompt and prepared to work hard, Jason quickly became a valued member of the ED, and applied himself to fulfilling his role and learning how to operate within the systems of this clinical setting.

**Cardiology -** "A" With outstanding medical knowledge and a talent for analysis, "Jason was an excellent student." He "tied" for the "fourth-highest" grade on the "ECG final exam" and the "second-highest" grade on the "bedside skills final." He had "one of the highest overall class averages" in this specialty rotation.

**Summary**

Compared with his peers, **Mr. Wright** performed at a **highly satisfactory** level in the basic sciences.
His **Step 1** score was **226**.
His overall clinical performance was **outstanding** when averaging subjectively-determined evaluations.

**Mr. Jason Wright** entered Ross University with a Bachelor's degree in psychology, professional research experience, and clinical exposure from hospital volunteer work. At Ross, Jason successfully completed his study of basic sciences without remediation. During his studies he volunteered in several community health settings and assisted his peers with active involvement in clinical practice sessions. He earned an official commendation

for showing "respect to program coordinators" and taking advantage of a scheduling miscommunication as a self-directed learning opportunity. He has continued to give solid performances in clinical rotations and is consistently praised for his "clinical and physical exam skills" and "fund of knowledge." Jason has demonstrated himself as a "hardworking, bright, excellent student" who "will make an excellent physician." In observation of these qualities, combined with the professional, intellectual, and personal assets essential to meeting the demands of residency, those who have trained Mr. Wright believe he will become a **highly qualified** physician.

Paula S. Wales, Ed.D.
Senior Associate Dean, Student Affairs
Ross University School of Medicine

PSW/JN

STUDENT COPY

**NRMP <support@nrmp.org>**                                                          3/21/2014 10:56 AM

# Where Did I Match?

To jwright77@comcast.net

---



March 21, 2014

NRMP_ID: N0133212
AAMC ID: 12212480
School Code: 18267
School Name: Ross University School of Med
Applicant Name: Jason Wright

Congratulations, you have matched to a one year position!

Program Code: 1700440P0
Program Name: Surgery-Preliminary
Institution Name: North Shore-LIJ Health Sys-NY

NRMP Staff
**National Resident Matching Program®**
2121 K Street NW, Suite 1000, Washington, DC 20037

Follow us on Twitter:  @TheNRMP
Like us on Facebook:  www.facebook.com/TheNRMP

---

- logo.png (2 KB)



North Shore-Long Island Jewish Health System

Department of Surgery
270-05 76th Avenue
New Hyde Park, New York 11040
Tel (718) 470-7210
Fax (718) 343-3429

July 14, 2015

**RE: Jason Wright, MD**

To whom it may concern,

As per your request, below is information that verifies the following:

According to our records **Jason Wright, MD** began our General Surgery Residency Program as an Intern on **July 01, 2014** and successfully completed **one year of training** on **June 30, 2015**. Jason completed his training in good standing and is no longer employed by the North Shore Long Island Jewish Health System.

If you need any further information please feel free to contact me.

Thank You,

Victoria M. Waithe
Residency Program Supervisor
Department of Surgery
☎ 718.470.4475 (Phone)
🖨 718.962.2239 (Fax)

**NRMP <support@nrmp.org>**                                    3/18/2016 10:55 AM

# Where Did I Match?

To jwright77@comcast.net <jwright77@comcast.net>

---



March 18, 2016

NRMP_ID: N0133212
AAMC ID: 12212480
School Code: 18267
School Name: Ross University School of Med
Applicant Name: Jason Wright

Congratulations, you have matched to an advanced position but not a first year position!

Program Code: 1361340A0
Program Name: Phys Medicine & Rehab
Institution Name: Wayne State University SOM-MI

NRMP Staff
**National Resident Matching Program®**
2121 K Street NW, Suite 1000, Washington, DC 20037

Follow us on Twitter:  @TheNRMP
Like us on Facebook:  www.facebook.com/TheNRMP



**School of Medicine**

To:           Jason Wright, MD

From:        Johnathan Ho, MD, Interim Program Director

Date:        January 5, 2018

Subject:     Termination From PM&R Residency Program

As stated in the WSU GME USMLE Step III policy, residents are required to pass USMLE Step III prior to completing Post Graduate Year 2.  Due to your failure to pass the exam before June 30th the GMEC granted you a one-time waiver to this requirement and allowed you to be placed on a leave of absence from July 1, 2017 until December 31, 2017 to give you time to study for and retake the exam.

We have received the results from your recent attempt to retake the exam, which indicate that you have not passed.  As stated in the Letter of Concern given to you on June 6, 2017, "If you fail to achieve a passing grade on the Step 3 examination by December 31, 2017, your position would be terminated from the PM&R residency training."

Given the foregoing, this letter is to formally notify you that your position in the PM&R residency training program is now terminated.

After preparation of this notification of termination letter, I received from you a Psychoeducational Evaluation (which you apparently emailed on December 29, 2017 while I was on vacation).  This evaluation recommends that you receive testing accommodations.  While I am aware that the USMLE does provide accommodations (and they must be requested by the candidate directly with USMLE with supporting documentation), I am sorry to inform you that we cannot provide you with an additional extension of the program requirements based upon this evaluation.

Based upon your prior failure, you have already been given a six month extension and leave from the program so that you could concentrate on another attempt to pass.  Your submission of this evaluation at this late point in time amounts to a request for a retroactive accommodation, which we are not required to grant under the ADA.

Please see the attached for documentation including the Letter of Concern dated June 13, 2017, the GME USMLE Step III policy, and the WSU GME Performance Improvement Policy which outlines the Due Process Procedure for appealing this decision.

_____                    _____
Program Director Signature                          Date


I acknowledge receipt of this letter of termination

_____                    _____
Resident Signature                                  Date


Witnesses

_____                    _____

_____                    _____

Attachments:
Letter of Concern
WSU GME USMLE Step III policy
WSU GME Performance Improvement Policy


cc:     Resident
        Department Chair
        DIO – GME Office
        Resident – Permanent File

United States Medical Licensing Examination® (USMLE®)

## REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on USMLE for the first time*

---

### The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing <u>each time</u> you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodations.

- Complete all sections of this request form; submit the form and all required documentation to Disability Services once you have submitted your Step exam application to your registration entity.

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within two business days of submitting your request, please contact Disability Services at 215-590-9700 or disabilityservices@nbme.org. You may be asked to submit additional documentation to complete your request.

- Requests are processed in the order in which they are received. Processing cannot begin until sufficient information is received by NBME **and** your Step exam registration is complete. Please allow at least 60 days for processing of your request.

- The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

As explained in the Guidelines to Request Test Accommodations (**www.usmle.org**), you MUST provide supporting documentation verifying your current functional impairment.

<u>**Submit**</u> the following with this form:

✓ A **personal statement** describing your disability and its impact on your daily life and educational functioning.

✓ A **complete and comprehensive evaluation** from a qualified professional documenting your disability.

✓ **Supporting documentation** such as academic records; score transcripts for previous standardized exams; verification of prior academic/test accommodations; relevant medical records; previous psycho-educational evaluations; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; etc.

**Please be sure to review the Guidelines for more detailed information regarding supporting documentation.**

**USMLE® Request for Test Accommodations**

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations: (Check all that apply)

- ☐ Step 1
- ☐ Step 2 CK (Clinical Knowledge)
- ☐ Step 2 CS (Clinical Skills)
- ⬤ Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C1).

## Section B: Biographical Information
**Please type or print.**

**B1.** Name:  Wright                Jason                M.
‎             Last                 First                Middle Initial

**B2.** Gender:  ⬤ Male     ☐ Female

**B3.** Date of Birth:  02/14/1977

**B4.** USMLE #  0 - 8 2 3 - 8 9 3 - 3 (required)

**B5.** Address:
2515 Albion Street
Street

Denver              CO              80207
City                 State/Province      Zip/Postal Code

United States
Country

(303) 906-2301
Preferred Telephone Number

jwright77@comcast.net
E-mail address

**B6.** Medical School Name:  Ross University School of Medicine

Country of Medical School:  Dominica          Date of Medical School Graduation: 03/31/2014

**USMLE® Request for Test Accommodations**

## Section C: Accommodations Information

### C1.    Step 1, Step 2 CK, or Step 3 (computer-based examinations)

Check the appropriate box to indicate the accommodations you are requesting. Check **ONLY ONE** box for the exam(s) for which you are currently registered:

**STEP 1:**

**Additional Break Time**
- ❑ Additional break time over 1 day
- ❑ Additional break time over 2 days

**Additional Testing Time**
- ❑ 25% Additional test time (Time and 1/4) over 2 days
- ❑ 50% Additional test time (Time and 1/2) over 2 days
- ❑ 100% Additional test time (Double time) over 2 days

❑ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

**STEP 2 CK:**

**Additional Break Time**
- ❑ Additional break time over 2 days

**Additional Testing Time**
- ❑ 25% Additional test time (Time and 1/4) over 2 days
- ❑ 50% Additional test time (Time and 1/2) over 2 days
- ❑ 100% Additional test time (Double time) over 2 days

❑ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

**STEP 3:**

**Additional Break Time**
- ❑ Additional break time over 4 days

**Additional Testing Time**
- ❑ 25% Additional test time (Time and 1/4) over 3 days
- ❑ 50% Additional test time (Time and 1/2) over 4 days
- ● 100% Additional test time (Double time) over 5 days

❑ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 4 days

**Describe** any other accommodation(s) you are requesting for **Step 1**, **Step 2 CK**, or **Step 3**.

Private testing room to minimize external distractions.  Text-to-Speech, if applicable.

### C2.    STEP 2 CS (Clinical Skills)
Review the Step 2 CS Onsite Orientation video and Step 2 CS Content Description and General Information Booklet at www.usmle.org for detailed information about the format and delivery of the Step 2 CS examination.

Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note).  If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter or note**.

- ❑ Patient Encounter:_____
- ❑ Patient Note:_____

Exhibit R: 2018 USMLE Request for Testing Accommodations (pp. 77-82)

**USMLE® Request for Test Accommodations**

**C3**.    Do you require wheelchair access at the examination facility? ❑ Yes ● No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____


## Section D: Information About Your Impairment

**D1.** List the **specific DSM/ICD diagnostic code(s) and disability** for which you are requesting accommodations and report the year that it was **first** diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
|---|---|---|
| 315.00 | SLD w/ impairment in Reading Comp. | 2017 |
| 314.00 | ADHD, inattentive type | 2011 |
| | | |
| | | |
| | | |

**D2. Personal Statement**

🖉 **Attach a signed and dated personal statement describing your impairment(s) and how a major life activity is substantially limited.** The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limits your current functioning in a major life activity and how the standard examination conditions are insufficient for your needs. In your own words, describe the impact of your disability on your daily life (do not confine your statement to standardized test performance) and provide a rationale for why the specific accommodation(s) you are requesting are necessary in the context of this examination.


## Section E:  Accommodation History

**E1. Standardized Examinations**

🖉 **Attach copies of your score report(s) for any previous standardized examination taken.**

🖉 **If accommodations were provided, attach official documentation from each testing agency confirming the test accommodations they provided.**

List the accommodations received for previous standardized examinations such as college, graduate, or professional school admissions tests and professional licensure or certification examinations (if no accommodations were provided, write NONE).

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ❑ SAT®, ACT® | 3/1994, 6/1994, 10/1994, 11/1994, 12/1994 | |
| ❑ MCAT® | 8/2004, 8/2005 | |
| ❑ GRE® | 1/2006 | |
| ❑ GMAT® | | |
| ❑ LSAT® | | |
| ❑ DAT® | | |
| ❑ COMLEX® | | |
| ❑ Other (specify) | | |

USMLE® Request for Test Accommodations

## E2. Postsecondary Education

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

📎 **Attach copies of official records from each school(s) confirming the accommodations they provided.**

📎 **If you receive/received accommodations in <u>medical school and/or residency</u>, have the appropriate official at your medical school/residency complete and submit the <u>USMLE Certification of Prior Test Accommodations</u> form available at <u>www.usmle.org</u>.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **Medical/Graduate/ Professional School** | | |
| | | |
| | | |
| | | |
| **Undergraduate School** | | |
| | | |
| | | |

## E4. Primary and Secondary School

List each school and all formal accommodations you received, and the dates accommodations were provided:

📎 **Attach copies of official records from each school listed confirming the accommodations they provided.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **High School** | | |
| | | |
| **Middle School** | | |
| | | |
| **Elementary School** | | |
| | | |

USMLE® Request for Test Accommodations

## Section F:  Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate.  I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:

- Evaluating my eligibility for accommodations.  When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research.  Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information.  I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print):   Jason M. Wright

Signature:   _Jason M. Wright_          Date: 9/28/2018

**E-mail (as a pdf), fax or mail your completed request form and supporting documents to the address below <u>at the same time</u> you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: disabilityservices@nbme.org**



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**<u>Confidential</u>**

July 16, 2019

Jason M. Wright
2515 Albion Street
Denver, CO 80207

RE: USMLE Step 3                    USMLE ID#: 0-823-893-3

Dear Dr. Wright:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 3. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your request to be Attention-Deficit/Hyperactivity Disorder (ADHD) diagnosed in 2011 and Specific Learning Disorder diagnosed in 2017.  In your personal statement you write, "*The 1ˢᵗ exam date came and went, and I continued working until the inevitable 'FAILED' score report was returned to me. The GME office and my residency program immediately drew up a Letter of Concern removing me from my clinical duties at the end of June 2017 and giving me until December 31, 2017 to retake and receive a passing score for USMLE Step 3 or risk being terminated from the program. It should go without saying that this only added to my already mounting anxiety. In late October 2017/early November 2017, during my unpaid LOA, and after struggling with studying for Step 3 yet again, I decided to get a psychoeducational assessment to better understand my standardized test taking problems. The results were very illuminating but not at all what I expected. My assessment identified me as an Adult with 2e (Gifted IQ + ADA qualifying Disability)…I now know that my specific learning disability (SLD) in reading comprehension related to my 2e identification is the reason why I struggle on these timed exams and is why I ask you for these exam accommodations as detailed in the attached documentation for my 3ʳᵈ attempt at USMLE Step 3.*"

Included with your submission was a September/October 2017 report of Psychoeducational Evaluation by Terri Lucero, Ph.D. who writes, "*Mr. Wright is a forty-year-old, right-handed, English-speaking, biracial (Caucasian/Black) male who was self-referred for psychoeducational evaluation. Mr. Wright is currently completing a medical residency in physical medication and rehabilitation at Wayne State University in Michigan. He was recently placed on unpaid leave from his residency due to his inability to pass the USMLE Step 3 exam required of all medical residents…The score patterns observed on the current assessment indicates that Mr. Wright has a Specific Learning Disability, with impairment in reading comprehension. He also reports symptoms of inattention, which are likely secondary to his previously undiagnosed learning disability. His struggles with attention and concentration seem to have the most impact when he is engaged in activities involving reading or studying, which suggest that they are a result of his learning disability, rather than a primary ADHD.*" Your evaluator assigns the diagnosis of Specific Learning Disorder, with impairment in reading comprehension and she recommends testing accommodations such as time and one-half to double extended test time, use of text to speech, and test taking in a separate, quiet location to minimize distractions.

According to the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)*, a key diagnostic feature of a specific learning disorder is that the individual's performance of the affected academic skill(s) is well below average for age (*DSM-5* Criterion B).  Your evaluator interprets your performance on the *Wechsler Individual Achievement Test – Third Edition (WIAT-III)* writing, "*Overall, his reading skills were in the **average range** and better than about 70% of his peers (Total Reading Composite = 108)…Mr. Wright's performance on a task that required him to read passages aloud under timed conditions was in the **average range** and better than 49% of peers (Oral Reading Fluency). His accuracy in reading passages aloud was **above average** and better than*"

*87% of peers, while his rate of reading these passages aloud was in the average range and better than 50% of peers. Mr. Wright's ability to silently read grade-appropriate passages and answer open-ended comprehension questions by provided an oral response was average for individuals his age and better than about 68% of his peers (Reading Comprehension)."* Your 2017 performances on a range of academic achievement tasks, including Total Reading, Basic Reading, Reading Comp. and Fluency, Word Reading, Pseudoword Decoding, Oral Word Fluency, Oral Reading Fluency, and Reading Comprehension, are all within the range of Average to Above Average functioning and not indicative of impairment.

As described in the *DSM-5*, Specific Learning Disorder and ADHD are both considered neurodevelopmental disorders that first manifest in childhood. Even if not formally diagnosed until later in life, each is characterized by persistent and impairing difficulties that interfere with functioning or development over a long period of time. Overall, your documentation does not show a history of chronic and pervasive problems managing daily demands for attention, organization or executive functioning during your development or at the present time, nor does it demonstrate a developmental history of significant problems with reading or learning that impaired your academic functioning or that currently limits a major life activity. Although academic records were not provided for our review, the August 8, 2013 Medical Student Performance Evaluation by Paula S. Wales, Ed.D., includes information about your educational history. Dr. Wales writes, "*Compared with his peers,* **Mr. Wright** *performed at a* **highly satisfactory** *level in the basic sciences. His* **Step 1** *score was* **226***. His overall clinical performance was* **outstanding** *when averaging subjectively-determined evaluations.* **Mr. Jason Wright** *entered Ross University with a Bachelor's degree in psychology, professional research experience, and clinical exposure from hospital volunteer work. At Ross, Jason successfully completed his study of basic sciences without remediation. During his studies he volunteered in several community health settings and assisted his peers with active involvement in clinical practice sessions. He earned an official commendation for showing 'respect to program coordinators' and taking advantage of a scheduling miscommunication as a self-directed learning opportunity. He has continued to give solid performances in clinical rotations and is consistently praised for his 'clinical and physical exam skills' and 'fund of knowledge.' Jason has demonstrated himself as a 'hardworking, bright, excellent student' who 'will make an excellent physician.' In observation of these qualities, combined with the professional, intellectual, and personal assets essential to meeting the demands of residency, those who have trained Mr. Wright believe he will become a highly qualified physician.*" [Emphasis in original.] You progressed throughout your education with an academic record and scores on timed standardized tests sufficient to gain admission to and graduate from college and medical school without formal intervention, evaluation, or accommodations. Regarding your performances on timed standardized tests, the records provided show that you successfully completed USMLE Step 1, Step 2 CK, and Step 2 CS under standard time conditions. Taken altogether, the data and information provided do not demonstrate impaired functioning relative to most people or that standard test timing is a barrier to your access to the USMLE.

Accommodations are intended to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities compared to most people in the general population.

Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations are an appropriate modification of your USMLE Step 3 test administration. Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with the requested accommodations.

We will advise the Federation of State Medical Boards (FSMB) Assessment Services to process your exam application without test accommodations. You may inquire at usmlereg@fsmb.org or call FSMB Assessment Services directly at (817) 868-4041 with any questions about your scheduling permit.

Sincerely,

*Lucia McGeehan*

Lucia McGeehan, Ph.D.
Disability Assessment Analyst, Disability Services

Case No. 1:21-cv-02319-GPG-KLM   Document 4   Filed 09/15/21   USDC Colorado   pg 85 of 98

# REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on the USMLE for the first time.*

---

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing <u>each time</u> you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

• Review the USMLE Guidelines for Test Accommodations at www.usmle.org/test-accommodations/ for a detailed description of how to document a need for accommodations.

• Complete all sections of this request form; submit the form and all required documentation to Disability Services. In order to begin processing your request, you must have a completed registration for the USMLE Step exam for which you are requesting accommodations.

• NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within two business days of submitting your request, please contact Disability Services at 215-590-9700 or disabilityservices@nbme.org. You may be asked to submit additional documentation to complete your request.

• **Requests are processed in the order in which they are received. Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete. Allow at least 60 business days for processing of your request.**

• The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

As explained in the Guidelines to Request Test Accommodations (www.usmle.org/test-accommodations/), you MUST provide supporting documentation verifying your current functional impairment.

<u>**Submit**</u> the following with this form:

✓ A **personal statement** describing your disability and its impact on your daily life and educational functioning.
✓ A completed **Certification of Prior Test Accommodations** form if you received test accommodations in medical school/residency.
✓ A **complete and comprehensive evaluation** from a qualified professional documenting your disability.

✓ **Supporting documentation** such as academic records; score transcripts for previous standardized exams; verification of prior academic/test accommodations; relevant medical records; previous psycho-educational evaluations; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; etc.

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations:  (Check all that apply)

❑ Step 1

❑ Step 2 CK (Clinical Knowledge)

☑ Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C2).

## Section B: Biographical Information
### Please type or print.

**B1.** Name:  Wright       Jason       M.
              Last           First           Middle Initial

**B2.** Date of Birth:  02/14/1977

**B3.** USMLE #  0 - 8  2  3 - 8  9  3 - 3  (required)

**B4.** Address:  2515 Albion Street

Street

Denver           CO           80207

City           State/Province           Zip/Postal Code

U.S.A.

Country

(303) 906-2301

Preferred Telephone Number

jwright77@comcast.net

E-mail address

**B5.** Medical School Name:  Ross University School of Medicine

Country of Medical School:  Barbados (formerly Dominica)       Date of Medical School Graduation: 03/31/2014

Case No. 1:21-cv-02319-GPG-KLM   Document 84   Filed 09/15/21   USDC Colorado   pg 87 of 98

## Section C: Accommodations Information

**C1.** Do you require wheelchair access at the examination facility?  ❏ Yes  ☑ No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____

**C2.**   <u>**Step 1, Step 2 CK, or Step 3**</u> **(computer-based examinations)**

Check the appropriate box to indicate the accommodations you are requesting for the exam(s) for which you are currently registered:

<u>**STEP 1:**</u> **Check** <u>**ONLY ONE**</u> box

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ❏ Additional break time **over 1 day** | ❏ 25% Additional test time (Time and 1/4) **over 2 days** |
| ❏ Additional break time **over 2 days** | ❏ 50% Additional test time (Time and 1/2) **over 2 days** |
| | ❏ 100% Additional test time (Double time) **over 2 days** |

❏ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) **over 2 days**

<u>**STEP 2 CK:**</u> **Check** <u>**ONLY ONE**</u> box

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ❏ Additional break time **over 2 days** | ❏ 25% Additional test time (Time and 1/4) **over 2 days** |
| | ❏ 50% Additional test time (Time and 1/2) **over 2 days** |
| | ❏ 100% Additional test time (Double time) **over 2 days** |

❏ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) **over 2 days**

<u>**STEP 3:**</u> **Check** <u>**ONLY ONE**</u> box

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ❏ Additional break time **over 4 days** | ❏ 25% Additional test time (Time and 1/4) **over 3 days** |
| | ❏ 50% Additional test time (Time and 1/2) **over 4 days** |
| | ❏ 100% Additional test time (Double time) **over 5 days** |

☑ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) **over 4 days**

**Describe** any other accommodation(s) you are requesting for **Step 1**, **Step 2 CK**, or **Step 3**.

_____

Separate Quiet Testing Environment - A seperate, quiet environment/room free from

typical distractions of the standard classroom or testing setting.

_____

_____

## Section D: Information About Your Impairment

**D1.** List the **specific DSM/ICD diagnostic code(s) and disability** for which you are requesting accommodations and report the year that it was **first** diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
|---|---|---|
| 315.00 (F81.0) | Specific Learning Disorder (Reading Impairment) | 2017 |
| 314.00 (F90.0) | Attention Deficit/Hyperactivity Disorder, Inattentive Type | 2011 |
| 311 (F32.8) | Other Specified Depressive Disorder | 2008 |
| | | |
| | | |

### D2. Personal Statement

**Attach a signed and dated personal statement describing your impairment(s) and how a major life activity is substantially limited.** The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limits your current functioning in a major life activity and how the standard examination conditions are insufficient for your needs. In your own words, describe the impact of your disability on your daily life (do not confine your statement to standardized test performance) and provide a rationale for why the specific accommodation(s) you are requesting are necessary in the context of this examination.

## Section E: Accommodation History

### E1. Standardized Examinations

**Attach copies of your score report(s) for any previous standardized examination taken.**

**If accommodations were provided, attach official documentation from each testing agency confirming the test accommodations they provided.**

List the accommodations received for previous standardized examinations such as college, graduate, or professional school admissions tests and professional licensure or certification examinations (if no accommodations were provided, write NONE).



| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ☑ SAT®, ACT® | 1994 | NONE |
| ☑ MCAT® | 2004 & 2005 | NONE |
| ☑ GRE® | 2006 | NONE |
| ☐ GMAT® | | |
| ☐ LSAT® | | |
| ☐ DAT® | | |
| ☐ COMLEX® | | |
| ☑ Other (specify) | Comp. Step 1 FAIL 2011 | NONE |
| | Comp. Step 1 FAIL 2011 | NONE |
| | Comp. Step 1 PASS 2011 | NONE |
| | USMLE Step 1 PASS 2011 | NONE |
| | USMLE Step 2 CK FAIL 2013 | NONE |
| | USMLE Step 2 CK PASS 2013 | NONE |
| | USMLE Step 3 FAIL 2017 | NONE |
| | USMLE Step 3 FAIL 2017 | NONE |
| | USMLE Step 3 FAIL 2019 | NONE (requeste but denied by NBME) |

**E2. Postsecondary Education**

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

📎 **Attach copies of official records from each school(s) confirming the accommodations they provided.**

📎 **If you receive/received accommodations in <u>medical school and/or residency</u>, have the appropriate official at your medical school/residency complete the <u>USMLE Certification of Prior Test Accommodations</u> form available at www.usmle.org/test-accommodations/forms.html.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **Medical/Graduate/ Professional School** | University of Denver | Extended time testing: (50% more) | 2019-2020 |
| | University of Denver | Alternate Format Text (AFT) - conversion | 2019-2020 |
| | | of textbooks to an alternate format | |
| | | (e.g. audio files) | |
| | | | |
| **Undergraduate School** | | | |
| | | | |
| | | | |

**E3. Primary and Secondary School**

List each school and all formal accommodations you received, and the dates accommodations were provided:

📎 **Attach copies of official records from each school listed confirming the accommodations they provided.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **High School** | | | |
| | | | |
| | | | |
| **Middle School** | | | |
| | | | |
| **Elementary School** | | | |
| | | | |

## Section F:  Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate.  I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:
- Evaluating my eligibility for accommodations.  When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research.  Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information.  I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print):  Jason Manu Wright

Signature:  *Jason M. Wright*          Date:  03/14/2021

### Submitting Your Completed Request Form and Supporting Documentation:
**(Do Not Send duplicate documents and Do Not Send by multiple methods as this will delay processing)**

- **Due to business restrictions in Philadelphia because of COVID-19 please submit your request form and supporting documentation via E-mail or Fax.**
- **Requests sent to us via mail may be delayed.**
- **E-mail: Maximum file size is 15 MB (including text in body of email, headers and all attachments). Files larger than 15 MB may require separate emails. All attachments must be in PDF format. Please scan your documents into as few PDF's as possible. Photographs of Personal Items may be in digital format such as JPEGs/JPGs. We are not able to access embedded links.**
- **Fax or Mail: Submit your completed request form and supporting documents to the address below once you register for your exam.**
- **DO NOT bind, staple, paper clip, or tab documents as this may delay processing.**

**Disability Services**
**NBME**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: disabilityservices@nbme.org**

Highly Confidential

June 28, 2021

**Via Electronic Mail to** jwright77@comcast.net
Jason M. Wright
2515 Albion Street
Denver, CO 802073111

RE: USMLE Step 3                                        USMLE ID#: 0-823-893-3

Dear Dr. Wright:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 3. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your request to be Other Specified Depressive Disorder diagnosed in 2008, Attention Deficit/Hyperactivity Disorder, Inattentive Type diagnosed in 2011; and Specific Learning Disorder (Reading impairment) diagnosed in 2017. You report that you received no academic accommodations from primary school through medical school and no test accommodations on the SAT, ACT, MCAT, GRE, and USMLE. You write in your personal statement, *"I believe that, in light of my past unaccommodated performances in high stakes and time-limited standardized examinations, the only logical and evidence-based conclusion to be made is that, in my unique case, the time-limited standardized examination format drastically underrepresents my actual abilities...Now that my reading challenges have been identified and I can better understand the details of their negative impacts on my time-limited and standardized examination performances, I truly believe that I can now most accurately demonstrate my acquired knowledge on my next attempt at the USMLE Step 3, if provided the recommended and requested accommodations of 'Additional break time and 50% Additional test time (Time and 1/2) over 4 days', and 'a separate, quiet environment/room free from typical distractions of the standard classroom or testing setting'."*

In a November 2020 report of Neuropsychological Evaluation conducted when you were a 43-year-old medical school graduate, Terri Lucero, Ph.D. writes, *"Mr. Wright is now seeking a current evaluation because he is determined to understand the reasons for his lifelong struggle with standardized testing, and to overcome these challenges to become a physician...He noted that he has always struggled with taking tests and he was typically the last person to finish tests growing up. He has a pattern of underperforming on high stakes, time-limited standardized testing, relative to his general academic achievement."* Dr. Lucero concludes, *"The results of the current evaluation reveal that Mr. Wright has significant cognitive strengths that have enabled him to generally do well in academic endeavors, despite a long history of struggling to perform up to his aptitude on standardized, timed tests...His patterns of performance are consistent with those of individuals who are Twice-Exceptional (2e) – with gifted intellectual abilities in addition to underlying learning differences. These 2e individuals can often use strong reasoning skills to compensate (at least partially) for symptoms of learning differences and ADHD, especially in primary and secondary school...In Mr. Wright's case, at each step along the path of his academic career, his primary barriers to success have been due to his challenges in complete timed 'high stakes' tests on which his performance has not been reflective of his intellectual or academic abilities."*

Dr. Lucero describes 'Challenges' revealed in her 2020 evaluation as, *"His Reading Rate, as measured by the Nelson Denny Reading Test was at the 3rd **percentile** compared to his peers...His performance on the timed WIAT-4 Oral Reading Fluency task was at the 30th percentile, and substantially weaker than his untimed Reading Comprehension performance (76th percentile). On the Nelson-Denny Reading Test, his Reading Comprehension was **below average** and fell at the 12th percentile when the test was administered with the standard time limit. His performance rose to the*

*average range at the 68th percentile under the Extended Time condition…On the WIAT-4 his reading scores were well below what would be expected of someone with superior verbal reasoning skills, His reading accuracy was only at the 25th percentile, indicating he made several mistakes while reading passages."* (Emphasis in original).

Dr. Lucero assigns *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)* diagnoses of *315.00 (F81.0) Specific Learning Disorder, with Impairment in Reading  (deficits in reading fluency, and reading comprehension – Reading rate at 3rd percentile, Reading Comprehension at 12th percentile on timed tasks.); 314.00 (F90.0) Attention Deficit/Hyperactivity Disorder, Inattentive Type, Mild; and 311 (F32.8) Other Specified Depressive Disorder.*  She writes, *"It is recommended that Mr. Wright be allowed Time and a Half on all portions of testing in order to produce a performance on testing that is commensurate with his cognitive and academic abilities, and his practical skills in medical care. An evaluation of his performance on timed versus untimed reading comprehension tasks revealed that he has a reading rate that is substantially below average and that his reading comprehension is consistently compromised under timed conditions."*

The *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)* defines a Specific Learning Disorder in reading as a neurodevelopmental disorder that first manifests in childhood and is characterized by persistent and impairing difficulties with learning foundational academic skills. In adults, persistent difficulty refers to ongoing difficulties in literacy skills, as indicated by cumulative evidence from school reports, evaluated portfolios of work, or previous assessments. No primary or secondary school records were provided to demonstrate a developmental history of problems with reading or learning that impacted your academic functioning or limited any major life activity.

According to the *DSM-5,* a key diagnostic feature of a specific learning disorder is that the individual's performance of the affected academic skill(s) is well below average for age (*DSM-5* Criterion B). The conclusions and opinions of your evaluator notwithstanding, when compared to the appropriate normative samples, your 2017 and 2020 evaluations consistently demonstrate your performances on a range of cognitive and academic achievement tasks, including timed Reading Comprehension and Reading Fluency, are well within the Average range and not indicative of impairment. Your evaluator appears to place great weight on your performances on the *Nelson-Denny Reading Test (NDRT),* a screening measure of limited psychometric value. While *NDRT* percentile scores compare your performances to college educated peers, *NDRT* scale scores are derived from the pooled standardization sample, a group whose aggregate characteristics more closely resemble the average person in the general population and the appropriate frame-of-reference when assessing disability under the ADA. Your *NDRT* timed Comprehension scale score of 204 is Average range compared to the pooled standardization sample where the mean is 200 and the standard deviation is 25. The *NDRT* Reading Rate is not considered by experts to be a reliable measure of reading efficiency because it is determined on the basis of a single, one-minute sample of words-per-minute. The *NDRT* Technical Report for Forms G & H (1993) reports the Reading Rate reliability to be quite low, a coefficient alpha of only 0.68.

Your Average range 2020 *NDRT* timed Comprehension is quite consistent with all of your other Average range performances on the *Wechsler Individual Achievement Test, (WIAT-III and WIAT-IV)* reading tasks and your *Gray Oral Reading Test, 5th Edition (GORT-5)* oral reading rate, accuracy, fluency, and comprehension documented since 2017. In addition, your measured reading skills are consistent with your Average range SAT Verbal scores obtained under standard conditions in 1994, better than 25 to 35 percent of a national sample of college-bound seniors; your Average range ACT Reading scores obtained under standard conditions in 1994, better than 34 to 42 percent of a national sample of college-bound high school seniors; and your Average range 2006 GRE Verbal score of 450 (Mean = 464, SD=118) obtained under standard conditions, compared to a national sample of graduate school applicants.[1]  Overall, these data do not demonstrate that standard time conditions are a barrier to your access to the USMLE.

Your evaluator reports that your performances on a continuous performance test, the *IVA-2,* revealed your attention, focus, and impulsivity are generally well-managed when taking your prescribed medication. She reports that your *IVA-2* Full Scale Response Control quotient was in the Above Average range and your Combined Sustained Attention quotient

---

[1] https://www.ets.org/Media/Tests/GRE/pdf/gre_0809_factors_2006-07.pdf

was Average range. Nevertheless, Dr. Lucero's reports that ADHD leaves you susceptible to being distracted by environmental cues and you will do best if allowed to test in a separate, quiet environment free from typical distractions of the standard classroom or testing setting. The USMLE Step 3 is delivered at Prometric testing centers which offer a low-distraction examination setting by utilizing individual test carrels and offering noise reducing ear muffs to all examinees. In addition, examinees may use their own soft-foam ear plugs if desired, subject to inspection by test center staff. While Dr. Lucero writes that you would benefit from being allowed to take extra, stop-the-clock or extended breaks during testing, objective evidence demonstrating an impairment/disability supporting this accommodation was not provided.

Accommodations are intended to ensure that individuals with a documented disability as defined by the ADA can take the USMLE exams in an accessible place and manner. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities. According to the regulations issued by the United States Department of Justice (DOJ) to implement the ADA, not every impairment will constitute a disability. An impairment is a disability for purposes of ADA coverage only if it substantially limits the ability of an individual to perform a major life activity as compared to most people in the general population.

Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations are an appropriate modification of your USMLE Step 3 test administration. Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with the requested accommodations.

We will request processing of your exam application without test accommodations.  You may inquire at permits@ecfmg.org or call Applicant Information Services at (215) 386-5900 with any questions about your scheduling permit. **Please monitor the USMLE announcements page at www.usmle.org and the Prometric website at www.prometric.com/corona-virus-update for up-to-date information regarding the impact of the coronavirus (COVID-19) pandemic on USMLE testing.**

Sincerely,
Disability Services

C: Eric Maxfield, Esquire to www.maxfieldgunning.com

Get information about COVID-19 and your student loans.
Do you have student loan interest to claim? Tax statements are available! Learn more >





JASON WRIGHT
Account Profile ➔          ⬚ Log Out

# Loan Details As of 03/14/2021 (ET)

Loan    | 2-08 DL Consolidated - Subsidized | ▾ |

| | |
|---|---|
| Loan Status | National Emergency Forbearance-Ends 09/30/2021 |
| Repayment Plan | Income-Based Repayment - Ends 07/11/2022 |
| Repayment Start Date | 02/03/2015 |
| Estimated Payoff Date ❶ | 09/11/2034 |

35%

| Ready to pay off this loan today? | Here are the amounts: ❶ |
|---|---|
| Online | $72,475.60 |
| By U.S. Mail | $72,475.60 |

| | |
|---|---|
| Unpaid Principal | $62,472.94 |
| Unpaid Interest | $10,002.66 |
| Current Balance | $72,475.60 |
| Interest Rate | 0.000% |

Interest rates on federal student loans are set by Congress.

| | |
|---|---|
| Interest Type | Fixed |

**Loan/Borrower Benefits**

| | |
|---|---|
| Option | Interest Rate Reduction - DI01 ❶ |
| Status | Elig |
| Option | Upfront Rebate - DI08 ❶ |
| Status | Awarded 02/03/2015 |
| Option | 0% Interest Rate - Iwbb ❶ |
| Status | Awarded 03/13/2020 |

| | |
|---|---|
| Loan Type ❶ | DIRECT |
| School | ROSS UNIVERSITY SCHOOL OF MEDICI |
| Current Owner | U.S. DEPARTMENT OF EDUCATION |
| Guarantor | DEPT OF ED/NAVIENT |
| Disbursement Date | 02/03/2015 |
| Original Principal | $62,472.94 |

ABOUT US

TERMS OF USE

PROTECTING YOUR PRIVACY

CALIFORNIA PRIVACY RIGHTS

SOCIAL MEDIA POLICIES

ABOUT OUR ADS ❶

SITE MAP

STUDENTAID.GOV

ACCESSIBILITY

CONTACT US

© 2020 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.



Get information about COVID-19 and your student loans.

Do you have student loan interest to claim? Tax statements are available! Learn more >



## JASON WRIGHT
Account Profile ➜

☐→ Log Out

# Loan Details As of 03/14/2021 (ET)

| Loan | 2-07 DL Consolidated - Unsubsidized ▾ |
|------|----------------------------------------|

| | |
|---|---|
| Loan Status | National Emergency Forbearance-Ends 09/30/2021 |
| Repayment Plan | Income-Based Repayment - Ends 07/11/2022 |
| Repayment Start Date | 02/03/2015 |
| Estimated Payoff Date ❶ | 02/11/2040 |

27%

| Ready to pay off this loan today? | Here are the amounts: ❶ |
|---|---|
| Online | $467,717.97 |
| By U.S. Mail | $467,717.97 |

| | |
|---|---|
| Unpaid Principal | $339,502.15 |
| Unpaid Interest | $128,215.82 |
| Current Balance | $467,717.97 |
| Interest Rate | 0.000% |
| Interest rates on federal student loans are set by Congress. | |
| Interest Type | Fixed |

**Loan/Borrower Benefits**

| | |
|---|---|
| Option | Interest Rate Reduction - DI01 ❶ |
| Status | Elig |
| Option | Upfront Rebate - DI08 ❶ |
| Status | Awarded 02/03/2015 |
| Option | 0% Interest Rate - Iwbb ❶ |
| Status | Awarded 03/13/2020 |

| | |
|---|---|
| Loan Type ❶ | DIRECT |
| School | ROSS UNIVERSITY SCHOOL OF MEDICI |
| Current Owner | U.S. DEPARTMENT OF EDUCATION |
| Guarantor | DEPT OF ED/NAVIENT |
| Disbursement Date | 02/03/2015 |
| Original Principal | $339,502.15 |

LOG IN TO
STUDENTAID.GOV

View and learn more about all
your federal student loans.

Go Now

ABOUT US

TERMS OF USE

PROTECTING YOUR PRIVACY

CALIFORNIA PRIVACY RIGHTS

SOCIAL MEDIA POLICIES

ABOUT OUR ADS

SITE MAP

STUDENTAID.GOV

ACCESSIBILITY

CONTACT US

© 2020 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

---
Summer 2006 UCDHSC-Hlth Sci
Non-Degree GRAD                                    Non Degree Public Health

| Intro to Public Health | PRMD 6600 | 2.0 | A | 8.0 |
| Cancer Prevention & Control | PRMD 6622 | 2.0 | A- | 7.4 |
| Topics in Preventive Med | PRMD 6670 | 1.0 | A | 4.0 |

ATT  5.0  EARNED  5.0  GPAHRS  5.0  GPAPTS  19.40   GPA  3.880

Page 1 of 2

---
Fall 2006 UCDHSC-Hlth Sci
School of Medicine GRAD                            Public Health

| Intro to Biostatistics | BIOS 6601 | 4.0 | B | 12.0 |
| SAS Prog Res Data Mngmt | BIOS 6680 | 2.0 | B+ | 6.6 |
| Health Care Systems | PRMD 6603 | 2.0 | B+ | 6.6 |
| Epidemiology | PRMD 6630 | 4.0 | B | 12.0 |

Originally graded as IW.

ATT  12.0  EARNED  12.0  GPAHRS  12.0  GPAPTS  37.20   GPA  3.100

---
Spring 2007 UCDHSC-Anschtz Med
School of Medicine GRAD                            Public Health

| Health Policy | PRMD 6605 | 2.0 | B+ | 6.6 |
| Soc/Comm Factors in Health | PRMD 6610 | 3.0 | A- | 11.1 |
| Occup & Envir Health | PRMD 6614 | 3.0 | A- | 11.1 |
| Res Methods in Comm Hlth | PRMD 6626 | 3.0 | A- | 11.1 |

ATT  11.0  EARNED  11.0  GPAHRS  11.0  GPAPTS  39.90   GPA  3.627

---
Fall 2007 UCD-Anschtz Med
School of Medicine GRAD                            Public Health

| Community Health Prctice | PRMD 6606 | 1.0 | A | 4.0 |
| Maternal & Child Health | PRMD 6621 | 1.0 | B | 3.0 |
| Analytical Epidemiology | PRMD 6631 | 3.0 | A | 12.0 |

ATT  5.0  EARNED  5.0  GPAHRS  5.0  GPAPTS  19.00   GPA  3.800

---
Spring 2008 UCD-Anschtz Med
School of Medicine GRAD                            Public Health

| Community Health Prctice | PRMD 6606 | 2.0 | A | 8.0 |
| Epi/Communicable Disease | PRMD 6635 | 3.0 | A | 12.0 |
| Research Paper | PRMD 6651 | 1.0 | IP | 0.0 |

ATT  6.0  EARNED  5.0  GPAHRS  5.0  GPAPTS  20.00   GPA  4.000

---
Summer 2008 UCD-Anschtz Med
School of Public Health GRAD                       Public Health

| Research Paper | PUBH 6651 | (2.0) | W | 0.0 |

ATT  2.0  EARNED  0.0  GPAHRS  0.0  GPAPTS  0.00   GPA  0.000

---
Fall 2008 UCD-Anschtz Med
School of Public Health GRAD                       Public Health

| Research Paper | PUBH 6651 | (1.0) | *** | 0.0 |

ATT  1.0  EARNED  0.0  GPAHRS  0.0  GPAPTS  0.00   GPA  0.000

---
Spring 2009 UCD-Anschtz Med
School of Public Health GRAD                       Public Health

| Research Paper | PUBH 6651 | (1.0) | *** | 0.0 |

ATT  1.0  EARNED  0.0  GPAHRS  0.0  GPAPTS  0.00   GPA  0.000

CUMULATIVE CREDITS :

| | TR UNITS | CU UNITS | TOT UNITS | QUAL UNITS | QUAL PTS | GPA |
|---|---|---|---|---|---|---|
| NDGR | 0.0 | 5.0 | 5.0 | 5.0 | 19.40 | 3.880 |
| GRAD | 0.0 | 33.0 | 33.0 | 33.0 | 116.10 | 3.518 |

***** END OF ACADEMIC RECORD ****

Page 2 of 2