# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02319

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

---

## (PROPOSED ORDER) PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

---

    Plaintiff Jason Wright submitted an Emergency Motion for Preliminary Injunction under F.R.C.P. 65. Defendant National Board of Medical Examiners (NBME) opposed the Motion. Being advised in the premises, the Court Orders:

The Emergency Motion is granted and a preliminary injunction is Ordered against Defendant NBME compelling NBME to provide appropriate testing accommodations to Mr. Wright to include: first, extended time and a half on all portions of testing; second, a separate quiet environment free from typical distractions of standard classroom on all sections of the USMLE Step 3 test, and three, additional, stop-the-clock or extended breaks during testing. The injunction requires the testing accommodations at the October 21, and 25, 2021 sitting and at any subsequent setting if Mr. Wright does not pass the exam at the October 21, and 25, 2021 sitting.

 

_____
U.S. District Court Judge