# How to Authenticate This Official PDF Transcript

This official PDF transcript has been transmitted electronically to the recipient, and is intended solely for use by that recipient. If you are not the intended recipient, please notify the Transcript Coordinator at the University of Denver. It is not permissible to replicate this document or forward it to any person or organization other than the identified recipient. Release of this record or disclosure of its contents to any third party without written consent of the record owner is prohibited.

This official transcript has been digitally signed and therefore contains special characteristics. This document will reveal a digital certificate that has been applied to the transcript, and for optimal results, we recommend that this document is viewed with the latest version of Adobe® Acrobat or Adobe® Reader. This digital certificate will appear in a pop-up screen or status bar on the document, display a blue ribbon, and declare that the document was certified by the University of Denver with a valid certificate issued by GlobalSign CA for Adobe®. This document certification can be validated by clicking on the Signature Properties of the document.



**The Blue Ribbon Symbol:** The blue ribbon is your assurance that the digital certificate is valid, the document is authentic, and the contents of the transcript have not been altered.



**Invalid:** If the transcript does not display a valid certification and signature message, reject this transcript immediately. An invalid digital certificate display means either the digital signature is not authentic, or the document has been altered. The digital signature can also be revoked by the transcript office if there is cause, and digital signatures can expire. A document with an invalid digital signature display should be rejected.



**Author Unknown:** Lastly, one other possible message, Author Unknown, can have two possible meanings: The certificate is a self-signed certificate or has been issued by an unknown or untrusted certificate authority and therefore has not been trusted, or the revocation check could not complete. If you receive this message make sure you are properly connected to the internet. If you have a connection and you still cannot validate the digital certificate on-line, reject this document.

**Order Details:**
Requester Name: Jason Wright
Requester Email Address: jwright77@comcast.net
Recipient Name: Jason Manu Wright
Recipient Email Address: jwright77@comcast.net
Date Processed: 14-Mar-2021

The current version of Adobe® Reader is free of charge, and available for immediate download at http://www.adobe.com. If you require further information regarding the authenticity of this transcript, you may email or call the University of Denver at transcripts@du.edu or 303.871.4095.

**ABOUT PARCHMENT:** Parchment is an academic credential management company, specializing in delivery of official electronic credentials. As a trusted intermediary, all documents delivered via Parchment are verified and secure.
Learn more about Parchment at www.parchment.com



1:21-cv-02319

# UNIVERSITY OF DENVER
Denver, Colorado 80208-9405
Office of the Registrar

Ex. 25.   Exhibit AB: DU transcript, 2019-2020 (pp. 99-101)

Student No: 873519661          Date of Birth: ▓▓▓▓          Date Issued: 14-MAR-2021

Record of: Jason Wright                                       Page: 1
Issued To: Jason Manu Wright
           Parchment DocumentID: 33264324

Course Level: Graduate

Credential/Degree Awarded: Graduate Certificate 21-AUG-2020
        Major : Healthcare Management
Maj/Concentration : Healthcare Policy & Reg Leader

```
SUBJ   NO.         COURSE TITLE           CRED GRD   PTS  R
```

INSTITUTION CREDIT:

Autumn Quarter 2019
```
HC   4210    Qual Imp for HC Leaders     4.00 A    16.00
HC   4992    DS: Ethical Considerations HC 4.00 A  16.00
     Ehrs:  8.00 GPA-Hrs: 8.00  QPts:   32.00 GPA:  4.00
```

Winter Quarter 2020
```
HC   4200    Comparative Healthcare Systems 4.00 A 16.00
HC   4630    Healthcare Data Mining      4.00 A    16.00
     Ehrs:  8.00 GPA-Hrs: 8.00  QPts:   32.00 GPA:  4.00
```

Spring Quarter 2020
Due to a global health emergency in spring 2020, students permitted to convert grades from letter grading to:
P+ -- Pass Plus -- grade of C- or greater
P  -- Pass -- grade of D+, D or D-
NP -- No Pass -- grade lower than D-
```
HC   4225    HC Pub Plcy & Legsltv Process 4.00 A  16.00
HC   4230    Implement & Eval of HC Pub Pol 4.00 A 16.00
     Ehrs:  8.00 GPA-Hrs: 8.00  QPts:   32.00 GPA:  4.00
```
*********************** TRANSCRIPT TOTALS ***********************
```
                    Earned Hrs  GPA Hrs  Points   GPA
TOTAL INSTITUTION      24.00     24.00    96.00   4.00

TOTAL TRANSFER          0.00      0.00     0.00   0.00

OVERALL                24.00     24.00    96.00   4.00
```
*********************** END OF TRANSCRIPT ***********************

AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS NOT CLEAR

The Federal law, the Family Educational Rights and Privacy Act of 1974, forbids the release of this information without written consent of the student.

Dennis Maurice Becker, Registrar

University of Denver | Office of the Registrar | 2197 S. University Blvd., Denver, CO 80208 | 303-871-4095 | Fax 303-871-4300 | registrar@du.edu | www.du.edu/registrar

# EXPLANATION OF TRANSCRIPT

## GRADING SYSTEMS

### LETTER GRADING SYSTEM
### COLLEGE OF LAW, BEGINNING FALL 1990
### OTHER PROGRAMS, BEGINNING FALL 1992
### GRADUATE TAX PROGRAM, ADOPTED FALL 2015

| GRADE | DEFINITION | GRADE POINTS | GRADE | DEFINITION | GRADE POINTS |
|---|---|---|---|---|---|
| A  | Excellent    | 4.0 | P    | Passing                                | 0 |
| A- |              | 3.7 | I    | Incomplete                             |   |
| B+ |              | 3.3 | W    | Withdrawn                              |   |
| B  | Good         | 3.0 | NC   | No Credit                              |   |
| B- |              | 2.7 | WC   | Without Credit                         |   |
| C+ |              | 2.3 | W/WP | Withdrawn Without Prejudice            | 0 |
| C  | Satisfactory | 2.0 |      |                                        |   |
| C- |              | 1.7 | IP   | In Progress or Grade Not Reported      | 0 |
| D+ |              | 1.3 |      |                                        |   |
| D  | Passing      | 1.0 | NR   | Grade Not Reported                     | 0 |
| D- |              | 0.7 | NP   | No Pass                                | 0 |
| F  | Failing      | 0   |      |                                        |   |

### NUMERIC GRADING SYSTEM
### COLLEGE OF LAW, PRIOR TO FALL 1990
### GRADUATE TAX PROGRAM, PRIOR TO FALL 2015

| GRADE | DEFINITION | GRADE POINTS | GRADE | DEFINITION | GRADE POINTS |
|---|---|---|---|---|---|
| 85-100 | A       | 85-100 | W/WP | Withdrawn Without Prejudice       | 0 |
| 77-84  | B       | 77-84  |      |                                   |   |
| 68-76  | C       | 68-76  | NR   | Grade Not Reported                | 0 |
| 60-67  | D       | 60-67  | IP   | In Progress or Grade Not Reported | 0 |
| 45-59  | F       | 45-59  |      |                                   |   |
| P      | Passing | 0      | NC   | No Credit                         | 0 |
| F      | Failing | 0      | I    | Incomplete                        | 0 |

### GRADING SYSTEM BEGINNING FALL 1965

| GRADE | DEFINITION | GRADE POINTS | GRADE | DEFINITION | GRADE POINTS |
|---|---|---|---|---|---|
| A | Excellent    | 4.0 | W, WP** | Withdrawn Without Prejudice | 0 |
| B | Good         | 3.0 |         |                             |   |
| C | Satisfactory | 2.0 | NC      | No Credit                   | 0 |
| D | Passing      | 1.0 | WF*     | Withdrawn Failing           | 0 |
| F | Failing      | 0.0 | I       | Incomplete                  | 0 |
| P | Passing      | 0.0 |         |                             |   |

*Discontinued 1984
**Discontinued 1987

### GOOD STANDING
All students are considered in good standing unless stated otherwise on the transcript.

### REPEATED COURSES
Repeated courses are denoted under the "R" column. "I" indicates a repeated course is included in earned hours and GPA calculations; "A" indicates a repeated course is included in GPA calculations but excluded from earned hours; "E" indicates that a repeated course is excluded from earned hours and GPA calculations.

### SUBJECT CODES
For a detailed explanation of the subject codes on this transcript please visit: http://www.du.edu/registrar/course/coursecode.html.

### COURSE NUMBERING

| Prior to September 1985 | | Beginning September 1985 | |
|---|---|---|---|
| 1-99       | Elementary            | 0001-0999 | Elementary            |
| 100-199    | Intermediate          | 1000-1999 | Intermediate          |
| 200-299    | Advanced              | 2000-2999 | Advanced              |
| 300-399    | Advanced and Graduate | 3000-3999 | Advanced and Graduate |
| 400 or Over| Graduate              | 4000-5999 | Graduate              |

#### Beginning Summer 2002

| | |
|---|---|
| 0001-0999   | Pre-collegiate, Remedial, or Continuing Education Unit Courses |
| 1000-1999   | Undergraduate Courses (Lower Division)                         |
| 2000-2999   | Advanced Undergraduate Courses (Upper Division)                |
| 3000-3999   | Advanced Undergraduate and Graduate Courses (Combined)         |
| 4000 or Over| Graduate Courses                                               |

### COURSES TAKEN AT OTHER INSTITUTIONS
Grades for courses taken at other institutions are marked with an asterisk and are not calculated into the grade point average.

### ACADEMIC CALENDAR
With the exception of the College of Law, the academic calendar used is the quarter. The quarter is generally ten weeks exclusive of the final examination period. In fall 1990, the College of Law adopted a semester calendar. Study abroad, distance learning, interterm and other special courses vary in length but are reported in quarter hours (or semester hours for the College of Law).

### LENGTH OF DEGREE PROGRAMS
The number of credit hours required for a degree is dependent on program requirements. A baccalaureate requires a minimum of 180 quarter hours; a master 45 and a doctorate 90-135 quarter hours beyond the bachelor's degree. 90 semester hours are required for a juris doctor degree.

### SECONDARY MAJOR
A second major outside the primary degree program.

### ACCREDITATION
The University of Denver is accredited by the Higher Learning Commission (HLC) of the North Central Association of Colleges and Schools as a degree-granting institution at the baccalaureate, graduate, professional, and doctoral levels.

### TRANSCRIPT AUTHENTICITY
A transcript is official when each page bears the preprinted University seal and includes the signature and title of the issuing authority. The transcript form is red and incorporates a background design of the University's seal.

### RELEASE OF INFORMATION
The message "ISSUED TO STUDENT" will be printed on the transcript when the transcript is provided directly to the student. This transcript cannot be released to any third party without the written consent of the student. These instructions are in accordance with the Family Educational Rights and Privacy Act of 1974.

### RECIPROCAL AGREEMENT PROGRAM
Prior to fall 2007, graduate credit taken at the Iliff School of Theology may be reflected on this transcript under the subject code ILIF. Effective fall 2007, the University of Denver assumed the administrative operations of the Joint PhD program with the Iliff School of Theology. All graduate credit taken at Iliff thereafter is reflected on this transcript under the subject code THEO or RLGN. Complete transcripts for students who graduated from the Joint PhD program prior to fall 2007 are available from the Iliff School of Theology.



# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 3 SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:  0-823-893-3**                              **Test Date:  April 10, 2017**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 3 is designed to assess whether an examinee can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. The examination consists of two days: Day 1, Foundations of Independent Practice (FIP), assesses an examinee's knowledge of basic medical and scientific principles essential for effective health care; Day 2, Advanced Clinical Medicine (ACM), assesses the examinee's ability to apply comprehensive knowledge of health and disease in the context of patient management and the evolving manifestation of disease over time. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score§ represents your result for the administration of Step 3 that began on the test date shown above.

| FAIL | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |
|---|---|

| 168 | This score is determined by your overall performance on Step 3. For administrations between January 1, 2016 and December 31, 2016, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 225 and 15, respectively, with most scores falling between 140 and 260. A score of 196 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)‡ for this scale is approximately six points. |
|---|---|

§Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

‡Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

1:21-cv-02319                                    26.    Exhibit AC: April 2017 USMLE Step 3 score report (first attempt).(pp. 102-103)

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

### USMLE STEP 3 PERFORMANCE PROFILE

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **EXAMINATION DAY 1** | | | |
| Foundations of Independent Practice | xxxxxxxxx | | |
| **EXAMINATION DAY 2** | | | |
| Advanced Clinical Medicine (MCQ) | *xxxx | | |
| Advanced Clinical Medicine (CCS) | xxxxxxxxxxxxxxx | | |
| **PHYSICIAN TASK** | | | |
| MK: Applying Foundational Science Concepts | xxxxxxxxxxxxx | | |
| PC: Diagnosis | xxxxxxxxxxx | | |
| PC: Health Maint & Disease Prevent/Pharmacotherapy | *xxx | | |
| PC: Clinical Interventions/Mixed Mgmt | *xxxxxxxxxxxx | | |
| Systems-based Practice/Patient Safety & PBLI | xxxxxxxxxxx | | |
| **SYSTEM** | | | |
| Immune/Blood & Lymph/Endocrine/Multisystem | xxxxxxxxxxxxx | | |
| Bhv Health & Soc Sci: Comm Skills/Ethics/Pt Safety | xxxxxxxxxxxxxx | | |
| Nervous System & Special Senses | | xxxxxxxxxxxxxxx | |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | xxxxxxxxxxxxxx | | |
| Cardiovascular System | *xxxxxxxxxxxxx | | |
| Respiratory System | *xxxxxxx | | |
| Gastrointestinal System | xxxxxxxxxxxxxxxxx | | |
| Renal/Urinary & Male/Female Sys & Pregnancy | *xxxxxxxxx | | |
| Biostatistics & Epidemiology/Population Health | xxxxxxxxxxx | | |
| **PATIENT AGE** | | | |
| Pediatric (Birth–17 yrs) | *xxxxxxxxxx | | |
| Young Adult/Middle-aged Adult (18–54 yrs) | *xxxxxxxxx | | |
| Older Adult (55–74 yrs) | *xxxxxxxx | | |
| Elderly (Older than 74 yrs) | xxxxxxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 3, can be found in the informational materials for USMLE Step 3 on the USMLE website (http://www.usmle.org/step-3/#outlines). With the exception of the Day 2 Advanced Clinical Medicine CCS profile, all profiles are based upon performance in the MCQ sections.

CCS—Computer-based Case Simulation; MCQ—Multiple-choice Question; MK—Medical Knowledge; PC—Patient Care; PBLI—Practice-based Learning and Improvement.

27. Exh bit AD: November 2017 – USMLE Step 3 score report (second attempt). (pp.104-105)



# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 3 SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:   0-823-893-3**                                                    **Test Date:   November 29, 2017**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 3 is designed to assess whether an examinee can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. The examination consists of two days: Day 1, Foundations of Independent Practice (FIP), assesses an examinee's knowledge of basic medical and scientific principles essential for effective health care; Day 2, Advanced Clinical Medicine (ACM), assesses the examinee's ability to apply comprehensive knowledge of health and disease in the context of patient management and the evolving manifestation of disease over time. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score§ represents your result for the administration of Step 3 that began on the test date shown above.

| | |
|---|---|
| **FAIL** | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **182** | This score is determined by your overall performance on Step 3. For administrations between January 1, 2016 and December 31, 2016, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 225 and 15, respectively, with most scores falling between 140 and 260. A score of 196 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)‡ for this scale is approximately six points. |

§Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

‡Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

27.     Exhibit AD: November 2017 – USMLE Step 3 score report (second attempt).

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee. These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

### USMLE STEP 3 PERFORMANCE PROFILE

| Content Area | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **EXAMINATION DAY 1** | | | |
| Foundations of Independent Practice | xxxxxxxxx | | |
| **EXAMINATION DAY 2** | | | |
| Advanced Clinical Medicine (MCQ) | xxxxxxxxxxx | | |
| Advanced Clinical Medicine (CCS) | xxxxxxxxxxxxxxxx | | |
| **PHYSICIAN TASK** | | | |
| MK: Applying Foundational Science Concepts | xxxxxxxxxxxxx | | |
| PC: Diagnosis | xxxxxxxxxxx | | |
| PC: Health Maint & Disease Prevent/Pharmacotherapy | xxxxxxxxxxxx | | |
| PC: Clinical Interventions/Mixed Mgmt | xxxxxxxxxxxxxx | | |
| Systems-based Practice/Patient Safety & PBLI | xxxxxxxxxx | | |
| **SYSTEM** | | | |
| Immune/Blood & Lymph/Endocrine/Multisystem | xxxxxxxxxxxx | | |
| Bhv Health & Soc Sci: Comm Skills/Ethics/Pt Safety | | xxxxxxxxxxxxxxx | |
| Nervous System & Special Senses | xxxxxxxxxxxxxx | | |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | xxxxxxxxxxxxxx | | |
| Cardiovascular System | xxxxxxxxxxxxx | | |
| Respiratory System | xxxxxxxxxxxxxx | | |
| Gastrointestinal System | xxxxxxxxxxxxxxxx | | |
| Renal/Urinary & Male/Female Sys & Pregnancy | *xxxxxxxxxx | | |
| Biostatistics & Epidemiology/Population Health | xxxxxxxxxx | | |
| **PATIENT AGE** | | | |
| Pediatric (Birth–17 yrs) | | xxxxxxxxxxxx | |
| Young Adult/Middle-aged Adult (18–54 yrs) | xxxxxxxxxxx | | |
| Older Adult (55–74 yrs) | xxxxxxxxxxx | | |
| Elderly (Older than 74 yrs) | xxxxxxxxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 3, can be found in the informational materials for USMLE Step 3 on the USMLE website (http://www.usmle.org/step-3/#outlines). With the exception of the Day 2 Advanced Clinical Medicine CCS profile, all profiles are based upon performance in the MCQ sections.

CCS—Computer-based Case Simulation; MCQ—Multiple-choice Question; MK—Medical Knowledge; PC—Patient Care; PBLI—Practice-based Learning and Improvement.

28. Exhibit AE: October 2019 – USMLE Step 3 score report (third attempt).(pp. 106-109)



# United States Medical Licensing Examination®
## Step 3 Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

**NAME:** Wright, Jason Manu
**USMLE ID:** 0-823-893-3
**TEST DATE:** October 21, 2019

## Your Performance

**Test Result:** FAIL
**Test Score:** 180

## Your Performance Compared to Other Examinees

The chart below represents the distribution of scores for examinees from US and Canadian medical schools taking Step 3 for the first time between January 1, 2018 and December 31, 2018. Reported scores range from 1-300 with a mean of 226 and a standard deviation of 15.

If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

*Your score +/- SEE: 172 – 188*

28. Exhibit AE: October 2019 – USMLE Step 3 score report (third attempt).(pp. 106-109)

# United States Medical Licensing Examination
# Step 3 Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

**NAME:** Wright, Jason Manu
**USMLE ID:** 0-823-893-3
**TEST DATE:** October 21, 2019

## Your Relative Strengths and Weaknesses

The boxes below indicate areas of relatively lower or higher performance in each content area within the Step 3 examination. A box in the "Higher" column indicates that your performance in that area was higher than your overall Step 3 performance shown on page 1. A box in the "Same" column indicates that your performance in that area was similar to or the same as your overall Step 3 performance. A box in the "Lower" column indicates that your performance in that area was lower than your overall Step 3 performance. The percentage range of items from each content area on the Step 3 examination is indicated below.

This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, USMLE recommends reviewing all content areas if retaking the test.

## Performance by Physician Task Relative to Your Overall Step 3 Performance

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| PC: Diagnosis | (30 - 40%) | | ■ | |
| PC: Health Maint & Disease Prevent/Pharmacotherapy | (14 - 22%) | | ■ | |
| PC: Clinical Interventions/Mixed Mgmt | (12 - 20%) | | ■ | |
| MK: Applying Foundational Science Concepts | (10 - 15%) | | ■ | |
| Systems-based Practice/Patient Safety & PBLI | (10 - 15%) | | ■ | |

Abbreviations: MK, Medical Knowledge; PC, Patient Care; PBLI, Practice-based Learning and Improvement.

## Performance on Computer-based Case Simulations Relative to Your Overall Step 3 Performance

| | (# Cases Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| Advanced Clinical Medicine: Computer-based Case Simulations | (13) | | ■ | |

28. Exhibit AE: October 2019 – USMLE Step 3 score report (third attempt). (pp. 106-109)

# United States Medical Licensing Examination
## Step 3 Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

**NAME:** Wright, Jason Manu
**USMLE ID:** 0-823-893-3
**TEST DATE:** October 21, 2019

### Performance by System Relative to Your Overall Step 3 Performance

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| Renal/Urinary & Male/Female Sys & Pregnancy | (12 - 16%) | | ■ | |
| Bhv Health & Soc Sci: Comm Skills/Ethics/Pt Safety | (11 - 15%) | | ■ | |
| Immune/Blood & Lymph/Endocrine/Multisystem | (11 - 15%) | | ■ | |
| Biostatistics & Epidemiology/Population Health | (10 - 14%) | | ■ | |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | (10 - 14%) | | ■ | |
| Cardiovascular System | (8 - 12%) | | ■ | |
| Nervous System & Special Senses | (7 - 11%) | | ■ | |
| Respiratory System | (7 - 11%) | | ■ | |
| Gastrointestinal System | (5 - 9%) | | ■ | |

28.   Exhibit AE: October 2019 – USMLE Step 3 score report (third attempt).(pp. 106-109)

# United States Medical Licensing Examination
# Step 3 Score Report

## Supplemental Information: Understanding the Content Areas

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 3, can be found in the information materials on the USMLE website (https://www.usmle.org). Please use the contact form on the USMLE website (https://www.usmle.org/contact/) if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| PC: Diagnosis | (30 - 40%) |
| PC: Health Maint & Disease Prevent/Pharmacotherapy | (14 - 22%) |
| PC: Clinical Interventions/Mixed Mgmt | (12 - 20%) |
| MK: Applying Foundational Science Concepts | (10 - 15%) |
| Systems-based Practice/Patient Safety & PBLI | (10 - 15%) |

Abbreviations: MK, Medical Knowledge; PC, Patient Care; PBLI, Practice-based Learning and Improvement.

| System | (% Items Per Test) |
|---|---|
| Renal/Urinary & Male/Female Sys & Pregnancy | (12 - 16%) |
| Bhv Health & Soc Sci: Comm Skills/Ethics/Pt Safety | (11 - 15%) |
| Immune/Blood & Lymph/Endocrine/Multisystem | (11 - 15%) |
| Biostatistics & Epidemiology/Population Health | (10 - 14%) |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | (10 - 14%) |
| Cardiovascular System | (8 - 12%) |
| Nervous System & Special Senses | (7 - 11%) |
| Respiratory System | (7 - 11%) |
| Gastrointestinal System | (5 - 9%) |