# EXHIBIT 1

# USMLE® Request for Test Accommodations

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations: (Check all that apply)

- ☐ Step 1
- ☐ Step 2 CK (Clinical Knowledge)
- ☐ Step 2 CS (Clinical Skills)
- ● Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C1).

## Section B: Biographical Information
Please type or print.

**B1.** Name: __Wright_____ __Jason_____ __M._____
           Last                                                First                                       Middle Initial

**B2.** Gender:  ● Male      ☐ Female

**B3.** Date of Birth: __REDACTED_____

**B4.** USMLE # _0_ - _8_ _2_ _3_ - _8_ _9_ _3_ - _3_ (required)

**B5.** Address:
_____2515 Albion Street_____
Street

_____Denver_____ __CO_____ __80207_____
City                                        State/Province          Zip/Postal Code

_____United States_____
Country

_____(303) 906-2301_____
Preferred Telephone Number

_____jwright77@comcast.net_____
E-mail address

**B6.** Medical School Name: __Ross University School of Medicine__

Country of Medical School: __Dominica_____    Date of Medical School Graduation: __03/31/2014__

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

**C1.   Step 1, Step 2 CK, or Step 3 (computer-based examinations)**

Check the appropriate box to indicate the accommodations you are requesting. Check **ONLY ONE** box for the exam(s) for which you are currently registered:

**STEP 1:**

| Additional Break Time | Additional Testing Time |
|---|---|
| ❏ Additional break time over 1 day | ❏ 25% Additional test time (Time and 1/4) over 2 days |
| ❏ Additional break time over 2 days | ❏ 50% Additional test time (Time and 1/2) over 2 days |
| | ❏ 100% Additional test time (Double time) over 2 days |

❏ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

**STEP 2 CK:**

| Additional Break Time | Additional Testing Time |
|---|---|
| ❏ Additional break time over 2 days | ❏ 25% Additional test time (Time and 1/4) over 2 days |
| | ❏ 50% Additional test time (Time and 1/2) over 2 days |
| | ❏ 100% Additional test time (Double time) over 2 days |

❏ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

**STEP 3:**

| Additional Break Time | Additional Testing Time |
|---|---|
| ❏ Additional break time over 4 days | ❏ 25% Additional test time (Time and 1/4) over 3 days |
| | ❏ 50% Additional test time (Time and 1/2) over 4 days |
| | ● 100% Additional test time (Double time) over 5 days |

❏ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 4 days

**Describe** any other accommodation(s) you are requesting for **Step 1, Step 2 CK**, or **Step 3**.

_Private testing room to minimize external distractions.  Text-to-Speech, if applicable._

**C2.   STEP 2 CS (Clinical Skills)**
Review the Step 2 CS Onsite Orientation video and Step 2 CS Content Description and General Information Booklet at www.usmle.org for detailed information about the format and delivery of the Step 2 CS examination.

Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter or note**.

❏ Patient Encounter:_____

❏ Patient Note:_____

**C3.**   Do you require wheelchair access at the examination facility? ☐ Yes ■ No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____

### Section D: Information About Your Impairment

**D1.** List the **specific DSM/ICD diagnostic code(s) and disability** for which you are requesting accommodations and report the year that it was **first** diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
| --- | --- | --- |
| 315.00 | SLD w/ specific impairment in reading comp. | 2017 |
| 314.00 | ADHD, inattentive type | 2011 |
| | | |
| | | |
| | | |

**D2.  Personal Statement**

✎ **Attach a signed and dated personal statement describing your impairment(s) and how a major life activity is substantially limited.** The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limits your current functioning in a major life activity and how the standard examination conditions are insufficient for your needs. In your own words, describe the impact of your disability on your daily life (do not confine your statement to standardized test performance) and provide a rationale for why the specific accommodation(s) you are requesting are necessary in the context of this examination.

### Section E:  Accommodation History

**E1. Standardized Examinations**

✎ **Attach copies of your score report(s) for any previous standardized examination taken.**

✎ **If accommodations were provided, attach official documentation from each testing agency confirming the test accommodations they provided.**

List the accommodations received for previous standardized examinations such as college, graduate, or professional school admissions tests and professional licensure or certification examinations (if no accommodations were provided, write NONE).

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
| --- | --- | --- |
| ☐ SAT®, ACT® | 3/1994, 6/1994, 10/1994, 11/1994, 12/1994 | |
| ☐ MCAT® | 8/2004, 8/2005 | |
| ☐ GRE® | 1/2006 | |
| ☐ GMAT® | | |
| ☐ LSAT® | | |
| ☐ DAT® | | |
| ☐ COMLEX® | | |
| ☐ Other (specify) | | |

Accommodations Request Form (3/2017)                                                                                              Page 4

### E2. Postsecondary Education

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

📎 Attach copies of official records from each school(s) confirming the accommodations they provided.

📎 If you receive/received accommodations in <u>medical school and/or residency</u>, have the appropriate official at your medical school/residency complete and submit the <u>USMLE Certification of Prior Test Accommodations</u> form available at www.usmle.org.

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| Medical/Graduate/ Professional School | | | |
| Undergraduate School | | | |

### E4. Primary and Secondary School

List each school and all formal accommodations you received, and the dates accommodations were provided:

📎 Attach copies of official records from each school listed confirming the accommodations they provided.

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| High School | | | |
| Middle School | | | |
| Elementary School | | | |

USMLE® Request for Test Accommodations

## Section F: Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate. I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:
- Evaluating my eligibility for accommodations. When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research. Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information. I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): ____Jason M. Wright_____

Signature: ____*Jason M. Wright*_____   Date: ___9/28/2018___

E-mail (as a pdf), fax or mail your completed request form and supporting documents to the address below <u>at the same time</u> you submit your Step examination application.

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
Facsimile: (215) 590-9422
E-mail: disabilityservices@nbme.org