# EXHIBIT 2



**Disability Services**
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

RECEIVED

OCT 04 2018

Disability Services

To Whom it May Concern:

I am writing you to explain my unique situation and to ask for your empathetic consideration of my following request for an extension. It is my hope that you will also find that I have already suffered more than enough consequences for my constant struggles on standardized examinations like the USMLE yet excel otherwise.

In 2016 I was hired into an advanced placement second year residency position (PGY-2) with Wayne State University School of Medicine Physical Medicine and Rehabilitation program. Of note, I had originally applied in ERAS for a PGY-1 position with this program since I had already accepted the possibility of needing to repeat my PGY-1 year just to secure placement in a residency program. However, during my interview I was told about the vacant PGY-2 position they had available and asked if I had any interest in being considered for that spot also. I accepted consideration for either spot (PGY-1 or PGY-2) and then waited eagerly until Match Day in March 2016 when I was offered and accepted the PGY-2 position.

Prior to my start date of July 1, 2016, I was asked for and provided my USMLE Step 1 & 2 score reports for my onboarding checklist which was then marked complete. I began PGY-2 clinical duties at that time and it wasn't until December 2016/January 2017 when WSU first noticed their apparent oversight and I was asked to supply my Step 3 score report. Thoroughly confused since I had not taken Step 3 yet I approached my Program Director (PD) to discuss the issue. He explained the oversight and apologized for the problem it had caused, but that the WSU GME office wanted me to take Step 3 as soon as possible. Feeling as though I had no other choice I agreed to take the exam for the first time in April 2017 as asked. Knowing my chronic history of poor standardized test performance and that the minimal time I would need to prepare wasn't going to be even close to the time I had, caused me a great deal of anxiety. The 1st exam date came and went, and I continued working until the inevitable "FAILED" score report was returned to me. The GME office and my residency program immediately drew up a Letter of Concern removing me from my clinical duties at the end of June 2017 and giving me until December 31, 2017 to retake and receive a passing score for USMLE Step 3 or risk being terminated from the program. It should go without saying that this only added to my already mounting anxiety.

In late October 2017/early November 2017, during my unpaid LOA, and after struggling with studying for Step 3 yet again, I decided to get a psychoeducational assessment to

better understand my standardized test taking problems. The results were very illuminating but not at all what I expected. My assessment identified me as an Adult with 2e (Gifted IQ + ADA qualifying Disability). Unfortunately, this discovery was too late in the process for me to apply for any exam accommodations since this paperwork takes at least 60 days to process per the USMLE website. I discussed this matter with my residency program, but they maintained their position, and did not allow me the extra time to apply for accommodations. I sat for the USMLE Step 3 again in late November 2017/early December 2017, again under regular testing conditions, and again I failed the exam. After reporting my result to my program and WSU GME I was terminated from the program. This has left me jobless and unemployable by any other residency program, with hundreds-of-thousands of dollars in loan debt, and with no ability to receive a medical license.

I now know that my specific learning disability (SLD) in reading comprehension related to my 2e identification is the reason why I struggle on these timed exams and is why I ask you for these exam accommodations as detailed in the attached documentation for my 3rd attempt at USMLE Step 3. When looking at my previous standardized exam reports (SAT, ACT, MCAT, GRE, USMLE) in combination with the information in my recent psychoeducational assessment it is easy to see that standardized exams are not, and never were, meant for someone like me. I am not asking for an exception to the exam pass requirement. I'm just asking that I be allotted the chance to attempt the exam with the available, equalizing, and required accommodations for me to perform at my best, given my ADA qualifying disability.

If no exam accommodations can be given to me for my 3rd attempt I would welcome any advice about Next Actions that I can/should take concerning this matter. I greatly appreciate your time and consideration and look forward to hearing your decision soon.

Sincerely,

*Jason M. Wright*

Date: 09/29/2018

*Dr. Jason M. Wright, MD, MPH*
*www.linkedin.com/in/drjasonwright/*
**(303) 906-2301**