# EXHIBIT 3



1128196   0-823-893-3
Lucero, T. 2017-Evaluatio



**PEAK** Exceptional Services
*Gifted and 2e Assessment & Support*

# PSYCHOEDUCATIONAL EVALUATION

## CONFIDENTIAL

<u>Redisclosure prohibited by law without consent of the client or parent/guardian</u>

**Name:** Wright, Jason  
**Sex:** Male  
**Ethnicity:** Biracial  
**Examiner:** Terri Lucero, Ph.D.  

**Age:** 40 years, 7 months  
**DOB:** REDACTED  
**Evaluation Dates:** Sep 28, Oct 3, 5, 12, 2017  
**Feedback Session:** October 31, 2017  

**ASSESSMENT INSTRUMENTS:**

**Clinical Interview with Jason Wright**
**Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)**
**Wechsler Individual Achievement Test – Third Edition (WIAT-III)**
**Gray Oral Reading Test – 5th Edition (GORT-5)**
**Rey Auditory Verbal Learning Test (RAVLT)**
**Minnesota Multiphasic Personality Inventory – Second Edition Restructured Form (MMPI-2-RF)**
**Conners Adult ADHD Rating Scale – Self-Report: Long Version (CAARS-S:L)**
**Conners Adult ADHD Rating Scale – Observer: Long Version (CAARS-O:L), completed by Mr. Wright's mother, Helen Wright**

**REFERRAL INFORMATION AND HISTORY OF PRESENTING COMPLAINT:**

Mr. Wright is a forty-year-old, right handed, English-speaking, biracial (Caucasian/Black) male who was self-referred for psychoeducational evaluation. Mr. Wright is currently completing a medical residency in physical medication and rehabilitation at Wayne State University in Michigan. He was recently placed on unpaid leave from his residency due to his in ability to pass the USMLE Step 3 exam required of all medical residents. He indicated that he experienced a panic attack recently, related to studying for the exam, which led him to begin to research the pattern of symptoms and difficulties he has experienced to this point in his academic and career path. Mr. Wright described longstanding difficulties with standardized examinations, in addition to inconsistent academic performance, difficulties with retaining information he has read, and a general pattern of underachievement. He recently read some descriptions of dyslexia and felt that some of the symptoms accurately described his struggles.

Mr. Wright reports that, throughout his academic career, he has experienced significant academic struggles. He reports that he began to experience academic difficulties in middle school, but acknowledges that poor choices in peers and behaviors further complicated his academic performance. However, he notes that he has always had trouble with reading, particularly reading out loud, and with taking examinations. He has difficulty completing timed exams and has been unable to complete numerous exams within allotted time frames. He reported "always having to work harder" than peers at studying. He did not do well on the ACT in preparation for college entrance and took it multiple times to improve his score. He noted that he began to have significant academic challenges as an undergraduate, remaining on academic probation for much of college. He was unable to remain in good

Name: WRIGHT, JASON                                                                                       Page 2

standing at his first college, and was on academic probation. He subsequently transferred to a different college, noting that it took him seven years to complete his undergraduate degree.

Mr. Wright reported that it has always been his goal to become a physician, but his academic struggles and difficulties with standardized tests made getting into medical school difficult. His performance on the MCAT exam was not sufficient to gain acceptance into medical school immediately following his undergraduate degree, so he pursued a master's degree in public health. He noted that he completed all requirements of his MPH program, except for defending his master's thesis. He persisted in pursuing his goal of becoming a physician, re-took the MCAT, and ultimately attended medical school in the Caribbean. Since becoming a resident physician he has struggled with written portions of the USMLE Step examinations, while doing well on the practical skills portions of the exams.

Mr. Wright also reported longstanding trouble with focus and concentration. He has difculties with retaining information he reads and with completing examinations within allotted time frames. Mr. Wright indicated that he now also experiences difficulties with anxiety as well as struggles with reading (and comprehending quickly), and attention and focus during the testing have hindered his ability to effectively complete the examinations. He has also procrastinated on scheduling exams due to these difficulties.

## MENTAL STATUS AND BEHAVIORAL OBSERVATIONS:

Mr. Wright is a right-handed, English speaking, male of average height and weight. He arrived early for each session and was dressed casually for the interview and testing sessions. He was alert and oriented to person, place, and time during the testing sessions. He was friendly and engaged in the process and seemed to put forth a strong effort towards all of the testing. There were times when he appeared anxious about his performance and he made negative comments at times (e.g., "I don't think I'm doing very well"). He was observed to close his eyes when concentrating on orally presented tasks. His speech was clear and coherent and he appeared to understand test instructions without the need for repetition. He wore glasses for all testing sessions.

## ABOUT THE WAIS-IV:

Mr. Wright was administered 15 subtests from the Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV). The test is given to individuals ages 16-89 and is widely accepted as a measure of intellectual capacity. This assessment measures ability across four areas of cognitive functioning and produces scores that show how well Mr. Wright performed in these areas, as well as producing a composite score that represents his overall intellectual ability. Mr. Wright's scores on this test were compared to a large group of individuals his age from across the United States. Each subtest produces a scaled score that can range from 1 to 19, with scores between 7 and 12 usually considered average. The subtest scaled scores contribute to index scores that represent Mr. Wright's performance in the four broad areas of cognitive ability. An index score can range from 40 to 160, with scores from 90 to 109 considered average.

A percentile rank (PR) is provided for each index score to show Mr. Wright's standing relative to other adults in the same age range in the WAIS-IV normative sample. If the percentile rank for Mr. Wright's Perceptual Reasoning Index score is 90, for example, it means that Mr. Wright performed as well as or better than approximately 90% of others his age.

The scores obtained on the WAIS-IV reflect Mr. Wright's true abilities combined with some degree of measurement error. His true score is more accurately represented by a confidence interval (CI), which is a range of scores within which the true score is likely to fall. Composite scores are reported with 95%

confidence intervals to ensure greater accuracy when interpreting the test scores. For each composite score reported for Mr. Wright, there is 95% certainty that his true score falls within the listed range.

It is not uncommon for individuals to exhibit discrepancies across areas of performance. If the difference between two scores is statistically significant, the base rate (BR) of the discrepancy is examined to aid in interpretation. The BR provides a basis for estimating how rare, or clinically unusual, a particular score difference was among other individuals of similar ability in the WAIS-IV normative sample. In examining discrepancies, we look for whether a difference in scores is both statistically significant **and** clinically unusual (BR is lower than 10-15%, meaning the difference occurs infrequently). Discrepancies that are statistically significant are more concerning when they are also clinically unusual. For example, a base rate of 5% means that just 5% of people of similar ability level in the WAIS-IV normative sample obtained a difference of this magnitude or greater between those two scores. This is indicated in the report as BR=5.

Scores on the WAIS-IV can be influenced by motivation, attention, interests, and opportunities for learning. For these reasons, some scores might be slightly higher or lower if Mr. Wright was tested again at another time. It is therefore important to view these test scores as a snapshot of Mr. Wright's current level of intellectual functioning. When these scores are used as part of a comprehensive evaluation, they contribute to an understanding of his current strengths and any needs that can be addressed.

## WAIS-IV RESULTS:

### *Verbal Abilities:*

The Verbal Comprehension Index (VCI) on the WAIS-IV is a measure of Mr. Wright's ability to reason with previously learned information acquired from formal and informal educational opportunities and exposure to mainstream culture. Mr. Wright's performance on verbal reasoning tasks was an exceptional strength and was in the Average range and better than 70% of his same age peers (VCI = 108). However, there was significant variability among his performance on the verbal reasoning subtests and this index appears to be an underestimate of his true verbal abilities.

The VCI is derived from three subtests: Similarities, Vocabulary, and Information. Mr. Wright's ability to deduce common abstract concepts when provided with names of two objects or ideas was in the average range and better than approximately 50% of his peers (Similarities). He seemed to struggle to make connections between items that were "opposites" but conceptually similar (e.g. "How are allow and prevent alike."). He appeared to get "stuck" on his observation that the items/words were "opposites." His knowledge of word meanings as measured by his ability to give definitions of words was above average and better than approximately 84% of peers (Vocabulary). His fund of general information was in the high average range and better than approximately 75% (Information). One supplemental verbal subtest was administered to gain a broader understanding of his verbal reasoning. Mr. Wright's ability to answer questions requiring social reasoning and judgment was exceptionally well developed and was better than 95% of his peers (Comprehension).

### *Nonverbal/Visual Spatial Abilities:*

The Perceptual Reasoning Index (PRI) is designed to measure fluid reasoning in the visual-motor and spatial domain with tasks that assess nonverbal concept formation, visual perception and organization, simultaneous processing, visual-motor coordination and integration, and the ability to separate figure and ground in visual stimuli. Mr. Wright's overall nonverbal reasoning abilities as measured by the PRI are in

the High Average range and stronger than approximately 90% of his peers (PRI = 119). There was some variability across the different subtests within this domain, which suggests his abilities are not evenly developed. Additionally, Mr. Wright performed exceptionally well on two supplemental Perceptual Reasoning subtests, which were not factored into his PRI score. As such, the PRI is likely an underestimate of the true scope of his nonverbal logical reasoning abilities.

Mr. Wright's ability to visually analyze and construct designs with blocks based on graphic representations was well developed and better than 91% of his peers (Block Design). His abstract visual reasoning and problem solving, as measured by his ability to view visually presented options and choose the one that best completes a visual matrix, was in the high average range and better than 75% of peers (Matrix Reasoning). Another task measured Mr. Wright's ability to analyze and synthesize abstract information by viewing a completed puzzle and choosing three response options that would combine to reconstruct the puzzle. His score on this was well above average and better than about 91% of peers (Visual Puzzles). A supplemental subtest not used in the calculation of the PRI subtest measured Mr. Wright's ability to apply the quantitative concept of equality and apply the concepts of matching, addition, and/or multiplication to identify the correct response. This subtest revealed that his quantitative reasoning using inductive or deductive logic was very well developed and better than 95% of peers (Figure Weights). On another supplemental task, his ability to make visual judgments about the most important missing detail in each of a series of drawings was exceptionally strong and better than 98% of his peers (Picture Completion).

### *Working Memory:*

Attention skills are critical to learning, memory, and complex cognitive skills. Whenever Mr. Wright temporarily holds new verbal information (e.g. words, sentences, ideas, or numbers) while he works with it, he is using his auditory working memory. These auditory working memory skills are needed for understanding directions, solving a verbal problem, keeping in mind what he wants to say next in a conversation, solving math problems, and so on. In day to day functioning, his skills in auditory working memory will help him achieve success on various tasks that involve selecting, comparing, organizing and processing verbally presented information. Mr. Wright's overall ability to sustain attention, concentrate, and exert mental control was in the Superior range and better than approximately 93% of his peers overall (Working Memory Index = 122). Mr. Wright closed his eyes to concentrate during the working memory subtests.

On a task that required Mr. Wright to hold verbally presented number sequences in his mind as well as manipulate the number sequences by repeating them backwards and also sequencing them, his performance was extremely strong and better than approximately 95% of his peers (Digit Span). He was able to repeat seven digits forward and eight digits backward and to sequence eight digits. His ability to mentally solve a series of arithmetic problems was above average and better than approximately 84% of peers (Arithmetic). On a supplemental task, not factored into the WMI, that required Mr. Wright to mentally sequence an array of numbers and letters in forward order, numbers followed by letters, his performance was in the high average range and better than approximately 75% of his same aged peers (Letter-Number Sequencing).

### *Processing Speed:*

Processing speed refers to the ease and speed by which Mr. Wright performs various cognitive tasks, especially quick scanning and discrimination of simple visual information. The time it takes for him to process visual symbols and information is an important component of his success on tasks involving

visual processing abilities, such as reading comprehension. Mr. Wright's overall processing speed as represented by the WAIS-IV Processing Speed Index (PSI) was in the High Average range and better than approximately 87% of his peers (PSI = 117).

Mr. Wright's visual scanning ability as measured by a task requiring his to detect if either of two target symbols were embedded within the linear array of symbols was well developed and better than approximately 91% of peers (Symbol Search). His visual-motor processing speed as measured by his ability to rapidly code symbols to numbers from a given key was in the high average range and was better than approximately 75% of peers (Coding). On a supplemental processing speed task that required Mr. Wright to quickly distinguish the color and shape of visual stimuli and identify target shapes via manually marking through items, his performance was in the average range and better than about 37% of his peers (Cancellation). **Mr. Wright's performance on processing speed subtests progressively declined over the course of the 2.5-hour testing session. This indicates that the longer he has to sustain focus and attention, the slower his cognitive processing becomes.**

*Overall Cognitive Functioning:*

The Full Scale IQ (FSIQ) is generated from a combination of ten subtests scores and is considered the most representative estimate of global intellectual functioning. Mr. Wright's overall thinking and reasoning abilities as measured by his FSIQ exceed those of approximately 91% of individuals his age (FSIQ = 120, 95% confidence interval = 116-124). However, because there was significant intersubtest scatter (variability) noticeable among subtest scores and there are significant and unusual discrepancies among some of Mr. Wright's index scores, **the FSIQ should be interpreted with caution as it does not offer a meaningful representation of "overall" intellectual abilities**.

An alternate method for computing overall cognitive abilities called the General Ability Index (GAI), which is less influenced by working memory and processing speed, was also calculated and was in the High Average range and stronger than that of 84% of his peers (GAI=115; 95% confidence interval = 110-119). The five-point difference between his FSIQ and his GAI is a significant and unusual discrepancy and indicates that his FSIQ was positively impacted by his strong performance on working memory and processing speed subtests. However, to fully understand Mr. Wright, we must consider the various areas of cognitive functioning separately.

## WAIS-IV SCORE SUMMARY:

**Verbal Comprehension Subtests Summary**

| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Similarities | 10 | 50 |
| Vocabulary | 13 | 84 |
| Information | 12 | 75 |
| (Comprehension) | 15 | 95 |

**Perceptual Reasoning Subtests Summary**

| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Block Design | 14 | 91 |
| Matrix Reasoning | 12 | 75 |
| Visual Puzzles | 14 | 91 |
| (Figure Weights) | 15 | 95 |
| (Picture Completion) | 16 | 98 |

**Working Memory Subtests Summary**

| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Digit Span | 15 | 95 |
| Arithmetic | 13 | 84 |
| (Letter-Number Seq.) | 12 | 75 |

**Processing Speed Subtests Summary**

| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Symbol Search | 14 | 91 |
| Coding | 12 | 75 |
| (Cancellation) | 9 | 37 |

**Composite Score Summary**

| Scale | | Composite Score | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|
| Verbal Comprehension | VCI | 108 | 70 | 102-113 | Average |
| Perceptual Reasoning | PRI | 119 | 90 | 112-124 | High Average |
| Working Memory | WMI | 122 | 93 | 114-127 | Superior |
| Processing Speed | PSI | 117 | 87 | 107-124 | High Average |
| Full Scale | FSIQ | 120 | 91 | 116-124 | Superior |
| General Ability | GAI | 115 | 84 | 110-119 | High Average |

Name: WRIGHT, JASON                                                                 Page 7

**Subtest Scaled Score Profile**



Note. The vertical bars represent the standard error of measurement (SEM).

## WIAT-III RESULTS:

Mr. Wright was administered a set of tests from the Wechsler Individual Achievement Test- Third Edition (WIAT-III), which measure various aspects of scholastic achievement. The WIAT-III is a standardized, individually administered and nationally normed clinical instrument designed to measure the achievement of individuals from Pre-kindergarten through adulthood. The WIAT-III consists of subtests used to evaluate listening, speaking, reading, writing, and mathematics skills. Age-based norms were used for scoring to ensure that comparisons to peers were relevant. Standard scores on this diagnostic battery have a mean of 100 and a standard deviation of 15.

### *Oral Language*

Overall, Mr. Wright's performance on the WIAT-III in the area of receptive (listening) and expressive (speaking) language skills were in the Average range and better than approximately 61% of his peers (Oral Language Composite=106). However, there was significant variability in his performance across the various subtests contributed to the calculation of his Oral Language score.

On one subtest, Mr. Wright was given a vocabulary word, shown four pictures, then had to pick the picture that matched the vocabulary word. His performance was in the average range and better than 39% of his same-age peers (Receptive Vocabulary). On another subtest where he was asked to make inferences about and remember details from one or more sentences presented via audio recording, Mr. Wright's performance was above average and better than approximately 79% of his peers (Oral Discourse Comprehension).

Mr. Wright's expressive vocabulary, evaluated by requiring him to look at pictures, listen to an oral definition, then name each concept presented, was in the average range and better than approximately 27% of his peers (Expressive Vocabulary). Another component of the same subtest required him to name things belonging to a given category (e.g. animals) within a time limit. This measure of his word retrieval skills and flexibility of thought processes was above average and better than approximately 87% of his peers (Oral Word Fluency). To assess expressive syntax (meaning) and memory for sentences, Mr. Wright was asked to listen to sentences of increasing length and repeat them back. He scored in the average range on this task, better than approximately 53% of peers (Sentence Repetition).

### *Reading*

Mr. Wright's achievement in the area of reading was assessed both silently and orally and with single words and words in context (sentences and paragraphs), as well as with measures of phonological processing skills which have been shown to be important for reading achievement. Overall, his reading skills were in the average range and better than about 70% of his peers (Total Reading Composite = 108). Mr. Wright's performance on subtests that assessed his proficiency in many of the subskills that may contribute to reading achievement was in the High Average range and better than 79% of his peers (Basic Reading Composite=112). While similar to other individuals his age, Mr. Wright's demonstrated reading abilities are weaker than would be anticipated given his cognitive abilities, as demonstrated on the WAIS-IV.

Mr. Wright's ability to read aloud single words of increasing difficulty was in the high average range and better than 79% of his peers (Word Reading). On a test that required him to decode single nonsense words, his score was also in the high average range and better than 77% of peers (Pseudoword Decoding). Taken together, these subtests indicate intact decoding abilities, commensurate with his cognitive abilities.

Mr. Wright's performance on a task that required him to read passages aloud under timed conditions was in the average range and better than 49% of peers (Oral Reading Fluency). His accuracy in reading passages aloud was above average and better than 87% of peers, while his rate of reading these passages aloud was in the average range and better than 50% of peers. Mr. Wright's ability to silently read grade-appropriate passages and answer open-ended comprehension questions by providing an oral response was average for individuals his age and better than about 68% of his peers (Reading Comprehension). However, it is important to note that Mr. Wright was unable to answer the questions about what he read without going back and re-reading the passage. This impacted the amount of time it took to complete the subtest and also suggests that his focus and energy while reading results in adequate decoding, but he does not comprehend information he reads while he is reading it initially.

### *Writing*

The Written Expression composite measured Mr. Wright's ability to spell, construct sentences, and write an essay. His overall score was Superior and better than 93% of peers (Written Expression Composite = 122). On a written test of spelling, his performance was above average and better than 86% of

individuals his age (Spelling). On a subtest requiring him to combine two sentences into one sentence that means the same thing he performed in the average range and better than 70% of peers (Sentence Combining). On another test requiring him to construct sentences containing a target word, his performance was above average and better than 86% of peers (Sentence Building).

The WIAT-III Essay Composition subtest measured spontaneous writing skills by requiring Mr. Wright to write an essay about his favorite game within a 10-minute time limit. He wrote a five-paragraph, 143-word essay and his overall performance was strong and better than 91% of same age peers. While his essay only provided minimum details, he did meet provide an appropriate introduction to the essay and a few details about the aspects of the game he enjoys, as well as a concluding statement.

### *Mathematics*

Mr. Wright's performance on various subtests assessing his math abilities was in the High Average range and better than approximately 79% of his peers (Mathematics Composite Score =112). To assess mathematics reasoning and computation, he was administered a subtest that required him to view pictures and word problems and listen as each problem was read aloud to him. His performance was above average and better than approximately 82% of his peers (Math Problem Solving). On a written test of math calculation, assessing basic math computational skills and automaticity with basic math facts, he was asked to add and subtract single digit and multiple digit numbers, multiply single and multiple digit numbers and fractions, complete various division tasks, work with fractions, and demonstrate knowledge of algebra, and geometry. His performance was in the average range and better than 68% of peers (Numerical Operations). It is important to note that the primary difference between these two math subtests is that Math Problem Solving is administered using a combination of oral and written presentation of the problems, while Numerical Operations only uses written presentation of problems. Mr. Wright's performance was bolstered when problems were read aloud to him.

Mr. Wright's overall ability to quickly calculate simple math facts under timed conditions was in the average range and better than 34% of same age peers (Math Fluency). His performance on a math fluency task with addition problems was at the 23rd percentile. On the Math Fluency test for subtraction he performed at the 34th percentile and his performance was at the 50th percentile with multiplication problems. While his responses reflected a strong grasp of basic math facts, working under a time constraint negatively impacted his scores. His overall Math Fluency was significantly weaker than his overall cognitive abilities, as indicated by his WAIS-IV FSIQ.

### *Total Achievement*

Compared to same age peers, Mr. Wright's overall performance across the various achievement domains as indicated by his Total Achievement score was in the High Average range and better than approximately 79% of his same age peers (WIAT-III Total Achievement = 112; 95% confidence interval= 107-117). However, there was notable variability across his subtest scores as well as his composite scores, with subtest scores ranging from the 23rd percentile to the 98th percentile, and composite scores ranging from the 34th percentile to the 93rd percentile. His most significant personal weaknesses were in expressive and receptive vocabulary tasks, oral reading fluency, and math fluency. This suggests that his Total Achievement score should be interpreted with caution and each area of functioning should be examined separately.

Name: WRIGHT, JASON                                                                  Page 10

## WIAT-III SCORE SUMMARY:

### Subtest Score Summary

| Subtest | Standard Score | 95% Confidence Interval | Percentile Rank |
|---|---|---|---|
| Listening Comprehension | 104 | 93-115 | 61 |
| -Receptive Vocabulary | 96 | | 39 |
| -Oral Discourse Comprehension | 112 | | 79 |
| Reading Comprehension | 107 | 95-119 | 68 |
| Math Problem Solving | 114 | 106-122 | 82 |
| Sentence Composition | 113 | 105-121 | 81 |
| -Sentence Combining | 108 | | 70 |
| -Sentence Building | 116 | | 86 |
| Word Reading | 112 | 105-119 | 79 |
| Essay Composition | 120 | 109-131 | 91 |
| Pseudoword Decoding | 111 | 102-120 | 77 |
| Numerical Operations | 107 | 101-113 | 68 |
| Oral Expression | 103 | 93-113 | 58 |
| -Expressive Vocabulary | 91 | | 27 |
| -Oral Word Fluency | 117 | | 87 |
| -Sentence Repetition | 101 | | 53 |
| Oral Reading Fluency | 99 | 92-106 | 47 |
| Spelling | 116 | 110-122 | 86 |
| Math Fluency-Addition | 89 | 77-101 | 23 |
| Math Fluency-Subtraction | 94 | 85-103 | 34 |
| Math Fluency-Multiplication | 100 | 91-109 | 50 |

### Composite Score Summary

| Composite | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| Oral Language | 104 | 96-112 | 61 | Average |
| Total Reading | 108 | 103-113 | 70 | Average |
| Basic Reading | 112 | 106-118 | 79 | Average |
| Reading Comp. and Fluency | 104 | 95-113 | 61 | Average |
| Written Expression | 122 | 116-128 | 93 | Above Average |
| Mathematics | 112 | 107-117 | 79 | Average |
| Math Fluency | 94 | 87-101 | 34 | Average |
| Total Achievement | 112 | 108-116 | 79 | Average |

## ORAL READING

The Gray Oral Reading Tests – Fifth Edition (GORT-5) is an individually administered measure of oral reading ability, and provides results for oral reading rate, accuracy, fluency and comprehension. Individuals are instructed to read aloud separate stories and five comprehension questions follow each story. The test examines: Rate (time in seconds to read story aloud), Accuracy (number of words pronounced correctly), Fluency (combination of Rate and Accuracy), and Comprehension (number of questions answered correctly). ** It is important to note that the GORT-5 was normed only for individuals through the age of 23 years, 11 months. Mr. Wright is not within this age range. However, the test was administered to provide qualitative information on an area of reading in which he appears to struggle greatly. Thus, scaled scores and index scores were not calculated.

**GORT-5 Score Summary**

| Measure | Age Equivalent | Grade Equivalent |
|---|---|---|
| Rate | 18-0 | 13.0 |
| Accuracy | 18-0 | 13.0 |
| Fluency | 18-0 | 13.0 |
| Comprehension | 16-0 | 10.4 |

Mr. Wright's ability to read aloud stories of increasing complexity was accurate, although he was noted to struggle with decoding some unfamiliar words. In contrast, questions assessing his comprehension, based on his ability to answer questions about the stories *without referring back to them*, revealed that he was often unable to adequately recall basic facts/content information after reading passages aloud. When compared with his strong overall cognitive abilities on the WISC-V, **his oral reading comprehension is significantly lower than expected.**

## VERBAL MEMORY

Mr. Wright's verbal memory measured by his ability to learn a list of fifteen words over five acquisition trials on the Rey Auditory Verbal Learning Test (RAVLT). On the first recall trial his performance fell at the **8.5 percentile**, compared with same age peers. After 4 repetitions of the list, his recall dramatically improved and by the fifth repetition, he recalled all 15 words (97.4 percentile). His recall following the presentation of an interference word list remained excellent, with no evidence of an interference effect. His delayed recall was also quite strong, as was his delayed recognition. Mr. Wright's pattern of performance on the RAVLT indicates that he requires numerous repetitions of information before he is able to adequately encode and recall the information. Yet, once he does encode it he retains the information.

Name: WRIGHT, JASON                                                          Page 12

### RAVLT Score Summary

| Measure | Raw Score | Percentile |
|---|---|---|
| Trial I | 4 | 8.5 |
| Trial V | 15 | 97.4 |
| Total I-V | 50 | 61.6 |
| Immediate Recall | 14 | 92.9 |
| Delayed Recall | 15 | 95.5 |
| Recognition | 15 | 85.9 |

## ADHD SYMPTOMS:

### Attention-Deficit Disorder Testing Results:

Mr. Wright completed a self-report checklist, the Conners' Adult ADHD Rating Scales-Self-Report: Long Version (CAARS), which addresses current concerns of Inattention/Memory Problems, Hyperactivity/Restlessness, Impulsivity/Emotional Lability, and Problems with Self-Concept. The CAARS also provides an overall ADHD Index of ADHD-related symptoms and several measures of symptoms as described in the DSM-IV. His CAARS-S:L scale results are as follows:

| Scale | Score | T-Score | Interpretation |
|---|---|---|---|
| Inattention/Memory Problems | 28 | 77 | Moderately atypical |
| Hyperactivity/Restlessness | 16 | 56 | Average |
| Impulsivity/Emotional Lability | 16 | 60 | Average |
| Problems with Self-Concept | 16 | 74 | Moderately atypical |
| DSM-IV Inattentive | 23 | 90 | Markedly atypical |
| DSM-IV Hyperactive-Impulsive | 10 | 55 | Average |
| DSM-IV Total ADHD | 33 | 76 | Moderately atypical |
| ADHD Index | 24 | 72 | Moderately atypical |

Mr. Wright's mother, Helen Wright, completed a CAARS Observer checklist. Her CAARS results are as follows.

| Scale | Score | T-Score | Interpretation |
|---|---|---|---|
| Inattention/Memory Problems | 15 | 55 | Average |
| Hyperactivity/Restlessness | 3 | 41 | Below average |
| Impulsivity/Emotional Lability | 5 | 43 | Below average |
| Problems with Self-Concept | 12 | 66 | Mildly atypical |
| DSM-IV Inattentive | 12 | 62 | Above average |
| DSM-IV Hyperactive-Impulsive | 1 | 40 | Below average |
| DSM-IV Total ADHD | 13 | 52 | Average |
| ADHD Index | 9 | 49 | Average |

These scores indicate that per Mr. Wright's report, he is currently experiencing significant problems with inattention and problems with his self-concept. He endorsed feelings of restlessness and marked

Name: WRIGHT, JASON                                                                                           Page 13

difficulties with organization, becoming easily frustrated, interrupting others, becoming easily distracted, and having difficulty focusing during interpersonal interactions. Mr. Wright's report reached a clinical threshold on the DSM-IV symptom indexes (indices with questions specific to the symptoms of ADHD delineated in the Diagnostic and Statistical Manual). The ADHD Index, an overall measure of ADHD-related symptoms, was also in a clinically significant range. His mother's CAARS results indicate that she does not observe in Mr. Wright any significant issues associated with ADHD symptoms, but sees him as struggling with his self-concept. Taken together, these results indicate that Mr. Wright struggles with inattention and focus, but these issues have not been present since childhood and thus do not meet criteria for a formal ADHD diagnosis.

## EMOTIONAL FUNCTIONING:

In order to assess the possible contributions of emotional and personality functioning on Mr. Wright's presenting symptoms, he was administered the MMPI-2-RF, which is a 338-item self-report measure of psychopathology and personality traits. Mr. Wright reported a larger than average number of symptoms rarely described by individuals with genuine, severe psychopathology, which can sometimes reflect an "over-reporting" style of test-taking, but may simply be an indicator of the intense level of distress experienced at the time of the test administration. This is consistent with Mr. Wright's clinical presentation of longstanding clinical symptoms and recent severe distress associated with having his medical residency in jeopardy. His MMPI-2-RF profile is considered valid.

Mr. Wright's profile reveals significant cognitive complaints, as well as emotional, thought, behavioral, and interpersonal struggles. He reported a diffuse pattern of cognitive difficulties, including memory problems and trouble concentrating, as well as a preoccupation with poor health. His pattern of responses is often associated with significant and pervasive emotional distress; specifically, a tendency toward being self-critical and guilt-prone. In general, his responses reveal a lack of positive emotional experiences.

## SUMMARY AND IMPRESSIONS:

Mr. Wright is a 40-year-old, right-handed, male who was self-referred for a comprehensive evaluation to better understand longstanding struggles with reading, attention, concentration, and test-taking. To assess for specific learning disabilities and other possible explanations for his symptoms, Mr. Wright was administered a comprehensive assessment consisting of a clinical interview, cognitive assessment with the WAIS-IV, achievement testing with the WIAT-III, measures of oral reading, verbal memory measures, self-report and observer-report ADHD questionnaires, and emotional/personality testing.

The WAIS-IV results appear to be a valid measure of Mr. Wright's intellectual abilities. Mr. Wright's overall cognitive functioning was found to be in the Superior range as indicated by his Full Scale IQ (FSIQ) score, which fell at the 91st percentile. However, his pattern of subtest scores revealed noticeable scatter, with scores ranging from the 37th percentile to the 98th percentile. Achievement testing utilizing the WIAT-III revealed that Mr. Wright's current academic achievement scores are all in the average range or higher when compared to same age peers, but there are significant weaknesses in his overall oral reading fluency and math fluency performances ("fluency" = rapid and accurate performance of reading and basic math) relative to his own well-developed cognitive abilities as measured by the WAIS-IV. In addition, he demonstrated personal weaknesses on both receptive and expressive vocabulary tasks. *A supplemental oral reading test revealed that Mr. Wright comprehension after one reading of a passage is significantly lower than expected given his accuracy in reading the passages, and in comparison with his cognitive abilities.* Verbal memory testing also indicated that it required four trials/exposures of an orally presented list for him to demonstrate adequate recall of the material.

Name: WRIGHT, JASON                                                                                             Page 14

Emotional and personality testing revealed significant distress, indicative of longstanding struggles. He endorsed concerns about his cognitive and neurological functioning, unhappiness, and low self-confidence.

The score patterns observed on the current assessment indicates that Mr. Wright has a Specific Learning Disability, with impairment in reading comprehension. He also reports symptoms of inattention, which are likely secondary to his previously undiagnosed learning disability. His struggles with attention and concentration seem to have the most impact when he is engaged in activities involving reading or studying, which suggest that they are a result of his learning disability, rather than a primary ADHD.

In Twice Exceptional (2e) individuals, who are gifted and also have underlying learning impairments, their gifts and challenges often mask each other. Individuals like Mr. Wright often fall through the cracks of the traditional academic system and are typically not seen as needing accommodations or interventions. These issues were likely not identified in childhood and remained unidentified for so many years because Mr. Wright has advanced cognitive abilities and a strong work ethic and motivation to succeed at his goal of becoming a physician, which have helped him to compensate and persist. Mr. Wright did note that he was always aware of significant effort it took to complete academic tasks, in comparison with peers. This also contributed to a poor self-concept and a tendency to view himself as "less than" other students or professionals in his field.

It is essential that twice-exceptional individuals like Mr. Wright receive school and workplace accommodations in order to achieve to their potential. It is crucial that both giftedness and learning disabilities be recognized and addressed. Mr. Wright needs a plan for study and work that will nurture his talents and strengths while providing appropriate accommodations, instructions, and other services for treating learning weaknesses. Mr. Wright should seek study and continuing education options that will work well with his learning style and underlying challenges. He will benefit from approaches that includes a variety of stimuli, technology, and multiple sensory modes. Video presentations and/or audio presentations accompanied by study notes/outlines will help him to better process and remember information without having to repeatedly read in order to commit information to memory.

## DSM-5 DIAGNOSIS:

**315.00  Specific Learning Disorder, with impairment in reading comprehension**

## RECOMMENDATIONS:

***Testing/Workplace Accommodations:*** Specific Learning Disabilities and ADHD are covered conditions under the Americans with Disabilities Act, and individuals with these disorders are entitled to certain accommodations at work/school based on their needs. Mr. Wright's ability to effectively meet the requirement of taking and passing examinations required for completing his medical residency has been negatively impacted by the effects of his learning disability in particular, and associated anxiety symptoms. Mr. Wright would benefit from the following accommodations:

- Extended time (time-and-a-half to double time) on all exams/tests
- Use of text to speech. Due to his specific learning disability in reading comprehension, Mr. Wright would benefit greatly from having the ability to have all test items presented orally and visually, simultaneously, to increase his comprehension of each question on the initial reading.
- Test taking in a separate, quiet location to minimize distractions

Name: WRIGHT, JASON                                                                                               Page 15

**Tutoring/Coaching:** Mr. Wright would benefit from working with an academic tutor/coach to assist him with developing better strategies for studying in preparation for required examinations, taking his learning disability into account. The current assessment revealed that he has significant difficulties with reading comprehension and that he requires several exposures to information before he is able to accurately recall it.

***Individual Psychotherapy:*** Mr. Wright has struggled for many years with an undiagnosed learning disorder, which has taken a toll on his self-concept. He intermittently experiences depressive episodes and appears to have underlying anxiety symptoms associated with the examination requirements for successful completion of his residency, as well as future similar requirements in his field of medical practice. He would benefit from supportive psychotherapy to help him better understand the impact of his learning disability on his sense of identity and to focus on the unique strengths he has, which have helped him pursue his dreams.

***Suggestions for Visual Spatial Learning Style:*** Mr. Wright demonstrates a cognitive profile that indicates that he may be primarily a Visual Spatial learner. Visual Spatial Learners have unique learning styles and often do best with instruction/study methods that incorporate multisensory approaches. They tend to better remember what they see, rather than what they hear. They notice patterns everywhere and often are more focused on the process than on the steps that it takes to get there. They learn better when they are provided with the "Big Picture" first, before they are given the details. Visual spatial learners often have unique ways of organizing information (and belongings), are creative in their problem-solving approaches, and may have uneven performance across different academic subjects. Some examples of approaches that may be helpful are:

- Gather an overview or "big picture" of new units of information, before teaching the details.
- Make a mental picture of concepts.
- Frequent, liberal use of manipulatives and multisensory techniques.
- Incorporate the use of visualization, imagination, and creativity in study tasks
- Use graphic organizers and color in planning/studying
- Develop an emotional connection to the content of work, visual learners do better when they feel an emotional connection/meaning to the work they are doing

***Additional Strategies:*** Below are some ideas for improving/minimizing the impact of his symptoms.

- Establish a daily routine – getting up and going to bed at the same times, setting times to eat, setting a time to exercise.
- Use an organizer, such as a calendar app that incorporates a "To Do" list with both visual and auditory reminders. Apps such as Todoist or Wunderlist can be helpful for tracking long-term and short-term goals. To be effective, use of these tools must be consistent.
- "Chunk" work time by taking periodic, short breaks from work (e.g. work for 30 minutes, break for 5 minutes).
- Breakdown large projects or work assignments in to smaller, more manageable pieces with interim deadlines.
- Practice mindfulness, relaxation, and/or meditation exercises on a daily basis. While it may be difficult initially to quiet the mind, over time these practices can help decrease distress, increase insight, and improve overall well-being.

Name: WRIGHT, JASON                                                                    Page 16

**Resources:** Mr. Wright is encouraged to educate himself on the unique characteristics and needs of twice-exceptional individuals. Recommended resources are:

- Book: <u>Misdiagnosis and Dual Diagnosis of Gifted Children and Adults</u>, by James Webb, et al.
- Book: <u>The Smart but Scattered Guide to Success</u>, by Peg Dawson and Richard Guare
- 2e Newsletter – Website and monthly newsletter: www.2enewsletter.com

Thank you for the opportunity to assess Mr. Wright. Please do not hesitate to contact me should you have any questions or concerns regarding the results described in this report.

*[signature]*

Terri Lucero, Ph.D.
Licensed Clinical Psychologist
Colorado License #2402
November 24, 2017