# EXHIBIT 4

1128197        0-823-893-3
Medical Student Performan

Medical Student Performance Evaluation
for
Jason Wright
August 08, 2013
ECFMG #08238933

### Identifying Information

**Mr. Jason Wright** is a clinical student in good standing at Ross University School of Medicine. He is presently completing clinical rotations at various United States teaching institutions.

### Unique Characteristics

Mr. Jason Wright earned a Bachelor of Arts in psychology from Metropolitan State College of Denver in Denver, Colorado. He gained experience as a research assistant on the Family Health Promotion Project at the University of Colorado Hospital Cancer Center and worked as a paraprofessional and substitute teacher with Denver Public Schools. Mr. Wright gained clinic experience as a student worker at for the university's Center on Aging and as a volunteer in multiple hospitals and health centers. Jason completed coursework for a Master of Public Health at the University of Colorado at Denver and Health Science Center, and is completing his thesis on behaviors among smokers.

Jason's parents, a physician and a registered nurse, set wonderful examples of devoted service for their son, but never pressured him towards a medical career. It was the sudden death of his best friend in an auto accident that drew him from a variety of other pursuits and made him determined to become a healer. Only when Jason had found his own motivations for the profession did he realize the profound impact of their work in his own life. "My mother with her unparalleled caring for every single patient she treated, and my father with his tenacious ability to lead, both as a physician, and later as a hospital executive, are the two qualities I take from their legacy," he says, "and I have focused on integrating them into my future career as a well-rounded physician."

Mr. Wright's past work experiences have given him maturity and allowed him to acquire professional skills that must be learned by all healthcare professionals in addition to their clinical skills. "Of note is my ability to communicate with our multicultural patient population, as well as our ever-growing diverse healthcare workforce," he explains. His ability to be culturally aware and empathetic helps Mr. Wright connect with patients in a very trusting way. Evaluators of his clinical performances note this, saying, he "relates well to staff and patients," and commend him as "mature, serious, and reliable." "Mr. Jason Wright is a very hardworking and bright student," notes one preceptor, who concludes, "He will make an excellent physician."

### Academic History

| | |
|---|---:|
| Date of Expected Graduation from Medical School: | March 2014 |
| Date of Initial Matriculation into Ross University School of Medicine: | September 2009 |
| Explanation of extension(s), leave(s) of absence, gap(s), or breaks in the student's educational program: | *TW Status* |

04/08/2011 - 01/16/2012
(Preparing and sitting for the USMLE Step 1 / Clinical scheduling)

*TW Status*
05/24/2013 - 08/05/2013
(Preparing and sitting for the USMLE Step 2 / Clinical scheduling)

Was this student required to remediate any coursework during his/her medical education?  No
Was the student the recipient of any adverse action(s) by the medical school?  No

## Academic Progress

**Pre-Clinical Basic Science Curriculum:**

**Mr. Wright** completed his basic science training at an overall **highly satisfactory** level.

**Mr. Wright** earned a **226** on the USMLE Step 1.

Mr. Wright successfully completed his basic science training without remediation, earning two honors grades. As a member of the American Medical Student Association, Jason volunteered in several community health fairs and participated in multiple clinical skills practice sessions. He received an official commendation for demonstrating "professionalism and self-responsibility" in conducting a "clinical activity as a self-directed exercise" when scheduling instructions were miscommunicated to his group.

**Core and Elective Clinical Rotations:**
Thus far, Mr. Wright has performed at an **outstanding** level in completing his clinical rotations. The following comments are taken directly from clerkship evaluation forms:

**Advanced Intro. to Clin. Med.** - "B+" Jason showed great adaptability in this transitional rotation from coursework to clinical practice. A "well-prepared student" with a "solid fund of knowledge," Jason participated actively in discussions and researched cases to improve his medical knowledge. He displayed a comprehension of the systems of clinical settings in properly referring assigned patients.

**Medicine Core** - "B+" Jason is a "sincere and approachable medical student" who created a "very good rapport with team members and families." He "needs to improve in clinical medicine," however, Jason "attended all morning rounds and student conferences" and showed excellent improvement in medical knowledge and clinical skills throughout the rotation.

**OB/GYN Core** - "A" "Mr. Jason Wright is a very hardworking and bright student." He showed outstanding critical abilities and an exemplary work ethic, as well as great compassion and case when diagnosing and explaining treatment plans to patients. "He will make an excellent physician," concluded this preceptor.

**Family Medicine Core** - "A" Jason demonstrated an impressive understanding of medical sciences, which he

adeptly applied to clinical cases. He directed patients through complete histories, researched disease processes, and displayed an advanced level of skill in patient assessment and management.

**Psychiatry Core** - "A" Jason is a "highly motivated" student who "learns well" and "enjoys learning." Awarding the highest possible ratings in all measured criteria, the Director of Education and Training commented that Jason is a "mature, serious, and reliable" student who "relates well to staff and patients."

**Medical Sub-Internship** - "A" Jason showed an exemplary work ethic in completing assigned duties and seeking additional responsibility to help the team in this elective rotation. He "participated well," asking good questions in discussions and researching conditions independently. Jason displayed an excellent level of improvement in medical knowledge and clinical skills over the course of the clerkship.

**Pediatrics Core** - "B" Jason is an "above-average" student. He "listened to many rounds and lectures" and communicated well with both the children and their parents. His histories were thorough and well-organized, he "presented hepatitis to peers," and his communication skills among the medical team were scored very highly.

**Surgery Core** - "B" Jason meticulously completed assigned tasks, followed up appropriately, and sought additional ways to assist the work of the OR. He showed an above-average degree of improvement in his clinical skills through the duration of this clerkship, and worked well with supporting departments.

**Neurology Clinical Skills** - "A" "I enjoyed having Jason in class," noted this preceptor. Jason earned respect for his "solid neuro exam skills," and the preceptor continued, "He is one of those *stealth* students, rather quiet but a solid performer in all aspects, including fund of knowledge and clinical as well as physical exam skills. Well done."

**Emergency Medicine Skills** - "A" Awarding superior ratings in all measured criteria, the Assistant Professor in this rotation characterized Jason as an "excellent student," scoring his medical knowledge as beyond that of his peers. Prompt and prepared to work hard, Jason quickly became a valued member of the ED, and applied himself to fulfilling his role and learning how to operate within the systems of this clinical setting.

**Cardiology** - "A" With outstanding medical knowledge and a talent for analysis, "Jason was an excellent student." He "tied" for the "fourth-highest" grade on the "ECG final exam" and the "second-highest" grade on the "bedside skills final." He had "one of the highest overall class averages" in this specialty rotation.

## Summary

Compared with his peers, **Mr. Wright** performed at a **highly satisfactory** level in the basic sciences.
His **Step 1** score was **226**.
His overall clinical performance was **outstanding** when averaging subjectively-determined evaluations.


**Mr. Jason Wright** entered Ross University with a Bachelor's degree in psychology, professional research experience, and clinical exposure from hospital volunteer work. At Ross, Jason successfully completed his study of basic sciences without remediation. During his studies he volunteered in several community health settings and assisted his peers with active involvement in clinical practice sessions. He earned an official commendation

for showing "respect to program coordinators" and taking advantage of a scheduling miscommunication as a self-directed learning opportunity. He has continued to give solid performances in clinical rotations and is consistently praised for his "clinical and physical exam skills" and "fund of knowledge." Jason has demonstrated himself as a "hardworking, bright, excellent student" who "will make an excellent physician." In observation of these qualities, combined with the professional, intellectual, and personal assets essential to meeting the demands of residency, those who have trained Mr. Wright believe he will become a **highly qualified** physician.


Paula S. Wales, Ed.D.
Senior Associate Dean, Student Affairs
Ross University School of Medicine


PSW:JN