# EXHIBIT 5



UNITED STATES MEDICAL LICENSIN 1128198   0-823-893-3
USMLE/GRE/MCAT/SAT-Test S

## STEP 3 SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:   0-823-893-3**                           **Test Date:   November 29, 2017**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care.  Step 3 is designed to assess whether an examinee can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. The examination consists of two days: Day 1, Foundations of Independent Practice (FIP), assesses an examinee's knowledge of basic medical and scientific principles essential for effective health care; Day 2, Advanced Clinical Medicine (ACM), assesses the examinee's ability to apply comprehensive knowledge of health and disease in the context of patient management and the evolving manifestation of disease over time. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score§ represents your result for the administration of Step 3 that began on the test date shown above.



This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions.



This score is determined by your overall performance on Step 3. For administrations between January 1, 2016 and December 31, 2016, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 225 and 15, respectively, with most scores falling between 140 and 260. A score of 196 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)‡ for this scale is approximately six points.

---

§Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

‡Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 3 PERFORMANCE PROFILE

| Content Area | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **EXAMINATION DAY 1** | | | |
| Foundations of Independent Practice | xxxxxxxxx | | |
| **EXAMINATION DAY 2** | | | |
| Advanced Clinical Medicine (MCQ) | xxxxxxx | | |
| Advanced Clinical Medicine (CCS) | xxxxxxxxxx | | |
| **PHYSICIAN TASK** | | | |
| MK: Applying Foundational Science Concepts | xxxxx | xx | |
| PC: Diagnosis | xxxxxxxxxxx | | |
| PC: Health Maint & Disease Prevent/Pharmacotherapy | xxxx | xxx | |
| PC: Clinical Interventions/Mixed Mgmt | xxxxxxxxxxx | | |
| Systems-based Practice/Patient Safety & PBLI | xxxx | x | |
| **SYSTEM** | | | |
| Immune/Blood & Lymph/Endocrine/Multisystem | xxxxxxxx | | |
| Bhv Health & Soc Sci: Comm Skills/Ethics/Pt Safety | | xxxxxxxxx | |
| Nervous System & Special Senses | xxxxxxxx | x | |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | xxxxxxxx | x | |
| Cardiovascular System | xxxxxx | xxx | |
| Respiratory System | xxxx | xxxxx | |
| Gastrointestinal System | xxxx | xxxxxxx | |
| Renal/Urinary & Male/Female Sys & Pregnancy | *xxxxxxxxxx | | |
| Biostatistics & Epidemiology/Population Health | xxxx | x | |
| **PATIENT AGE** | | | |
| Pediatric (Birth–17 yrs) | | xxxxxxxxx | |
| Young Adult/Middle-aged Adult (18–54 yrs) | xxxxxxxxxx | | |
| Older Adult (55–74 yrs) | xxxxxxxxxx | | |
| Elderly (Older than 74 yrs) | xxxxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 3, can be found in the informational materials for USMLE Step 3 on the USMLE website (http://www.usmle.org/step-3/#outlines). With the exception of the Day 2 Advanced Clinical Medicine CCS profile, all profiles are based upon performance in the MCQ sections.

CCS—Computer-based Case Simulation; MCQ—Multiple-choice Question; MK—Medical Knowledge; PC—Patient Care; PBLI—Practice-based Learning and Improvement.



# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 3 SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**
**USMLE ID:   0-823-893-3**                                             **Test Date:   April 10, 2017**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 3 is designed to assess whether an examinee can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. The examination consists of two days: Day 1, Foundations of Independent Practice (FIP), assesses an examinee's knowledge of basic medical and scientific principles essential for effective health care; Day 2, Advanced Clinical Medicine (ACM), assesses the examinee's ability to apply comprehensive knowledge of health and disease in the context of patient management and the evolving manifestation of disease over time. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score[§] represents your result for the administration of Step 3 that began on the test date shown above.



This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions.



This score is determined by your overall performance on Step 3. For administrations between January 1, 2016 and December 31, 2016, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 225 and 15, respectively, with most scores falling between 140 and 260. A score of 196 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)[‡] for this scale is approximately six points.

---

[§]Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

[‡]Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

### USMLE STEP 3 PERFORMANCE PROFILE

| Content Area | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **EXAMINATION DAY 1** | | | |
| Foundations of Independent Practice | xxxxxxxxx | | |
| **EXAMINATION DAY 2** | | | |
| Advanced Clinical Medicine (MCQ) | *xxxx | | |
| Advanced Clinical Medicine (CCS) | xxxxxxx| xx | |
| **PHYSICIAN TASK** | | | |
| MK: Applying Foundational Science Concepts | xxxxxxxxxxx | | |
| PC: Diagnosis | xxxxxxxxxx | | |
| PC: Health Maint & Disease Prevent/Pharmacotherapy | *xxx | | |
| PC: Clinical Interventions/Mixed Mgmt | *xxxxxxxxxxxx | | |
| Systems-based Practice/Patient Safety & PBLI | xxxxxxx | | |
| **SYSTEM** | | | |
| Immune/Blood & Lymph/Endocrine/Multisystem | xxxxxxxxxx | | |
| Bhv Health & Soc Sci: Comm Skills/Ethics/Pt Safety | xxxxxxxxxx | | |
| Nervous System & Special Senses | xxxx | xxxxx | |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | xxxxxxxxxxxx | | |
| Cardiovascular System | *xxxxxxxxxxxx | | |
| Respiratory System | *xxxxxxx | | |
| Gastrointestinal System | xxxxxxxxxxx | | |
| Renal/Urinary & Male/Female Sys & Pregnancy | *xxxxxxxxx | | |
| Biostatistics & Epidemiology/Population Health | xxxxxx | | |
| **PATIENT AGE** | | | |
| Pediatric (Birth–17 yrs) | *xxxxxxxxxx | | |
| Young Adult/Middle-aged Adult (18–54 yrs) | *xxxxxxxxx | | |
| Older Adult (55–74 yrs) | *xxxxxxxx | | |
| Elderly (Older than 74 yrs) | xxxxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 3, can be found in the informational materials for USMLE Step 3 on the USMLE website (http://www.usmle.org/step-3/#outlines). With the exception of the Day 2 Advanced Clinical Medicine CCS profile, all profiles are based upon performance in the MCQ sections.

CCS—Computer-based Case Simulation; MCQ—Multiple-choice Question; MK—Medical Knowledge; PC—Patient Care; PBLI—Practice-based Learning and Improvement.



# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 2 CLINICAL KNOWLEDGE (CK) SCORE REPORT

This score report is provided for the use of the examinee.
Third party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:** 0-823-893-3

**Test Date:** November 1, 2013

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2: a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination. This report represents results for the Step 2 CK examination only. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score§ represents your result for the administration of Step 2 CK on the test date shown above.

| | |
|---|---|
| **PASS** | This result is based on the minimum passing score recommended by USMLE for Step 2 CK. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **212** | This score is determined by your overall performance on Step 2 CK. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 238 and 19, respectively, with most scores falling between 140 and 260. A score of 203 is set by USMLE to pass Step 2 CK. The standard error of measurement (SEM)‡ for this scale is six points. |

*This was my 2nd attempt
(I Failed 1st attempt @ Step 2CK on July 22, 2013)

§Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

‡Your score is influenced both by your general understanding of clinical science and the specific set of items selected for this Step 2 CK examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.



# UNITED STATES MEDICAL LICENSING EXAMINATION®

## STEP 2 CLINICAL SKILLS (CS) SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID:  0-823-893-3**                                        **Test Date:  March 28, 2013**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination.  This report represents results for the Step 2 CS examination only.  Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.

| *Overall Pass/Fail Outcome* |
| :---: |
| **PASS** |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| *ICE* | *CIS* | *SEP* |
| :---: | :---: | :---: |
| **PASS** | **PASS** | **PASS** |



# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 1 SCORE REPORT

This score report is provided for the use of the examinee.
Third party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Wright, Jason Manu**

**USMLE ID: 0-823-893-3**                                   **Test Date: November 9, 2011**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 1 is designed to assess whether an examinee understands and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. The inclusion of Step 1 in the USMLE sequence is intended to ensure mastery of not only the sciences underlying the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. These scores represent your results for the administration of Step 1 on the test date shown above.

| | |
|---|---|
| **PASS** | This result is based on the minimum passing score recommended by USMLE for Step 1. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **226** | This score is determined by your overall performance on Step 1. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 222 and 24, respectively, with most scores falling between 140 and 260. A score of 188 is set by USMLE to pass Step 1. The standard error of measurement (SEM)‡ for this scale is six points. |

| | |
|---|---|
| **82** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 188 on the scale described above, is set by USMLE to pass Step 1. The SEM‡ for this scale is one point. |

‡Your score is influenced both by your general understanding of the basic biomedical sciences and the specific set of items selected for this Step 1 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.