# EXHIBIT 6



**GRE — REPORT OF SCORES**

1 OF 1
521 85 3882   M

Your GRE scores have been sent to the authorized recipient at each institution or fellowship sponsor listed below. Institutions that receive scores on tape or disk are sent scores twice a month.

| INSTITUTION OR FELLOWSHIP SPONSOR | INST. CODE | DEPT. CODE | SCORES REPORTED |
|---|---|---|---|
| UI METROPOLITAN STATE COLL DENVER | 4505 | 2016 | G |
| GI U WASHINGTON | 4854 | 0616 | G |
| GI U COLORADO HLTH SCI CTR DENVER | 4877 | 0616 | G |

This score report includes all of your General Test, Subject Test, and Writing Assessment scores earned from October 1, 1999, to the present, or from October 1, 1994, to September 30, 1999. If you requested scores from both time periods, you will receive two separate score reports.

Please check this report for completeness and contact ETS if you have any questions. See the reverse side for an explanation of terms.

For information about interpreting your scores, consult *Interpreting Your GRE Scores*, which is enclosed with this report.

GI = Graduate Institution or Fellowship Sponsor
UI = Undergraduate Institution
G = General Test
S = Subject Test
W = Writing

| TEST DATE MMYY | VERBAL SCORE | % BELOW | QUANTITATIVE SCORE | % BELOW | ANALYTICAL WRITING SCORE | % BELOW | ANALYTICAL (Earned prior to 10/1/02) SCORE | % BELOW | TEST DATE MMYY | SCORE | % BELOW |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06 | 450 | 45 | 550 | 35 | 4.5 | 51 | | | | | |

NS = No Score. Indicates that no questions were answered in this section.
* Analytical Writing scores earned from the standalone administration and/or Writing Assessment scores earned between October 1, 1999, and December 31, 2002.

| TEST DATE MMYY | TEST NAME/SUBSCORE NAME | SCORE | % BELOW | CORRECT | INCORRECT | OMITS | FORMULA SCORE | FREE-RESPONSE MUSIC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

THIS REPORT IS NOT VALID FOR TRANSMISSION OF SCORES TO AN INSTITUTION.

Test scores are not duplicated on subsequent pages of this report.

NAME: JASON M WRIGHT
ADDRESS: 2515 ALBION STREET
DENVER CO 80207

REGISTRATION #: 7521-864
MOST RECENT TEST DATE: 01-06
DATE OF BIRTH: REDACTED
PRINT DATE: 02/08/06