# **EXHIBIT 7**

## Personal Data

| Field | Value |
|---|---|
| Last Name: | Wright |
| First Name: | Jason |
| Middle Name: | Manu |
| Suffix: | |
| Social Security Number: | REDACTED |
| EMail: | jwright77@comcast.net |
| Date Of Birth: | REDACTED |
| Gender: | Male |
| Citizenship: | U.S. Citizen |
| Country of Citizenship: | United States |
| State of Birth: | Colorado |
| County: | Denver County |
| Country of Birth: | United States |
| Ethnicity | |
| Race | Black or African-American White |
| High School Name: | East High School |
| High School City: | Denver |
| High School State: | Colorado |
| Year of Graduation: | 1995 |

## Biographical Information

| Field | Value |
|---|---|
| Do you have materials under another name?: | No |
| Other First Name | |
| Other Last Name: | |

**Current Address**

| Field | Value |
|---|---|
| Street: | 2515 Albion Street |
| City: | Denver |
| State: | Colorado |
| County: | Denver County |
| Zip Code: | 80207 |
| Country: | United States |
| Telephone: | 3039062301 |

**Permanent and/or Legal Address**

| Field | Value |
|---|---|
| Street: | 2515 Albion Street |
| City: | Denver |
| State: | Colorado |
| County: | Denver County |
| Zip Code: | 80207 |
| Country: | United States |
| Telephone: | 3039062301 |

## Parents

**Father**
- Last Name:
- First Name:
- Middle Init:
- Living:
- Occupation:
- State of Residence:
- Education:

**Mother**
- Last Name:
- First Name:
- Middle Init:
- Living:
- Occupation:
- State of Residence:
- Education:

**Guardian**
- No information

## MCAT Information (Reported by Applicant)

| Test Status | Month | Year | Verbal | Physical Science | Writing | Biology |
|---|---|---|---|---|---|---|
| Taken | August | 2004 | 07 | 06 | N | 06 |
| Taken | August | 2005 | 06 | 07 | P | 05 |

## Official MCAT Information

| Month | Year | Verbal | Physical Science | Writing | Biology | Special Condition |
|---|---|---|---|---|---|---|
| AUG | 2004 | 07 | 06 | N | 06 | N |

## Awards, Honors, Scholarships

| Name Of Award, Honor Or Scholarship | Organization | Date Received Or Awarded |
|---|---|---|
| Beautillion Honoree | Jack and Jill of America Inc. - Denver Chapter | December 1994 |
| Minority Arts and Sciences Scholarship | University of Colorado at Boulder | August 1995 |
| Diversity Scholarship | University of Colorado HSC | March 2007 |