# EXHIBIT 8

```
                                                      JASON M. WRIGHT
                                                      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
                                                      PAGE 2

                                                      Transcript
Previous Schools:          Code:                      Received:

EAST HIGH SCHOOL           060400                     YES
```

If the column titled 'Transcript Received' is blank, we have not received the transcript. It is your resposiblity to have official transcripts sent directly to us from all schools listed. If you have attended a school not listed here, please notify us and have an official transcript sent to this office.

Test Information:

```
Date:      Name:          Results:

06 94      SAT            V 380  M 490  RD 00  VO 00  TSWE 00
11 94      SAT            V 350  M 510  RD 00  VO 00  TSWE 00
03 94      SAT            V 370  M 450  RD 00  VO 00  TSWE 00
10 94      ACT            E 17  M 22  RD 19  SR 25  C 21  33  70  42  84  59
12 94      ACH            MATH 1    490
```

If you have taken or are taking admissions tests not listed here please let us know. If the results are zero, we have not received the test score yet. Undergraduate transfer applicants (except transfers to Engineering) are not required to submit SAT or ACT scores.

Thank you for considering The University of Michigan. You will be receiving more information from us in the near future. Remember, if anything is incorrect or incomplete, please return this form with corrections to this office as soon as possible.