# EXHIBIT 11

[Elisea Hewitson - November 14, 2019]
Examinee: Wright, Jason Manu
USMLE ID: 0-823-893-3
Exam: Step 3

--------------- Original Message ---------------
From: Jason Wright [jwright77@comcast.net]
Sent: 11/13/2019 9:53 AM
To: disabilityservices@nbme.org
Subject: Re: Step 3 Status Update ref:_00D46pfBg._500467tcZR:ref

Hi Mrs. Hewitson,

Now that I have failed the Step 3 exam again, after being denied the accommodations that my in-person psychoeducational assessment stated I require, and that Mrs. McGeehan then ruled against without any assessment or direct observation, I am concerned that damage has finally been done and will, unfortunately, need a legal conclusion.

Would you please give me the contact information for me to provide to whomever I decide on to hire for these purposes?  I will need the contacts for both your department as a whole and for Lucia McGeehan individually for what may be seen as malpractice of her specific Ph.D.

Thanks in advance and I'm sorry it has come to this.  The career I worked my entire life for did not need to be ruined for something that should have been solved with a simple, and obviously needed, accommodation.  I can't begin to explain to you how much damage this has done to me emotionally and the equal amount of this has, quite literally, broken my heart.  I am a great physician, but nobody will ever know that now.

Sincerely,

Jason
(303) 906-2301

>    On July 17, 2019 at 6:50 AM " disabilityservices@nbme.org mailto:disabilityservices@nbme.org " < disabilityservices@nbme.org mailto:disabilityservices@nbme.org > wrote:
>
>
>    Dear Dr. Wright,
>
>    A decision in regard to your request for Step 3 has been reached. Attached, please find a PDF copy of your decision letter.
>
>    We have released the hold on your scheduling permit. You will receive an email notification in several business days once your permit becomes available. Once you have your permit, you may schedule your exam at any time.
>
>    If you have any additional questions, please feel free to contact us.
>

> Sincerely,
>
> Elisea Hewitson
> Disability Services Specialist
> National Board of Medical Examiners
> 3750 Market Street
> Philadelphia, PA 19104-3102
> TEL: 215-590-9700
> FAX: 215-590-9422
> Email: disabilityservices@nbme.org mailto:disabilityservices@nbme.org
>
> This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.
>

This is an external email. Do not click on links or open attachments unless you trust the sender.