# EXHIBIT 12

1143695    0-823-893-3
Wright, H. 1/11/20-Letter

January 11, 2020

Lucia McGeehan, PhD
National Board of Medical Examiners
3750 Market St.
Philadelphia, Pa 19104

Dear Dr McGeehan:

For years, children with Learning Disabilities have been discussed over and over again. Gifted children with Learning Disabilities however suffer either from not being identified or tragically misidentified. Early diagnosis is essential but the disparity often goes unnoticed. Children who excel in one area but are not achieving in another area are usually considered to be normal because they have learned to compensate. It is known that additional time for testing in subjects without learning disabilities does not benefit them although it more than benefits those _with_ learning disabilities.

Twice exceptional children (2E) unfortunately are often overlooked although the educational system now does a much better job at identifying these children and hopefully places them in a program that benefits both their giftedness as well as their disability. Unfortunately, our academic system is built mostly on language and so sadly, children and adults with a Learning Disability in Reading often perform below expectations. This leads to frustration and low self-esteem.

My son, Jason Wright, was already 28 years old when the book *Misdiagnosis and Dual Diagnoses of Gifted Children and Adults* by Author James Webb et al, was written. He had already been told repeatedly that he just simply wasn't trying hard enough. And still he persisted through two attempts at the MCAT, getting accepted into Medical School, working hard to get good grades and evaluations and passing Step 1. Step 2 CK was more difficult and he needed to take it twice before passing. Step 3 was especially daunting as the questions are longer and more complex and require more time to read and absorb. Because of his difficulties with reading comprehension and after being placed on leave from his Residency program for failing Step 3 the first time, he was assessed and found to have high intelligence but also a Reading Disability, thereby placing him in the aforementioned Twice Exceptional category.

After failing Step 3 twice with pretty much similar scores, he studied for a year and applied for accommodations. Rather than celebrating his previous successes, he was denied accommodations of time and a half as requested by the Psychologist who assessed him over a period of four days because he had not asked for accommodations previously. (Keep in mind that he was not assessed and diagnosed until his second year of Residency). His third attempt was met with still another Fail and in the analysis by the USMLE of his performance overall for Step 3 showed that despite the tutoring and long hours of studying, he did not and would not improve under the non-accommodated format.

Unfortunately, the medical world has lost a wonderful physician, someone who persisted through some very challenging moments to fulfill his desire to help those in need of medical care. His patients loved him and he loved them. As a minority physician, he could relate to patients that other physicians could not or would not. But a time limited written exam told him he wouldn't make a good physician despite his success in the actual practice of medicine.

RECEIVED

JAN 1 6 2020

Disability Services

I reiterate – additional time on tests for children/adults without learning disabilities does not benefit them. For those identified with a learning disability, it is very helpful. It is probably too late for you to now grant my son the additional time that he would have benefited from for his third attempt at Step 3, but I hope to make you aware of the potential damage that will be done to others like him who are wonderful physicians but who just need that necessary accommodation of extra time on exams.

Thank you for reading this through. I hope it will help you and others understand more deeply the dilemma Twice Exceptional adults face.

Sincerely,

*Helen Wright*

Helen Wright
2515 Albion St
Denver, Colorado 80207