# EXHIBIT 13

## United States Medical Licensing Examination® (USMLE®)

### REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on the USMLE for the first time.*

---

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org/test-accommodations/ for a detailed description of how to document a need for accommodations.

- Complete all sections of this request form; submit the form and all required documentation to Disability Services. In order to begin processing your request, you must have a completed registration for the USMLE Step exam for which you are requesting accommodations.

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within two business days of submitting your request, please contact Disability Services at 215-590-9700 or disabilityservices@nbme.org. You may be asked to submit additional documentation to complete your request.

- **Requests are processed in the order in which they are received. Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete. Allow at least 60 business days for processing of your request.**

- The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

**As explained in the Guidelines to Request Test Accommodations (www.usmle.org/test-accommodations/), you MUST provide supporting documentation verifying your current functional impairment.**

**Submit** the following with this form:

- ✓ A **personal statement** describing your disability and its impact on your daily life and educational functioning.
- ✓ A completed **Certification of Prior Test Accommodations** form if you received test accommodations in medical school/residency.
- ✓ A **complete and comprehensive evaluation** from a qualified professional documenting your disability.

- ✓ **Supporting documentation** such as academic records; score transcripts for previous standardized exams; verification of prior academic/test accommodations; relevant medical records; previous psycho-educational evaluations; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; etc.

USMLE® Request for Test Accommodations

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations: (Check all that apply)

❏ Step 1

❏ Step 2 CK (Clinical Knowledge)

☑ Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C2).

## Section B: Biographical Information
**Please type or print.**

**B1.** Name: _____Wright_____ _____Jason_____ _____M.____

_____Last_____ _____First_____ \_\_\_Middle Initial\_\_\_

**B2.** Date of Birth: REDACTED

**B3.** USMLE # <u>0</u> - <u>8</u> <u>2</u> <u>3</u> - <u>8</u> <u>9</u> <u>3</u> - <u>3</u> (required)

**B4.** Address:     2515 Albion Street

Street
Denver                                                        CO                                    80207

City                                                  State/Province                    Zip/Postal Code

U.S.A.

Country

(303) 906-2301

Preferred Telephone Number

jwright77@comcast.net

E-mail address

**B5.** Medical School Name: Ross University School of Medicine

Country of Medical School: Barbados (formerly Dominica)    Date of Medical School Graduation: 03/31/2014

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

**C1.** Do you require wheelchair access at the examination facility? ❏ Yes ☑ No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____

**C2.     Step 1, Step 2 CK, or Step 3** (computer-based examinations)

Check the appropriate box to indicate the accommodations you are requesting for the exam(s) for which you are currently registered:

**STEP 1: Check ONLY ONE box**

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ❏ Additional break time **over 1 day** | ❏ 25% Additional test time (Time and 1/4) **over 2 days** |
| ❏ Additional break time **over 2 days** | ❏ 50% Additional test time (Time and 1/2) **over 2 days** |
| | ❏ 100% Additional test time (Double time) **over 2 days** |

❏ Additional break time and 50% Additional test time (Time and 1/2) **over 2 days**

**STEP 2 CK: Check ONLY ONE box**

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ❏ Additional break time **over 2 days** | ❏ 25% Additional test time (Time and 1/4) **over 2 days** |
| | ❏ 50% Additional test time (Time and 1/2) **over 2 days** |
| | ❏ 100% Additional test time (Double time) **over 2 days** |

❏ Additional break time and 50% Additional test time (Time and 1/2) **over 2 days**

**STEP 3: Check ONLY ONE box**

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ❏ Additional break time **over 4 days** | ❏ 25% Additional test time (Time and 1/4) **over 3 days** |
| | ❏ 50% Additional test time (Time and 1/2) **over 4 days** |
| | ❏ 100% Additional test time (Double time) **over 5 days** |

☑ Additional break time and 50% Additional test time (Time and 1/2) **over 4 days**

**Describe** any other accommodation(s) you are requesting for **Step 1, Step 2 CK, or Step 3**.

Separate Quiet Testing Environment - A seperate, quiet environment/room free from

typical distractions of the standard classroom or testing setting.

**USMLE® Request for Test Accommodations**

## Section D: Information About Your Impairment

**D1.** List the **specific DSM/ICD diagnostic code(s) and disability** for which you are requesting accommodations and report the year that it was **first** diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
|---|---|---|
| 315.00 (F81.0) | Specific Learning Disorder (Reading Impairment) | 2017 |
| 314.00 (F90.0) | Attention Deficit/Hyperactivity Disorder, Inattentive Type | 2011 |
| 311 (F32.8) | Other Specified Depressive Disorder | 2008 |
| | | |
| | | |

### D2. Personal Statement

**Attach a signed and dated personal statement describing your impairment(s) and how a major life activity is substantially limited.** The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limits your current functioning in a major life activity and how the standard examination conditions are insufficient for your needs. In your own words, describe the impact of your disability on your daily life (do not confine your statement to standardized test performance) and provide a rationale for why the specific accommodation(s) you are requesting are necessary in the context of this examination.

## Section E: Accommodation History

### E1. Standardized Examinations

**Attach copies of your score report(s) for any previous standardized examination taken.**

**If accommodations were provided, attach official documentation from each testing agency confirming the test accommodations they provided.**

List the accommodations received for previous standardized examinations such as college, graduate, or professional school admissions tests and professional licensure or certification examinations (if no accommodations were provided, write NONE).

| | DATE(S) ADMINISTERED | | ACCOMMODATION(S) PROVIDED |
|---|---|---|---|
| ☑ SAT®, ACT® | 1994 | | NONE |
| ☑ MCAT® | 2004 & 2005 | | NONE |
| ☑ GRE® | 2006 | | NONE |
| ☐ GMAT® | | | |
| ☐ LSAT® | | | |
| ☐ DAT® | | | |
| ☐ COMLEX® | | | |
| ☑ Other (specify) | Comp. Step 1 FAIL | 2011 | NONE |
| | Comp. Step 1 FAIL | 2011 | NONE |
| | Comp. Step 1 PASS | 2011 | NONE |
| | USMLE Step 1 PASS | 2011 | NONE |
| | USMLE Step 2 CK FAIL | 2013 | NONE |
| | USMLE Step 2 CK PASS | 2013 | NONE |
| | USMLE Step 3 FAIL | 2017 | NONE |
| | USMLE Step 3 FAIL | 2017 | NONE |
| | USMLE Step 3 FAIL | 2019 | NONE (requeste but denied by NBME) |

USMLE® Request for Test Accommodations

### E2. Postsecondary Education

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

🖎 **Attach copies of official records from each school(s) confirming the accommodations they provided.**

🖎 **If you receive/received accommodations in medical school and/or residency, have the appropriate official at your medical school/residency complete the USMLE Certification of Prior Test Accommodations form available at www.usmle.org/test-accommodations/forms.html.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **Medical/Graduate/Professional School** | | |
| University of Denver | Extended time testing: (50% more) | 2019-2020 |
| University of Denver | Alternate Format Text (AFT) - conversion | 2019-2020 |
| | of textbooks to an alternate format | |
| | (e.g. audio files) | |
| **Undergraduate School** | | |

### E3. Primary and Secondary School

List each school and all formal accommodations you received, and the dates accommodations were provided:

🖎 **Attach copies of official records from each school listed confirming the accommodations they provided.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **High School** | | |
| **Middle School** | | |
| **Elementary School** | | |

USMLE® Request for Test Accommodations

## Section F: Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate. I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:

- Evaluating my eligibility for accommodations. When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research. Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information. I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): Jason Manu Wright

Signature: *Jason M. Wright*  Date: 03/14/2021

**Submitting Your Completed Request Form and Supporting Documentation:**
**(Do Not Send duplicate documents and Do Not Send by multiple methods as this will delay processing)**

- Due to business restrictions in Philadelphia because of COVID-19 please submit your request form and supporting documentation via E-mail or Fax.
- Requests sent to us via mail may be delayed.
- E-mail: Maximum file size is 15 MB (including text in body of email, headers and all attachments). Files larger than 15 MB may require separate emails. All attachments must be in PDF format. Please scan your documents into as few PDF's as possible. Photographs of Personal Items may be in digital format such as JPEGs/JPGs. We are not able to access embedded links.
- Fax or Mail: Submit your completed request form and supporting documents to the address below once you register for your exam.
- DO NOT bind, staple, paper clip, or tab documents as this may delay processing.

Disability Services
NBME
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
Facsimile: (215) 590-9422
E-mail: disabilityservices@nbme.org