# EXHIBIT 15

March 25, 2021

**Disability Services**
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

Dear NBME Disability Services:

I am submitting this personal statement to explain my request for reasonable accommodations on Step 3 of the United States Medical Licensing Examination (USMLE). In addition, I am submitting the results of my most recent neuroeducational assessment (Fall 2020), a separate letter of request for a reasonable accommodation on the USMLE Step 3 from my attorney Mr. Maxfield, and a completed USMLE Request for Test Accommodations form, along with other relevant supporting documentation.

To begin, a complex combination of factors aligned in the 1980's and 1990's when I attended grade school, causing education professionals to miss both my ADA-covered learning disabilities/differences and intellectual giftedness (*i.e., twice-exceptional; see accompanying article by Gilman et. al.*).

I believe that, in light of my past unaccommodated performances in high stakes and time-limited standardized examinations, the only logical and evidence-based conclusion to be made is that, in my unique case, the time-limited standardized examination format drastically underrepresents my actual abilities. See Appendix A. Given this conclusion, I find no remaining reason why the results from all of my other clinical and educational assessments should not serve as alternative and more accurate indicators of my clinical knowledge and capacity to function at a high level as a clinical and/or research physician. These alternative indicators include the results of my 2020 neuroeducational assessments, my medical school professional evaluation (MSPE), both my PGY-1 and PGY-2 letters of successful completion, and copies of my academic transcripts from three graduate degree programs.

I have paid for, attempted, and failed the USMLE Step 3 on three unaccommodated attempts so far, which includes requesting and being denied accommodations on my third attempt in 2019.

Here, I will document my reasons of need for each of the requested testing accommodations on the USMLE Step 3, which are the same as those that Dr. Lucero recommends for my DSM-5 (ICD-10) diagnoses, both detailed below:

> **DSM-5 (ICD-10) Diagnoses:**
>
>> 315.00 (F81.0) Specific Learning Disorder, with Impairment in Reading (deficits in reading fluency, and reading comprehension — Reading rate at 3rd percentile, Reading Comprehension at 12th percentile on timed tasks)
>> 314.00 (F90.0) Attention Deficit/Hyperactivity Disorder, Inattentive Type, Mild

311 (F32.8) Other Specified Depressive Disorder

### Dr. Lucero's Recommendations:

*Testing Accommodations:* In accordance with the provisions of the Americans with Disabilities Act (ADA), Mr. Wright should be offered the following accommodations on the USMLE Step 3:

1. **Extended Time** – It is recommended that Mr. Wright be allowed **Time and a Half** on all portions of testing in order to produce a performance on testing that is commensurate with his cognitive and academic abilities, and his practical skills in medical care. An evaluation of his performance on timed versus untimed reading comprehension tasks (summarized above) revealed that he has a reading rate that is substantially below average and that his reading comprehension is consistently compromised under timed conditions.
2. **Separate Quiet Environment** – Mr. Wright's ADHD, despite treatment with stimulant medication, leaves him susceptible to being distracted by environmental cues and will do best if allowed to take tests in a separate, quiet environment free from typical distractions of the standard classroom or testing setting.
3. **Additional, Stop-the-Clock or Extended Breaks** – The extra time and effort needed to complete reading tasks can be quite draining and cause fatigue that may further negatively impact Mr. Wright's performance. He would benefit from being allowed to take extra, stop-the-clock, or extended breaks during testing.

My approach to preparing for each high-stakes, time-limited standardized examination, which I have been required to take in order to advance in my academic and professional career, has always been extremely thorough, especially for this latest series of three USMLE Steps. All require a base-level passing score prior to advancing further in my medical education, training, and physician licensing process. This preparation includes multiple strategies to ensure that I fully cover, understand, and retain the appropriate amount and level of knowledge required to be successful on each examination attempt, and with the same high levels of confidence and skill that I have consistently demonstrated throughout my medical education and clinical training experiences. In addition to successfully completing all educational and practical requirements prior to sitting for each standardized examination, the other test preparation strategies I have utilized include putting in thousands of hours in self-studying, enrolling in private company test preparation programs, receiving private tutoring, and completing multiple time-limited and untimed practice test questions and self-assessments (e.g., NBME, UWorld, and Kaplan Medical self-assessments and/or question banks).

Following this amount of preparation, I never feel overly anxious on the day of my examinations, at least not from any feelings related to possible under- or inadequate exam preparation. Rather, I always go into each examination feeling confident in the amount of knowledge I have acquired, which all other, non-time-restricted assessments of my knowledge comprehension and clinical applicability have shown I possess at the appropriate and/or advanced levels. However, whenever I take time-limited standardized examinations with MCQ items like those seen on the USMLE Steps 1, 2CK, and 3, the uncomfortably rapid

rate at which I must read each question stem to complete each timed section/block is much faster than what allows for me to fully comprehend what is being presented and/or asked on each individual test item/question. The extra pressure applied by the standard time limitation on these examinations and the lack of a separate, distraction-free testing environment, inhibits my full ability to accurately demonstrate that I have retained all of the knowledge that each test intends to assess.

For example, the USMLE Step 3 website states that this examination "*devotes attention to the importance of assessing the knowledge and skills of physicians who are assuming independent responsibility for providing general medical care to patients.*" I have both studied for and been trained in how to appropriately "*apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine*" as a physician in the U.S. This can be seen in my successful completion of all undergraduate medical education (UME) requirements to receive my M.D. in 2014, and the two additional years of ACGME postgraduate resident physician training. Throughout this time, I remained in good standing while consistently receiving at- or above-level evaluations on assessments of my academic performance and ability to apply acquired medical knowledge to the clinical setting. Provided these details, and in addition to preparing fully for each of my previous and upcoming attempts to pass the USMLE Step 3, I remain well versed in the knowledge and clinical skills that this final USMLE examination assesses.

Now that my reading challenges have been identified and I can better understand the details of their negative impacts on my time-limited and standardized examination performances, I truly believe that I can now most accurately demonstrate my acquired knowledge on my next attempt at the USMLE Step 3, if provided the recommended and requested accommodations of "*Additional break time and 50% Additional test time (Time and 1/2) over 4 days*", and "*a separate, quiet environment/room free from typical distractions of the standard classroom or testing setting*". I adamantly believe that if I am provided these testing accommodations, I will not only pass this examination with a score that more accurately reflects my knowledge, but I will also gain back the necessary confidence from the additional comfort of knowing I will be able to appropriately advance in my career as a physician from this point in my life, moving forward.

I am eager to return to the medical field and to caring for the health and well-being of others. Thank you. I look forward to your decision.

Sincerely,

*Jason M. Wright*                                    Date: 03/25/2021

**Dr. Jason M. Wright, MD**
jwright77@comcast.net
**(303) 906-2301**

# Appendix A

**COLLEGE ENTRANCE EXAMS** (1994):

I sat for the ACT twice due to low test scores:

- April 1994 (Composite score = **18**)
- October 1994 (Composite score = **21**)

I sat for the SAT three times due to low test scores:

- March 1994 (Composite score = **820**)
- June 1994 (Composite score = **870**)
- November 1994 (Composite score = **860**)

**MEDICAL COLLEGE ADMISSIONS TEST** (2004–2005; was a 2-digit scoring system then):

I sat for the MCAT twice due to low test scores:

- August 2004 (Composite score = **19N**)
- August 2005 (Composite score = **18P**)

**GRADUATE RECORD EXAMINATION** (2006):

I sat for the GRE once for admission in MPH program since could not gain admission to U.S. medical schools:

- January 2006 (Composite score = **1,000**; Analytical Writing = **4.5**)

**UNITED STATES MEDICAL LICENSING EXAMINATION SERIES** (2011–Present):

**I sat for the USMLE Step 1 once after needing to take the composite examination three times before passing:**

- November 2011 (Score = **226**; PASS)

**I passed the USMLE Step 2 CS** (clinical skills; scored as PASS/FAIL only) **on my first attempt:**

- March 2013 (PASS)

**Of note:** Step 2 CS is an assessment of the application of clinical knowledge, as can be seen in more detail below and at https://www.usmle.org/step-2-cs/:

> "Step 2 of the USMLE assesses the ability of examinees to apply medical knowledge, skills, and understanding…, and…ensures that due attention is devoted to the principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and effective practice of medicine. **Step 2 CS** uses standardized patients to test medical students and graduates on their ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues."

**I sat for the USMLE Step 2 CK (clinical knowledge) twice, after failing my first attempt:**

- July 2013 (Score = **???**; FAIL; could not access or find old score report but it is in the NBME system)
- November 2013 (Score = **212**; PASS)

**I have taken and failed the USMLE Step 3 three times to date, and denied requested accommodations on the third attempt:**

- April 2017 (Score = **168**; FAIL)
- November 2017 (Score = **182**; FAIL)
- October 2019 (Score = **180**; FAIL; requested but was denied accommodations)