# EXHIBIT 16



# PEAK
## Exceptional Services

*meaningful insights into exceptional minds*

## NEUROPSYCHOLOGICAL EVALUATION

### CONFIDENTIAL

Redisclosure prohibited by law without consent of the client or parent/guardian

**Name:** Wright, Jason  
**Sex:** Male  
**Ethnicity:** Biracial  
**Examiner:** Terri Lucero, Ph.D.  

**Age:** 43 years, 8 months  
**DOB:** REDACTED  
**Evaluation Dates:** 10/27, 10/29, & 11/4/2020  
**Feedback Session:** 12/5/2020  

### SOURCES OF INFORMATION:

*Clinical Interview with Jason Wright*  
*Review of Mr. Wright's academic records, standardized testing results, and performance evaluations from medical school/residency*  
*Review of 2017 Evaluation, completed at this office*  
*Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)*  
*Wechsler Individual Achievement Test – Fourth Edition (WIAT-4)*  
*Nelson-Denny Reading Test (NDRT), Form G*  
*Repeatable Battery for the Assessment of Neuropsychological Status – Update (RBANS)*  
*Beery-Buktenica Developmental Test of Visual-Motor Integration (Beery VMI)*  
*Symptom Checklist 90 – Revised (SCL-90R)*  
*Conners Adult ADHD Rating Scale – Self-Report: Long Version (CAARS-S:L)*  
*Conners Adult ADHD Rating Scale – Observer: Long Version (CAARS-O:L), completed by Mr. Wright's mother, Helen Wright*  
*Behavior Rating Inventory of Executive Function – Adult Version (BRIEF-A) – Self-Report*  
*Behavior Rating Inventory of Executive Function – Adult Version (BRIEF-A) – Informant Report, completed by Helen Wright*  
*Integrated Visual and Auditory Continuous Performance Test – 2nd Edition (IVA-2)*  

### REFERRAL INFORMATION AND HISTORY OF PRESENTING COMPLAINT:

Mr. Wright is a 43-year-old, right handed, English-speaking, biracial (Caucasian/Black) male who was self-referred for an updated comprehensive evaluation. He was previously evaluated by this examiner in 2017, after he had failed the USMLE Step 3 examination. He had an existing diagnosis of ADHD and the 2017 evaluation revealed evidence that he is a Twice-Exceptional (2e) individual, who has Gifted intellectual abilities in addition to learning differences that impact his reading comprehension, in addition to ADHD. Since that time, Mr. Wright took the Step 3 test for a second time in November 2017, without accommodations, and he failed again. He was subsequently dismissed from his medical residency due to his inability to pass the USMLE Step 3 exam. His request for accommodations on the USMLE Step 3 was denied in July 2019. He took the test for a third time in October 2019 and failed again. Mr. Wright is now seeking a current evaluation because he is determined to understand the reasons for his lifelong struggles with standardized testing, and to overcome these challenges to become a physician. In

Offices in Broomfield and Denver – 720-377-3250  
www.peakgifted2e.com

Name: WRIGHT, JASON                                                                                                  Page 2

preparation for the current evaluation, he and his mother found academic records, going back to preschool and through his time in medical school and residency, for the examiner to review.

Mr. Wright stated that he has a lifelong history of doing poorly on tests, going back to elementary school. He noted that he has always struggled with taking tests and he was typically the last person to finish tests growing up. He has a pattern of underperforming on high stakes, time-limited standardized testing, relative to his general academic achievement. He reported that he often ran out of time and would either skip numerous items or would randomly mark answers on multiple choice tests. A review of records provided by Mr. Wright indicated, in preparing to apply to college when he was in high school, he took the ACT twice and the SAT four times – but was only able to achieve modest improvements in his scores. In evaluating the examination data on the score reports, it is evident that he often omitted answers to a large percentage of questions, which undoubtedly had a negative impact on his scores. For example, on the November 2014 SAT, he omitted 35% of the questions within the Verbal portion of the exam and 20% of the questions within the Math portion of the exam.

Throughout medical school and residency, he had difficulties passing each of the standardized examinations involved in becoming a physician (the USMLE Step 1, Step 2, and Step 3), in contrast to his advanced performance in classroom and practical experiences. A 2013 Medical Student Performance Evaluation by the Dean of Ross University School of Medicine indicated that Mr. Wright performed at an **outstanding** level in his clinical rotations and offered praise for his overall performance throughout medical school. The letter stated, in part, "...those who have trained Mr. Wright believe that he will become a **highly qualified** physician."

In an effort to be more successful on standardized testing throughout high school, college, and in his medical training, Mr. Wright has sought tutoring, completed numerous examination preparation programs, undergone counseling, and engaged in many, many hours of test preparation (e.g. taking multiple practice exams in a variety of settings, taking time off to devote all his time to studying). In the three years since he was evaluated in 2017, he worked with a tutor who provided strategies for test taking, but this did not make a difference with his test performance on the Step 3 exam. Mr. Wright also noted that he tries to get himself into a calm state of mind to prepare for a test and does not feel that he is experiencing "more panic" than the usual person. When he is aware of the time running out, he feels some extra anxiety and he always feels that he is "rushed for time." He has tried to implement a wide range of recommended test taking strategies, such as reading over questions first, skimming instead of reading in-depth, etc. He has been unable to find a strategy that results in him being able to read, understand, and answer all test items without running out of time.

As indicated in the previous assessment, Mr. Wright has had longstanding trouble with focus and concentration, although ADHD was not formally diagnosed until he was an adult. A psychiatrist diagnosed ADHD in 2011 and prescribed a stimulant medication. However, records provided to the examiner revealed early symptoms suggestive of ADHD, even on a preschool evaluation conducted when he was five-years-old. The examiner's report revealed that he showed "constant" physical movement, fatigued easily over the course of the testing session, and he often responded with "I forgot." These behaviors were interpreted by the examiner as indications that Mr. Wright was "uptight" during the examination and his behavior was seen as negatively impacting his performance on verbal subtests, although his overall performance was "average." In addition records from the results of the Iowa Tests of Basic Skills and other standardized academic tests, from 4th through 11th grade, revealed a lot of variability in his performance. This type of inconsistency is common among students with ADHD. Mr. Wright reported that the medication has been helpful in helping with concentration, but he continues to struggle with retaining information he reads and with completing examinations within allotted time

Name: WRIGHT, JASON							Page 3

frames. Mr. Wright also endorsed ongoing mood struggles, with depression and anxiety, and he is taking medication to help with symptom improvement.

## RELEVANT BACKGROUND INFORMATION:

Mr. Wright was born and raised in Denver, Colorado and is the younger of two children born to his parents, Helen and Richard Wright, who are divorced. His mother is a school nurse, and his father was a physician (now retired). He has an older sister, Michelle, who is a high school principal. Mr. Wright reports having had a few long-term romantic relationships, but had not previously been married. He reported that he has a strong social support network, with several close friends. He also counts his mother, sister, and niece among his strongest supports.

Mr. Wright is currently unemployed. He has looked for a variety of jobs since being released from his medical residency, but has been unable to secure employment. He noted that he applied for a multitude of jobs but has only had one interview, although he was not offered that job. Mr. Wright completed a one year graduate program at the University of Denver (DU) in health administration from September 2019-June 2020. He was granted accommodations at DU for his program, which consisted of text to speech and extended time on exams, although he never needed that extra time because he did not have coursework that required timed testing.

## MEDICAL HISTORY:

Mr. Wright has not had significant changes in his medical status since the prior evaluation in 2017. He rates his overall health as "good." He has migraine headaches 1-2 times per year, but denied any other ongoing health concerns. He is taking paroxetine (20mg daily) for depression and D-Amphetamine Salt combo (20mg. BID) for ADHD symptoms. Mr. Wright denied any regular drug use and does not drink alcohol. He drinks approximately two cups of coffee and four Coke Zero caffeinated sodas on a daily basis. He does not use nicotine. He sleeps approximately 8 hours per night and denied sleep difficulties. Mr. Wright wears contact lenses for vision correction.

## MENTAL STATUS AND BEHAVIORAL OBSERVATIONS:

Mr. Wright is a right-handed, English speaking, male of average height and weight. He arrived early for each session and was dressed casually for the interview and testing sessions. He was alert and oriented to person, place, and time during the testing sessions. He was cooperative and engaged in the process and seemed to put forth a strong effort towards all of the testing. There were times when he appeared anxious about his performance and he made negative comments at times (e.g., "I don't think I'm doing very well"). He was observed to close his eyes when concentrating on orally presented tasks. On some visual tasks, he squinted when he needed to discriminate fine details. His speech was clear and logical and he appeared to understand test instructions without the need for repetition.

## ASSESSMENT FINDINGS:

### Overall Intellectual Functioning:

Mr. Wright was administered 11 subtests of the Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV). The Full Scale IQ (FSIQ) is generated from a combination of ten subtest scores and is typically considered the most representative estimate of global intellectual functioning. Based on his FSIQ, his overall thinking and reasoning abilities are in the Superior range and better than 92% of individuals his age (FSIQ = 121, 95% confidence interval = 117-125). An alternate method for

Name: WRIGHT, JASON                                                                                       Page 4

computing overall cognitive abilities called the General Ability Index (GAI), which is less influenced by working memory and processing speed, was also calculated. Mr. Wright's overall reasoning abilities are also in the Superior range and exceed 92% of his peers. However, it is important to note that his performance on a primary visual spatial task with a time limit was negatively impacted, as he correctly arrived at the answer to several problems after the standard time limit had elapsed. This suggests that both scores are an underestimate of his true abilities and should be interpreted with caution.

*Verbal Reasoning Abilities:*

The Verbal Comprehension Index (VCI) on the WAIS-IV is a measure of Mr. Wright's ability to reason with previously learned information acquired from formal and informal educational opportunities and exposure to mainstream culture. His performance on verbal reasoning tasks was somewhat uneven, and declined over the course of the test, which suggests that his performance may have been impacted by factors such as stamina or attention. His overall verbal reasoning abilities are in the High Average range.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | What is the task/What it measures |
|---|---|---|---|
| **Similarities** | 14 | 91 | Ability to explain how two objects or ideas are alike. E.g. Lemonade and milk are *both drinks* |
| **Vocabulary** | 14 | 91 | Knowledge of word meanings; ability to give definitions of words. To *confess* means to tell a secret. |
| **Information** | 12 | 75 | Fund of general information; ability to answer factual questions. E.g. "What is the capitol of the France?" |
| Verbal Comprehension Index (VCI) | 118 | 88 | Primary index score, offering overall measure of his ability to take in verbal information and explain what he knows. |

Subtests in **bold** contribute to the VCI, FSIQ, and GAI

*Visual Spatial and Nonverbal Reasoning Abilities:*

The Perceptual Reasoning Index (PRI) of the WAIS-IV is designed to measure fluid reasoning in the visual-motor and spatial domain with tasks that assess nonverbal concept formation, visual perception and organization, simultaneous processing, visual-motor coordination and integration, and the ability to separate figure and ground in visual stimuli. Mr. Wright's overall performance was in the High Average range. However, his performance on the Visual Puzzles subtest was significantly impacted by standard time limits, as he arrived at the correct responses to a number of items after the time limits had elapsed.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
|---|---|---|---|
| **Block Design** | 13 | 84 | Visual construction abilities as measured by his using three-dimensional blocks to construct a design matching a picture. |
| Matrix Reasoning | 12 | 75 | Ability to select the next/missing element in a pattern or sequence. |

Name: WRIGHT, JASON                                                                 Page 5

| | | | |
|---|---|---|---|
| Visual Puzzles | 14* | 91 | Ability to see how parts relate to a whole by choosing puzzle parts that would combine to match a completed puzzle. |
| Perceptual Reasoning Index (PRI) | 117* | 87 | Primary index score measuring overall nonverbal skills, including ability to evaluate visual details, understand visual spatial relationships, and use nonverbal reasoning to identify and apply rules. |

Subtests in **bold** contribute to PRI, FSIQ, and GAI. *Negatively affected by standard time limits.

Mr. Wright's visual spatial abilities were further assessed with some subtests from the RBANS. On a task, his performance was very strong and better than over 75% of peers (RBANS: Line Orientation).

| RBANS Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
|---|---|---|---|
| Figure Copy | 11 | 63 | Visual construction abilities as measured by his ability to accurately copy a multipart geometric drawing. |
| Line Orientation | n/a | >75 | Visuospatial judgment measured by asking him to accurately match the angle and orientation of lines in space |
| Visuospatial/Constructional Index | 116 | 86 | Overall ability to perceive spatial relations and to construct a spatially accurate copy of a drawing |

*Working Memory:*

Attention skills are critical to learning, memory, and complex cognitive skills. Whenever Mr. Wright temporarily holds new verbal information (e.g. words, sentences, ideas, or numbers) while he works with it, he is using his auditory working memory. These auditory working memory skills are needed for understanding directions, solving a verbal problem, keeping in mind what he wants to say next in a conversation, solving math problems, and so on. In day to day functioning, his skills in auditory working memory will help him achieve success on various tasks that involve selecting, comparing, organizing and processing verbally presented information. Mr. Wright's overall working memory is in the High Average range.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
|---|---|---|---|
| **Digit Span** | 12 | 75 | Listen to sequences of numbers read aloud and recall them in the same order, reverse order, and ascending order. |
| **Arithmetic** | 12 | 75 | Memorize two or more pictures presented on a stimulus page and then identify the correct pictures (in sequential order, if possible) from options on a response page |

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | Task/What it measures |
|---|---|---|---|
| Letter-Number Sequencing | 12 | 75 | Listen to sequences of numbers and letters, then recall the numbers in ascending order and then the letters in alphabetical order. |
| Working Memory Index (WMI) | 111 | 77 | Primary index score, measuring ability to register, maintain, and manipulate verbally-presented information. |

Subtests in **bold** contribute to WMI and FSIQ.

*Processing Speed:*

Processing speed refers to the ease and speed by which Mr. Wright performs various cognitive tasks, especially quick scanning and discrimination of simple visual information. The time it takes for him to process visual symbols and information is an important component of his success on tasks involving visual processing abilities, such as comprehension of material he reads. His processing speed falls in the Superior range.

| WAIS-IV Subtest/Index | Scaled Score/Standard Score | Percentile | Task/What it measures |
|---|---|---|---|
| **Coding** | 13 | 84 | Rapidly match symbols to numbers from a given key. |
| **Symbol Search** | 14 | 91 | Ability to detect if either of two target symbols were embedded within the linear array of symbols. |
| Processing Speed Index (PSI) | 120 | 91 | Primary index score measuring speed and accuracy of visual identification and decision making. |

Subtests in **bold** contribute to PSI and FSIQ.

*Learning and Memory:*

Mr. Wright's immediate memory and delayed memory for both verbally and visually presented information was screened with the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) – Update.

| RBANS Subtest/Index | Scaled Score/Standard Score | Percentile | What it measures |
|---|---|---|---|
| List Learning | 10 | 50 | Recall as many words as possible from a list of ten semantically unrelated words, repeated over four learning trials. |
| Story Memory | 9 | 37 | Retell a short story presented to him orally, repeated over two trials. |
| Immediate Memory Index | 97 | 42 | Overall measure of immediate verbal memory. |
| List Recall | n/a | 26-50 | Ability to recall list of previously memorized words after 10-15 minute delay |

Name: WRIGHT, JASON                                                                 Page 7

| Subtest/Index | Standard Score | Percentile | What it measures |
|---|---|---|---|
| List Recognition | n/a | 51-75 | Ability to recognize words from a list of previously learned and unrelated distractor words. |
| Story Recall | 9 | 37 | Ability to recall details of story after a delay of 10-15 minutes. |
| Figure Recall | 16 | 98 | Ability to redraw geometric figure after a delay of 10-15 minutes |
| Delayed Memory Index | 110* | 75 | Overall memory for information (verbal and visual) that was previously learned, tested after 10-15 minute delay. |

*Based on uneven performance, interpret with caution

## EDUCATIONAL/ACADEMIC ACHIEVEMENT:

Mr. Wright was administered a set of tests from the Wechsler Individual Achievement Test- Fourth Edition (WIAT-4), which measure various aspects of scholastic achievement. The WIAT-4 is a standardized, individually administered and nationally normed clinical instrument designed to measure the achievement of students from pre-kindergarten through adulthood. The WIAT-4 consists of subtests used to evaluate listening, speaking, reading, writing, and mathematics skills. Age-based norms were used for scoring to ensure that comparisons to peers were relevant. Standard scores on this diagnostic battery have a mean of 100 and a standard deviation of 15.

### Oral Language

Overall, Mr. Wright's performance in the area of receptive (listening) and expressive (speaking) language skills were average compared with same age peers.

| Subtest/Index | Standard Score | Percentile | What it measures |
|---|---|---|---|
| Receptive Vocabulary | 100 | 50 | Pick out one of four pictures that matches a given vocabulary word. |
| Oral Discourse Comprehension | 97 | 42 | Listen to an audio recording of one or more sentences, remember details, and make inferences. |
| Listening Comprehension | 98 | 45 | Composite subtest of two tasks above. |
| Expressive Vocabulary | 104 | 61 | Look at pictures, listen to an oral definition, and name each concept/word presented. |
| Oral Word Fluency | 107 | 68 | Rapidly name things belonging to a given category within a time limit. |
| Sentence Repetition | 105 | 63 | Listen to sentences of increasing length and repeat verbatim. |
| Oral Expression | 106 | 66 | Composite subtest of three tasks above. |
| Oral Language Composite | 102 | 55 | Overall performance in the area of receptive (listening) and expressive (speaking) language skills. |

### Reading

Mr. Wright's achievement in the area of reading was assessed both silently and orally and with single words and words in context (sentences and paragraphs), as well as with measures of phonological

Name: WRIGHT, JASON                                                                                       Page 8

processing skills which have been shown to be important for reading achievement. His reading skills were quite variable.

| Subtest/Index | Standard Score | Percentile | What it measures |
|---|---|---|---|
| Word Reading | 109 | 73 | Ability to read aloud single words of increasing difficulty. |
| Reading Comprehension | 110 | 75 | Silently read grade-appropriate passages and answer open-ended comprehension questions. |
| **Reading Composite** | **110** | **75** | **Core Composite Score, derived from Word Reading and Reading Comprehension** |
| Pseudoword Decoding | 98 | 45 | Ability to decode nonsense words. |
| Oral Reading Fluency | 92 | 30 | Read aloud passages under timed conditions and answer a comprehension question about each passage. |
| Oral Reading Accuracy | *Base rate<25% | | Number of errors made while reading aloud stories in Oral Reading Fluency task. *His rate was below average for his age.* |
| Oral Reading Rate | *Base rate <25% | | Rate of reading aloud on Oral Reading Fluency. *His rate was below average for his age.* |
| Orthographic Fluency | 111 | 77 | Measures sight vocabulary by quickly reading aloud irregular words during two timed trials. |
| Decoding Fluency | 107 | 68 | Measures fluency with phonic decoding by quickly reading aloud nonwords in two timed trials. |
| Decoding Composite | 103 | 58 | Supplemental composite: Measure of overall proficiency in reading aloud real words and nonwords. |
| Reading Fluency | 103 | 58 | Supplemental composite: Measure of overall ability to understand and fluently read written words and paragraphs under timed conditions. |

*Writing*

The Written Expression composite measured Mr. Wright's ability to spell, construct sentences, and write an essay. While his overall composite was average for his age, his performance on the various tasks was variable.

| Scale/Index | Standard Score | Percentile | What it measures |
|---|---|---|---|
| Sentence Combining | 119 | 90 | Required him to combine two sentences into one sentence that means the same thing. |
| Sentence Building | 100 | 50 | Required him to construct a sentence containing a target word. |
| Spelling | 108 | 70 | Written test of spelling from dictation |
| **Written Expression Composite** | **109** | **73** | **Overall measure of written expression skills, calculated from Spelling and Sentence Composition tasks (Combining and Building)** |

## TIMED READING

Mr. Wright was administered the Nelson-Denny Reading Test (NDRT), Form G, to obtain additional information about his reading abilities under timed conditions. Scores were calculated for the standard administration, as well as the Extended Time administration. The NDRT consists of two subtests, Vocabulary and Comprehension. The Vocabulary section contains 80 items, each with five answer choices, and has a standard time limit of 15 minutes. The Extended Time version of the NDRT allows 24 minutes for the Vocabulary subtest. The Comprehension section of the NDRT consists of seven reading passages and a total of 38 questions, with five answer choices each, and has a time limit of 20 minutes. The Extended Time version of the NDRT allows 32 minutes for the Comprehension section.

Mr. Wright completed all 80 vocabulary items (73 correct, 74th percentile) in the 15 minute time frame. On the Comprehension section, he attempted 24 items of 38 items (23 correct, **12th percentile**) in 20 minutes. With Extended Time, he was able to complete all 38 items (35 correct, 68th percentile) in 32 minutes, resulting in a significant improvement in his performance. This was more consistent with his performance on the *untimed* Reading Comprehension measure on the WIAT-4. Overall, the Total Reading score improved from the 38th percentile to the 75th percentile. The Comprehension subtest also provided a measure of Mr. Wright's **Reading Rate, which was significantly below average and fell at the 3rd percentile.**

Nelson-Denny Reading Test Score Summary

| Section | Regular time Standard Score | Regular time Percentile | Extended Time Standard Score | Extended Time Percentile |
|---|---|---|---|---|
| Vocabulary | 247 | 74 | (247) | (74) |
| Comprehension | 204 | 12 | 241 | 68 |
| Total | 227 | 38 | 247 | 75 |
| Reading Rate | 175 | 3 | n/a | n/a |

## VISUAL-MOTOR PROCESSING:

Mr. Wright was administered the Beery VMI, including its supplemental Visual Perception test to screen for visual processing issues that might impact his reading speed. The VMI assessed his ability to draw designs, based on visual models, starting with simple lines and building to complex shapes. This measure of how his visual perceptual and fine motor control systems coordinate with each other skills was in the **average** range and fell at the 58th percentile for his age. The Visual Perception test required him to point to matching shapes of increasing visual complexity. His performance was also in the **average** range and was stronger than 68% of people his age.

## EMOTIONAL/BEHAVIORAL FUNCTIONING:

*Symptom Checklist -90:*
In order to assess mood factors that may impact Mr. Wright's current level of functioning, he completed the Symptom Checklist 90, Revised (SCL-90-R). He endorse numerous mild symptoms of depression: hopelessness, loneliness, low self-esteem, mild sleep disturbance, and worthlessness. He also endorsed a number of symptoms suggestive of anxiety: worries, fears, avoidance, tension, and feeling self-conscious. In addition, his responses reveal difficulties feeling connected with others, possibly due to restrictions associated with COVID and the widespread racial unrest that is ongoing in the culture and highly relevant to his experience as a Black man.

Name: WRIGHT, JASON                                                                 Page 10

### CAARS:

Mr. Wright completed a standardized self-report questionnaire, the Conners' Adult ADHD Rating Scales-Self-Report: Long Version (CAARS-S:L) and his mother, Helen Wright, completed the CAARS Observer form. The CAARS addresses current concerns of Inattention/Memory Problems, Hyperactivity/Restlessness, Impulsivity/Emotional Lability, and Problems with Self-Concept. It also provides an overall ADHD Index of ADHD-related symptoms and several measures of symptoms as described in the DSM-5.

*Mr. Wright's Self-Report Results*

| CAARS Scale | T-Score | Interpretation | What it means |
|---|---|---|---|
| Inattention/Memory Problems | 66 | Moderately atypical | Difficulties include trouble concentrating, planning or completing tasks, forgetfulness, absent-mindedness. |
| Hyperactivity/Restlessness | 59 | Slightly atypical | Mild trouble with working at the same task for long periods of time, feeling more restless than others, fidgeting. |
| Impulsivity/Emotional Lability | 61 | Mildly atypical | Difficulties include engaging in more impulsive acts than others, low frustration tolerance, quick mood changes, feeling easily angered/irritated. |
| Problems with Self-Concept | 70 | Moderately atypical | Difficulties with poor social relationships, low self-esteem and self-confidence. |
| DSM-5: Inattentive Symptoms | 69 | Moderately atypical | Many symptoms consistent with the diagnostic criteria for ADHD Inattentive Presentation in the DSM-5 |
| DSM-5: Hyperactive-Impulsive Symptoms | 55 | Average | Did not endorse symptoms consistent with ADHD Hyperactive-Impulsive Presentation in DSM-5 |
| DSM-5: ADHD Symptoms Total | 63 | Mildly atypical | Symptoms consistent with overall diagnostic criteria for ADHD in the DSM-5 |
| ADHD Index | 64 | Mildly atypical | Identifies individuals at-risk for ADHD |

*Helen Wright's Observer results*

| CAARS Scale | T-Score | Interpretation | What it means |
|---|---|---|---|
| Inattention/Memory Problems | 42 | Average | Does not observe significant difficulties with attention, focus, or organization |
| Hyperactivity/Restlessness | 40 | Average | No trouble working at the same task for long periods of time, restlessness, fidgeting. |
| Impulsivity/Emotional Lability | 50 | Average | Does not observe difficulties with impulsivity or frequent mood changes |
| Problems with Self-Concept | 64 | Mildly atypical | Difficulties with poor social relationships, low self-esteem and self-confidence. |
| DSM-5: Inattentive Symptoms | 41 | Average | Does not endorse symptoms consistent with the diagnostic criteria for ADHD Inattentive Presentation in the DSM-5 |
| DSM-5: Hyperactive-Impulsive Symptoms | 42 | Average | Symptoms consistent with ADHD Hyperactive-Impulsive Presentation in DSM-5 were not endorsed |
| DSM-5: ADHD Symptoms Total | 41 | Average | Symptoms not consistent with overall diagnostic criteria for ADHD in the DSM-5 |
| ADHD Index | 46 | Average | Identifies individuals at-risk for ADHD |

Name: WRIGHT, JASON                                                                                          Page 11

### BRIEF-A:

The Behavior Rating Inventory of Executive Function, Adult Version (BRIEF-A) is a standardized questionnaire completed by adults and observers. It provides ratings of executive functions that are good predictors of an individual's functioning in many domains, including the work, social, behavioral, and emotional domains. Self-Report and Observer ratings on the BRIEF-A were obtained from Mr. Wright and his mother, Helen Wright. The results are summarized in the table below. Note that T-Scores of 65 (94th percentile) and higher are indicative of significant difficulties in that area. The higher the elevation, the more difficulties reported.

*Mr. Wright's Self-Report Ratings*

| Scale | T-Score | Percentile | Range | What it measures |
|---|---|---|---|---|
| Inhibit | 59 | 94 | Elevated | Ability to inhibit or resist an impulse; and the ability to stop one's own behavior at an appropriate time. |
| Shift | 66 | 98 | Moderately Elevated | Ability to tolerate change, problem solve flexibly, change focus between topics. |
| Emotional Control | 66 | 96 | Moderately Elevated | Ability to regulate/manage one's own emotional responses. |
| Self-Monitor | 55 | 80 | High Average | Ability to keep track of his own behavior and the effect he has on others. |
| Behavior Regulation Index | 65 | 95 | Elevated | Overall ability to maintain appropriate control of his behavior and emotional responses. |
| Initiate | 66 | 95 | Elevated | Ability to get started on tasks, to independently come up with ideas, responses, or problem-solving strategies. |
| Working Memory | 65 | 96 | Moderately Elevated | Ability to actively hold information in mind in order to complete a task or come up with a response. |
| Plan/Organize | 59 | 86 | Above Average | Ability to manage current and future-oriented task demands within a situation. |
| Task Monitor | 57 | 86 | Above Average | Ability to keep track of his own problem-solving success or failure. |
| Organization of Materials | 68 | 96 | Moderately Elevated | Ability to maintain order in everyday environment – work, living, and storage spaces (desks, closets, etc.). |
| Metacognition Index (MI) | 65 | 95 | Elevated | Overall ability to systematically solve problems through planning and organization in a variety of contexts. |
| **Global Executive Composite (GEC)** | 66 | 96 | Moderately Elevated | Overarching summary of Mr. Wright's executive functioning. |

*Helen Wright's Observer Ratings of Mr. Wright*

| Scale/Index | T-Score | Percentile | Range | What it measures |
|---|---|---|---|---|
| Inhibit | 43 | 44 | Average | Ability to inhibit or resist an impulse; and the ability to stop one's own behavior at an appropriate time. |
| Shift | 55 | 79 | Above Average | Ability to tolerate change, problem solve flexibly, change focus between topics. |
| Emotional Control | 57 | 82 | Above Average | Ability to regulate/manage one's own emotional responses. |
| Self-Monitor | 47 | 55 | Average | Ability to keep track of his own behavior and the effect he has on others. |
| Behavioral Regulation Index (BRI) | 52 | 68 | Average | Overall ability to maintain appropriate control of his behavior and emotional responses. |

Name: WRIGHT, JASON                                                                                       Page 12

| | | | | |
|---|---|---|---|---|
| Initiate | 56 | 80 | Above Average | Ability to get started on tasks, to independently come up with ideas, responses, or problem-solving strategies. |
| Working Memory | 48 | 64 | Average | Ability to actively hold information in mind in order to complete a task or come up with a response. |
| Plan/Organize | 53 | 73 | High Average | Ability to manage current and future-oriented task demands within a situation. |
| Task Monitor | 41 | 31 | Average | Ability to keep track of his own problem-solving success or failure. |
| Organization of Materials | 54 | 74 | High Average | Ability to maintain orderliness in everyday environment – work, living, and storage spaces (desks, closets, etc.). |
| Metacognition Index (MI) | 51 | 69 | Average | Overall ability to systematically solve problems through planning and organization in a variety of contexts. |
| **Global Executive Composite (GEC)** | 52 | 67 | Average | Overall measure of executive function skills, incorporating information from all subscales of the BRIEF-A. |

*IVA-2:*

The IVA-2 CPT (Integrated Visual & Auditory 2 Continuous Performance Test) is a test of attention and impulsivity that measures responses to 500 intermixed auditory and visual stimuli spaced 1.5 seconds apart. The task is to click the mouse to the target stimuli which is either an auditory or visual "1" and to refrain from clicking when the foil stimulus (i.e., an auditory or visual "2") is presented. Percentile ranks for the standard scores are reported here. The main test lasts about twelve minutes. It is important to note that Mr. Wright took his prescribed stimulant medication (D-Amphetamine Salt) in the morning on the day of testing, which is likely to have had a beneficial impact on attention, focus, and impulsivity. The IVA-2 has integrated measures of Malingering, to evaluate the validity of an individual's response patterns on the test. These measures revealed a valid profile with **no indications** that he attempted to feign impairment of attention or response control (impulsivity). Taken together, Mr. Wright's overall performance on the IVA-2 revealed that attention, focus, and impulsivity are generally well-managed when he is taking prescribed medication for ADHD. However, he is susceptible to auditory distraction under certain conditions. The details of these results are summarized below.

The Full Scale Response Control Quotient is a global measure of Mr. Wright's overall ability to regulate his responses and respond appropriately. Factors that load on this scale include the ability to inhibit responses to non-targets, the consistency of recognition reaction times, and his ability to maintain his mental processing speed during the IVA-2 test. The **Full Scale Response Control** scale fell in the above average range. He performed better on tasks requiring Auditory Response Control (86th percentile) than he did on tasks requiring Visual Response Control (54th percentile).

The Full Scale Attention Quotient is a measure of Mr. Wright's overall ability to quickly and accurately respond while maintaining focus. His score was above average, at the 82nd percentile. His **Auditory Attention** scale fell in the average range (62nd percentile). However, within this area of performance, Mr. Wright had significant difficulties with Auditory Vigilance (4th percentile) and Auditory Elasticity (1st percentile), revealing that during some portions of the test (especially high demand sections) he failed to maintain attention to auditory stimuli. His **Visual Attention** scale was above average (90th percentile).

The Combined Sustained Attention quotient scale score provides a global measure of Mr. Wright's ability to accurately and quickly respond in a reliable manner to stimuli under low demand conditions and to sustain attention and be flexible when things change under high demand conditions. His **Combined Sustained Attention** scale was at the 69th percentile and fell in the average range.

Name: WRIGHT, JASON                                                                                         Page 13

## SUMMARY AND IMPRESSIONS:

Mr. Wright is a 43-year-old, right-handed, Biracial male who was self-referred for an updated evaluation. A neuropsychological assessment was conducted, including a clinical interview, review of academic records, cognitive/IQ testing with the WAIS-IV, neurocognitive screening measures, and various measures of overall psychological, social, and behavioral functioning.

### *Strengths:*
Throughout his time in medical school and during his medical residency training, Mr. Wright consistently demonstrated a strong performance in the classroom and in his practical experiences in medical settings. He graduated medical school with a 3.3 grade point average and his final evaluation indicated that his performance was "outstanding" in clinical rotations and his supervisors observed significant strengths in his overall abilities and anticipated that he would become a "highly qualified physician." Similarly, he completed his medical internship in "good standing." Finally, despite being released from his residency program at Wayne State (solely due to his inability to pass the USMLE Step 3), his final evaluation from that program revealed that he "Met Expectations" in Patient Care, Medical Knowledge, Practice-Based Learning and Improvement, Interpersonal Communication Skills, Professionalism, and Systems-Based Practice.

The results of the current evaluation reveal that Mr. Wright has significant cognitive strengths that have enabled him to generally do well in academic endeavors, despite a long history of struggling to perform up to his aptitude on standardized, timed tests. On the WAIS-IV, his performance on verbal reasoning subtests ranged from the 75th to the 91st percentile, resulting in a Verbal Comprehension Index that was above average at the 88th percentile (VCI=118). (Note: *None of the subtests within the VCI are timed*) Similarly, his performance on visual spatial and nonverbal reasoning tasks was at the 87th percentile on the WAIS-IV Perceptual Reasoning Index (PRI=117). However, he was able to reach the correct answer on several challenging items on one visual spatial subtest after the standard time limit elapsed and so could not receive credit for those answers, which indicates that his formal scores are an ***underestimate*** of his true reasoning abilities.

### *Challenges:*

The results of the current evaluation revealed the following key findings regarding Mr. Wright's performance:

- His Reading Rate, as measured by the Nelson Denny Reading Test was at the **3rd percentile** compared to his peers. This certainly would have caused Mr. Wright to lose valuable time when reading the complex text required on the USMLE Step 3.
- There was an obvious difference in his performance on untimed reading tasks on the WIAT-4 and timed reading tasks on the WIAT-4 and NDRT, particularly when the reading involved longer passages to answer comprehension questions. Specifically:
    - His performance on the timed WIAT-4 Oral Reading Fluency task was at the 30th percentile, and substantially weaker than his untimed Reading Comprehension performance (75th percentile).
    - On the Nelson-Denny Reading Test, his Reading Comprehension was **below average** and fell at the 12th percentile when the test was administered with the standard time limit. His performance rose to the average range at the 68th percentile under the Extended Time condition.

Name: WRIGHT, JASON                                                            Page 14

- On the WIAT-4 his reading scores were well below what would be expected of someone with superior verbal reasoning skills. His reading accuracy was only at the 25th percentile, indicating he made several mistakes while reading passages. Such mistakes likely lead to decreased efficiency during test taking and possibly a tendency to misunderstand what is being asked of him.
- Mr. Wright continues to experience significant symptoms of ADHD, particularly inattention and executive function weaknesses including trouble with task initiation, shifting from one idea or activity to another, and organizational skills.
- On a computerized continuous performance task, there was evidence of notable distractibility during auditory attention tasks, despite him having taken the test after taking prescription stimulant medication used to treat ADHD symptoms. This indicates that he is still susceptible to moments of severe distractibility, even while being treated for ADHD.

It is essential that Mr. Wright's performance is evaluated within the context of his advanced intellectual/reasoning abilities. His patterns of performance are consistent with those of individuals who are Twice-Exceptional (2e) – with gifted intellectual abilities in addition to underlying learning differences. These 2e individuals can often use strong reasoning skills to compensate (at least partially) for symptoms of learning differences and ADHD, especially in primary and secondary school (Webb et al., 2016). It is not uncommon for 2e individuals to perform well, or at least "average" in school and on exams in comparison to their peers, and for their learning differences AND their gifted abilities to be "masked." Yet this often comes at a high cost to the individual, both emotionally and cognitively, as 2e individuals generally have to expend substantial effort, often significantly more time than their "intellectual peers," in order to achieve academic "success," which is often lower than their aptitude.

Individuals with learning disabilities, and especially those who also have advanced intellectual abilities like Mr. Wright, are often caught in a bind. If they do "well" (i.e., performance in the average range, or above, compared with peers) then they are not seen as having a learning difference, and if they fail at some other task then they are simply seen as not having put forth enough effort. Unfortunately, many professionals – both in the field of education and in the field of psychology – do not receive training regarding the unique characteristics of gifted and twice-exceptional individuals, thus these unique learners are often missed entirely throughout their academic careers and their lives. This explains why Mr. Wright has not previously received accommodations. Throughout his life, he acknowledges that parents and teachers, and he himself, did not recognize the need for assistance, and he continued to fall through the cracks, because of a belief that he simply needed to "try harder." Yet, he has consistently shown and incredible amount of determination to persist in pursuing his goal of becoming a medical doctor.

In Mr. Wright's case, at each step along the path of his academic career, his primary barriers to success have been due to his challenges in completing timed "high stakes" tests, on which his performance has not been reflective of his intellectual or academic abilities. In high school, he took the ACT and SAT several times in an effort to improve his scores so that he might have opportunities to attend colleges requiring stronger than "average" standardized test scores, but only had limited success in doing so. An examination of his test results where item level performance was provided (i.e., SAT reports) is consistent with his reports that he consistently ran out of time on these tests, which undoubtedly negatively impacted his scores. In addition, he often took tests more than once to improve scores that were not sufficient to help him achieve goals of attending certain colleges. For example, he took the ACT twice and the SAT four times. In order to get admitted to Medical School, he had to take the MCAT twice, as he did not pass the first time he took it. He acknowledges that his MCAT score was not high enough to attend most "traditional" medical schools in the U.S., which led him to pursue admission at Ross University, which embraces diverse learners.

Name: WRIGHT, JASON                                                                                             Page 15

The United States Department of Education's Office of Special Education and Rehabilitative Services has provided specific clarification to educators regarding eligibility determinations for special education and related services (including accommodations) for 2e students. See the Office of Special Education Programs (OSEP) Memorandum dated April 17, 2015 and the associated *Letter to Delisle* (dated December 20, 2013). The OSEP memorandum provides important clarification that should be used in the determination of eligibility for Section 504 services for primary, secondary, and college students. Specifically, the OSEP makes it clear that students like Mr. Wright should not be denied accommodations (i.e. "related services") solely because they are performing adequately, which is in essence the National Board of Medical Examiner reviewer's stated position (that Mr. Wright does not qualify for accommodations).

Further, the Americans with Disabilities Act (ADA) and the more recent ADA Amendments Act of 2008 (ADAAA) offer clarifications and provisions that extend those types of accommodations to adults in the workplace and on professional examinations, such as the USMLE. The ADA and ADAAA define a "disability" as a physical or mental impairment that substantially limits one or more major life activities. Specifically: "Major life activities include, but are not limited to, … learning reading, concentrating, thinking, communicating, and working." (ADAAA, 2008). It is important to note that, under the ADA, determining whether a disability "substantially limits" a major life activity is not to be based on the outcomes a person is able to achieve. Rather, the focus must be on how the life activity itself is impact. If additional and excessive time and energy must be put forth by the individual to achieve "success," then this meets the definition of a "substantially limited" life activity.

### DSM-5 (ICD-10) DIAGNOSES:

315.00 (F81.0)   Specific Learning Disorder, with Impairment in Reading (deficits in reading fluency, and reading comprehension – Reading rate at 3rd percentile, Reading Comprehension at 12th percentile on timed tasks)

314.00 (F90.0)   Attention Deficit/Hyperactivity Disorder, Inattentive Type, Mild

311 (F32.8)      Other Specified Depressive Disorder

### RECOMMENDATIONS:

*Testing Accommodations:* In accordance with the provisions of the Americans with Disabilities Act (ADA), Mr. Wright should be offered the following accommodations on the USMLE Step 3:

1. Extended Time – It is recommended that Mr. Wright be allowed **Time and a Half** on all portions of testing in order to produce a performance on testing that is commensurate with his cognitive and academic abilities, and his practical skills in medical care. An evaluation of his performance on timed versus untimed reading comprehension tasks (summarized above) revealed that he has a reading rate that is substantially below average and that his reading comprehension is consistently compromised under timed conditions.
2. Separate Quiet Environment – Mr. Wright's ADHD, despite treatment with stimulant medication, leaves him susceptible to being distracted by environmental cues and will do best if allowed to take tests in a separate, quiet environment free from typical distractions of the standard classroom or testing setting.
3. Additional, Stop-the-Clock or Extended Breaks – The extra time and effort needed to complete reading tasks can be quite draining and cause fatigue that may further negatively impact Mr.

Name: WRIGHT, JASON                                                                                  Page 16

Wright's performance. He would benefit from being allowed to take extra, stop-the-clock, or extended breaks during testing.

### Key References:

Americans with Disabilities Act (1990) and the ADA Amendments Act (2008)

Pallanti, S., & Salerno, L. (2020). *The burden of adult ADHD in comorbid psychiatric and neurological disorders*. Springer Nature.

Webb, J. T., Amend, E. R., Beljan, P., Webb, N. E., Kuzujanakis, M., Olenchak, F. R., & Goerss, J. (2016). *Misdiagnosis and dual diagnoses of gifted children and adults: ADHD, bipolar, OCD, Asperger's, depression, and other disorders* (2nd ed.). Great Potential Press.

United States Department of Education, Office of Special Education Programs (OSEP) Policy Letter, *Letter to Delisle*, December 20, 2013

Baum, S., Schader, R., and Owen, S. (2017) *To Be Gifted and Learning Disabled: Strength-Based Strategies for Helping Twice-Exceptional Students with LD, ADHD, ASD, and More*. Prufrock Press, Inc.

Krochak, L. and Ryan, T. (2007) The Challenge of Identifying Gifted/Learning Disabled Students; *International Journal of Special Education*, 22(3), 44-54.

Thank you for the opportunity to assess Mr. Wright. Please do not hesitate to contact me at 720-377-3250 or terri@peakgifted2e.com should you have any questions or concerns regarding the results described in this report.

*[signature]*

Terri Lucero, Ph.D., Neuropsychologist
Colorado Licensed Clinical Psychologist #2402
January 3, 2021