# EXHIBIT 17

# UNIVERSITY of DENVER

CAMPUS LIFE & INCLUSIVE EXCELLENCE
Disability Services Program

## Eligibility Notification
*Private Information*

Date: September 3, 2019
RE: Wright, Jason . 873519661

Jason,

Welcome to Disability Services Program (DSP)! You have been approved for the following accommodations:

**Extended time testing: (50% more)**
Communicate with your instructors on how the on-line exams will be administered with your additional time. We strongly recommend that you keep records (emails) of your agreements.

**Alternate Format Text (AFT)** - conversion of textbooks to an alternate format (e.g. audio files)
Please contact the Assistive Technology Specialist at DSP@du.edu or 303.871.3241 if you have additional questions regarding this accommodation (after you review directions on the DSP website - below). Students should request materials and provide proof of purchase 2-3 weeks in advance. See our website for more information. http://www.du.edu/studentlife/disability-services/books.html

Your **2019-2020 Letter of Approved Accommodations (LOAA)** that describes your academic accommodation(s) is ready for you to electronically deliver to your instructors through DSP's ClockWork system. Click this ClockWork Tutorial link to view the video on how to send your LOAA to your instructors.

You should send our LOAA to your instructors as soon as possible, before you need the accommodation, so your instructors understand your classroom and testing accommodations.

Be aware that instructors are not required to allow your accommodations to be used retroactively. Complete this process each quarter that you would like to use your approved accommodations while enrolled at DU.

Delivering LOAA's in other ways should only be done as a supplement to electronic delivery through ClockWork and/or as a means of initiating a discussion with your instructor about your accommodations. This process also provides DSP with confirmation of LOAA delivery and instructor receipt.

Please feel free to contact me if you have any questions or concerns, difficulties with the implementation of your accommodations, or if your existing accommodations are not meeting your disability related needs. You can easily schedule an appointment via our website and the ClockWork - Student Log-In.

Sincerely,

*Michele*

Michele McCandless, MSW
Accommodations Specialist
Disability Services Program • University of Denver
303-871-3241• 303-871-2278 • FAX 303-871-2248
www.du.edu/dsp  • DSP@du.edu • Michele.McCandless@du.edu

1999 E. Evans Ave. 4th floor • Denver, CO 80208