# EXHIBIT 18



**SAT Program**
**The College Board**

# STUDENT SCORE REPORT
REPORT DATE: 4/30/94

## Your Scores

Test Date: **MARCH 1994**

| SAT I: Reasoning Test | Score | Score Range | Percentiles College-bound Seniors | |
|---|---|---|---|---|
| | | | National | State |
| Verbal | 370 | 340-400 | 32 | 19 |
| Mathematical | 450 | 420-480 | 41 | 30 |

See reverse side for information about these scores.

JASON M. WRIGHT
2515 ALBION STREET
DENVER          CO 80207

**WHAT DOES YOUR SCORE RANGE MEAN?**
No single numerical score can exactly represent your reasoning skills. If you had taken different editions of the test within a short period of time, your performance would probably vary somewhat on the 200 to 800 scale.

**HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?**
Percentiles indicate what percentage of test takers earned a score lower than yours. The national percentile for your verbal score of 370 is 32, indicating you did better than 32 % of the national group of college-bound seniors. The national percentile for your math score of 450 is 41, indicating you did better than 41 % of the national group of college-bound seniors.

**DID YOU DO BETTER IN VERBAL OR MATH?**
To make a comparison, you need to refer to percentiles rather than scores. Even though your math score is higher than your verbal score, your national percentiles indicate that you performed similarly on the math test and the verbal test.

**WHAT'S THE AVERAGE VERBAL OR MATH SCORE?**
Many people think it's 500. NOT true! For college-bound seniors in the class of '93, the average verbal score was 424 and the average math score was 478.

**WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?**
If you take the test again, especially if you study between now and then, your scores may go up.

Among students with verbal scores of 370, 61% score higher on a second testing, 29% score lower, and 10% receive the same score. On average, a person with a verbal score of 370 gains 19 point(s) on a second testing.

Among students with math scores of 450, 63% score higher on a second testing, 30% score lower, and 6% receive the same score. On average, a person with a math score of 450 gains 22 point(s) on a second testing.

## HOW DID YOU DO ON EACH TYPE OF QUESTION?

| | Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|---|
| VERBAL | Critical Reading | 17 | 19 | 4 | 40 | 12 | 25 |
| VERBAL | Analogies | 10 | 9 | 0 | 19 | 8 | 45 |
| VERBAL | Sentence Completion | 10 | 9 | 0 | 19 | 8 | 35 |
| MATH | Arithmetic and Algebraic Reasoning | 24 | 16 | 2 | 42 | 21 | 55 |
| MATH | Geometric Reasoning | 7 | 9 | 2 | 18 | 5 | 25 |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code QA). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | | | SAT II: Subject Tests | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | Grade Level | Verbal | Math | Verbal Subscores* Reading | Verbal Subscores* Vocabulary | TSWE | Test Date | Grade Level | Test 1 | Score | Writing Subscores* Multiple Choice | Writing Subscores* Writing Sample | Listening Subscores* Reading | Listening Subscores* Listening | Usage | Test 2 | Score | Test 3 | Score |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | |

*Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To send more score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| M | REDACTED | REDACTED | 6669065 | 06200 | EAST HIGH SCHOOL  060400 |

## Personal and College Profiles

| | | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult *The College Handbook 1994* for additional information.) | | | |
|---|---|---|---|---|---|---|
| | | JASON M. WRIGHT | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. |
| INSTITUTIONAL CHARACTERISTICS | Type of School | 4-yr College<br>Public<br>Coed | | | | |
| | Size of School | 10,000 to 20,000 Students | | | | |
| | Setting | Large city<br>Close to home | | | | |
| | Diversity of Freshman Class | CO resident<br>US Citizen<br>Black<br>On campus housing | | | | |
| | Major | Premedical - Medical | | | | |
| HIGH SCHOOL PREPARATION | Grade Point Average | B- | | | | |
| | High School Courses | 14 | | | | |
| | English<br>Foreign Lang.<br>Math<br>Natural Science<br>Social Science<br>Arts/Music<br>Additional Courses | 3 English<br>2 Foreign Lang.<br>3 Math<br>3 Natural Sci.<br>3 Social Science | | | | |
| FRESHMAN ADMISSION | Admission Criteria | | | | | |
| | Test Use/Report Deadline | | | | | |
| | Scores of Mid 50% Enrolled Freshmen | | | | | |
| | Admission Rate | | | | | |
| COSTS/FINANCIAL AID | Application Deadline | | | | | |
| | 1993-94 Annual Expenses | | | | | |
| | Financial Aid | | | | | |
| | Financial Aid Deadline | | | | | |

Here is information you provided:
First Language: English only
Telephone: 303-322-4053
Religion: No preference or affiliation
Student Search Service: YES

Side label: LAST NAME WRIGHT | FIRST NAME JASON | MI M | SEX M | BIRTH DATE [REDACTED] | SOCIAL SECURITY NUMBER [REDACTED]
11290-03870 · FB16M1500 · 325429



**SAT® Program**
**The College Board**

**STUDENT SCORE REPORT**
REPORT DATE: 6/25/94

## Your Scores

Test Date: **JUNE 1994**

| SAT I: Reasoning Test | Score | Score Range | Percentiles College-bound Seniors | |
|---|---|---|---|---|
| | | | National | State |
| Verbal | 380 | 350-410 | 35 | 23 |
| Mathematical | 490 | 460-520 | 53 | 42 |

See reverse side for information about these scores.

JASON M. WRIGHT
2515 ALBION STREET
DENVER          CO  80207

### WHAT DOES YOUR SCORE RANGE MEAN?
No single numerical score can exactly represent your reasoning skills. If you had taken different editions of the test within a short period of time, your performance would probably vary somewhat on the 200 to 800 scale.

### HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?
Percentiles indicate what percentage of test takers earned a score lower than yours. The national percentile for your verbal score of 380 is 35, indicating you did better than 35 % of the national group of college-bound seniors. The national percentile for your math score of 490 is 53, indicating you did better than 53 % of the national group of college-bound seniors.

### DID YOU DO BETTER IN VERBAL OR MATH?
To make a comparison, you need to refer to percentiles rather than scores. Even though your math score is higher than your verbal score, your national percentiles indicate that you performed similarly on the math test and the verbal test.

### WHAT'S THE AVERAGE VERBAL OR MATH SCORE?
Many people think it's 500. NOT true! For college-bound seniors in the class of '93, the average verbal score was 424 and the average math score was 478.

### WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?
If you take the test again, especially if you study between now and then, your scores may go up.

Among students with verbal scores of 380, 63% score higher on a second testing, 30% score lower, and 8% receive the same score. On average, a person with a verbal score of 380 gains 20 point(s) on a second testing.

Among students with math scores of 490, 59% score higher on a second testing, 34% score lower, and 7% receive the same score. On average, a person with a math score of 490 gains 15 point(s) on a second testing.

### HOW DID YOU DO ON EACH TYPE OF QUESTION?

| | Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|---|
| VERBAL | Critical Reading | 14 | 8 | 18 | 40 | 12 | 25 |
| | Analogies | 10 | 1 | 8 | 19 | 10 | 65 |
| | Sentence Completion | 8 | 5 | 6 | 19 | 7 | 35 |
| MATH | Arithmetic and Algebraic Reasoning | 24 | 9 | 11 | 44 | 22 | 45 |
| | Geometric Reasoning | 8 | 1 | 7 | 16 | 8 | 55 |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code QG). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | | | SAT II: Subject Tests | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Verbal Subscores* | | | | | Writing Subscores[1] | | Listening Subscores[1] | | | |
| Test Date | Grade Level | Verbal | Math | Reading | Vocabulary | TSWE | Test Date | Grade Level | Test 1 | Score | Multiple Choice | Writing Sample | Reading | Listening | Usage | Test 2 | Score | Test 3 | Score |
| Jun 94 | 11 | 380 | 490 | | | | | | | | | | | | | | | | |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | | | | | |

*Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To send more score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| M | REDACTED | REDACTED | 9286146 | 06200 | EAST HIGH SCHOOL          060400 |

11016-06103/SATSR 931210

## Personal and College Profiles

| | | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult The College Handbook 1994 for additional information.) | | | |
|---|---|---|---|---|---|---|
| | | JASON M. WRIGHT | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. |
| INSTITUTIONAL CHARACTERISTICS | Type of School | 4-yr College<br>Public<br>Coed | | | | |
| | Size of School | 10,000 to 20,000 Students | | | | |
| | Setting | Large city<br>Close to home | | | | |
| | Diversity of Freshman Class | CO resident<br>US Citizen<br>Black<br>On campus housing | | | | |
| | Major | Premedical - Medical | | | | |
| HIGH SCHOOL PREPARATION | Grade Point Average | B- | | | | |
| | High School Courses | 14 | | | | |
| | English<br>Foreign Lang.<br>Math<br>Natural Science<br>Social Science<br>Arts/Music<br>Additional Courses | 3 English<br>2 Foreign Lang.<br>3 Math<br>3 Natural Sci.<br>3 Social Science | | | | |
| FRESHMAN ADMISSION | Admission Criteria | | | | | |
| | Test Use/Report Deadline | | | | | |
| | Scores of Mid 50% Enrolled Freshmen | | | | | |
| | Admission Rate | | | | | |
| | Application Deadline | | | | | |
| COSTS/FINANCIAL AID | 1993-94 Annual Expenses | | | | | |
| | Financial Aid | | | | | |
| | Financial Aid Deadline | | | | | |

LAST NAME: WRIGHT
FIRST NAME: JASON
MI: M
SEX: M
BIRTH DATE: REDACTED
SOCIAL SECURITY NUMBER: [redacted]

Here is information you provided:
First Language: English only
Telephone: 303-322-4053
Religion: No preference or affiliation
Student Search Service: YES



**SAT® Program**
**The College Board**

# STUDENT SCORE REPORT
REPORT DATE: 11/24/94

## Your Scores

Test Date: NOVEMBER 1994

| SAT I: Reasoning Test | Score | Score Range | Percentiles College-bound Seniors | |
|---|---|---|---|---|
| | | | National | State |
| Verbal | 350 | 320-380 | 25 | 14 |
| Mathematical | 510 | 480-540 | 59 | 49 |

See reverse side for information about these scores.

JASON M. WRIGHT
2515 ALBION STREET
DENVER            CO 80207

**WHAT DOES YOUR SCORE RANGE MEAN?**
No single numerical score can exactly represent your reasoning skills. If you had taken different editions of the test within a short period of time, your performance would probably vary somewhat on the 200 to 800 scale.

**HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?**
Percentiles indicate what percentage of test takers earned a score lower than yours. The national percentile for your verbal score of 350 is 25, indicating you did better than 25 % of the national group of college-bound seniors. The national percentile for your math score of 510 is 59, indicating you did better than 59 % of the national group of college-bound seniors.

**DID YOU DO BETTER IN VERBAL OR MATH?**
To make a comparison, you need to refer to percentiles rather than scores. Your national percentiles indicate that you performed better on the math test than on the verbal test.

**WHAT'S THE AVERAGE VERBAL OR MATH SCORE?**
Many people think it's 500. NOT true! For college-bound seniors in the class of '94, the average verbal score was 424 and the average math score was 478.

**WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?**
If you take the test again, especially if you study between now and then, your scores may go up.
Among students with verbal scores of 350, 65% score higher on a second testing, 26% score lower, and 9% receive the same score. On average, a person with a verbal score of 350 gains 23 point(s) on a second testing.
Among students with math scores of 510, 52% score higher on a second testing, 39% score lower, and 9% receive the same score. On average, a person with a math score of 510 gains 11 point(s) on a second testing.

## HOW DID YOU DO ON EACH TYPE OF QUESTION?

| | Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|---|
| VERBAL | Critical Reading | 17 | 7 | 16 | 40 | 15 | 35 |
| VERBAL | Analogies | 6 | 7 | 6 | 19 | 4 | 15 |
| VERBAL | Sentence Completion | 6 | 8 | 5 | 19 | 4 | 15 |
| MATH | Arithmetic and Algebraic Reasoning | 23 | 9 | 10 | 42 | 22 | 55 |
| MATH | Geometric Reasoning | 12 | 4 | 2 | 18 | 11 | 55 |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code QI). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | Verbal Subscores¹ | | | | SAT II: Subject Tests | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | Grade Level | Verbal | Math | Reading | Vocabulary | TSWE | Test Date | Grade Level | Test 1 | Score | Writing Subscores¹ Multiple Choice | Writing Sample | Listening Subscores¹ Reading | Listening | Usage | Test 2 | Score | Test 3 | Score |
| Nov 94 | 12 | 350 | 510 | | | | | | | | | | | | | | | |
| Jun 94 | 11 | 380 | 490 | | | | | | | | | | | | | | | |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | | | | |

¹Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To send more score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code | |
|---|---|---|---|---|---|---|
| M | REDACTED | | 9078138 | 06200 | EAST HIGH SCHOOL | 060400 |

11916-08103/SATSR-931210

## Personal and College Profiles

| | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult The College Handbook 1994 for additional information.) | | | |
|---|---|---|---|---|---|
| | JASON M. WRIGHT | Northwestern U Evanston, IL Code 1565 | U Michigan Ann Arbor, MI Code 1839 | No college/scholarship was designated to receive a report. | No college/scholarship was designated to receive a report. |
| **INSTITUTIONAL CHARACTERISTICS** | | | | | |
| Type of School | 4-yr College Public Coed | 4-yr. private university | 4-yr. public university | | |
| Size of School | 10,000 to 20,000 Students | 7,495 undergraduates | 23,384 undergraduates | | |
| Setting | Large city Close to home | Suburban campus in small city | Suburban campus in small city | | |
| Diversity of Freshman Class | CO resident US Citizen Black On campus housing | 29% from IL 3% foreign 21% minority 74% live in college housing | 69% from MI 3% foreign 24% minority 31% live in college housing | | |
| Major | Premedical - Medical | Premedical - Medical | Premedical - Medical | | |
| **HIGH SCHOOL PREPARATION** | | | | | |
| Grade Point Average | B- | | 94% of freshmen had GPA of 3.0 or higher | | |
| High School Courses | 14 | (16) units | (20) units | | |
| English Foreign Lang. Math Natural Science Social Science Arts/Music Additional Courses | 3 English 2 Foreign Lang. 5 Math 3 Natural Sci. 3 Social Science | (4) English (2) Forgn. lang. (3) Math (3) Sciences (4) Social sci. Additional course requirements; check with college ( )=Recommended | (4) English (4) Forgn. lang. (4) Math (4) Sciences (4) Social sci. ( )=Recommended | | |
| **FRESHMAN ADMISSION** | | | | | |
| Admission Criteria | | School record, test scores, interview, activities, recommendations, essay | | | |
| Test Use/ Report Deadline | | SAT I accepted SAT I by 2/1 | SAT I accepted SAT I by 2/1 | | |
| Scores of Mid 50% Enrolled Freshmen | | SAT I Verbal 560 - 660 SAT I Math 640 - 740 | SAT I Verbal 490 - 600 SAT I Math 580 - 700 | | |
| Admission Rate | | 42% of applicants | 67% of applicants | | |
| Application Deadline | | 1/1 closing date | 2/1 closing date | | |
| **COSTS/FINANCIAL AID** | | | | | |
| 1993-94 Annual Expenses | | $25,793 | $11,753 (out-of-state and'l) | | |
| Financial Aid | | 49% of freshmen receive aid | 55% of freshmen receive aid | | |
| Financial Aid Deadline | | 2/15 closing date | 2/1 priority 9/30 closing date | | |

Here is information you provided:
First Language: English only
Telephone: 303-322-4053
Religion: No preference or affiliation
Student Search Service: YES

LAST NAME: WRIGHT
FIRST NAME: JASON
MI: M
SEX: M
BIRTH DATE: REDACTED
SOCIAL SECURITY NUMBER: 11080-39770 • MB8M1800 - 302003



**SAT® Program**
**The College Board**

**STUDENT SCORE REPORT**
REPORT DATE: 12/23/94

### Your Scores

Test Date: DECEMBER 1994

| SAT II: Subject Tests | Score | Score Range | Percentile |
|---|---|---|---|
| Math I | 490 | 460-520 | 24 |

See reverse side for information about these scores.

JASON M. WRIGHT
2515 ALBION STREET
DENVER             CO 80207

**WHAT DOES YOUR SCORE RANGE MEAN?**
No single numerical score can represent your knowledge of a particular subject. If you had taken different editions of the test within a short period of time, your performance would probably vary slightly on the 200 to 800 scale.

**HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?**
Percentiles indicate what percentage of test takers who chose to take this particular Subject Test earned a score lower than yours. Percentiles may not be reported if you took a new Subject Test because they are not yet available. Please see your guidance counselor for more interpretive information.

**WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?**
The Subject Tests measure your knowledge of a particular subject. If you continue to study the subject and take the test again, your score should reflect your increased knowledge. If you take the test again without any additional preparation, your score should vary, with some scores higher and some lower.

**WHAT'S THE AVERAGE SUBJECT TEST SCORE?**
Many people think it's 500. NOT true! The average score varies from test to test. Refer to the reverse side of this report to find the average score on the test you took.

### SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | | | | SAT II: Subject Tests | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Verbal Subscores* | | | | | | | | Writing Subscores* | Listening Subscores* | | | | |
| Test Date | Grade Level | Verbal | Math | Reading | Vocabulary | TSWE | Test Date | Grade Level | Test 1 | Score | Multiple Choice | Writing Sample | Reading | Listening | Usage | Test 2 | Score | Test 3 | Score |
| Nov 94 | 12 | 350 | 510 | | | | Dec 94 | 12 | Math I | 490 | | | | | | | | | |
| Jun 94 | 11 | 380 | 490 | | | | | | | | | | | | | | | | |
| Mar 94 | 11 | 370 | 450 | | | | | | | | | | | | | | | | |

*Not all tests have subscores

### ID Information

To take additional tests you can reregister by mail or by phone and use MasterCard or Visa. You will need the registration number below and the test date (see above). To send more score reports you will need the institutions' 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code | |
|---|---|---|---|---|---|---|
| M | REDACTED | | 9129930 | 06200 | EAST HIGH SCHOOL | 060400 |

## Personal and College Profiles

| | YOUR SDQ RESPONSES | CHARACTERISTICS OF COLLEGES THAT RECEIVED A SCORE REPORT (Information supplied by the Annual Survey of Colleges. Consult The College Handbook 1994 for additional information.) | | | |
|---|---|---|---|---|---|
| | JASON M. WRIGHT | U Colorado Boulder Boulder, CO Code 4841 | U Notre Dame Notre Dame, IN Code 1841 | Northwestern U Evanston, IL Code 1565 | U Michigan Ann Arbor, MI Code 1839 |
| **INSTITUTIONAL CHARACTERISTICS** | | | | | |
| Type of School | 4-yr College Public Coed | 4-yr. public university | 4-yr. private university | 4-yr. private university | 4-yr. public university |
| Size of School | 10,000 to 20,000 Students | 20,006 undergraduates | 7,600 undergraduates | 7,495 undergraduates | 23,384 undergraduates |
| Setting | Large city Close to home | Suburban campus in small city | Suburban campus in small city | Suburban campus in small city | Suburban campus in small city |
| Diversity of Freshman Class | CO resident US Citizen Black On campus housing | 67% from CO 1% foreign 14% minority 25% live in college housing | 9% from IN 2% foreign 14% minority 85% live in college housing | 29% from IL 3% foreign 21% minority 74% live in college housing | 69% from MI 3% foreign 24% minority 31% live in college housing |
| Major | Premedical - Medical | Not available | Premedical - Medical | Premedical - Medical | Premedical - Medical |
| **HIGH SCHOOL PREPARATION** | | | | | |
| Grade Point Average | B- | 80% of freshmen had GPA of 3.0 or higher | 98% of freshmen had GPA of 3.0 or higher | | 94% of freshmen had GPA of 3.0 or higher |
| High School Courses | 14 | 16 units | 16 (20) units | (16) units | (20) units |
| English Foreign Lang. Math Natural Science Social Science Arts/Music Additional Courses | 5 English 2 Foreign Lang. 3 Math 3 Natural Sci. 3 Social Science | 4 English 3 Forgn. lang. 3 Math 3 Sciences 3 Social sci. Additional course requirements; check with college ( )=Recommended | 4 English 2 (4) Forgn. lang. 3 (4) Math 2 (4) Sciences 2 (4) Social sci. Additional course requirements; check with college ( )=Recommended | (4) English (2) Forgn. lang. (3) Math (3) Sciences (4) Social sci. Additional course requirements; check with college ( )=Recommended | (4) English (4) Forgn. lang. (4) Math (4) Sciences (4) Social sci. ( )=Recommended |
| **FRESHMAN ADMISSION** | | | | | |
| Admission Criteria | | School record, test scores, activities, recommendations, essay | School record, test scores, activities, recommendations, essay | School record, test scores, interview, activities, recommendations, essay | |
| Test User Report Deadline | | SAT I accepted SAT I by 2/15 | SAT I accepted SAT I by 2/28 | SAT I accepted SAT I by 2/1 | SAT I accepted SAT I by 2/1 |
| Scores of Mid 50% Enrolled Freshmen | | SAT I Verbal 440 - 550 SAT I Math 510 - 640 | SAT I Verbal 540 - 640 SAT I Math 620 - 720 | SAT I Verbal 560 - 660 SAT I Math 640 - 740 | SAT I Verbal 490 - 600 SAT I Math 580 - 700 |
| Admission Rate | | 66% of applicants | 48% of applicants | 42% of applicants | 67% of applicants |
| Application Deadline | | 2/15 closing date | 12/1 priority 1/6 closing date | 1/1 closing date | 2/1 closing date |
| **COSTS/FINANCIAL AID** | | | | | |
| 1993-94 Annual Expenses | | $10,469 (out-of-state add'l) | $23,390 | $23,793 | $11,753 (out-of-state add'l) |
| Financial Aid | | 54% of freshmen receive aid | 74% of freshmen receive aid | 49% of freshmen receive aid | 35% of freshmen receive aid |
| Financial Aid Deadline | | 4/1 priority No closing date | 2/28 closing date | 2/15 closing date | 2/1 priority 9/30 closing date |

Here is information you provided:
First Language: English only
Telephone: 303-322-4053
Religion: No preference or affiliation
Student Search Service: YES

LAST NAME: WRIGHT
FIRST NAME: JASON
MI: M
SEX: M
BIRTH DATE: [REDACTED]
SOCIAL SECURITY NUMBER: [REDACTED]

**ACT**

## 1993-94 ACT ASSESSMENT STUDENT REPORT
(For more information, see *Using Your ACT Assessment Results*.)

WRIGHT JASON M
2515 ALBION ST
DENVER CO 80207



HSC 060-400
30600-000011527

**YOUR ACT TEST SCORES** Your 04/94 ACT scores, listed below, provide one way to estimate your level of educational development. The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date. For instance, your SCIENCE REASONING score (20) has a rank of 50. This means that 50% of the college-bound students scored at or below your SCIENCE REASONING score. The rank of your Composite (average) score indicates that your overall educational development is likely in the middle half of ACT-tested college-bound students. Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks. Check the bands for the four tests (English, Math, Reading, Science Reasoning). If bands for two tests do not overlap, your ranks probably differ. For three of the tests, additional scores (subscores) are provided. Check the subscore bands for English, then Math, then Reading. If the subscore bands for a test do not overlap, your ranks probably differ. Use the bands to identify knowledge and skill areas you may want to work on. The areas are described in *Using Your ACT Assessment Results*.

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) | RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORES |
|---|---|---|
| ENGLISH | 16 | ----25---- |
| Usage/Mechanics | 07 | --------23-------- |
| Rhetorical Skills | 08 | --------27-------- |
| MATHEMATICS | 19 | ----52---- |
| Pre-Algebra/Elem Alg | 08 | --------31-------- |
| Alg/Coord. Geometry | 10 | --------60-------- |
| Plane Geometry/Trig | 11 | --------70-------- |
| READING | 18 | ----34---- |
| Soc Studies/Sciences | 07 | --------19-------- |
| Arts/Literature | 11 | --------55-------- |
| SCIENCE REASONING | 20 | ----50---- |
| COMPOSITE (Average) | 18 | **35** |

If you feel your scores are low, don't be discouraged. Many students with similar scores succeed in the college programs they choose. The College Planning section can help you explore your options.

WRIGHT JASON M
2515 ALBION ST
DENVER CO 80207

H.S. grades you reported: English (C), Math (A), Social Studies (A), Natural Sciences (A).

**YOUR COLLEGE PLANNING** Admissions standards differ among colleges and, sometimes, among programs of study within a college. Your high school grades and ACT Composite score are most like those of students who enter colleges with a traditional admissions policy (see description on back). However, don't rule out colleges with other admissions policies. Check with their admissions offices for more specific information on what they expect.

When you registered for the ACT, you did not ask to have your scores sent to any colleges. If you would like to do so at this time, you can obtain a score report request packet from your high school or directly from ACT Records, P.O. Box 451, Iowa City, Iowa 52242. (Be sure to enclose the correct fee when making your request.)

If you have not yet decided on a college, you may want to explore possibilities by using some of the college directories listed in section 2 of *Using Your ACT Assessment Results*. One of the directories, ACT's *College Planning/Search Book*, groups colleges by geographical region and admissions policy. This directory and others listed also cover a range of additional factors to consider when selecting a college, such as size, cost, and majors available.

| COLLEGE CODE AND NAME | ADMISSIONS POLICY | ESTIMATED RANK OF YOUR ACT COMPOSITE SCORE (ENROLLED FRESHMEN) | H.S. AVERAGE (ENROLLED FRESHMEN) | CHANCES IN 10 OF "C" OR HIGHER | YOUR PROGRAM OF STUDY AVAILABLE | APPROX. YEARLY TUITION & FEES (minus room/board) | PERCENT FRESHMAN CLASS RECEIVING FINANCIAL AID BASED ON NEED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

A dash (—) means ACT has no information available. See *Using Your ACT Assessment Results* for an explanation of program of study and tuition/fees categories.

Remember that test scores and past grades do not guarantee success or failure in college. Other factors, such as program of study and motivation, count too.

YOUR EDUCATIONAL/OCCUPATIONAL PLANNING    Since many people consider several possibilities before making definite career plans, ACT has grouped similar occupations and programs of study into "families" as a career exploration aid. For example, the program of study you indicated (BIOLOGY) best fits Career Family O (Natural Sciences and Mathematics); the occupational choice you indicated (MEDICINE) best fits Career Family T (General Health Care). If you would like to identify other careers in these families, check the Career Family List on the back of this report.

   Occupations differ in how much they involve working with data (facts, records); ideas (theories, insights); people (care, services); and things (machines, materials, lab equipment). Your responses to the ACT Interest Inventory indicate that you might enjoy opportunities to work with things and, perhaps, ideas. Career Families H, N, and M include many occupations and programs of study which emphasize these "work tasks." If you scan these families, you may find additional career possibilities that you would like to explore. You can identify other Career Families emphasizing things and ideas "work tasks" by using the World-of-Work Map (found in Section 3 of *Using Your ACT Assessment Results*). See, especially, Map Regions 6, 7, and 8. Remember, however:

   *Occupations within each family differ in the proportion of time spent with each of the work tasks.
   *Interest scores, like other test scores, are estimates; also, interests may change with experience.
   *<u>Interests</u> and <u>abilities</u> may differ; consider both in your educational/occupational planning.

   If you will now turn to section 3 of *Using Your ACT Assessment Results*, you will find a list of activities which can help you identify and explore career options.

REDACTED

# ACT

## 1994-95 ACT ASSESSMENT STUDENT REPORT

(For more information, see *Using Your ACT Assessment Results*.)

WRIGHT JASON M
2515 ALBION ST
DENVER CO 80207

REDACTED
HSC 060-400
40180-000017577

**YOUR ACT TEST SCORES** Your 10/94 ACT scores, listed below, provide one way to estimate your level of educational development. The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date. For instance, your SCIENCE REASONING score (25) has a rank of 84. This means that 84% of the college-bound students scored at or below your SCIENCE REASONING score. The rank of your Composite (average) score indicates that your overall educational development is likely in the middle half of ACT-tested college-bound students. Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks. Check the bands for the four tests (English, Math, Reading, Science Reasoning). If bands for two tests do **not** overlap, your ranks probably differ. For three of the tests, additional scores (subscores) are provided. Check the subscore bands for English, then Math, then Reading. If the subscore bands for a test do **not** overlap, your ranks probably differ. Use the bands to identify knowledge and skill areas you may want to work on. The areas are described in *Using Your ACT Assessment Results*.

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) | RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORES |
|---|---|---|
| ENGLISH | 17 | 33 |
| Usage/Mechanics | 08 | 34 |
| Rhetorical Skills | 09 | 40 |
| MATHEMATICS | 22 | 70 |
| Pre-Algebra/Elem. Alg. | 11 | 62 |
| Alg./Coord. Geometry | 11 | 71 |
| Plane Geometry/Trig. | 12 | 78 |
| READING | 19 | 42 |
| Soc. Studies/Sciences | 09 | 42 |
| Arts/Literature | 09 | 35 |
| SCIENCE REASONING | 25 | 84 |
| COMPOSITE (Average) | 21 | 59 |

Remember that your ranks are based on college-bound students. Most of them will succeed in the college programs they choose. The College Planning section can help you explore your options.

WRIGHT JASON M
2515 ALBION ST
DENVER CO 80207

H.S. grades you reported: English (C), Math (A), Social Studies (A), Natural Sciences (B).

**YOUR COLLEGE PLANNING** Admissions standards differ among colleges and, sometimes, among programs of study within a college. Your high school grades and ACT Composite score are most like those of students who enter colleges with a selective admissions policy (see description on back). Remember, however, that many colleges with less selective admissions policies offer opportunities for a good education.

The table below gives information about the colleges you listed when you registered for the ACT. For example, U OF CO-BOULDER has a selective admissions policy. Your ACT composite score is estimated to rank in the lower quarter of entering students. The average high school GPA for freshmen is 3.41, similar to the 3.25 for the grades you reported. ACT does not have all the information necessary to estimate your chances of a "C" average or higher at this college. The program of study you listed at ACT registration (BOTANY) is available. The approximate cost of tuition/fees is $2600/year, which does not include housing, meals, books, transportation, etc. About 32% of the current freshman class receives student aid based on financial need.

| COLLEGE CODE AND NAME | ADMISSIONS POLICY | ESTIMATED RANK OF YOUR ACT COMPOSITE SCORE (ENROLLED FRESHMEN) | H.S. AVERAGE (ENROLLED FRESHMEN) | CHANCES IN 10 OF "C" OR HIGHER | YOUR PROGRAM OF STUDY AVAILABLE | APPROX. YEARLY TUITION & FEES (minus room/board) | PERCENT FRESHMAN CLASS RECEIVING FINANCIAL AID BASED ON NEED |
|---|---|---|---|---|---|---|---|
| 0532 U OF CO-BOULDER | SELECTIVE | BOTTOM QUARTER | 3.41 | -- | YES: PROGRAM AVAIL | 2600 | 32 |
| 1252 UNIV OF NOTRE DAME | HIGHLY SEL. | ---- | 3.90 | -- | YES: PROGRAM AVAIL | 16000 | 66 |
| 0792 MOREHOUSE COLLEGE | SELECTIVE | ---- | 3.00 | -- | RELATED PROG AVAIL | 7400 | 74 |
| 0810 EMORY UNIVERSITY | HIGHLY SEL. | ---- | 3.60 | -- | YES: PROGRAM AVAIL | 16800 | 47 |
| 1106 NORTHWESTERN UNIV | HIGHLY SEL. | BOTTOM TENTH | ---- | -- | RELATED PROG AVAIL | 16400 | 51 |
| 2062 U OF MICH-ANN ARBOR | HIGHLY SEL. | BOTTOM TENTH | 3.65 | -- | YES: 4-YR DEGREE | 4700 | 35 |

A dash (—) means ACT has no information available. See *Using Your ACT Assessment Results* for an explanation of program of study and tuition/fees categories.

Remember that test scores and past grades do not guarantee success or failure in college. Other factors, such as program of study and motivation, count too.

Section 2 of *Using Your ACT Assessment Results* provides more information about choosing a college. If you have not yet decided on a college, ACT's *College Planning/Search Book*, which lists colleges by geographical region and admissions policy, may be helpful. (If this book is not available in your library or guidance office, you'll find ordering instructions in *Using Your ACT Assessment Results*.)

YOUR EDUCATIONAL/OCCUPATIONAL PLANNING   Since many people consider several possibilities before making definite career plans, ACT has grouped similar occupations and programs of study into "families" as a career exploration aid. For example, the program of study you indicated (BOTANY) best fits Career Family O (Natural Sciences and Mathematics); the occupational choice you indicated (MEDICINE) best fits Career Family T (General Health Care). If you would like to identify other careers in these families, check the Career Family List on the back of this report.

Occupations differ in how much they involve working with data (facts, records); ideas (theories, insights); people (care, services); and things (machines, materials, lab equipment). Your responses to the ACT Interest Inventory indicate that you might enjoy opportunities to work with THINGS and ideas. Career Families H, M, and N include many occupations and programs of study which emphasize these "work tasks." If you scan these families, you may find additional career possibilities that you would like to explore. You can identify other Career Families emphasizing things and ideas "work tasks" by using the World-of-Work Map (found in Section 3 of *Using Your ACT Assessment Results*). See, especially, Map Regions 7 and 8. Remember, however:

*Occupations within each family differ in the proportion of time spent with each of the work tasks.
*Interest scores, like other test scores, are estimates; also, interests may change with experience.
*<u>Interests</u> and <u>abilities</u> may differ; consider both in your educational/occupational planning.

If you will now turn to section 3 of *Using Your ACT Assessment Results*, you will find a list of activities which can help you identify and explore career options.

REDACTED

# AMCAS APPLICATION REPORT - 2008 ENTERING CLASS

Applicant Copy

ORT DATE: 11/01/2007 09:51 PM   SUBMISSION DATE:   PROCESSED DATE:

Applicant's Legal Name: Mr. Jason Manu Wright   AAMC ID: 12212480   SSN: REDACTED   SIN:   Page: 10

## VERIFIED GRADE POINT AVERAGES
*GPA Calculations will appear only when your application status is Processed*

| Status | BCPM | | AO | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| | GPA | Hours | GPA | Hours | GPA | Hours |
| High School | | | | | | |
| Freshman | | | | | | |
| Sophomore | | | | | | |
| Junior | | | | | | |
| Senior | | | | | | |
| Postbaccalaureate Undergraduate | | | | | | |
| Cumulative Undergraduate | | | | | | |
| Graduate | | | | | | |

| Supplemental Hours: | P/F - Pass: | P/F - Fail: | A/P: | CLEP: | OTHER: |
| --- | --- | --- | --- | --- | --- |

## MCAT TEST SCORES
(NR) Not Released   * Non-Standardized Condition   (C) Computer-Based

| Test Date | Verbal | Phy Sci | Essay | Bio Sci | Total |
| --- | --- | --- | --- | --- | --- |
| 08/20/2005 | 06 | 07 | P | 05 | 18P |
| 08/14/2004 | 07 | 06 | N | 06 | 19N |

Addl 2007 MCAT Intent Date:

## OTHER TEST SCORES

| Test Name | Test Date | Test Section | Test Score |
| --- | --- | --- | --- |
| GRE | 01/31/2006 | Verbal | 450 |
| GRE | 01/31/2006 | Quantitative | 550 |
| GRE | 01/31/2006 | Analytical Writing | 4.5 |

| AUGUST 2005 | | | |
|---|---|---|---|
| TEST (SCALED) SCORES | | | |
| PHYSICAL SCIENCES | VERBAL REASONING | WRITING SAMPLE | BIOLOGICAL SCIENCES |
| 07 | 06 | P | 05 |

| SOCIAL SECURITY NUMBER | TOTAL SCORE |
|---|---|
| REDACTED | 18P |

| SEX | DATE OF BIRTH | STATE OF RESIDENCE |
|---|---|---|
| M | REDACTED | CO |



**EXAMINEE'S REPORT OF SCORES**

MCAT Program Office
P.O. Box 4056
Iowa City, Iowa 52243
Telephone: (319) 337-1357

05324

WRIGHT JASON MANU
2515 ALBION STREET
DENVER, CO  80207

© 2005 Association of American Medical Colleges

This report will not be accepted by a medical school. You must have an official AAMC MCAT score either sent to the medical school by the AAMC or printed from the MCAT Website, www.aamc.org/mcat.



**MCAT** — MEDICAL COLLEGE ADMISSION TEST

**Table 1**
Percentages of MCAT Examinees Achieving Scaled Score Levels and Associated Percentile Rank Ranges by Area of Assessment
Combined April/August 2005 Administrations   N = 66,433

## Physical Sciences



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.2 | 99.8–99.9 |
| 14 | 0.9 | 98.9–99.7 |
| 13 | 3.0 | 95.9–98.8 |
| 12 | 4.6 | 91.3–95.8 |
| 11 | 8.5 | 82.8–91.2 |
| 10 | 11.6 | 71.2–82.7 |
| 9 | 12.5 | 58.7–71.1 |
| 8 | 16.3 | 42.4–58.6 |
| 7 | 16.3 | 26.1–42.3 |
| 6 | 12.3 | 13.8–26.0 |
| 5 | 7.7 | 06.1–13.7 |
| 4 | 4.1 | 02.0–06.0 |
| 3 | 1.8 | 00.2–01.9 |
| 2 | 0.1 | 00.1–00.1 |
| 1 | 0.0 | 00.0–00.0 |

Scaled Score   Mean = 8.1   Std Deviation = 2.4

## Verbal Reasoning



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.0 | 99.9–99.9 |
| 14 | 0.1 | 99.9–99.9 |
| 13 | 1.7 | 98.2–99.8 |
| 12 | 3.5 | 94.7–98.1 |
| 11 | 10.7 | 84.0–94.6 |
| 10 | 15.3 | 68.7–83.9 |
| 9 | 15.8 | 52.9–68.6 |
| 8 | 15.0 | 37.9–52.8 |
| 7 | 10.5 | 27.4–37.8 |
| 6 | 12.9 | 14.5–27.3 |
| 5 | 6.0 | 08.5–14.4 |
| 4 | 4.0 | 04.5–08.4 |
| 3 | 2.9 | 01.6–04.4 |
| 2 | 1.4 | 00.2–01.5 |
| 1 | 0.1 | 00.0–00.1 |

Scaled Score   Mean = 8.1   Std Deviation = 2.4

## Writing Sample



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| T | 0.9 | 99.1–99.9 |
| S | 2.1 | 97.0–99.0 |
| R | 6.0 | 91.0–96.9 |
| Q | 19.9 | 71.1–90.9 |
| P | 12.9 | 58.2–71.0 |
| O | 15.5 | 42.7–58.1 |
| N | 13.5 | 29.2–42.6 |
| M | 18.4 | 10.8–29.1 |
| L | 8.1 | 02.7–10.7 |
| K | 2.3 | 00.4–02.6 |
| J | 0.3 | 00.0–00.3 |

Scaled Score
75th Percentile = Q
50th Percentile = O
25th Percentile = M

## Biological Sciences



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.1 | 99.9–99.9 |
| 14 | 1.1 | 98.8–99.8 |
| 13 | 3.0 | 95.8–98.7 |
| 12 | 5.6 | 90.2–95.7 |
| 11 | 10.5 | 79.7–90.1 |
| 10 | 17.3 | 62.4–79.6 |
| 9 | 15.9 | 46.5–62.3 |
| 8 | 17.3 | 29.2–46.4 |
| 7 | 8.4 | 20.8–29.1 |
| 6 | 7.6 | 13.2–20.7 |
| 5 | 5.3 | 07.9–13.1 |
| 4 | 4.8 | 03.1–07.8 |
| 3 | 2.2 | 00.9–03.0 |
| 2 | 0.7 | 00.2–00.8 |
| 1 | 0.1 | 00.0–00.1 |

Scaled Score   Mean = 8.5   Std Deviation = 2.5

Copyright © 2005 AAMC MCAT. All rights reserved.



# MCAT
### MEDICAL COLLEGE ADMISSION TEST

## Total Score

| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 45 | 0.0 | 99.9–99.9 |
| 44 | 0.0 | 99.9–99.9 |
| 43 | 0.0 | 99.9–99.9 |
| 42 | 0.0 | 99.9–99.9 |
| 41 | 0.1 | 99.9–99.9 |
| 40 | 0.2 | 99.7–99.8 |
| 39 | 0.4 | 99.3–99.6 |
| 38 | 0.6 | 98.7–99.2 |
| 37 | 1.0 | 97.7–98.6 |
| 36 | 1.4 | 96.3–97.6 |
| 35 | 1.9 | 94.4–96.2 |
| 34 | 2.4 | 92.0–94.3 |
| 33 | 2.9 | 89.1–91.9 |
| 32 | 3.7 | 85.4–89.0 |
| 31 | 4.2 | 81.2–85.3 |
| 30 | 5.0 | 76.2–81.1 |
| 29 | 5.5 | 70.7–76.1 |
| 28 | 5.8 | 64.9–70.6 |
| 27 | 6.0 | 58.9–64.8 |
| 26 | 6.1 | 52.8–58.8 |
| 25 | 6.2 | 46.6–52.7 |
| 24 | 6.0 | 40.6–46.5 |
| 23 | 5.7 | 34.9–40.5 |
| 22 | 5.3 | 29.6–34.8 |
| 21 | 4.6 | 25.0–29.5 |
| 20 | 4.0 | 21.0–24.9 |
| 19 | 3.5 | 17.5–20.9 |
| 18 | 3.2 | 14.3–17.4 |
| 17 | 2.8 | 11.5–14.2 |
| 16 | 2.4 | 09.1–11.4 |
| 15 | 2.1 | 07.0–09.0 |
| 14 | 1.8 | 05.2–06.9 |
| 13 | 1.4 | 03.8–05.1 |
| 12 | 1.2 | 02.6–03.7 |
| 11 | 0.9 | 01.7–02.5 |
| 10 | 0.7 | 01.0–01.6 |
| 9 | 0.4 | 00.6–00.9 |
| 8 | 0.3 | 00.3–00.5 |
| 7 | 0.1 | 00.2–00.2 |
| 6 | 0.1 | 00.0–00.1 |
| 5 | 0.0 | 00.0–00.0 |
| 4 | 0.0 | 00.0–00.0 |
| 3 | 0.0 | 00.0–00.0 |
| 2 | 0.0 | 00.0–00.0 |
| 1 | 0.0 | 00.0–00.0 |

Scaled Score
Mean = 24.7
Std Deviation = 6.4

Copyright © 2005 AAMC MCAT. All rights reserved.