# EXHIBIT 20



# Ross University
## SCHOOL OF MEDICINE
### ST. MICHAEL, BARBADOS
### WEST INDIES

Date Printed: 7/1/19
Official Transcript

Name: Wright, Jason
Student ID: @00221770
SSN / SIN: XXX-XX-REDACTED
Matriculation Date: 09/07/2009
Date of Birth: REDACTED
Program of Study: Doctor of Medicine

## Basic Science

### Fall 2009 — 9/07/09 - 12/18/09

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1111 | Dev/Microscopic Anatomy I | C | 3.00 |
| MBIO | 1121 | Biochemistry & Genetics I | C | 3.00 |
| MPHY | 1131 | Medical Physiology I | B | 3.00 |
| MANT | 1141 | Gross Anatomy I | B | 3.00 |
| MBEH | 1151 | Doctor, Patient & Society I | B | 2.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 14 | 36 | 14 | 2.57 |
| Cumulative: | 14 | 36 | 14 | 2.57 |

### Spring 2010 — 1/11/10 - 4/23/10

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1212 | Dev/Microscopic Anatomy II | A | 3.00 |
| MBIO | 1222 | Biochemistry & Genetics II | B | 3.00 |
| MPHY | 1232 | Medical Physiology II | B | 3.00 |
| MANT | 1242 | Gross Anatomy II | A | 3.00 |
| MBEH | 1252 | Doctor, Patient & Society II | B | 1.00 |
| MPHY | 1262 | Neuroscience | B | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 16 | 54 | 16 | 3.37 |
| Cumulative: | 30 | 90 | 30 | 3.00 |

### Summer 2010 — 5/10/10 - 8/20/10

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MMIC | 2311 | Clinical Med. Microbiology I | C | 3.00 |
| MPAT | 2321 | Clinical Med. Pathology I | B | 4.00 |
| MBEH | 2330 | Behavioral Science | B | 5.00 |
| MPHM | 2341 | Clinical Med. Pharmacology I | C | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 15 | 39 | 15 | 2.60 |
| Cumulative: | 45 | 129 | 45 | 2.86 |

### Fall 2010 — 9/06/10 - 12/17/10

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MMIC | 2411 | Clinical Med. Microbiology II | C | 3.00 |
| MPAT | 2421 | Clinical Med. Pathology II | B | 4.00 |
| MCLM | 2430 | Intro. to Clinical Medicine | B | 5.00 |
| MPHM | 2441 | Clinical Med. Pharmacology II | C | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 15 | 39 | 15 | 2.60 |
| Cumulative: | 60 | 168 | 60 | 2.80 |

## Clinical Science

### Spring 2011 — 1/17/11 - 4/08/11

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| CAIC | 5010 | Advanced Intro. to Clin. Med. | B+ | 12.00 |

## Clinical Science

### Academic Year 2011 - 2012 — 9/01/11 - 8/31/12

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| CMDC | 5002 | Medicine Core 01/16/2012---04/06/2012 | B+ | 12.00 |
| COGC | 5003 | OB/GYN Core 04/23/2012---06/01/2012 | A | 6.00 |
| CFPC | 5001 | Family Medicine Core 06/04/2012---07/13/2012 | A | 6.00 |
| CPSC | 5005 | Psychiatry Core 08/06/2012---09/14/2012 | A | 6.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|



# Ross University
## SCHOOL OF MEDICINE
### ST. MICHAEL, BARBADOS
### WEST INDIES

Date Printed: 7/1/19
Official Transcript

Name: Wright, Jason
Student ID: @00221770
SSN / SIN: XXX-XX-REDACTED
Matriculation Date: 09/07/2009
Date of Birth: REDACTED
Program of Study: Doctor of Medicine

| Course | Course Title | Grade | Credit |
|---|---|---|---|
| Semester: | 30 | 114 | 30 | 3.80 |
| Cumulative: | 102 | 324 | 102 | 3.17 |

Total Attempted Credit Hours: 152
Total Earned Credit Hours: 152
No Entries Below This Line

Degree Awarded: Doctor of Medicine
Date Awarded: 03/31/2014

Enrollment Status as of 7/1/19: Graduated

### Academic Year 2012 - 2013    9/01/12 - 8/31/13

| Course | Course Title | Grade | Credit |
|---|---|---|---|
| CMDS 5233 | Medical Sub-Internship 10/01/2012---10/26/2012 | A | 4.00 |
| CPDC 5004 | Pediatrics Core 11/19/2012---12/28/2012 | B | 6.00 |
| CSRC 5006 | Surgery Core 12/31/2012---03/22/2013 | B | 12.00 |
| CMDS 5124 | Neurology Clinical Skills 04/01/2013---04/12/2013 | A | 2.00 |
| CMDS 5123 | Emergency Medicine Skills 04/15/2013---04/26/2013 | A | 2.00 |
| CMDS 5017 | Cardiology 04/29/2013---05/24/2013 | A | 4.00 |
| CMDS 5080 | Emergency Medicine 08/05/2013---08/30/2013 | C | 4.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 34 | 110 | 34 | 3.23 |
| Cumulative: | 136 | 434 | 136 | 3.19 |

### Academic Year 2013 - 2014    9/01/13 - 8/31/14

| Course | Course Title | Grade | Credit |
|---|---|---|---|
| CSGS 5755 | Vascular Surgery 09/02/2013---09/27/2013 | C+ | 4.00 |
| CSGS 5730 | Orthopedic Surgery 09/30/2013---10/25/2013 | B | 4.00 |
| CSGS 5730 | Orthopedic Surgery 10/28/2013---11/22/2013 | B+ | 4.00 |
| CSGS 5730 | Orthopedic Surgery 01/06/2014---01/31/2014 | A | 4.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 16 | 52 | 16 | 3.25 |
| Cumulative: | 152 | 486 | 152 | 3.19 |

# Ross University
## SCHOOL OF MEDICINE
### ST. MICHAEL, BARBADOS
### WEST INDIES

Date Printed: 7/1/19
Official Transcript

| Name: Wright, Jason | SSN / SIN: XXX-XX-REDACTED | Date of Birth: REDACTED |
|---|---|---|
| Student ID: @00221770 | Matriculation Date: 09/07/2009 | Program of Study: Doctor of Medicine |

| Course | Course Title | Grade | Credit | Course | Course Title | Grade | Credit |
|---|---|---|---|---|---|---|---|

Sandra Herrin
Registrar



# Transcript Key

**Ross University School of Medicine**
Campus Address:
Lloyd Erskine Sandiford Centre
Two Mile Hill
St. Michael, Barbados BB1093

### Effective September 1, 2018

| | | Quality Points |
|---|---|---|
| A | 85% - 100% | 4.0 |
| B- | 80% - 84% | 3.5 |
| B | 75% - 79% | 3.0 |
| C- | 70% - 74% | 2.5 |
| C | MPS - 69% | 2.0 |
| F | Fail (Below MPS) | 0.0 |
| HP | High Pass | 0.0 |
| P | Pass | 0.0 |
| NP | No Pass | 0.0 |
| W* | Withdrew/LOA prior to exam | 0.0 |
| WP* | Withdrew/LOA passing | 0.0 |
| WF* | Withdrew/LOA failing | 0.0 |
| I | Incomplete - Subject to completion in following semester | |
| T | Transfer (Basic Science) | |
| R | Basic Science course repeated in the subsequent semester; Clinical course repeated in the subsequent semester (replacing I) | |
| RR | Required Remediation | |
| M | Missing/Not Submitted | |

*Course titles with 2X, 3X and 4X indicate the student was enrolled for the Accelerated Track for that semester.*

### Effective May 6, 2013

| | | Quality Points |
|---|---|---|
| A | 85% - 100% | 4.0 |
| B- | 80% - 84% | 3.5 |
| B | 75% - 79% | 3.0 |
| C- | 70% - 74% | 2.5 |
| C | MPS - 69% | 2.0 |
| F | Fail (Below MPS) | 0.0 |
| HP | High Pass | 0.0 |
| P | Pass | 0.0 |
| NP | No Pass | 0.0 |
| W* | Withdrew/LOA prior to exam | 0.0 |
| WP* | Withdrew/LOA passing | 0.0 |
| WF* | Withdrew/LOA failing | 0.0 |
| I | Incomplete - Subject to completion in following semester | |
| T | Transfer (Basic Science) | |
| R | Basic Science course repeated in the subsequent semester; Clinical course repeated in the subsequent semester (replacing I) | |

*Course titles with 2X, 3X and 4X indicate the student was enrolled for the Accelerated Track for that semester.*

### Effective January 1, 2012

| | | Quality Points |
|---|---|---|
| A | 85% - 100% | 4.0 |
| B- | 80% - 84% | 3.5 |
| B | 75% - 79% | 3.0 |
| C- | 70% - 74% | 2.5 |
| C | MPS - 69% | 2.0 |
| F | Fail (Below MPS) | 0.0 |
| P | Pass | 0.0 |
| W* | Withdrew/LOA prior to exam | 0.0 |
| WP* | Withdrew/LOA passing | 0.0 |
| WF* | Withdrew/LOA failing | 0.0 |
| I | Incomplete (Subject to completion in following semester) | |
| T | Transfer (Basic Science) | |
| R | Course repeated in the subsequent semester (replacing I) | |

### Effective September 6, 2010

| | | Quality Points |
|---|---|---|
| A | 80% - 100% | 4.0 |
| B | 70% - 79% | 3.0 |
| C | MPS - 69% | 2.0 |
| F | Fail | 0.0 |
| P | Pass | 0.0 |
| I | Incomplete (Subject to completion in the following semester) | |
| R | Course repeated in the subsequent semester (replacing I) | |
| M | Missing/Not submitted | |
| W | Withdrew/LOA prior to examination | N/C* |
| WP | Withdrew/LOA passing | N/C* |
| WF | Withdrew/LOA failing | N/C* |
| IP | In Progress | |
| VO | Voided grade *** | |

### Effective May 6, 1996

| | | Quality Points |
|---|---|---|
| A | 90% - 100% | 4.0 |
| B+ | 87% - 89% ***Δ | 3.5 |
| B | 80% - 86% ** | 3.0 |
| B | 80% - 89% | 3.0 |
| C+ | 77% - 79% ***Δ | 2.5 |
| C | 70% - 76% ** | 2.0 |
| C | 70% - 79% | 2.0 |
| F | Below 69% | 0.0 |
| I | Incomplete (Subject to completion in the following semester) | |
| R | Course repeated in the subsequent semester (replacing I) | |
| M | Missing/Not submitted | |
| SP | Satisfactory Progress▽ | |
| UP | Unsatisfactory Progress▽ | |
| W | Withdrew/LOA prior to examination | N/C* |
| WP | Withdrew/LOA passing | N/C* |
| WF | Withdrew/LOA failing | N/C* |
| IP | In Progress | |
| VO | Voided grade *** | |

### Effective January 1, 1995

| | | | Quality Points |
|---|---|---|---|
| H | 90% - 100% | Honors | 4.0 |
| HP | 80% - 89% | High Pass | 3.0 |
| P | 70% - 79% | Pass | 2.0 |
| E | 60% - 69% | Re-exam eligible | 0.0 |
| F | Below 60% | Failure | 0.0 |
| W | | Withdrew/LOA | N/C* |

### Prior to January 1, 1995

| | | | Quality Points |
|---|---|---|---|
| H | 90% - 100% | Honors | 4.0 |
| HP | 85% - 89% | High Pass | 3.5 |
| P | 75% - 84% | Pass | 2.5 |
| F | Below 75% | Failure | 0.0 |

*N/C = Not calculated in hours earned and the GPA, but counted in hours attempted
** Effective with the class entering September 2002 and thereafter
*** Used when student is no longer entitled to Academic Credit
Δ Effective with clinical rotations beginning April 2004 and thereafter
▽ Effective with the class entering May 2005 and thereafter

**Additional Notes:**

*Fall 2017 Term:* Due to Hurricane Maria, the campus in Dominica was closed from 9/18/17 to 10/23/17. Classes resumed on the GNV Excellence in St. Kitts on 10/23/17 and ended on 1/5/18.

*Spring 2018 – Fall 2018:* For the 2018 calendar year, the Dominica campus was temporarily located to Knoxville, Tennessee (USA) and in St. Kitts.

*Effective January 1, 2019:* RUSM officially relocated the campus to Barbados.

---

The University offers three full 15 week semesters in a calendar year. Credits are recorded in semester hours. In the clinical program one credit represents one week of clinical rotations. NOTE: By receiving this record the recipient agrees not to release this record to a third party. Questions regarding this record may be directed to the academic catalog or the University Registrar at the administrative address listed above.
Translucent globe icons MUST be visible from both sides when held toward a light source.

Revised: 1/2019

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

08186108