# EXHIBIT 21

| | Summer 2006 UCDHSC Hlth Sci | | | |
|---|---|---|---|---|
| Non-Degree GRAD | Non Degree Public Health | | | |
| Intro to Public Health | PRMD 6600 | 2.0 | A | 8.0 |
| Cancer Prevention & Control | PRMD 6622 | 2.0 | A- | 7.4 |
| Topics in Preventive Med | PRMD 6670 | 1.0 | A | 4.0 |
| ATT 5.0 EARNED 5.0 GPAHRS 5.0 GPAPTS 19.40 GPA 3.880 | | | | |

Page 1 of 2

| | Fall 2006 UCDHSC Hlth Sci | | | |
|---|---|---|---|---|
| School of Medicine GRAD | Public Health | | | |
| Intro to Biostatistics | BIOS 6601 | 4.0 | B | 12.0 |
| SAS Prog Res Data Mngmt | BIOS 6680 | 2.0 | B+ | 6.6 |
| Health Care Systems | PRMD 6603 | 2.0 | B+ | 6.6 |
| Epidemiology | PRMD 6630 | 4.0 | B | 12.0 |
| Originally graded as IW | | | | |
| ATT 12.0 EARNED 12.0 GPAHRS 12.0 GPAPTS 37.20 GPA 3.100 | | | | |

| | Spring 2007 UCDHSC-Anschtz Med | | | |
|---|---|---|---|---|
| School of Medicine GRAD | Public Health | | | |
| Health Policy | PRMD 6605 | 2.0 | B+ | 6.6 |
| Soc/Comm Factors in Health | PRMD 6610 | 3.0 | A- | 11.1 |
| Occup & Envir Health | PRMD 6614 | 3.0 | A- | 11.1 |
| Res Methods in Comm Hlth | PRMD 6626 | 3.0 | A- | 11.1 |
| ATT 11.0 EARNED 11.0 GPAHRS 11.0 GPAPTS 39.90 GPA 3.627 | | | | |

| | Fall 2007 UCD-Anschtz Med | | | |
|---|---|---|---|---|
| School of Medicine GRAD | Public Health | | | |
| Community Health Prctice | PRMD 6606 | 1.0 | A | 4.0 |
| Maternal & Child Health | PRMD 6621 | 1.0 | B | 3.0 |
| Analytical Epidemiology | PRMD 6631 | 3.0 | A | 12.0 |
| ATT 5.0 EARNED 5.0 GPAHRS 5.0 GPAPTS 19.00 GPA 3.800 | | | | |

| | Spring 2008 UCD-Anschtz Med | | | |
|---|---|---|---|---|
| School of Medicine GRAD | Public Health | | | |
| Community Health Prctice | PRMD 6606 | 2.0 | A | 8.0 |
| Epi Communicable Disease | PRMD 6635 | 3.0 | A | 12.0 |
| Research Paper | PRMD 6651 | 1.0 | IP | 0.0 |
| ATT 6.0 EARNED 5.0 GPAHRS 5.0 GPAPTS 20.00 GPA 4.000 | | | | |

| | Summer 2008 UCD-Anschtz Med | | | |
|---|---|---|---|---|
| School of Public Health GRAD | Public Health | | | |
| Research Paper | PUBH 6651 | (2.0) | W | 0.0 |
| ATT 2.0 EARNED 0.0 GPAHRS 0.0 GPAPTS 0.00 GPA 0.000 | | | | |

| | Fall 2008 UCD-Anschtz Med | | | |
|---|---|---|---|---|
| School of Public Health GRAD | Public Health | | | |
| Research Paper | PUBH 6651 | (1.0) | *** | 0.0 |
| ATT 1.0 EARNED 0.0 GPAHRS 0.0 GPAPTS 0.00 GPA 0.000 | | | | |

| | Spring 2009 UCD-Anschtz Med | | | |
|---|---|---|---|---|
| School of Public Health GRAD | Public Health | | | |
| Research Paper | PUBH 6651 | (1.0) | *** | 0.0 |
| ATT 1.0 EARNED 0.0 GPAHRS 0.0 GPAPTS 0.00 GPA 0.000 | | | | |

CUMULATIVE CREDITS

| | TR. UNITS | CU UNITS | TOT UNITS | QUAL UNITS | QUAL PTS | GPA |
|---|---|---|---|---|---|---|
| NDGR | 0.0 | 5.0 | 5.0 | 5.0 | 19.40 | 3.880 |
| GRAD | 0.0 | 33.0 | 33.0 | 33.0 | 116.10 | 3.518 |

***** END OF ACADEMIC RECORD *****

Page 2 of 2