# EXHIBIT 22

# UNIVERSITY OF DENVER
Denver, Colorado 80208-9405
Office of the Registrar

Student No: 673519661          Date of Birth: REDACTED          Date Issued: 14-MAR-2021

Record of: Jason Wright                                         Page: 1
Issued To: Jason Manu Wright
           Parchment DocumentID: 33264324

Course Level: Graduate

Credential/Degree Awarded: Graduate Certificate 21-AUG-2020
          Major : Healthcare Management
Maj/Concentration : Healthcare Policy & Reg Leader

```
SUBJ  NO.         COURSE TITLE              CRED GRD    PTS R
------------------------------------------------------------------

INSTITUTION CREDIT:

Autumn Quarter 2019
HC   4210    Qual Imp for HC Leaders        4.00  A     16.00
HC   4992    DS: Ethical Considerations HC  4.00  A     16.00
     Ehrs:  8.00 GPA-Hrs: 8.00   QPts:   32.00 GPA:  4.00

Winter Quarter 2020
HC   4200    Comparative Healthcare Systems 4.00  A     16.00
HC   4630    Healthcare Data Mining         4.00  A     16.00
     Ehrs:  8.00 GPA-Hrs: 8.00   QPts:   32.00 GPA:  4.00


Spring Quarter 2020
Due to a global health emergency in spring 2020,
students permitted to convert grades from letter
grading to:
P+ -- Pass Plus -- grade of C- or greater
P  -- Pass -- grade of D+, D or D-
NP -- No Pass -- grade lower than D-
HC   4225    HC Pub Plcy & Legaltv Process  4.00  A     16.00
HC   4230    Implement & Eval of HC Pub Pol 4.00  A     16.00
     Ehrs:  8.00 GPA-Hrs: 8.00   QPts:   32.00 GPA:  4.00
*********************** TRANSCRIPT TOTALS ***********************
                  Earned Hrs  GPA Hrs   Points    GPA
TOTAL INSTITUTION    24.00     24.00    96.00    4.00

TOTAL TRANSFER        0.00      0.00     0.00    0.00

OVERALL              24.00     24.00    96.00    4.00
*********************** END OF TRANSCRIPT ***********************
```

AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS NOT CLEAR

The Federal law, the Family Educational Rights and Privacy Act of 1974, forbids the release of this information without written consent of the student.

Dennis Maurice Becker, Registrar

University of Denver | Office of the Registrar | 2197 S. University Blvd., Denver, CO 80208 | 303-871-4095 | Fax 303-871-4300 | registrar@du.edu | www.du.edu/registrar

# EXPLANATION OF TRANSCRIPT

## GRADING SYSTEMS
### LETTER GRADING SYSTEM
### COLLEGE OF LAW, BEGINNING FALL 1990
### OTHER PROGRAMS, BEGINNING FALL 1992
### GRADUATE TAX PROGRAM, ADOPTED FALL 2015

| GRADE | DEFINITION | GRADE POINTS | GRADE | DEFINITION | GRADE POINTS |
|---|---|---|---|---|---|
| A | Excellent | 4.0 | P | Passing | 0 |
| A- |  | 3.7 | I | Incomplete | 0 |
| B+ |  | 3.3 | W | Withdrawn | 0 |
| B | Good | 3.0 | NC | No Credit | 0 |
| B- |  | 2.7 | WC | Without Credit | 0 |
| C+ |  | 2.3 | W/WP | Withdrawn Without Prejudice | 0 |
| C | Satisfactory | 2.0 |  |  |  |
| C- |  | 1.7 | IP | In Progress or Grade Not Reported | 0 |
| D+ |  | 1.3 |  |  |  |
| D | Passing | 1.0 | NR | Grade Not Reported | 0 |
| D- |  | 0.7 | NP | No Pass | 0 |
| F | Failing | 0 |  |  |  |

### NUMERIC GRADING SYSTEM
### COLLEGE OF LAW, PRIOR TO FALL 1990
### GRADUATE TAX PROGRAM, PRIOR TO FALL 2015

| GRADE | DEFINITION | GRADE POINTS | GRADE | DEFINITION | GRADE POINTS |
|---|---|---|---|---|---|
| 85-100 | A | 85-100 | W/WP | Withdrawn Without Prejudice | 0 |
| 77-84 | B | 77-84 |  |  |  |
| 68-76 | C | 68-76 | NR | Grade Not Reported | 0 |
| 60-67 | D | 60-67 | IP | In Progress or Grade Not Reported | 0 |
| 45-59 | F | 45-59 |  |  |  |
| P | Passing | 0 | NC | No Credit | 0 |
| F | Failing | 0 | I | Incomplete | 0 |

### GRADING SYSTEM BEGINNING FALL 1965

| GRADE | DEFINITION | GRADE POINTS | GRADE | DEFINITION | GRADE POINTS |
|---|---|---|---|---|---|
| A | Excellent | 4.0 | W, WP** | Withdrawn Without Prejudice | 0 |
| B | Good | 3.0 |  |  |  |
| C | Satisfactory | 2.0 | NC | No Credit | 0 |
| D | Passing | 1.0 | WF* | Withdrawn Failing | 0 |
| F | Failing | 0.0 | I | Incomplete | 0 |
| P | Passing | 0.0 |  |  |  |

*Discontinued 1984
**Discontinued 1987

### GOOD STANDING
All students are considered in good standing unless stated otherwise on the transcript.

### REPEATED COURSES
Repeated courses are denoted under the "R" column. "T" indicates a repeated course is included in earned hours and GPA calculations; "A" indicates a repeated course is included in GPA calculations but excluded from earned hours; "E" indicates that a repeated course is excluded from earned hours and GPA calculations.

### SUBJECT CODES
For a detailed explanation of the subject codes on this transcript please visit: http://www.du.edu/registrar/course/coursecode.html.

### COURSE NUMBERING

| Prior to September 1985 | | Beginning September 1985 | |
|---|---|---|---|
| 1-99 | Elementary | 0001-0999 | Elementary |
| 100-199 | Intermediate | 1000-1999 | Intermediate |
| 200-299 | Advanced | 2000-2999 | Advanced |
| 300-399 | Advanced and Graduate | 3000-3999 | Advanced and Graduate |
| 400 or Over | Graduate | 4000-5999 | Graduate |

#### Beginning Summer 2002

| | |
|---|---|
| 0001-0999 | Pre-collegiate, Remedial, or Continuing Education Unit Courses |
| 1000-1999 | Undergraduate Courses (Lower Division) |
| 2000-2999 | Advanced Undergraduate Courses (Upper Division) |
| 3000-3999 | Advanced Undergraduate and Graduate Courses (Combined) |
| 4000 or Over | Graduate Courses |

### COURSES TAKEN AT OTHER INSTITUTIONS
Grades for courses taken at other institutions are marked with an asterisk and are not calculated into the grade point average.

### ACADEMIC CALENDAR
With the exception of the College of Law, the academic calendar used is the quarter. The quarter is generally ten weeks exclusive of the final examination period. In fall 1990, the College of Law adopted a semester calendar. Study abroad, distance learning, interterm and other special courses vary in length but are reported in quarter hours (or semester hours for the College of Law).

### LENGTH OF DEGREE PROGRAMS
The number of credit hours required for a degree is dependent on program requirements. A baccalaureate requires a minimum of 180 quarter hours; a master 45 and a doctorate 90-135 quarter hours beyond the bachelor's degree. 90 semester hours are required for a juris doctor degree.

### SECONDARY MAJOR
A second major outside the primary degree program.

### ACCREDITATION
The University of Denver is accredited by the Higher Learning Commission (HLC) of the North Central Association of Colleges and Schools as a degree-granting institution at the baccalaureate, graduate, professional, and doctoral levels.

### TRANSCRIPT AUTHENTICITY
A transcript is official when each page bears the preprinted University seal and includes the signature and title of the issuing authority. The transcript form is red and incorporates a background design of the University's seal.

### RELEASE OF INFORMATION
The message "ISSUED TO STUDENT" will be printed on the transcript when the transcript is provided directly to the student. This transcript cannot be released to any third party without the written consent of the student. These instructions are in accordance with the Family Educational Rights and Privacy Act of 1974.

### RECIPROCAL AGREEMENT PROGRAM
Prior to fall 2007, graduate credit taken at the Iliff School of Theology may be reflected on this transcript under the subject code ILIF. Effective fall 2007, the University of Denver assumed the administrative operations of the Joint PhD program with the Iliff School of Theology. All graduate credit taken at Iliff thereafter is reflected on this transcript under the subject code THEO or RLGN. Complete transcripts for students who graduated from the Joint PhD program prior to fall 2007 are available from the Iliff School of Theology.