# EXHIBIT 26



**Highly Confidential**

June 28, 2021

<u>Via Electronic Mail to jwright77@comcast.net</u>
Jason M. Wright
2515 Albion Street
Denver, CO 802073111

RE: USMLE Step 3                                          USMLE ID#: 0-823-893-3

Dear Dr. Wright:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 3. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your request to be Other Specified Depressive Disorder diagnosed in 2008, Attention Deficit/Hyperactivity Disorder, Inattentive Type diagnosed in 2011; and Specific Learning Disorder (Reading impairment) diagnosed in 2017. You report that you received no academic accommodations from primary school through medical school and no test accommodations on the SAT, ACT, MCAT, GRE, and USMLE. You write in your personal statement, *"I believe that, in light of my past unaccommodated performances in high stakes and time-limited standardized examinations, the only logical and evidence-based conclusion to be made is that, in my unique case, the time-limited standardized examination format drastically underrepresents my actual abilities…Now that my reading challenges have been identified and I can better understand the details of their negative impacts on my time-limited and standardized examination performances, I truly believe that I can now most accurately demonstrate my acquired knowledge on my next attempt at the USMLE Step 3, if provided the recommended and requested accommodations of 'Additional break time and 50% Additional test time (Time and 1/2) over 4 days', and 'a separate, quiet environment/room free from typical distractions of the standard classroom or testing setting'."*

In a November 2020 report of Neuropsychological Evaluation conducted when you were a 43-year-old medical school graduate, Terri Lucero, Ph.D. writes, *"Mr. Wright is now seeking a current evaluation because he is determined to understand the reasons for his lifelong struggle with standardized testing, and to overcome these challenges to become a physician…He noted that he has always struggled with taking tests and he was typically the last person to finish tests growing up. He has a pattern of underperforming on high stakes, time-limited standardized testing, relative to his general academic achievement."* Dr. Lucero concludes, *"The results of the current evaluation reveal that Mr. Wright has significant cognitive strengths that have enabled him to generally do well in academic endeavors, despite a long history of struggling to perform up to his aptitude on standardized, timed tests…His patterns of performance are consistent with those of individuals who are Twice-Exceptional (2e) – with gifted intellectual abilities in addition to underlying learning differences. These 2e individuals can often use strong reasoning skills to compensate (at least partially) for symptoms of learning differences and ADHD, especially in primary and secondary school…In Mr. Wright's case, at each step along the path of his academic career, his primary barriers to success have been due to his challenges in complete timed 'high stakes' tests on which his performance has not been reflective of his intellectual or academic abilities."*

Dr. Lucero describes 'Challenges' revealed in her 2020 evaluation as, *"His Reading Rate, as measured by the Nelson Denny Reading Test was at the 3rd **percentile** compared to his peers…His performance on the timed WIAT-4 Oral Reading Fluency task was at the 30th percentile, and substantially weaker than his untimed Reading Comprehension performance (76th percentile). On the Nelson-Denny Reading Test, his Reading Comprehension was **below average** and fell at the 12th percentile when the test was administered with the standard time limit. His performance rose to the*

Jason M. Wright                                                                                                              June 28, 2021
USMLE Step 3

*average range at the 68th percentile under the Extended Time condition…On the WIAT-4 his reading scores were well below what would be expected of someone with superior verbal reasoning skills, His reading accuracy was only at the 25th percentile, indicating he made several mistakes while reading passages."* (Emphasis in original).

Dr. Lucero assigns *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)* diagnoses of *315.00 (F81.0) Specific Learning Disorder, with Impairment in Reading  (deficits in reading fluency, and reading comprehension – Reading rate at 3rd percentile, Reading Comprehension at 12th percentile on timed tasks.); 314.00 (F90.0) Attention Deficit/Hyperactivity Disorder, Inattentive Type, Mild; and 311 (F32.8) Other Specified Depressive Disorder.*  She writes, *"It is recommended that Mr. Wright be allowed Time and a Half on all portions of testing in order to produce a performance on testing that is commensurate with his cognitive and academic abilities, and his practical skills in medical care. An evaluation of his performance on timed versus untimed reading comprehension tasks revealed that he has a reading rate that is substantially below average and that his reading comprehension is consistently compromised under timed conditions."*

The *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)* defines a Specific Learning Disorder in reading as a neurodevelopmental disorder that first manifests in childhood and is characterized by persistent and impairing difficulties with learning foundational academic skills. In adults, persistent difficulty refers to ongoing difficulties in literacy skills, as indicated by cumulative evidence from school reports, evaluated portfolios of work, or previous assessments. No primary or secondary school records were provided to demonstrate a developmental history of problems with reading or learning that impacted your academic functioning or limited any major life activity.

According to the *DSM-5*, a key diagnostic feature of a specific learning disorder is that the individual's performance of the affected academic skill(s) is well below average for age (*DSM-5* Criterion B). The conclusions and opinions of your evaluator notwithstanding, when compared to the appropriate normative samples, your 2017 and 2020 evaluations consistently demonstrate your performances on a range of cognitive and academic achievement tasks, including timed Reading Comprehension and Reading Fluency, are well within the Average range and not indicative of impairment. Your evaluator appears to place great weight on your performances on the *Nelson-Denny Reading Test (NDRT),* a screening measure of limited psychometric value*.* While *NDRT* percentile scores compare your performances to college educated peers, *NDRT* scale scores are derived from the pooled standardization sample, a group whose aggregate characteristics more closely resemble the average person in the general population and the appropriate frame-of-reference when assessing disability under the ADA. Your *NDRT* timed Comprehension scale score of 204 is Average range compared to the pooled standardization sample where the mean is 200 and the standard deviation is 25. The *NDRT* Reading Rate is not considered by experts to be a reliable measure of reading efficiency because it is determined on the basis of a single, one-minute sample of words-per-minute. The *NDRT* Technical Report for Forms G & H (1993) reports the Reading Rate reliability to be quite low, a coefficient alpha of only 0.68.

Your Average range 2020 *NDRT* timed Comprehension is quite consistent with all of your other Average range performances on the *Wechsler Individual Achievement Test, (WIAT-III and WIAT-IV)* reading tasks and your *Gray Oral Reading Test, 5th Edition (GORT-5)* oral reading rate, accuracy, fluency, and comprehension documented since 2017. In addition, your measured reading skills are consistent with your Average range SAT Verbal scores obtained under standard conditions in 1994, better than 25 to 35 percent of a national sample of college-bound seniors; your Average range ACT Reading scores obtained under standard conditions in 1994, better than 34 to 42 percent of a national sample of college-bound high school seniors; and your Average range 2006 GRE Verbal score of 450 (Mean = 464, SD=118) obtained under standard conditions, compared to a national sample of graduate school applicants.[1]  Overall, these data do not demonstrate that standard time conditions are a barrier to your access to the USMLE.

Your evaluator reports that your performances on a continuous performance test, the *IVA-2*, revealed your attention, focus, and impulsivity are generally well-managed when taking your prescribed medication. She reports that your *IVA-2* Full Scale Response Control quotient was in the Above Average range and your Combined Sustained Attention quotient

---

[1] https://www.ets.org/Media/Tests/GRE/pdf/gre_0809_factors_2006-07.pdf

Jason M. Wright  June 28, 2021
USMLE Step 3

was Average range. Nevertheless, Dr. Lucero's reports that ADHD leaves you susceptible to being distracted by environmental cues and you will do best if allowed to test in a separate, quiet environment free from typical distractions of the standard classroom or testing setting. The USMLE Step 3 is delivered at Prometric testing centers which offer a low-distraction examination setting by utilizing individual test carrels and offering noise reducing ear muffs to all examinees. In addition, examinees may use their own soft-foam ear plugs if desired, subject to inspection by test center staff. While Dr. Lucero writes that you would benefit from being allowed to take extra, stop-the-clock or extended breaks during testing, objective evidence demonstrating an impairment/disability supporting this accommodation was not provided.

Accommodations are intended to ensure that individuals with a documented disability as defined by the ADA can take the USMLE exams in an accessible place and manner. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities. According to the regulations issued by the United States Department of Justice (DOJ) to implement the ADA, not every impairment will constitute a disability. An impairment is a disability for purposes of ADA coverage only if it substantially limits the ability of an individual to perform a major life activity as compared to most people in the general population.

Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations are an appropriate modification of your USMLE Step 3 test administration. Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with the requested accommodations.

We will request processing of your exam application without test accommodations. You may inquire at permits@ecfmg.org or call Applicant Information Services at (215) 386-5900 with any questions about your scheduling permit. **Please monitor the USMLE announcements page at www.usmle.org and the Prometric website at www.prometric.com/corona-virus-update for up-to-date information regarding the impact of the coronavirus (COVID-19) pandemic on USMLE testing.**

Sincerely,
Disability Services

C: Eric Maxfield, Esquire to www.maxfieldgunning.com