# EXHIBIT 2

## MARLA RUTH BRASSARD, PH.D.

Professor Emerita of Psychology and Education

**OFFICE**

96 van Wies Point Road
Glenmont, NY 12077-4218

Telephone (518) 449-7317
Email: mrb29@tc.columbia.edu

**EDUCATION**

1979    Columbia University, Graduate Faculties, New York City
Ph.D., Educational Psychology: Schooling
APA-Approved Program in School Psychology

1976    Whitworth College, Spokane, Washington
B.A., Psychology

**PROFESSIONAL LICENSURE AND CERTIFICATION**

| | |
|---|---|
| 1987 – Present | Licensed Applied Psychologist, New York, License #9522-D |
| 1979 – Present | Certified School Psychologist, State of New York |
| 1979 – Present | Certified School Psychologist, State of New Jersey |
| 1986 – Present | Certified School Psychologist, State of Massachusetts, License #027365 |

**AWARDS**

| | |
|---|---|
| 2005 | Fellow of the American Psychological Association, (Division 16 – School Psychology) |
| 1976 | Graduated with honors, Whitworth College |
| 1977 – 1979 | Recipient, full National Institute of Mental Health Fellowship |
| 1979 | Dissertation of Distinction Award, Teachers College University |
| 1979 | Member, Sigma Xi Scientific Research Society |
| 2002 (July-August) | Member, Fulbright-Hays Group Study Abroad Project led by Zheng Zhou, "How Does Culture Mold the Habits of Thought, Emotion and Action: Short-term Seminars in China for School Psychologists" sponsored by the US Department of Education. |
| 2004 | Chosen as one of the leading researchers in the field of child maltreatment, see the interview with Marla Brassard published in Barnett, O.W., Miller-Perrin, C.L. & Perrin, R.D. (2004). *Family violence across the life span* (2nd ed.). Thousand Oaks, CA: Sage Publications. |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2020-present | Professor Emerita |
| 2009 – 2020 | Professor of Psychology and Education, Teachers College, Columbia University (tenured and approved graduate faculty sponsor). Responsibilities include serving as Director of Clinical Training for the APA-approved doctoral program in School Psychology (2009-2017); involvement in the NASP-approved Ed.M. program; graduate instruction in courses of individual psychological assessment and family as the context for child development; and supervision of dissertation research. |

*Curriculum Vitae (September 2021)*

**MARLA RUTH BRASSARD, PH.D.**                                                                                   **PAGE 2**
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

| | |
|---|---|
| 1995 – 2009 | Associate Professor of Psychology and Education, Teacher's College, Columbia University. |
| 1992 – Present | Private practice as a psychologist specializing in cases of child maltreatment, child and family development, and developmental disorders as they relate to forensic cases (e.g., death penalty mitigation, child testimony, child custody, the ADA). |
| 1992 – Present | Expert consultant to the New York State Bar Examiners, the National Board of Medical Examiners, Law School Admission Council, National Council of Engineers and the Graduate Management Achievement Test regarding the degree to which documentation submitted by applicants for accommodations on licensing exams is consistent with a diagnosis of learning disability, ADHD, ASD, and/or emotional disorders. |
| 1993 – 1995 | Expert consultant to the Department of Social Services in Arkansas regarding the screening and assessment of psychological maltreatment and mental or emotional injury. |
| 1988 – 1995 | Associate Professor of Education at the University of Massachusetts at Amherst.  Functions included directing the NASP-approved school psychology specialist program and involvement in the APA-approved doctoral program in School and Counseling Psychology. Additional responsibilities included graduate instruction in courses of developmental psychopathology, cognitive assessment, assessment of early childhood special needs and preschool assessment, supervision of practicum and internship students, and directing doctoral dissertations. |
| 1983 – 1995 | Co-Director of the Center for the Study of the Psychological Rights of the Child, Indiana University – Purdue University at Indianapolis and University of Massachusetts at Amherst. |
| 1991 – 1993 | School Psychologist with Albany-Schenectady-Schoharie County board of Cooperative Education, one day per week, 1991-1992 Richmondville Center School K-12 in rural Appalachia, 1992-1993 Berne-Knox-Westerlo Central Schools 7-12th grade. |
| 1990 – 1991 | Consulting School Psychologist in the Techler Preschool Program, Greater Amsterdam School District, which served as the diagnostic and treatment center for 16 school districts in northeastern New York State.  Functions included serving on the developmental screening committee for children 1 to 5 years of age, evaluating children transitioning from preschool to kindergarten, and consulting with the special education staff and parents. |
| 1986 – 1988 | Assistant Professor of Education at the University of Massachusetts at Amherst. |
| 1984 – 1986 | Assistant Professor of Educational Psychology at the University of Georgia.  Functions included involvement in the specialist and doctoral programs in school psychology. Additional responsibilities included graduate instruction in courses of individual psycho-educational assessment, social development of young children, family assessment and interventions, supervision of internship students, and directing of doctoral dissertations. Member of the Graduate Faculty of the University of Georgia. |

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                                    **PAGE 3**
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

| | |
|---|---|
| 1985 – 1986 | Member of the faculty of Pre-Professional Certificate Program in Marriage and Family Therapy, University of Georgia. |
| 1983 – 1984 | Psychologist at the Tryon School, New York State secure facility for female juvenile felons. Functions included being the psychologist for the 24-30 girls aged 13-21 in the facility.  This involved short-term psychotherapy, crisis intervention, in-service training of staff, diagnostic assessment and group counseling with sex offenders. |
| 1983–1984 | School psychologist at Ichabod Crane Middle and High Schools, Valatie, New York.  Functions included diagnostic assessment, individual counseling, and teacher and parent consultation. |
| 1980 –1983 | Assistant Professor of Educational Psychology, University of Utah, Salt Lake City.  Primary responsibility was involvement in the doctoral and specialist level program in school psychology.  Additional responsibilities included graduate instruction in courses of individual assessment, social development, educational implications of family therapy, tests and measurements, human growth development, performance analysis in organizations, supervision of practice and internship students, and directing doctoral dissertations and master's theses.  Co-Director of the Department of Educational Psychology Diagnostic Clinic in School Psychology. |
| 1979 – 1980 | School Psychologist at Princeton High School, Princeton, New Jersey. |
| 1979 | Consultant Psychologist for Special Reading Program, New York City Board of Education, District 4, New York. |
| 1977 – 1979 | Internship in School Psychology.  Completed rotations in the following supervised settings: St. Elizabeth's School, Archdiocese of New York City (Hispanic, inner-city K-8); Walter Panus Public High School, Peekskill, New York (suburban, middle class); Princeton Child Development Institute, Princeton, New Jersey (autistic and schizophrenic children); Riverdale country Day School, Bronx, New York (upper income K-12); The Spence School, New York City (gifted upper income K-12); Learning Assessment Service, Teachers College, Columbia University (three years). |

## SCHOLARLY ACTIVITY
### *Refereed Articles*

Baker, A. J. L, Brassard, M. R., & Rosenzweig, J. (in press). Providing parents with advice about alternatives to psychological maltreatment: A survey of professionals in fields related to child maltreatment. Child Welfare.

Baker, A. J. L, Brassard, M. R., & Rosenzweig, J. (2021). Psychological maltreatment: Definition and reporting barriers among American professionals in the field of child abuse. Child Abuse and Neglect, 114: 104941.

Brassard, M. R., Hart, S. N., & Glaser, D. (2020). Psychological maltreatment: An International Challenge to Children's Safety and Well-being. Child Abuse and Neglect. Doi: 10.1016/j.chiabu.2020.104611.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                    PAGE 4
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Baker, A. J. L., & Brassard, M. R. (2019). Predictors of variation in state reported rates of psychological maltreatment: A survey of U.S. statutes and a call for change. *Child Abuse and Neglect, 96*. https://doi.org/10.1016/j.chiabu.2019.104102

Brassard, M. R. (2019). Psychological Maltreatment is at least as harmful as other forms of child abuse and neglect: A research review. *APSAC Advisor, 31*(3), *18-27.*

Hart, S. N., & Brassard, M. R. (2019). Psychological Maltreatment—A Major Child Development and Protection Issue. *APSAC Advisor, 31(3), 1-18.*

Brassard, M. R., & Fiorvanti, C. M. (2015). School-based Child Abuse Prevention Programs. *Psychology in the Schools, 52*(1), 40-60. DOI:10.1002/pits.21811

Fiorvanti, C. M., & Brassard, M. R. (2014). Advancing child protection through respecting children's rights: A shifting emphasis for school psychology. *School Psychology Review*, 43(4), 349-366.

Baker, A. J., & Brassard, M. R. (2013). Adolescents Caught in Parental Loyalty Conflicts. *Journal of Divorce & Remarriage, 54*(5), 393-413.

Baker, A. J., Brassard, M. R., Schneiderman, M. S., & Donnelly, L. J. (2013). Foster children's report of psychological maltreatment experiences. *Journal of Public Child Welfare, 7*(3), 235-252.

Baker, A. J., Schneiderman, M. S., Brassard, M. R., & Donnelly, L. J. (2011). How well do evidence-based group parenting programs teach high-risk or maltreating parents about psychological maltreatment?: A program review. *Child Welfare, 01* (2), 7-37.

Donovan, K. L., & Brassard, M. R. (2011). Trajectories of maternal verbal aggression across the middle school years: Associations with negative view of self and social problems. *Child Abuse & Neglect, 35*(10), 814-830.

Baker, A. J., Brassard, M. R., Schneiderman, M. S., Donnelly, L. J., & Bahl, A. (2011). How well do evidence-based universal parenting programs teach parents about psychological maltreatment?: A program review. *Child Abuse & Neglect, 35*(10), 855-865.

Brassard, M. R., Rivelis, E., & Diaz, V. (2009). School-based counseling of abused children. *Psychology in the Schools, 46*(3), 206-217.

McAuliffe, P., Brassard, M. R., & Fallon, B. (2008). Memory and executive functions in adolescents with post treatment Lyme disease. *Applied neuropsychology, 15*(3), 208-219.

Hall, S. P., & Brassard, M. R. (2007). Relational support as a predictor of identity status in an ethnically diverse early adolescent sample. *The Journal of Early Adolescence*, 28 (1), 92-114.

Rothschild, M. B., & Brassard, M. R. (2006). Teachers' conflict management styles: The role of attachment styles and classroom management efficacy. *Journal of School Psychology, 44*(2), 105-121.

Brassard, M. R., & Chen, S. (2005). Boarding of upper middle class toddlers in China. *Psychology in the Schools, 42*(3), 297-304.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                                    PAGE 5
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Storch, E. A., Masia-Warner, C. L., & Brassard, M. R. (2003). The relationship of peer victimization to social anxiety and loneliness in adolescence. *Child Study Journal*, 33, 1-18.

Dillon, D. H., & Brassard, M. R. (1999). Adolescents and parental AIDS death: The role of social support. *Omega: Journal of Death and Dying, 39*, 179-195.

Hart, S. N., Binggeli, N. J., & Brassard, M. R. (1997). Evidence for the effects of psychological maltreatment. *Journal of Emotional Abuse, 1*(1), 27-58.

Brassard, M. R., Hart, S. N., & Hardy, D. B. (1993). The Psychological Maltreatment Rating Scales. *Child Abuse Neglect, 17*(6), 715-729.

Hart, S. N., & Brassard, M. R. (1993). *Psychological Maltreatment: Violence Update*, 1, 9-11.

Hart, S. N., & Brassard, M. R. (1991). Psychological maltreatment: Progress achieved. *Development and Psychopathology, 3*(01), 61-70.

Brassard, M. R., Hyman, I., & Dimmitt, C. (1991). What Can Children Expect? Protecting and Nurturing Children in a School and Community Context. *School Psychology Review, 20*(3), 369-381.

Brassard, M. R., & Barnes, S. G. (1987). Serving emotionally disturbed students in rural settings: A case study of service delivery problems and alternative solutions. *School Psychology Review*, 16, 127-136.

Hart, S. N., & Brassard, M. R. (1987). A major threat to children's mental health. Psychological maltreatment. *American Psychologist, 42*(2), 160-165.

Brassard, M. R., & Gelardo, M. S. (1987). Psychological maltreatment: The unifying construct in child abuse and neglect. *School Psychology Review*, 16, 127-136.

Germain, R. B., Brassard, M. R., & Hart, S. N. (1985). Crisis intervention for maltreated children. *School Psychology Review*, 14, 291-299

Brassard, M. R. (1985). Child sexual abuse: Programs for grades 7 -12 and for senior high students. *School Psychology Review, 14*, 388-390.

Brassard, M. R., & Colton, J. (1985). Sexual harassment in School Psychology: The results of a national survey. *Communiqué, 14*(2), 7-8.

Thompson, P. L., & Brassard, M. R. (1984). Cummings and Moscato soft on the Woodcock-Johnson. *School Psychology Review, 13*(1), 41-44.

Thompson, P. L., & Brassard, M. R. (1984). Validity of the Woodcock-Johnson tests of cognitive ability: A comparison with the WISC-R in LD and normal elementary students. *Journal of School Psychology, 22*(2), 201-208.

Tyler, A. H., & Brassard, M. R. (1984). Abuse in the investigation and treatment of intrafamilial child sexual abuse. *Child Abuse & Neglect, 8*(1), 47-53.

Brassard, M. R., Tyler, A. H., & Kehle, T. J. (1983). School programs to prevent intrafamilial child sexual abuse. *Child Abuse & Neglect, 7*(2), 241-245.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                    PAGE 6
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Brassard, M. R., Tyler, A. H., & Kehle, T. J. (1983). Sexually Abused Children: Identification and Suggestions for Intervention. *School Psychology Review, 12*(1), 93-97.

Brassard, M. R., & Szaranic, L. (1983). Promoting early school achievement in American Indian children. *School Psychology International, 4*(2), 91-99.

Burns, C. W., & Brassard, M. R. (1982).  A look at the single parent family:  Implications for the school psychologist. *Psychology in the Schools,* 19, 487-494.

### Books

Brassard, M. R. & Boehm, A. E. (2007).  *Preschool assessment:  Principles and practices.*  New York: Guilford Press. This is a 14 chapter, authored graduate text.  Chosen as an Academic Book of the Year by Choice.

Binggeli, N., Hart, S., & Brassard, M. R. (2001).  *Psychological maltreatment of children* (Child abuse and neglect series). Newbury Park, CA: Sage.

Talley, R.C., Kubiszyn, T., Brassard, M. R., & Short, R. J. (Eds.), (1996).  *Making psychologists in school indispensable: Critical questions and emerging perspectives*. Washington, DC: ERIC and the American Psychological Association.

Brassard, M. R., Germain, R., & Hart, S. N. (Eds.) (1987).  *Psychological maltreatment of children and youth.* Elmsford, NY: Pergamon Press, 316 pages.  Chosen as an Academic Book of the Year by Choice, and a selection of the Behavioral Sciences Book Service.

### Book Chapters

Hart, S. N., Brassard, M. R., & Wernham, M. (2021). Psychological Maltreatment – A Threat to Children not to be In J. E. Korbin R. D. Krugman & (Eds.), *The handbook of child maltreatment.* Springer.

Brassard, M. R. & Edwards, A. (2021). Child maltreatment: Psychological abuse.  *In Encyclopedia of Quality of Life Research at http://referencelove.springer.com/qure.*

Brassard, M. R., Hart, S. N., Baker, A. J. L., & Chiel, Z. A. (2019).  Psychological maltreatment of children. *APSAC Monograph 1*, apsac.org.

Fiorvanti, C. M., & Brassard, M. R. (2018). Child protection. In S. N. Hart & B. Nastasi (Eds.), *International Handbook on School Psychology and Child Rights.*

Brassard, M. R. & Melmed, L. (2017).  Psychological maltreatment.  In R. Alexander (Ed.), Research and practices in *child maltreatment: Definitions of abuse and prevention* (Volume 1 of 2, pp. 335-360). Florissant, MO: STM Learning.

Hart, S. N., Brassard, M. R., Baker, A. J. L., & Chiel, Z. A. (2017).  Psychological maltreatment of children. In J. Conte & B. Klika (Eds.), *The APSAC Handbook on Child Maltreatment: 4th Edition* (pp. 145-162). London: Sage Publications.

*Curriculum Vitae (September 2021)*

**MARLA RUTH BRASSARD, PH.D.**                                                          PAGE 7
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Brassard, M. R. & Edwards, A. (2013). Child maltreatment: Psychological. *In Encyclopedia of Quality of Life Research at http://referencelove.springer.com/qure.*

Hart, S.M., Brassard, M.R., Davidson, H.A., Rivelis, E., Diaz-Thompson, V., & Binggelli, N. (2011) Psychological maltreatment. In Meyers, J.E.B., & APSAC (Eds.), *The APSAC handbook on child maltreatment* (3ʳᵈ Ed) (pp. 125-144). Newbury Park, CA: Sage.

Brassard, M. R. & Rivelis, E. (2006). Psychological and physical abuse. In G. Bear & K. Minke (Eds.), *Children's Needs III: Understanding and Addressing the Developmental Needs of Children* (pp. 799-820). Bethesda, MC: NASP.

Brassard, M. R. & Donovan, K. L. (2006). Defining psychological maltreatment. In Feerick, M. M., Knutson, J. F., Trickett, P. K., & Flanzer, S. M. (Eds.), *Child Abuse and neglect: Definitions, classifications, and framework for research* (pp. 151-197). Baltimore, MD: Brookes Publishing.

Saigh, P. A., Brassard, M. R., & Peverly, S. T. (2004). Cognitive behavioral interventions for children and adolescents with PTSD. In S. Taylor (Ed.), *Advances in the treatment of post-traumatic stress disorder: Cognitive-behavioral perspectives* (pp. 243-263). New York: Springer.

Brassard, M. R. & Butterfass, M. J. (2003). Escalation-de-escalation: Teacher interventions. In J. Miller, I., Rodriquez Martin, & G. Schamess (Eds.), *School violence and children in crises: Community and school interventions for social workers and counselors* (pp.187-206). Denver, CO: Love Publishing.

Hart, S. N., Brassard, M.R., Binggeli, N. J., Davidson, H. S. (2003). Psychological maltreatment. *Encyclopedia of Marriage and Family Relations*, 1, 221-227. New York: MacMillan Reference USA.

Hart, S. N., Brassard, M. R., Binggeli, N., & Davidson, H. A. (2002). Psychological maltreatment. In J.E.B. Meyers, L. Berliner, J. Briere, C.T. Hendrix, C. Jenny, & T.A. Reid (Eds.), *The APSAC handbook on child maltreatment* (2ⁿᵈ ed., pp. 70-103). Thousand Oaks, CA: Sage.

Brassard, M. R., Hart, S. N. & Hardy, D. B. (2001). Psychological and emotional abuse. In R. T. Ammerman and M. Hersen (Eds.), *Case Studies in family violence* (2ⁿᵈ edition, pp. 293-322). New York: Plenum.

Brassard, M. R. & Hart, S. N. (2000). What is psychological maltreatment? In H. Dubowitz & D. DePanfilis (Eds.), *Handbook for child protection practice* (pp. 23-30). Newbury Park, CA: Sage.

Brassard, M. R. & Hart, S. N. (2000). How do I determine if a child has been psychologically maltreated? In H. Dubowitz & D. DePanfilis (Eds.), *Handbook for child protection practice* (pp. 215-219). Newbury Park, CA: Sage.

Brassard, M. R. & Hardy, D. (1998). Psychological maltreatment. In M.E. Helfer, R.S. Kempe & R. Krugman (Eds.), *The battered child* (4ᵗʰ Edition, pp. 393-412). Chicago, IL: University of Chicago Press.

Brassard, M. R. (1997). Psychological and physical abuse. In G. Bear, K. Minke, & A. Thomas (Eds.), *Children's needs II: Psychological perspectives* (pp.877-888). Washington, DC: NASP.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                PAGE 8
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Brassard, M. R. (1996). Listening to our clients: A strategy for making psychology indispensable in the schools.  In Talley, R.C., Kubiszyn, T., Brassard, M. R., & Short, R. J. (Eds.), *Making psychologists in schools indispensable: Critical questions and emerging perspectives* (pp. 91-96).  Washington, DC: ERIC and the American Psychological Association.

Hart, S. N. & Brassard, M. R. (1996). Psychological maltreatment of children.  In R. Gelles (Ed.), *Vision 2010: Families and violence, abuse, and neglect* (pp. 14-15).  Minneapolis, MN: National Council on Family Relations.

Hart, S. N., Brassard, M. R., & Karlson, H. (1996) Psychological maltreatment.  In L. Berliner, J. Briere, J. Bulkley, C. Jenny & T. Reid (Eds.), *The APSAC handbook on child maltreatment* (pp. 72-89).  Newbury Park, CA: Sage.

Brassard, M. R. & Apellaniz, I. (1992). The abusive family: theory and intervention.  In M. J. Fine & C. I. Carlson (Eds.), *The handbook of family-school problems and intervention: A systems perspective* (pp. 215-230).  Needham Heights, MA: Allyn & Bacon.

Bonner, B. L., Kaufman, K., Harbeck, C., & Brassard, M. R. (1992).  Child maltreatment.  In C. E. Walker & M.C. Roberts (Eds.), *Handbook of clinical child psychology* (2nd edition), pp. 967 – 1008).  New York: John Wiley and Sons.

Brassard, M. R., Hart, S. N. & Hardy, D. B. (1991).  Psychological and emotional abuse of children.  In R. T. Ammerman and M. Hersen (Eds.), *Case studies in family violence* (pp. 255-270). New York: Plenum.

Hart, S. N. & Brassard, M. R. (1990). Psychological maltreatment of children.  In R. T. Ammerman & M. Hersen (Eds.), *Treatment of family violence: A sourcebook* (pp. 77-112).  New York: John Wiley & Sons.

Brassard, M. R. & McNeill, L. (1987).  Child sexual abuse.  In M. R. Brassard, R. Germain, & S. N. Hart (Eds.), *Psychological maltreatment of children and youth* (pp.69-88).  Elmsford, NY: Pergamon Press.

Hart, S. N. & Brassard, M. R. (1987). Psychological maltreatment:  Integration and summary.  In M. R. Brassard, R. Germain, & S. N. Hart (Eds.), *Psychological maltreatment of children and youth* (pp. 254-266).  Elmsford, NY: Pergamon Press.

Hart, S. N., Brassard, M. R. & Germain, R. (1987). Psychological maltreatment in education and schooling.  In M. R. Brassard, R. Germain, & S. N. Hart (Eds.), *Psychological maltreatment of children and youth* (pp. 217-242).  Elmsford, NY:  Pergamon Press.

Hart, S. N., Germain, R., & Brassard, M. R. (1987).  The challenge: to better understand and combat psychological maltreatment of children and youth.  In M. R. Brassard, R. Germain, & S. N. Hart (Eds.), *Psychological maltreatment of children and youth* (pp. 3-24).  Elmsford, NY:  Pergamon Press.

Brassard, M. R. (1986).  Family assessment procedures and approaches.  In H. M. Knoff (Ed.), *The assessment of child and adolescent personality* (pp. 399-449). New York: Guilford Press.

Hart, S. N., Gelardo, M., & Brassard, M.R. (1986).  Psychological maltreatment.  In J. Jacobsen (Ed.), *Psychiatric sequelae of child abuse* (pp. 133-168). Springfield, IL: Charles Thomas.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                                           PAGE 9
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

### *Test/Book/Video Reviews*

Brassard, M. R. (1999). Review of the videotape, Understanding the six forms of emotional child abuse. *Child Abuse and Neglect,* 25(3), 429-430.

Brassard, M. R. (1994). Review of K. O'Hagan's book, Emotional and psychological abuse of children. *Child Abuse and Neglect,* 18(3), 897-898.

Brassard, M. R. (1985). Review of A Process for the Assessment of Effective Student Functioning. *The ninth mental measurements yearbook. Volume II* (pp. 1210-1211). Lincoln, NE: Buros Institute of Mental Measurement, University of Nebraska.

Brassard, M. R. (1985). Review of the Barclay Learning Needs Assessment Inventory. *The ninth mental measurements yearbook. Volume II* (pp. 131-132). Lincoln, NE: Buros Institute of Mental Measurement, University of Nebraska.

### *Scholarship In Progress*

Kangas-Dick, K., Brassard, M. R., Jahromi, L., & Greer, D. (revise and resubmit).
    *ASD Preschoolers with and without Elevated Attention Problems: Observed Parenting Differences.*

Dakopolos, A., Jahromi, L., Brassard, M. R., & Greer, D Joint Attention and Maternal Attention across Varying Dyadic Interactions for Children with Autism Spectrum Disorders.

Aoki, S. & Brassard, M. R. (revise and resubmit). *Inexpensive screening for Peer Victimization: IRT analyses of the Social Experience Questionnaire.*

Johnson, M., & Brassard, M. R. (in preparation). Maternal Selfcare and Observed Parenting in a preschool sample with ASD.

Chiel, Z., & Brassard, M. R. (in preparation). Parental Attributions of Control and Self-Efficacy: Observed Parenting Behaviors in Mothers of Preschool Children with ASD.

### *Tests Developed*

Psychological Maltreatment Rating Scales (1991, 1993, 2014).

Mental Injury Rating Scales (1993).

Teacher Psychological Aggression Scale (Casarjian& Brassard, 1998).

Comprehensive Assessment of Psychological Maltreatment (2006, 2011).

### *Professional Guidelines*

Hart, S. N. & Brassard, M. R., Baker, A. J., & Chiel, Z. (Co-Chairs). (2017). American Professional Society on Child Abuse *Guidelines for the Psychosocial Evaluation of Suspected Psychological Maltreatment of Children and Youth.* Chicago, IL: APSAC.

*Curriculum Vitae (September 2021)*

**MARLA RUTH BRASSARD, PH.D.**                                                                              **PAGE 10**
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Hart, S. N. & Brassard, M. R. (Co-Chairs).  (1995).  American Professional Society on Child Abuse *Guidelines for the Psychosocial Evaluation of Suspected Psychological Maltreatment of Children and Youth.* Chicago, IL: APSAC.

**Public Education Pamphlets and Videotapes**

Hart, S. N. & Brassard, M. R. (1988).  *Teacher's guide to spider-man on emotional abuse.*  Chicago, IL: National Committee for the Prevention of Child Abuse.

Brassard, M. R. & Hart, S. N. (1987).  *Emotional Abuse; Words can hurt.*  Chicago, IL: National Committee for the Prevention of Child Abuse.

**Papers Presented at National/International Meetings**

Brassard, M. R. (2021). *Improving observed parenting and enhancing well-being in parents of young children with ASD.* B. F. Skinner lecture at the annual meeting of the Association for Behavior Analysis International.

Brassard, M. R. (2020). *Trauma: The effects of trauma on risk and protective factors.* Paper presented at the annual meeting of the Association for Behavior Analysis International.

Fiorvanti, C. F., & Brassard, M. R. (2019). *Child protection from a child rights perspective.* Paper accepted for presentation at the annual meeting of the American Psychological Association, Chicago, IL.

Brassard, M. R. (2019). *Hot topics in promoting resilience*: *Psychological maltreatment.* Workshop presented at the APSAC Pre-conference for the San Diego International Conference on Child and Family Maltreatment.

Brassard, M. R., & Baker, A. J., & Hart, S. N. (2018). *Psychological maltreatment.* Workshop presented at the annual meeting of the American Professional Association on Child Abuse and Neglect, New Orleans, LA.

Brassard, M. R., & Hart, S. N. (2017). *Psychological maltreatment.* Workshop presented at the annual meeting of the American Professional Association on Child Abuse and Neglect, Portland, MA.

Bancroft, A. B., Boehm, A. E., Brassard, M. R., Greer, D. G., & Du, L. (2017). *Naming and basic concept acquisition: Children with and without ASD.* Poster presented at the annual meeting of the National Association of School Psychologists, San Antonio, TX.

Donnelly, L. Brassard, M. R., Jamison, J. M., Fourie, E., & Kolevzon, A. (2016). *Parent-child Interaction in children with autism spectrum disorder  who vary in symptom severity and level of functioning.* Presented at the annual meeting of the IMFAR conference.

Brassard, M. R., Hart, S. N., & Chiel, Z. (2016). *Unveiling the Revised APSAC Guidelines on the Psychosocial Evaluation of suspected psychological maltreatment.* Workshop presented at the annual meeting of the American Professional Association on Child Abuse and Neglect.

Fiorvanti, C. M., & Brassard, M. R. (2015). *Parent-teacher communication for preschoolers with special needs.* Poster presented at the annual meeting of the American Psychological Association, Washington, DC.

Aoki, S., & Brassard, M. R. (2015). *Understanding isolated and non-isolated victims of peer victimization in middle school.* Poster presented at the bi-annual meeting of the Society for Research on Child Development, Philadelphia, PA.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                               PAGE 11
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Aoki, S., Orozco, S., Schulman, S., Tabachnick, Z., & Brassard, M. R. (2014). *Boosting attendance in high-risk middle schools: Target the class, not just individuals? Poster* presented at the annual meeting of the American Psychological Association, Washington, DC.

Miller, E., & Brassard, M.R. (2012). *The peer network and individual characteristics of girls high and low on sexual harassment.* Poster presented at the annual meeting of the Society for Research on Adolescents, Vancouver, BC.

Aoki, S., & Brassard, M.R. (2012). *Same and opposite sex peer likability: Friendship and mating strategies.* Poster presented at the annual meeting of the Society for Research on Adolescents, Vancouver, BC.

Brassard, M.R., Baker, A., Schneiderman, M., & Donnelly, L.J. (2011). *Foster children's report of psychological maltreatment experience: Prevalence and implications for treatment.* Poster presented at the annual meeting of the American Psychological Association, Washington, DC.

Sichel, K., Brassard, M.R., & Aoki, S. (2011). *Is peer aggression a mating strategy?* Poster presented at the annual meeting of the American Psychological Association, Washington, DC.

Aoki, S., Brassard, M.R., &Sichel, K. (2010).*Peer victimization: the pitfalls of being a pretty girl.* Poster presented at the annual meeting of the American Psychological Association, San Diego, CA.

Brassard, M.R., Hart, S.N., Rivelis, E., Diaz-Thompson, V., & Reingold, L. (2009). *Residential youth's views on routine screening for maltreatment.* Poster presented at the bi-annual meeting of the Society for Research on Child Development, Denver, CO.

Aoki, S., & Brassard, M.R. (2008). *Long-term effects of peer victimization: Test of three models with middle schoolers.* Poster presented at the annual meeting of the American Psychological Association, Boston, MA.

Urciuoli, R.J., & Brassard, M.R. (2008). *School belonging trajectories among middle school students.* Poster presented at the annual meeting of the American Psychological Association, Boston, MA.

Urciuoli, R.J., & Brassard, M.R. (2008). *Getting hooked on school: Factors predicting belonging among middle schoolers.* Poster presented at the annual meeting of the American Psychological Association, Boston, MA.

Brassard, M.R. & Boehm, A.E. (2008). *Assessing and teaching emotional skills related to benchmarks.* Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Crandall, N.N., & Brassard, M.R. (2007). *Substance use trajectories across the middle school years: Modifiable risk factors.* Poster presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Crandall, N.N., & Brassard, M.R. (2007). *Substance use trajectories in middle school: Effects of early vs. late onset.* Poster presented at the annual meeting of the American Psychological Association, San Francisco, CA.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                    PAGE 12
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Hall, S.P., & Brassard, M.R. (2007). *Relational support as a predictor of ego identity exploration in early adolescence.* Poster presented at the bi-annual meeting of the Society for Research on Child Development, Boston, MA.

Mikheev, C.C., & Brassard, M.R. (2007). *Conflict resolution intervention's effect on adolescents' rates of peer victimization.* Poster accepted for presentation at the annual meeting of the National Association of School Psychologists, New York, NY.

Brassard, M.R., Hart, S.N., Diaz-Thompson, V., Greene, P., &Rivelis, E. (2006). *The development of comprehensive measures of psychological maltreatment.* Poster presented at the bi-annual meeting of the International Society for the Prevention of Child Abuse and Neglect, York, UK.

Pearl Puza, M., & Brassard, M.R. (2006, August). *At-risk students' middle school trajectories and school variables that contribute to success or failure outcomes.* Poster presented at the annual meeting of the American Psychological Association, New Orleans, LA.

Greenwald, M.B., & Brassard, M.R. (2006, August). *Peer sexual harassment in middle school: A developmental perspective.* Poster presented at the annual meeting of the American Psychological Association, New Orleans, LA.

Auth, J., & Brassard, M.R. (2005, August). *Mastery orientation and teacher support as predictors of successful retention outcomes.* Poster presented at the annual meeting of the American Psychological Association, Washington, DC.

Miller, K., & Brassard, M.R. (2004, August). *Self and peer-perceptions of middle schoolers reporting maternal psychological aggression and neglect.* Poster presented at the annual meeting of the American Psychological Association, Honolulu, HI.

Rothschild, B.K., & Brassard, M.R. (2004, August). *Teachers' use of conflict management styles: Role of school climate, attachment styles, & classroom management efficacy.* Poster presented at the annual meeting of the American Psychological Association, Honolulu, HI.

Hart, S.N., & Brassard, M.R. (2003, September). *Assessment of psychological/emotional maltreatment and injury.* Pre-conference workshop accepted for presentation at the 8th International Conference on Family Violence, San Diego, CA.

Brassard, M.R., & Miller, K.L. (2003, August).*Middle schoolers reporting psychological maltreatment and neglect: Peer and self-perspectives.* Poster accepted for presentation at the annual meeting of the American Psychological Association.

Brassard, M.R., DeCarlo, L., Vogel, D., & Butterfass, M. (2002, April). *Is it the student's fault? A structural model of teacher-student aggression.* Poster presentation at the bi-annual meeting of the Society for Research on Adolescents, New Orleans, LA.

Butterfass, M., & Brassard, M.R. (2002, April). *Peer sexual harassment in middle school: Who's a victim?* Poster presented at the bi-annual meeting of the Society for Research on Adolescents, New Orleans, LA.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                        PAGE 13
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Brassard, M.R., Gillat, A., Vogel, D., &Butterfass, M. (2001, April). *Teacher-directed student aggression: Aggressive student or response to a "mean teacher?"* Poster presented at the bi-annual meeting of the Society for Research on Child Development, Minneapolis, MN.

Crutcher, C.E., & Brassard, M.R. (2001, April). *Influence of parental bonding and cognitive skills on depressive symptomology in early adolescents: Implications for intervention.* Poster presented at the bi-annual meeting of the Society for Research on Child Development, Minneapolis, MN.

Urciuoli, R.J., & Brassard, M.R. (2001, April). *Violence exposure and academic achievement: Using research to inform interventions.* Poster presented at the annual meeting of the National Association of School Psychologists.

Brassard, M.R., Hardy, D.B., Butterfass, M.J., Vogel, D., Basch, C.E. (2000, August). *Parental psychological maltreatment and peer victimization in early adolescents.* Paper presented at the annual meeting of the American Psychological Association, Washington, DC.

Brassard, M.R., Hardy, D.B., Butterfass, M.J., Vogel, D., Basch, C.E. (2000, June). *Parental psychological maltreatment and peer victimization: The role of depression.* Paper presented at Victimization of Children and Youth: An International Research Conference, Durham, NH.

Crutcher, C., Brassard, M., & Basch, C.E. (2000, July). *Parental psychological abuse and neglect: Powerful predictors of maladjustment in early adolescence.* Paper presented at Victimization of Children and Youth: An International Research Conference.

Casarjian, B., & Brassard, M.R. (1999, April). *Teacher psychological maltreatment and student's school related functioning.* Poster presented at the bi-annual meeting of the Society for Research on Child Development, Albuquerque, NM.

DelVecchio, D., & Brassard, M.R. (1999, August). *The development of emotional understanding in deaf and hearing children.* The annual meeting of the American Psychological Association, Boston, MA.

Morris, K., & Brassard, M.R. (1999, August). *Aggressive adolescent girls: Is it conduct disorder or gender?* The annual meeting of the American Psychological Association, Boston, MA.

Dillon, D.H., & Brassard, M.R. (1999, August). *Coping with parental death from AIDS in adolescents: The role of emotional and informational support.* The annual meeting of the American Psychological Association, Chicago, IL.

Brassard, M.R. (1997, July). *Emotional abuse.* Invited keynote address at the British Association for the Prevention of Child Abuse and Neglect, Edinburgh, Scotland.

Brassard, M.R. (1996, August). Invited address: *Emotional abuse: Definition and assessment.* Paper presented at the bi-annual meeting of the International Society for the Prevention of Child Abuse and Neglect, Dublin, Ireland.

*Curriculum Vitae (September 2021)*

**MARLA RUTH BRASSARD, PH.D.**                                                                 PAGE 14
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Brassard, M.R. (1996, August). Discussant: *The future of the training of doctoral-level school psychologists.* Presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Brassard, M.R., Hart, S., & Hardy, D. (1995, August). *Psychological maltreatment: Predicting peer acceptance from mother-child interaction.* Paper presented at the 4th annual Family Violence Research Conference, Durham, New Hampshire.

Brassard, M.R., Hart, S., & Conte, J. (1994). *Psychological maltreatment: Assessment and intervention.* An invited advanced professional workshop presented at the annual meeting of the American Professional Society on Child Abuse, Boston, MA.

Brassard, M.R. (1994). *Psychological maltreatment in childhood: Assessment and intervention.* Invited workshop for a special conference on violence conducted by the United States Department of Public Health, Region I, Tarrytown, NY

Brassard, M.R. (1991, August). *The role of parental psychological maltreatment in the prediction of child development status.* Science Weekend Invited Address: Scientific Bases of Psychological Intervention Track. Address given at the annual meeting of the American Psychological Association, San Francisco, CA.

Brassard, M.R. (1991, August). *The relationship between maternal psychological maltreatment and children's developmental status: Implications for intervention.* In D. Tharinger (Chair). School psychologists' response to child abuse: Training, practice and research. An invited symposium presented at the meeting of the American Psychological Association, San Francisco, CA.

Brassard, M.R. (1990, April). Assessing psychological maltreatment. In S.N. Hart (Chair). *Psychological maltreatment of children: Implications for school services.* Symposium presented at the annual meeting of the National Association of School Psychologists, San Francisco, CA.

Brassard, M.R. (1990, September). *Psychological maltreatment: Identification, assessment and intervention.* A featured workshop at the bi-annual meeting of the International Society for the Prevention of Child Abuse and Neglect, Hamburg, Germany.

Brassard, M.R. (1990, October). *Psychological maltreatment.* In A. Litrownik (Chair). *Research to practice: A focus on intervention with victims of child maltreatment.* Symposium presented at the annual meeting of the American Association for the Advancement of Behavior Therapy, San Francisco, CA.

Brassard, M.R., & Hart, S.N. (1989). *Development and validation of operationally defines measures of emotional maltreatment.* An invited research workshop presented at the National Conference on Child Abuse and Neglect, Salt Lake City, UT.

Carlton, S., & Brassard, M.R. (1989). *Helping children from troubled homes: A videotape in-service for teachers.* A paper presented at the annual meeting of the National Association of School Psychologists, Boston, MA.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                    PAGE 15
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Boehm, A.E., Brassard, M.R., & Schakel, J. (1988, April). *Assessing and developing learning strategies in young children.* Proceedings of the 1988 Annual Meeting of the National Association of School Psychologists, Chicago, IL.

Brassard, M.R., & Ivey, A.E. (1988, August). *School and counseling psychology: A life-span developmental program.* In T.J. Kehle (Chair), Combined School and Counseling Psychology Programs. A symposium presented at the Annual Meeting of the American Psychological Association, Atlanta, GA.

Brassard, M.R. (1988, October). *Emotional maltreatment: Focus on child abuse.* An invited research presentation presented at the annual meeting of the Institute for the Prevention of Child Abuse, Toronto, Canada.

Brassard, M.R. (1987, March). *Family-oriented assessment in the schools.* In J. Graden (Chair), Family assessment and intervention in the schools: Guidelines for appropriate actions. A symposium presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Gelardo, M.S., & Brassard, M.R. (1987, April). *An ecological comparison of the psychological characteristics of physically abused primary grade children and matched classmates.* A paper presented at the annual meeting of the Society for Research on Child Development, Baltimore, MD.

Brassard, M.R. (1987, August). *School performance and parent-perpetuated child maltreatment: Known relationship and directions for research.* In S.N. Hart (Chair), Child maltreatment: The school as problem and solution. A symposium presented at the annual meeting of the American Psychological Association, New York, NY.

Nolan, J.D., & Brassard, M.R. (1986, April). *Helping teachers reduce students' persistent errors.* Proceedings of the National Association of School Psychologists, 83-84.

Brassard, M.R. (1986, August). *Crisis counseling: Adolescent maltreatment.* In M.J. Fine (Chair), Adolescent crisis: A school-based perspective. A symposium presented at the annual meeting of the American Psychological Association, Washington, DC.

Brassard, M.R., Germain, R., & Hart, S.N. (1985, April). *Psychological maltreatment – The core concept in child abuse and neglect: Its challenges to our society and the helping professions.* Panel presented at the meeting of the American Orthopsychiatry Association, New York City.

Brassard, M.R. (Chair) (1985, April). *Child custody assessment when child abuse and neglect is suspected.* Symposium presented at the meeting of the National Association of School Psychologists, Las Vegas, NV.

Brassard, M.R. (1985, August). *The International Conference on Psychological Abuse of Children and Youth: Its activities, products, and extensions.* In S.N. Hart (Chair), Psychological maltreatment of children: Issues and perspectives for psychology. Symposium conducted at the meeting of the American Psychological Association, Los Angeles, CA.

Brassard, M.R. (Chair) (1984, April). *Family assessment strategies for personality assessment, child custody, and research.* Symposium presented at the meeting of the National Association of School Psychologists, Philadelphia, PA.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                    PAGE 16
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Kahn, J.S., & Brassard, M.R. (1984, August). *Acquisition of relational concepts by learning-disabled and non-disabled elementary school children.* Presented at the meeting of the American Psychological Association, Toronto, Canada.

Brassard, M.R., & McNeill, L. (1984, September). *Behavioral correlates of father-daughter incest with elementary-aged girls.* Presented at the Fifth International Congress on Child Abuse and Neglect, Montreal, Canada.

Brassard, M.R., Hart, S., & Germain, R. (1984, September). *Current thinking on psychological maltreatment: Synthesis of 1983 conference.* Symposium presented at the Fifth International Congress on Child Abuse and Neglect, Montreal, Canada.

Brassard, M.R. (Chair) (1983, March). *Family assessment and school-based intervention strategies.* Symposium presented at the meeting of the National Association of School Psychologists, Detroit, MI.

Brassard, M.R., & McNeill, L. (1983, August). *Child sexual abuse as a form of psychological abuse: A review of the literature.* Invited paper presented at the International Conference on the Psychological Abuse of Children and Youth, Indianapolis, IN.

Brassard, M.R., Randa, K.W., & Kahn, J. (1983, August). *A critical review of the evaluation models for school psychological services.* Presented at the meeting of the American Psychological Association, Anaheim, CA.

Brassard, M.R., & Tyler, A.H. (1982, March). *Characteristics and conditions that increase the risk of child abuse.* In M. Brassard (Chair), Characteristics and conditions that increase the risk of child abuse and neglect. Symposium presented at the annual meeting of the National Association of School Psychologists, Toronto, Canada.

Burns, C., & Brassard, M.R. (1982, March). *A look at the single parent family: Implications for the school psychologist.* In C. Anderson (Chair), Going it alone: The growing issues facing single parent families. Symposium presented at the meeting of the National Association of School Psychologists, Toronto, Canada.

Brassard, M.R. (1982, March). *Family work in the schools: Choosing the appropriate training and service model.* In C. Anderson (Chair), Theoretical and practical considerations in adopting a family perspective in school psychology. Symposium presented at the meeting of the National Association of School Psychologists, Toronto, Canada.

Brassard, M.R., & Boehm, A.E. (1982, August). *Can relational concepts be taught? The effects of specified instruction.* Presented at the meeting of the American Psychological Association, Washington, DC.

Kehle, T.J., & Brassard, M.R. (1982, August). *Enhancing the professional role commitment among school psychology students.* Presented at the meeting of the American Psychological Association, Washington, DC.

Brassard, M.R., Tyler, A., &Kehle, T.J. (1982, September). *Sexually abused children: Identification and suggestions for intervention in the schools* (summary). Proceedings of the Fourth International Congress on Child Abuse and Neglect, 4, 245, Paris, France.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                      PAGE 17
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Tyler, A., & Brassard, M.R. (1982, September). *Abuse in the investigation and treatment of intrafamilial child sexual abuse* (summary).  Proceedings of the Fourth International Congress on Child Abuse and Neglect, 4, 65, Paris, France.

Brassard, M.R., & Szaranic, L. (1981, April). *Promoting early school achievement in American Indian children* (summary).  Proceedings of the National Association of School Psychologists, 4, 91-100.

Nolan, J.D., Weinstein, R.J., & Brassard, M.R. (1979, August).  *The correction of repeated errors*. Presented at the meeting of the American Psychological Association, New York, NY.

## RESEARCH AWARDS/GRANTS ACCEPTED

**Principal Investigator: Kasser Emotional Growth Fellowship and Research Project, 2010-2015**, 5 one-year Kasser Fellowships for $100,000 and $10,548 for the research project. Renewed for 2013-2018 for **another $100,000** for 5, $20,000 fellowships.

**Provost's Investment Fund Award, 2010-2012, $20,000 for** "Brain Functioning, Behavior and School Adjustment in Child Welfare and Comparison Children: A Short-term Longitudinal Pilot Study."

**Principal Investigator.** "Modifiable risk factors for aggression in middle schools." Spencer Research Training Grant. 1992-2002, $305,000.

**Co-Principal Investigator.** "Development of intake, investigation, and evaluation procedures for the assessment of emotional maltreatment. " A grant from the Arkansas Department of Social Services. May 1993, $10,000.

**Principal Investigator.** "Developing an evaluation program for case management of child protective service cases where substance abuse is involved." Public Service Grant awarded by the University of Massachusetts, Amherst, a project with Massachusetts Department of Social Services, 1989, $11,000.

**Principal Investigator.** "Development and validation of operationally-defined measures of emotional maltreatment. A research grant written with Stuart Hart of Indiana University and funded by the University of Massachusetts at Amherst.  May 1989, $5,000.

**Principal Investigator.** "School performance and child maltreatment."  A research grant funded by the Graduate School of Education, University of Massachusetts, Amherst.  October 1988, $10,000.

**Co-Principal Investigator.** "Developing and validating operationally defined measures of emotional maltreatment: A multimodal study of the relationship between caretaker behavior and child characteristics across three developmental levels."  Written with Professor Stuart Hart of Indiana University.  A research grant funded by the United States Department of Health and Human Services.  July 1, 1986 to March 31, 1989, $290,000.

**Principal Investigator.** "The effectiveness of individual school psychologists as a function of training and experience." Seed Money Award, Graduate School of Education, University of Utah, 1981, $800.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                              PAGE 18
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

**Principal Investigator.** "The acquisition of basic relational concepts in learning disabled children."  Faculty Research Grant, University of Utah, Summer, 1981, $1,000.

**Principal Investigator.** "The effect of massed and spaced practice on the rate of learning basic relational concepts." Funded by the Bureau of Educational Research, University of Utah, 1980, $1,000.

**EDITORIAL EXPERIENCE**

Brassard, M.R., & Hart, S.N. (Eds.). (1987, April). *Psychological maltreatment of children.*  Guest editors of a special theme issue of the *School Psychology Review.*

Ad-Hoc Reviewer of publications of the National Committee for the Prevention of Child Abuse.

Journal Editorial Board Member
   *Journal of School Psychology (1999-2007)*

Journal Ad-Hoc Reviewer
   *Child Abuse and Neglect*
   *Child Maltreatment*
   *Developmental Psychology*
   *Development and Psychopathology*
   *Journal of Interpersonal Violence*
   *Journal of Marriage and the Family*
   *Journal of Pediatrics*
   *Professional School Psychology*
   *Professional Psychology*
   *School Psychology Review*
   *Psychoeducational Assessment*
   *Journal of Child and Family Studies*

**TEACHING**

***Graduate Courses Offered***
   - Research in Counseling and School Psychology
   - Individual Tests of Intelligence/Cognitive Assessment
   - Internship in School Psychology
   - Continuing Seminar Series in School Psychology
   - Individual Child Evaluation
   - Human Growth and Development Performance in Organizations
   - Individual Clinical Assessment I
   - Individual Clinical Assessment II
   - Psychological Assessment
   - Families as the Context for Child Development
   - Educational Implications of Family Therapy

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                          PAGE 19
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

- Family Assessment for Short-Term Interventions
- Developmental Psychopathology
- Social Development
- Practicum in School Psychology
- Practicum in Psychological Assessment
- Tests and Measurements
- Psychology of Early Childhood Assessment of Early Childhood Special Needs
- Analyzing and Improving (Child and Adolescent)
- Lifespan Developmental Psychopathology
- Psychological Assessment of Preschool Children
- Psychology in the Schools
- Personality Assessment of Children and Adolescents
- Diagnosis and Intervention in Childhood Disorders

***Dissertations Sponsored (chaired in the language of non-Columbia University Institutions)***

Hamo, Amarelle, PhD in School Psychology, Columbia University, 2021. Health Habits in Caregivers of Young Children with ASD: Key Factors, Facilitators, and Barriers

Kangas-Dick, Kayleigh, PhD in School Psychology, Columbia University, 2021. Elevated Attention Problems and Observed Parenting in a Sample of Preschoolers with ASD.

Johnson, Michal, PhD in School Psychology, Columbia University, 2019. Maternal Self-Care, Attachment Style, and Observed Parenting in a Preschool Sample with Autism Spectrum Disorder.

Zoe Chiel, PhD, in School Psychology, Columbia University, 2018. Parental Attributions of Control and Self-Efficacy: Observed Parenting Behaviors in Mothers of Preschool Children with Autism Spectrum Disorder.

Alexis Branca Bancroft, PhD, in School Psychology, Columbia University, 2017. Basic Concept Development Among Preschool Children with and without Autism Spectrum Disorder who attend a specialized Applied Behavior Analysis preschool.

Steven Orozco, PhD., in School Psychology, Columbia University, 2016. Aggressive students and high school dropout: An event history analysis.

Lauren Donnelly, PhD., in School Psychology, Columbia University, 2015. Parent-child Interaction in children with Autism Spectrum Disorder who vary in symptom severity and level of functioning.

Christina Fiorvanti, Ph.D., in School Psychology, Columbia University, 2015. Family-School Communication Notebooks: An Effective Tool for Promoting Learning in Young Children with Special Needs?

Sayaka Aoki, Ph.D., in School Psychology, Columbia University, 2014. Understanding isolated and non-isolated victims in middle school.

Aquilla Edwards, Ph.D., in School Psychology, Columbia University, 2014. Youth reports of psychological maltreatment, social anxiety and aggression: Evaluating rejection sensitivity as a mediator.

*Curriculum Vitae (September 2021)*

**MARLA RUTH BRASSARD, PH.D.**                                                        **PAGE 20**
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Erica Chin Ph.D., in School Psychology, Columbia University, 2014, Childhood physical abuse and adolescent poor peer relations: A study of mediation by Interpersonal Factors in two developmental periods. Official sponsor – research directed by Dr. Suzanne Salzinger.

Miller, Erica, Ph.D., in School Psychology, Columbia University, 2013.  Peer sexual harassment in middle school: classroom and individual factors.

Melmed, Lisa, Ph.D., in School Psychology, Columbia University, 2012.  Cognitive Style as a mediator between parental psychological maltreatment and depression in adolescent boys.

Sichel, Kelly, Ph.D., in School Psychology, Columbia University, 2012.  Aggressive mating strategies in young adolescent girls.

Schmid, Amy Swihart, Ph.D., in School Psychology, Columbia University, 2012.  Adolescents' assertiveness during a condom negotiation task: The role of relational uncertainty.  Official sponsor – research directed by Dr. Noelle Leonard. *Distinction.*

Ward, Anna, Ph.D., in School Psychology, Columbia University, 2012.  The association between violence exposure and aggression and anxiety: The role of peer relationships in adaptation for middle school students.  Official sponsor – research directed by Dr. Suzanne Salzinger.

Linick, Jessica, Ph.D., in School Psychology, Columbia University, 2012.  Emotion recognition, emotion regulation, and callous-unemotional traits in incarcerated male youth.  Official sponsor – research directed by Dr. Noelle Leonard.

DeTeso, Jeffery, Sponsor, Ph.D., in School Psychology, Columbia University, 2011.  Student-teacher relationships as predictors of reading comprehension gains in second grade.

Scherzo, Kate, Sponsor Ph.D., in School Psychology, Columbia University, 2010. The role of teacher-student relationships in an early childhood comprehensive application of behavior analysis to schooling (CABAS) setting.

Marsters-D'Urso, Matthew, Sponsor, Ph.D., in School Psychology, Columbia University, 2009. Moderating the relationship between exposure to violence and behavioral problems: The impact of school functioning for middle school students.  Official sponsor – research directed by Dr. Suzanne Salzinger.

Marcelin, Gardith, Sponsor Ph.D., in School Psychology, Columbia University, 2009.  Adjustment and attachment in a sample of urban children of mothers with substance use, HIV, and mental health problems.  Official sponsor – research directed by Dr. Noelle Leonard.

Klein, Jill, Sponsor Ph.D., in School Psychology, Columbia University, 2008.  Body image in boys: The roles of race, positive affect, and peer popularity in eighth grade boys.

Rivelis, Erin, Sponsor, Ph.D., in School Psychology, Columbia University, 2008.  Is parental psychological control a form of psychological maltreatment?

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                    PAGE 21
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Donovan, Kera, Sponsor, Ph.D., in School Psychology, Columbia University, 2008.  Trajectories of maternal verbal aggression across the early adolescent years: What patterns are most harmful to low-income community adolescents?

Zelman, Dana, Sponsor, Ph.D., in School Psychology, Columbia University, 2008. Mental health seeking among affluent adolescents.  Note: was chair of the committee and took over as sponsor after her data hearing.

Mercedes, Bridgitte, Sponsor, Ph.D., in School Psychology, Columbia University, 2007.  Academic achievement trajectories in Latino middle school students and modifiable risk factors predicting achievement.

Urciuoli, Rebecca, Sponsor, Ph.D., in School Psychology, Columbia University, 2007.  Getting hooked on school: Modifiable factors contributing to the sense of school belonging among middle school students. With distinction.

Crandall, Natascha, Sponsor, Ph.D., in School Psychology, Columbia University, 2006.  Substance use trajectories across the middle school years: An analysis of modifiable risk factors.  With distinction.

McAuliffe, Patrick, Sponsor, Ph.D., in School Psychology, Columbia University, 2006.  Memory and executive functions in adolescents with Lyme disease.  With distinction.

Lewis, Samantha, Sponsor, Ph.D., in School Psychology, Columbia University, 2006.  Urban child, caregiver, and provider perspectives on mental health service delivery processes:  The relationship between consensus and service utilization.  Official sponsor – research directed by Dr. Mary McKay.

Hall, Susan, Sponsor, Ph.D., in School Psychology, Columbia University, 2006.  Relational support as a predictor of ego identity exploration and its behavioral and emotional manifestations in early adolescence.

Puza Pearl, Melanie, Sponsor, Ph.D., in School Psychology, Columbia University, 2006.  At-risk students' middle school trajectories and variables that contribute to success or failure outcomes.

Crutcher-Mikheev, Caroline, Sponsor, Ph.D., in School Psychology, Columbia University, 2005.  A conflict resolution intervention's effect on adolescents' rates of peer victimization and conflict strategy use.

Butterfass, Michelle, Sponsor, Ph.D., in School Psychology, Columbia University, 2004.  Peer sexual harassment across the middle school years: A developmental view of vulnerability.  With distinction.

Rothschild, Britta, Sponsor, Ph.D., in School Psychology, Columbia University, 2003.  Teachers' use of conflict management styles: The role of attachment and efficacy.

Storch, Eric, Sponsor, Ph.D., in Clinical Psychology, Columbia University, 2003.  The relationship of peer victimization to social anxiety and distress in adolescence.

Auth, Jessica, Sponsor, Ph.D., in School Psychology, Columbia University, 2002.  Overcoming failure:  The role of student motivation, teacher support, and peer relatedness in coping successfully with early retention.

*Curriculum Vitae (September 2021)*

**MARLA RUTH BRASSARD, PH.D.**                                              PAGE 22
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Schlicting, Karen, Sponsor, Ph.D., in School Psychology, Columbia University, 2002.  Shame proneness as a mediator between parental maltreatment and interpersonal violence in behaviorally disordered male adolescents.

Ahn, Christine, Sponsor, Ph.D., in School Psychology, Columbia University, 2002.  Interpersonal perception and adolescent emotional adjustment: Nature and implications of discrepancy in perceptions between mothers and adolescents and adolescent emotional adjustment.

Farley Shapiro, Terry, Sponsor, Ph.D., in School Psychology, Columbia University, 2002.  Suggestibility in children's eyewitness testimony: Cognitive and social influences.

Principe, Barbara, Sponsor, Ph.D., in School Psychology, Columbia University, 2001.  Parents' implicit beliefs and the motivational response patterns of children with a history of reading failure.

Casarjian, Bethany, Sponsor, Ph.D., in School Psychology, Columbia University, 1999.  Teacher psychological maltreatment and students' school-related functioning.

Morris, Kerri, Sponsor, Ph.D., in School Psychology, Columbia University, 1999.  Aggressive adolescent girls:  Is conduct disorder more important than gender?

Del Vecchio, Diane, Sponsor, Ph.D., in School Psychology, Columbia University, 1998.  The development of deaf and hearing children's' understanding of multiple emotions of varying valence and intensity.

Morgan, Michelle, Sponsor, Ph.D., in School Psychology, Columbia University, 1998.  The development of multiple and conflicting emotions: The effect of target and story type.

DeSa, Joao, Chair, Ph.D., in School and Counseling Psychology, University of Massachusetts, 1998.  Attachment to childhood places in adult memory and Brazilian immigrants' sense of well-being in the USA.

Heubner Dillon, Diane, Chair, Ph.D., in School and Counseling Psychology, University of Massachusetts, 1996.  Adolescent response to parental death from AIDS: The role of social support.

Irizarry, Roberto, Chair, Ph.D., in Counseling Psychology, University of Massachusetts, 1996.  Error type and frequency in children's reproductions of the Rey-Osterrieth Complex Figure as predictors of group membership.

Dimmitt, Catherine, Chair, Ph.D., in School and Counseling Psychology, University of Massachusetts, 1995.  Women's working models of relationships: The role of parental marital status, attachment style, and perceived family conflict.

Silverman, Joseph, Chair, Ph.D., in School and Counseling Psychology, University of Massachusetts, 1993.  The development in children of future time perspective.

Carlton, Sally, Chair, Ph.D., in Counseling Psychology, University of Massachusetts, 1992.  Assessing communicative intents in maltreated toddlers.

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                          PAGE 23
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

Mehaffey, Joyce, Chair, Ph.D., in Counseling Psychology, University of Massachusetts, 1992. Effectiveness of self-modeling as a social skills training and status improvement technique for neglected children.

Green, Denise, Chair, Ph.D., in Counseling Psychology, University of Massachusetts, 1992. Informational needs of college student clients.

Schell, Joan, Chair, Ed.D., in School Psychology, University of Massachusetts, 1991. Diagnosing unexpected spelling difficulties: A test of the developmental arrest model.

Vogel, Dennis, Chair, Ed.D., in School Psychology, University of Massachusetts, 1990. A predictive model of adolescent pregnancy risk: A black-white comparison.

Featherman, Joan, Chair, Ed.D., in Consulting Psychology, University of Massachusetts, 1987. Factors relating to the quality of adult adjustment in female victims of child sexual abuse.

Gelardo, Mark, Chair, Ph.D., in School Psychology, University of Georgia, 1986. Behavioral, social, and emotional characteristics of physically abused first and second graders.

**UNIVERSITY SERVICE**

***College/Departmental Committees, Teachers College, Columbia University***
- Internal Review Board (2019-present)
- College-Wide Tenure and Promotion Committee (1999-2000, 2010-2014, 2016-2019)
- Search Committee for position in Applied Behavior Analysis (2016-2017)
- Psychology Faculty Coordinating Committee (2015-2019)
- Search Committee for position in Clinical Psychology (2014-2015)
- Search Committee for position in Deafness and Hard-of-Hearing (2013-2014)
- Search Committee for position in Autism and Intellectual Deficit (2012-2013)
- Search Committee for position in Counseling Psychology (2010-2011)
- Faculty Executive Council, Finance, Facilities, and Support Services Committee (2008-2010)
- Conflict and Commitment Committee (2006-2009)
- Search Committee for position in Measurement and Program Evaluation (2007-2008)
- Search Committee for the Vice President for Development and External Affairs (2007)
- Search Committee for position in Organizational Psychology (2005-2006)
- Sexual Harassment Committee (2003-2005, 2006 – present)
- Committee for Dean's Grant for Tenured Faculty Research (2006)
- Faculty Executive Committee, Academic Programs Subcommittee (2002-2004)
- FEC Finance, Facilities, Support Services Committee (2004-2006, Co-chair 2006 – 2008)
- Faculty Salary Committee (1998-2002)
- Chair, Search Committee for position in Health and Behavior Studies (1997-2000, 2002)
- Institutional Review Board (1997-1998)
- Faculty Advisory Committee (1997-1998)
- Chair, Search Committee for the Isobel Maitland Steward Chair in Nursing (1996-1998)
- College Technology Committee (1995-1997)

*Curriculum Vitae (September 2021)*

MARLA RUTH BRASSARD, PH.D.                                                                                    PAGE 24
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

- Department representative to Library Acquisitions Committee (1995-1996)
- Search Committee for bridge position in Arts and Humanities and Curriculum and Teaching departments (1995-1996)
- Search Committee for positions in Department of Counseling and Clinical Psychology (1998)

### College/Departmental Committees at the University of Massachusetts
- Coordinator, School Psychology Program (1987-1995)
- Member, School and Counseling Psychology Steering Committee (1986-1995)
- Member, Faculty Search Committee in Counseling Psychology (1986)
- Member, Faculty Search Committee in Special Education (1986)
- Author, American Psychological Association Preliminary Accreditation Self-Study for School Psychology (1987)
- Coordinator, American Psychological Association Accreditation Self-Study for New Combined Program in School and Counseling Psychology (1992, 1995)
- Author, NCCATE Accreditation of Self-Study for the School Psychology Program (1993)
- Author, Commonwealth of Massachusetts Accreditation Self-Study for the School of Psychology Program (1994)
- Chair, School Personnel Committee (1987-1989)
- Member, Human Subjects Review Committee (1987-1992)
- Chair, Academic Matters Committee (1991-1992)
- Member, Faculty Search Committee in Research and Educational Measurement Program (1995)

### PROFESSIONAL AND PUBLIC SERVICE
- Founding Board member, Psychological Maltreatment Alliance
- Member, Research Advisory Board for the Born This Way Foundation, 2016-2019
- Reviewer of papers and posters for the American Psychological Association, 2007, 2008
- Reviewer of papers and posters for the Society for Research on Child Development, 2007
- Member, Advisory Group, Intra-agency (NIH, NCCAN, CDC, etc.) Task Force on Child Abuse and Neglect Research Definitions, 1994-2002
- Chair, Outstanding Dissertation Award Committee for the Division of School Psychology, American Psychological Association, 1998
- President, Council of Directors of School Psychology Programs, 1995-1997
- Co-Convener, Second Annual Training Conference in School Psychology, American Psychological Association, August 10, 1995
- Secretary/Treasurer, Council of Directors of School Psychology Programs, 1994-1995
- Co-Chair, Continuing Education Committee, Division of School Psychology, American Psychological Association, 1994-1996
- Member, Membership Committee, Division of School Psychology, American Psychological Association, 1993-1996
- Co-Chair, Task Force on Psychological Maltreatment, American Professional Society on the Abuse of Children, 1990-present
- Member, Springfield, Massachusetts, "Community 2000" Educational Task Force on School and Agency Collaboration, 1990
- Co-Chair, University of Massachusetts Department of Social Services Region I Task Force on Substance Abuse and Child Maltreatment, 1989-1990

*Curriculum Vitae (September 2021)*

**MARLA RUTH BRASSARD, PH.D.**                                                                          PAGE 25
PROFESSOR EMERITA OF PSYCHOLOGY AND EDUCATION

- Member, New York State Citizen's Task Force on Child Abuse and Neglect, 1988-1990
- Provided testimony for New York State Hearings on Emotional Abuse of Children, May 1987, in New York City
- Filmed as an expert on emotional maltreatment on ABC's Newsmagazine "20/20," October 1987
- Provided testimony for the Commonwealth of Massachusetts Governor's Task Force on Violence Against Children, May 6, 1987, in Boston, MA
- Author and reviewer of public education pamphlets and comics, National Committee for the Prevention of Child Abuse, 1985-present
- Volunteer Therapist for Parents United, Salt Lake City, UT; an organization providing service for incestuous families, 1982-1983
- Volunteer Community-Professional Evaluator of Head Start, Salt Lake City, UT, 1981
- Volunteer Consultant to the Family Support Center, Salt Lake City, UT, 1981
- Member, American Psychological Association School Division Committee on Child and Family Issues, 1986-1989
- Member, American Psychological Association Task Force on Child Maltreatment and Professional Training Issues, 1986-1987
- Co-Chair, Executive Committee on the International Conference on Psychological Abuse, Indianapolis, IN, August 1983
- Public Information Officer, American Psychological Association, Division of School Psychology, 1982-1985
- Co-Chairperson, Social Issues Committee, National Association of School Psychologists, 1981-1982, 1982-1983, 1984-1985
- Member, Publication Committee, Trainers in School Psychology, 1981-1983
- Founding Board Member and President of the Utah Psychological Association (UPA), Division of School & Child Psychology, 1982-1983
- Member, Tri-Party Committee on School Psychology in the State of Utah, 1981-1983
- National Association of School Psychologists (NASP). Representative to Olympia Conference on Future of School Psychology, 1981.

**PROFESSIONAL AFFILIATIONS**

American Psychological Association (APA); Fellow of Division 16
American Professional Society on Child Abuse (APSAC)
National Association of School Psychologists (NASP)
Society for Research on Child Development (SRCD)
International Society for the Prevention of Child Abuse and Neglect (ISPCAN)
Sigma Xi Scientific Research Society
New York Association of School Psychologists (NYASP)