# EXHIBIT 2

KEVIN RICHARD MURPHY, Ph.D.

Current Business Address:  
The Adult ADHD Clinic of Central Massachusetts  
Fox Meadow Executive Center  
300 West Main Street, Bldg B  
Northboro, MA 01532  
Phone:(508) 393-8388 or cell:(508) 769-6218  
Email: drmurphy@adultadhdclinic.com  
 Website: www.adultadhdclinicma.com  

Home Address:  
138 Dwight Drive  
 Wells, ME 04090  

Personal Data:  
Date of Birth: **Redacted**  
Social Security Number: **Redacted**  
Married, three stepchildren, Wife: Bonnie Murphy  

## EDUCATION

Ph.D. Counseling Psychology.  University of Connecticut, Storrs, CT, 1990
Doctoral Dissertation: Biological Parents of ADHD Children: Degree of
Attention Deficits Relative to the Biological Parents of Normal Children.

Pre-Doctoral Internship Training: Worcester State Hospital & UMass Medical
Center, Department of Psychiatry, Worcester, MA, 1987 – 1988

M.S.  Counseling Psychology.  Florida State University, Tallahassee, FL, 1981

B.A.  Psychology.  Boston College, Chestnut Hill, MA, l979, Magna Cum Laude.

## PROFESSIONAL EXPERIENCE AND POSITIONS

The Adult ADHD Clinic of Central Massachusetts, 300 West Main Street, Bldg B,
Northboro, MA 01532. Private Practice. January 2003 – Present.

Associate Professor of Psychiatry & Chief: Adult Attention Deficit
Hyperactivity Disorder Clinic, UMass Medical Center, Worcester, MA.
Ran a specialty clinic devoted to research, assessment, and treatment of
adults with ADHD.  January 1992 – January 2003.

Associate Professor, Adjunct Faculty position, Assumption College Graduate
Program in Counseling Psychology, Worcester, MA  2002 – 2008.

Part Time Research Program Manager in the Bipolar and Psychotic Disorders
Program, UMass Memorial Health Care, Worcester, MA.
Coordinated all phases of a long-term study on treatment of patients with
Bipolar Disorder.  January 2000 – January 2002.

Consultant: Pennsylvania Board of Bar Examiners, 2006 – present.

Consultant: Maine Board of Bar Examiners, 2006 – present.

Consultant:  Oklahoma and Missouri Boards of Bar Examiners, 2004 – present.

Consultant:  Florida Board of Bar Examiners, Tallahassee, FL. 2002 - present.

Consultant: National Board of Medical Examiners, Philadelphia, PA. 1991 –
Present.

2

Consultant: Educational Commission for Foreign Medical Graduates, Philadelphia, PA.  1994 – Present.

Consultant: Louisiana Board of Law Examiners, New Orleans, LA. 2001 – 2004.

Consultant: California Board of Law Examiners, San Francisco, CA. 1999-present.

Consultant: New York State Board of Law Examiners, Albany, NY. 1994 – Present.

Consultant: Connecticut, Massachusetts, and Washington D.C. Boards of Law Examiners. 1995 – Present.

Consultant: New Hampshire Board of Law Examiners, Concord, NH, 2008 – Present.

Employee Assistance Program Manager, ETP, Inc. Windsor, CT. Responsible for developing, implementing and managing local and national EAP contracts. Duties included clinical assessment and counseling, supervisory training, educational seminars, and management consultation. January 1991 - January 1992.

SENIOR RESEARCH ASSISTANT to Dr. Russell Barkley, Department of Psychiatry, University of Massachusetts Medical Center.
Managed a large federally funded NIMH grant studying Attention Deficit Disorder in adolescents, family conflicts, and their treatment. September 1998 – July 1990.

CLINICAL PSYCHOLOGY INTERN, Worcester State Hospital and University of Massachusetts Medical Center, Worcester, MA.
APA approved pre-doctoral internship. Duties included inpatient and outpatient counseling, psychological testing, working with the acutely and chronically mentally ill, and outpatient rotations in neuropsychology, behavioral medicine, and outpatient psychiatry.  September 1987 – September 1988.

EMPLOYEE ASSISTANCE PROGRAM COUNSELOR, Massachusetts Employee Assistance Program, Fitchburg, MA.  Assessment and counseling for Massachusetts State employees.  February 1988 – August 1989.

EMPLOYEE ASSISTANCE PROGRAM CONSULTANT, Puzzo Associates, Waterbury, CT.  Performed counseling, training, assessment, and program evaluation for Sikorsky Aircraft, Norden Defense Systems, and Diesel Systems divisions of United Technologies Corporation. Conducted training for local EAP contractors servicing United Technologies operating units in locations throughout the United States.  February 1984 – September 1987.

EMPLOYEE SERVICES COORDINATOR, Omega Engineering, Stamford, CT.
Counseled employees and supervisors on personnel problems, employee relations and benefits, developed an employee assistance program.  November 1981 – February 1984.

Clinical Psychology Clerkships and Practicums during Graduate and Undergraduate Training:  Massachusetts Mental Health Center State Hospital, Butler Hospital, Fall River Center for Alcohol Problems (Detoxification Unit), Counseling Center at Florida State University.  1978 – 1981.

3

**GRANT AWARDED**

"An Examination of ADHD Symptomatology in an Adult Community Sample".  Basic Research Science Grant through UMASS Medical Center to develop adult norms for the DSM-IV ADHD criteria ($10,000). 1994.

**LICENSES/CERTIFICATIONS/PROFESSIONAL MEMBERSHIPS:**

Licensed Psychologist and Health Service Provider, Commonwealth of Massachusetts (# 6529).
Certified Employee Assistance Professional in past (CEAP).
Certified Alcoholism Counselor.
Former Member of CHADD National Advisory Board.
American Psychological Association.

**HONORS AND AWARDS**

Inducted into the ADHD Hall of Fame, Annual National Meeting of CHADD (Children and Adults with Attention Deficit Hyperactivity Disorder).  October 2001.

University of Connecticut – Nominated to the Phi Delta Kappa Honor Society.
Boston College – Academic Scholarship.

Nominated to the Cross and Crown Honor Society of Boston College.
Somerset Teacher's Association Scholarship.
Lion's Club Scholarship.

**UNIVERSITY COMMITTEES**

Academic Accommodations Committee for UMASS Medical School, 1997 – 2003.
Medical School Admissions Committee Interviewer, 1999 – 2003.
Compensation Committee, 1995 – 1996.

**TEACHING EXPERIENCE**

Assumption College Graduate School of Counseling Psychology. Taught "Psychological Measurement" and "Special Topics Seminar on Assessment and Treatment of Adult ADHD", 2002 – 2005.

Supervisor of several psychology interns and psychiatry residents in the Department of Psychiatry at UMMC on Adult ADHD assessment and treatment. 1994 - present

Teacher for Dr. Sheldon Benjamin's Biological Psychiatry Seminar on assessment of Adult ADHD. 1999 – 2008.

Presenter for Law and Psychiatry Seminar Series at UMMC on ADHD as it relates to the Americans with Disabilities Act.  1999.

Presented two Grand Rounds presentations for the Department of Psychiatry at UMMC. 1993 and 2000.

Teacher for Office of Medical Education ADHD/Learning Disabilities Seminar on accommodations/eligibility issues for residents and medical students, Hoagland Pinkus Conference Center.  2000.

4

Taught psychiatry residents a seminar on Social Phobia.  2001.

Invited to teach a week-long seminar on assessment and treatment of Adult ADHD for the United States Army mental health professionals in Willingen, Germany. 1996.

Supervisor of Doctoral Dissertation of Anne Marie Samar at UMass Medical Center.  2000.

Teacher/Consultant to University of Massachusetts Undergraduate Counseling Center on issues related to ADHD and Academic Accommodations. Have provided two on site training workshops and provide ongoing telephone consultation to counseling center psychiatrist and other service personnel. 1993 – present.

Presenter for the Division of Forensic Mental Health on ADHD and legal issues. 1994.

Invited speaker to teach on Attention Deficit Disorders in Adults and Adolescents at the Menninger Clinic in Topeka, KS.  1994.

Individualized training and supervision of psychiatry resident Craig Surman for his adult ADHD elective.  1999.

Teacher for the Clinical Training series for Western Massachusetts Department of Mental Health.  1994 – 1995.

Panel member on a live national teleconference entitled "Emerging Disabilities on Campus: What You Need to Know."  2000.

Taught two ADHD seminars and one case conference For Dr. Ken Appelbaum's Forensic Program at Bridgewater Correctional Facility. 1999.

Occasional lectures to Psychiatry residents on ADHD.  1992 – Present

Teaching Assistant in Undergraduate and Graduate School. 1979 – 1981.

## SCIENTIFIC CONTRIBUTIONS

Clinical Consultant on a multi-site grant entitled "Longitudinal Outcomes of College Students with ADHD", 2012-2016.

Associate Editor of the ADHD Report. 1993 – 2019 (New York, Guilford Publications).

Clinical Commentary Editor, Journal of Attention Disorders, 2005 – 2014.

Consulting reference and book reviewer for Journal of Attention Disorders. 2000 – 2014.

Consultant on "Project Access", a grant from The United States Department of Education aimed at reducing barriers to successful completion of postsecondary education for students with disabilities. 1997-1999.

## PUBLICATIONS

### Books

Barkley, R.A., Murphy, K.R., & Fischer, M. (2008), ADHD in Adults: What the

5

Science Says. New York: The Guilford Press.

Barkley, R. A. & Murphy, K. R. (2006). <u>Attention Deficit Hyperactivity Disorder:  A Clinical Workbook (3rd ed.)</u>.  New York:  Guilford Press.

Barkley, R.A. & Murphy, K.R., (1998).  <u>Attention Deficit Hyperactivity Disorder: A clinical workbook</u> (Second edition). New York: Guilford. A Spanish and Japanese translation has also been published with assistance of Jose J. Bauermeister, Ph.D. and associates.

Murphy, Kevin R., & Levert, Suzanne.  "<u>Out of the Fog: Treatment Options and Coping Strategies for Adult Attention Deficit Disorder</u>". Hyperion, 1995.

**<u>Book Chapters</u>**

Appelbaum, K. & Murphy, K. R., (2015). Attention Deficit Disorders.  Chapter in The Textbook of Correctional Psychiatry, edited by Robert L. Trestman, Kenneth L. Appelbaum, and Jeffrey L. Metzner, 200-204, Oxford University Press.

Murphy, K. R., (2015). Psychological Counseling of Adults with ADHD.  Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Fourth Edition, edited by Russell A. Barkley, New York: Guilford Press,741-756.

Murphy, K.R., & Gordon, M. (2006). <u>Assessment of Adults with ADHD.</u> Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Third Edition, edited by Russell A. Barkley, New York: Guilford Press, 425-450.

Murphy, K. R., (2006). <u>Psychological counseling of adults with ADHD.</u>  Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Third Edition, edited by Russell A. Barkley, New York: Guilford Press, 692-703.

Murphy, K., (2002). Clinical case studies. In S. Goldstein and A. Teeter-Ellison (Eds.). *Clinical Interventions for Adult ADHD: A Comprehensive Approach.* New York, NY: Academic Press.

Murphy, K.R., & Gordon, M., (1998). <u>Assessment of Adults with ADHD</u>. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Revised Edition, edited by Russell A. Barkley, New York: Guilford Press, 345-369.

Murphy, K.R., (1998). <u>Psychological counseling of adults with ADHD</u>. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Revised Edition, edited by Russell A. Barkley, New York: Guilford Press, 582-591.

Gordon, M., & Murphy, K.R., (1998). <u>Attention Deficit/ Hyperactivity Disorder (ADHD)</u>. Chapter in Accommodations in Higher Education under the Americans with Disabilities Act (ADA): A No-Nonsense Guide for Clinicians, Educators, Administrators, and Lawyers. Edited by Michael Gordon, Ph.D. & Shelby Keiser, M.S., Dewitt, New York, GSI Publications and New York: Guilford Press, 98-129.

Murphy, Kevin R., "Empowering the Adult with ADD".  Chapter in <u>A Comprehensive Guide to Attention Deficit Disorder in Adults: Research, Diagnosis, Treatment</u>. Edited by Kathleen G. Nadeau, Brunner/Mazel, 1995.

6

**Journal Articles**

Murphy, K. R. & Appelbaum, K.,(2017). How reliable are prevalence rates of ADHD in prisons? The ADHD Report, Guilford Press, Vol. 25, Number 2, 1-5.

Murphy, K. R. (2012).  ADHD Documentation Requirements for Test Accommodations Under the ADA Amendments Act (ADAAA): Impact of the New Department of Justice Regulations for Clinicians.  The ADHD Report, Guilford Press.

Barkley, R. A., Murphy, K. R., O'Connell, T., & Connor, D. F. (2005). Effects of two doses of methylphenidate on simulator driving performance in adults with attention deficit hyperactivity disorder. Journal of Safety Research, 36, 121-131.

Barkley, R. A., Murphy, K. R., O'Connell, T., Anderson, D., & Connor, D. F. (in press). Effects of two doses of alcohol on simulator driving performance in adults with attention deficit hyperactivity disorder. Neuropsychology.

Knouse, L. E., Bagwell, C. L., Barkley, R. A., & Murphy, K. R. (in press). Accuracy of self-evaluation in adults with attention-deficit hyperactivity disorder. Journal of Attention Disorders.

Murphy, K.R., (2005).  Psychosocial treatments for ADHD in teens and adults: A practice-friendly review.  Journal of Clinical Psychology/In Session, Vol. 61, (5), 1-13.

Murphy, K.R., & Adler, L.A. (2004).  Assessing attention deficit hyperactivity disorder in adults: focus on rating scales.  The Journal of Clinical Psychiatry, Supplement 3, 65, 12-17.

Murphy, K., (2004).  ADHD documentation for test accommodations under the ADA: Clarifying the confusion. The ADHD Report, Vol. 12, No. 5, October 2004, 1-5.

Gordon, M., Lewandowski, L., Murphy, K., & Dempsey, K. (2002). ADA-Based accommodations in higher education: A survey of clinicians about documentation requirements and diagnostic standards. Journal of Learning Disabilities, 35, No.4, 357-363.

Barkley, R. A., Murphy, K. R., & Bush, T. (2001). Time perception and reproduction in young adults with attention deficit hyperactivity disorder. Neuropsychology, 15, 351-360.

Murphy, K. R., Barkley, R. A., & Bush, T. (2001). Executive functioning and olfactory identification in young adults with attention deficit-hyperactivity disorder, Neuropsychology, 15, 211-220.

Barkley, R.A., Licho, R., McGough, J., Tuite, P., Feifel, D., Mishkin, F., Sullivan, M., Kawamoto, B., Murphy, K., McCracken, J., Corbett, B., Williams, B., Hoh, C., Fischman, A., Trout, J.R., Lanser, M., & Spencer, T. (in press). Excessive Dopamine Transporter Density in Adults with Attention Deficit Hyperactivity Disorder Assessed by SPECT with Altropane.  Journal of Nervous and Mental Disease.

Barkley, R. A., Murphy, K. R., DuPaul, G. R., & Bush, T. (2002). Driving in young adults with attention deficit hyperactivity disorder: Knowledge, performance, adverse outcomes, and the role of executive functioning. Journal of the International Neuropsychological Society, 8, 655-672.

7

Murphy, K. R., Barkley, R. A., & Bush, T. (2002). Young adults with ADHD: Subtype differences in comorbidity, educational, and clinical history. The Journal of Nervous and Mental Disease. Vol. 190, No. 3, 147-157.

Gordon, M., & Murphy, K., (2001). Judging the impact of time limits and distractions on past test performance: A survey of ADHD, clinic-referred, and normal adults. The ADHD Report, Vol. 9, No. 3, June, 2001, 1-5.

Murphy, K., Gordon, M., & Barkley, R.A. (2000). To what extent are ADHD symptoms common? A reanalysis of standardization data from a DSM-IV checklist. The ADHD Report, Vol. 8, No. 3, June, 2000, 1-5.

Murphy, K., (1999). CH.A.D.D. fact sheet on adult ADHD. Children and Adults with Attention Deficit Disorder, Landover, MD.

Gordon, M., Murphy, K.R., & Keiser, S. "Attention Deficit Hyperactivity Disorder (ADHD) and Test Accommodations". The Bar Examiner, Vol. 67, No.4, 26-36, 1998.

Gordon, M., Barkley, R.A., & Murphy, K. "ADHD on Trial". The ADHD Report, Vol.5, No.4, August, 1997.

Murphy, K., & Barkley, R.A. (1996). ADHD in Adults: Comorbidities and adaptive impairments. Comprehensive Psychiatry, Vol. 37, No. 6, Nov/Dec 1996: 393-401.

Barkley, R.A., Murphy, K.R., & Kwasnik, D., (1996). Psychological functioning and adaptive impairments in young adults with ADHD. Journal of Attention Disorders, Vol. 1, No. 1, 41-54.

Murphy, K.R., Barkley, R. (1996). Prevalence of DSM-IV Symptoms of ADHD in Adult Licensed Drivers: Implications for clinical diagnosis. Journal of Attention Disorders, Vol. 1, No. 3, 147-161.

Murphy, K.R., (1996). Adults with attention-deficit hyperactivity disorder: Assessment and treatment considerations. Seminars in Speech and Language (Special Issue), Vol. 17, No 3, 245-254.

Murphy, K., & Gordon, M. "ADHD as a basis for test accommodations: a primer for clinicians". The ADHD Report, Vol. 4, No. 6, December, 1996.

Murphy, K.R., & Barkley, R.A.,(1996). Biological parents of ADHD children: Psychological impairment and attentional performance. American Journal of Orthopsychiatry, 66, 93-102.

Barkley, R.A, Murphy, K.R. & Kwasnik, D., (1996). Motor vehicle driving performance and risks in young adults with ADHD. Pediatrics, 98, 1089 – 1095.

Murphy, Kevin R., & Latham, Patricia, "Disclosure of ADHD in the Workplace: Practical and Legal Issues to Consider". The ADHD Report, Vol. 3, No. 4, August, 1995.

Murphy, Kevin R., "Guarding Against Overdiagnosis of ADHD in Adults", The ADHD Report, Vol. 2, No. 6, December, 1994.

Murphy, Kevin R., "Interpersonal and Social Problems in Adults with ADD". Attention Magazine, October/November, 1994.

Barkley, Russell A. & Murphy, Kevin R., "Guidelines for a Written Clinical Report Concerning ADHD Adults". The ADHD Report, Vol. 1, No. 5, October, 1993.

8

Barkley, Russell A. & Murphy, Kevin R., "Differential Diagnosis of Adult ADHD: Some Controversial Issues". THE ADHD REPORT, Vol. 1, No. 4, August, 1993.

Murphy, Kevin R., "Effectively Communicating Adult ADHD Diagnosis". THE ADHD REPORT, Vol. 1, No. 3, June 1993, p. 6-7.

Murphy, Kevin, R., "Issues in the Assessment of ADHD Adults". THE ADHD REPORT, Vol. 1, No. 1, February, 1993, p. 5-6.

Murphy, Kevin, R., "Coping Strategies for ADHD Adults". CH.A.D.D.ER, Vol. 6, No. 2, Fall/Winter 1992, p. 10-11.

## **PRESENTATIONS**

"ADHD and the ADA: Myths, Realities, and Documentation Requirements", North Carolina AHEAD Conference, Wilmington, NC, October 8, 2004.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Honolulu, Hawaii, July 29, 2004.

"Demystifying Mental Health Issues in the Workplace", UNUM Provident, Worcester, MA, October 16, 2003.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Toronto, Canada, August 9, 2003.

"The Evaluation and Management of Attention Deficit Hyperactivity Disorder in Adulthood", Rhode Island Psychological Association, Warwick, RI, April 25, 2003.

"Diagnosing and Treating ADHD in Adults", Roundtable Presentation as Contribution to Special Supplement to The Journal of Clinical Psychiatry, Ritz-Carlton Hotel, Boston, MA, January 17, 2003.

"Succeeding in a Competitive World: Success Strategies for Adolescents and Adults with ADHD/LD", 2003 Proctor Special Education Symposium, Greensboro College, Greensboro, NC, March 3, 2003.

"Succeeding in a Competitive World: Success Strategies and Transitional Issues for Adolescents and Adults with ADHD/LD". Fletcher Forum on Learning Disabilities, Charlotte, NC, February 3, 2003.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Chicago, Ill., August, 2002.

"Assessment and Treatment of Adult ADHD", Massachusetts Rehabilitation Commission, Hoagland-Pincus Conference Center, Shrewsbury, MA, April 2, 2002.

"Assessment and Treatment of ADHD in College Students", Holy Cross College, Office of Students with Disabilities, Worcester, MA, November 30, 2001.

"ADHD, Test Accommodations, and the American's With Disabilities Act: Myths and Realities", Visiting Scholar Invited Address at James Madison University, Harrisonburg, VA, November 12, 2001.

9

"ADHD in Young Adults: Assessment and Treatment Issues", Assumption College, Worcester, MA, November 9, 2001.

"Psychosocial Treatment in Bipolar Disorder", Manic Depression Disorder Association, Worcester, MA, October 1, 2001.

"Accurately Assessing ADHD and Common Co-Morbidities in High School and College Students: Implications for Diagnosticians, Educators, and Students", Keynote address at the 4th Annual Timothy B. Burnett Seminar for Academic Achievement, University of North Carolina, Chapel Hill, NC, September 25, 2001.

"ADHD, Academic Accommodations, and the ADA: Myths and Realities", University of Connecticut Post-Secondary Learning Disability Training Institute, Portland, ME, June 5 – 8, 2001.

"ADHD: Transition to College, Passport for Success", UMass Medical Center, Worcester, MA, May 19, 2001.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD", Brattleboro Retreat, Brattleboro, VT, May 4, 2001.

"Assessment, Treatment, and Advocacy for Adults with ADHD", University of Alabama, Tuscaloosa, AL, April 27, 2001.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD", Georgia Southern University, Savannah, GA, April 19, 2001.

"Assessment and Treatment of Adult ADHD", Pre-conference Institute at CH.A.D.D National Convention, Chicago, IL. November 2, 2000.

"Adult ADHD: Current Issues in Assessment", Baystate Medical Center Grand Rounds presentation, Springfield, MA. October 11, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder ", Seattle, WA. September 23, 2000.

"Adult ADHD: Assessment and Treatment", Atlantic Counseling and Consultation Workshop, Newton MA, September 14, 2000.

"Assessment and Treatment of Adult ADHD", Pre-conference Institute at American Psychological Association's annual convention, Washington, D.C. August 4, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Westchester, NY.  August 3, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Short Hills, NJ.  July 20, 2000.

"ADHD and the ADA: Test Accommodations on the Bar Exam, California Board of Bar Examiners, San Francisco, CA. May 5, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Atlanta, GA. April 28, 2000.

10

"Adult ADHD: Assessment and Treatment", Juvenile Justice Department Personnel, Plainville, CT. June 26, 2000.

"Differentiating ADHD from Bipolar Disorder, OCD, and Substance Dependence via Case Presentations," Education and Training Programs, East Hartford, CT. April 14, 2000.

"ADHD and Test Accommodations on the USMLE", Northeast Regional Conference of Medical School Administrators, Baltimore, MD. March 30, 2000.

"Assessment and Treatment of Adult ADHD", University of North Carolina at Greensboro Third Annual Conference on ADHD; Strategies for Identification and Treatment Across the Life Span. Greensboro, NC, March 20, 2000.

"Emerging Disabilities on Campus: What You Need to Know".  National Teleconference panel member, University of Vermont, Burlington, VT.  March 13, 2000.

"Assessment and Treatment of Adult ADHD". Grand Rounds for University of Maine Medical Center, Portland, ME, March 1, 2000.

"Assessment and Treatment of ADHD in Adults". Education and Training Programs, East Hartford, CT. November 19, 1999.

"Case Conference". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. November 16, 1999.

"Case Studies of Adults with ADHD". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. October 26, 1999.

"Accomodations in Higher Education under The ADA". Panel presentation at CH.A.D.D. Annual Convention, Washington, D.C. October 8, 1999.

"Identification of ADHD and Classroom Interventions".  Navajo Reservation Leupp Elementary School, Navajo Nation, AZ. July 27, 1999.

"Comorbidity of ADHD and Substance Abuse". Education and Training Programs, East Hartford, CT. July 22, 1999.

"Treatment of Adult ADHD in the Prison Population". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. July 20, 1999.

"Assessment of Adult ADHD in the Prison Population".  Bridgewater State Hospital Corrections Facility, Bridgewater, MA.  May 11, 1999.

"Assessment and Differential Diagnosis of Adult ADHD".  Education Associates Inc., Myrtle Beach, SC.  April 23, 1999.

"Contemporary Issues in Adult ADHD".  CH.A.D.D. Meeting, Baystate Medical Center, Springfield, MA.  April 20, 1999.

"ADHD and Test Accommodations on the Bar Exam".  National Conference of Bar Examiners, Norfolk, VA.  April 16, 1999.

"Adults with ADHD".  University of North Carolina at Greensboro Second Annual Conference on ADHD:  Strategies for Identification and Treatment Across the Life Span, Greensboro, NC.  February 22, 1999.

"Assessment and Treatment of Adult ADHD".  Maine Psychological Association, Portland, ME.  November 20, 1998.

11

"Assessment and Treatment of ADHD in Adults". Preconference Institute for CH.A.D.D.'s Annual Convention, New York, NY. October 15, 1998.

"Americans with Disabilities Act-The Basics and Beyond". Counsel on Licensure, Enforcement and Regulation Annual Conference, Denver, CO. September 17-19, 1998.

"Empirically Validating Assessment and Service Delivery for ADHD in College Students". Annual convention of the American Psychological Association, San Francisco, CA. August, 1998.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD". Education and Training Programs, Inc., East Hartford, CT. May 1, 1998.

"Treatment of Adult ADHD". Women's Wellness Seminar, St. Vincent's Hospital, Worcester, MA. April 15, 1998.

"Motor Vehicle Driving Risks and ADHD". Attention Deficit Disorder Association's Annual Conference, Washington, DC. March 27, 1998.

"Assessment and Psychosocial Approaches to the Treatment of Adults with ADHD". CH.A.D.D. Eighth Annual International Conference, Chicago, IL. November 14, 1996.

"Controversy Regarding Special Accommodations for High Achieving Adults with ADHD: Legitimate or Not?" CH.A.D.D. Eighth Annual International Conference, Chicago, IL, November 15, 1996.

"Assessment and Treatment of Adult Attention Deficit Disorder". Ohio Psychological Association Fall 1996 Convention, Columbus, OH. November 7, 1996.

"ADHD in Adults: Assessment and Treatment". Oklahoma Department of Mental Health and Substance Abuse Services. Oklahoma City, OK. July 12, 1996.

"Treatment Issues in Adult ADHD". Grand Rounds presentation at Norwood Hospital, Norwood, MA. May 21, 1996.

"Assessment and Treatment of ADHD in Adults". Atlantic Counseling and Consultation Inc., Dedham, MA. May 10, 1996.

"Preliminary Data on the Driving Behavior of Young Adults with ADHD". Second Annual National ADDA Adult ADD Conference, Pittsburgh, PA. May 3, 1996.

"Adult ADHD": Current Approaches to Diagnosis and Management", Group Health Cooperative of Puget Sound, Seattle, WA. April 12, 1996.

"Identification and Treatment of ADHD in Adolescence". Special Conference on Learning Disabilities in Adolescence, San Juan, Puerto Rico. March 29, 1996.

"Assessment and Coping Strategies for Adults with ADHD". Jewish Social Service Agency of Metropolitan Washington. March 21, 1996.

"ADHD: Fad or Reality?" Grand Rounds presentation, Baystate Medical Center, Springfield, MA, January 11, 1996.

"Assessment and Treatment of ADHD in College Students". University of Massachusetts Boston. November 17, 1995.

"Current Issues in Adult ADHD". Grand Rounds presentation at Norwood

12

Hospital, Norwood, MA.  November 21, 1995.

"The Nature of Adult ADHD: Clinical Assessment and Differential Diagnosis".  Presented at CH.A.D.D. Seventh Annual Conference, Washington, DC.  November 9, 1995.

"Driving Behavior of Adults with ADHD: Preliminary Data".  CH.A.D.D. Seventh Annual Conference, Washington, DC.  November 10, 1995.

"Clinical Assessment and Psychosocial Treatment of Adult ADHD".  Atlantic Counseling Services, Randolph, MA.  May 19, 1995.

"Assessment, Diagnosis, and Cognitive Strategies for College Students with ADHD".  Presented at first annual Learning Disabilities Conference at University of Massachusetts, Lowell, MA.  April 7, 1995.

"Treatment Issues in Adult ADHD".  Continuing education workshop for Primary and Family Care Physicians at Burbank Hospital, Fitchburg, MA.  April 6, 1995.

"Current Issues in Adult ADHD".  Presented at CH.A.D.D. meeting of Pioneer Valley, Springfield, MA. March 21, 1995.

"Identification of ADHD in Adults".  Continuing education workshop for Primary and Family Care Physicians at Burbank Hospital, Fitchburg, MA.  March 9, 1995.
"Adult ADHD: Assessment and Treatment".  Grand Rounds presentation at Marlborough Hospital, Marlboro, MA.  January 18, 1995.

"Clinical Management and Treatment of Adults With ADHD".  Grand Rounds presentation at St. Vincent's Hospital, Worcester, MA.  December 6, 1994.

"Teaching Clinicians How to Help ADHD Adults Cope: Skill Building Techniques and Instilling Hope".  Presented at Cambridge Hospital's ADHD Conference, Boston, MA.  December 3, 1994.

"ADHD In Adults".  Presented at Bedford CH.A.D.D. meeting, Bedford, MA. October 19, 1994.

"Psychosocial Treatment of Adults with ADHD".  Presented at CH.A.D.D. National Convention, New York, NY. October 13, 1994.

"Assessment, Treatment, and Differential Diagnosis of ADHD In Adults".  Presented For Army Psychologists/Psychiatrists, Fort Sam Houston, San Antonio, TX. August 3, 1994.

"Assessment and Treatment of Adult ADHD".  Grand Rounds presentation at Syracuse University, Syracuse, NY. June 8, 1994.

"ADHD in Adolescents and Adults".  Presented at CH.A.D.D. of Windham County Meeting, Storrs, CT. May 3, 1994.

"Adult ADHD: Issues for College Students".  Presented at Clark University, Worcester, MA. April 27, 1994.

"Assessment and Diagnosis of Adult ADHD".  Presented at Menninger Clinic Continuing Education Conference, Topeka, KS. April 22, 1994.

"ADHD in Adults".  Presented at CH.A.D.D. of Greenfield Meeting, Greenfield, MA. April 13, 1994.

13

"Differential Diagnosis of Disruptive Behavioral Disorders in Adolescence". Presented at Law and Psychiatry Program on Court-Ordered Assessments of Adolescents' Clinical Needs, Worcester, MA. March 24, 1994.

"ADHD in Adolescence and Adults".  Presented at CH.A.D.D. of East Aurora Conference, Buffalo, NY. March 18, 1994.

"Social Conversation Skills of ADHD, ADHD/ODD, and Normal Adolescents". Presented at Association for Advancement of Behavior Therapy Annual Convention, Atlanta, GA.  November 21, 1993.

"Assessment and Treatment Issues for ADHD Adults".  Presented at the Center for Children and Youth, Westfield, MA.  November 19, 1993.

"Assessment, Diagnosis, and Treatment of Adult ADHD".  Grand Rounds presentation at Wing Memorial Hospital, Palmer, MA.  November 3, 1993.

"Assessment and Diagnosis of Adult ADHD".  Presented at Canadian Academy of Child Psychiatry Symposium, Banff, Canada. October 4, 1993.

"Overview of Adult ADHD and Treatment Issues".  Presented at CH.A.D.D. of Pioneer Valley Meeting, Springfield, MA.  June 15, 1993.

"Assessment and Treatment of Adult ADHD".  Presented to University Health and Counseling Center Staff of the University of Massachusetts, Amherst, MA.  May 26, 1993.

"Taking Care of the Caregiver" and Chaired a Panel of ADHD Adults.  Presented at AD-IN's annual conference held at Bentley College, Waltham, MA.  May 22, 1993.

"Assessment of Adult ADHD" and "Treatment of Adult ADHD".  Presented at CH.A.D.D. conference held at Brockton High School, Brockton, MA.  May 1, 1993.

"Assessment of Adult ADHD and DSM-IV Criteria: Implications for School Psychologists".  Presented at the National Association of School Psychologists Annual Conference, Washington, DC.  April 16, 1993.

"The Nature and Assessment of Adult ADHD" and "Clinical Management and Treatment Considerations in Adult ADHD".  Keynote presentations at Attention Disorders Conference held at the Institute of Living, Hartford, CT.  April 2, 1993.

"Behavioral Issues, Assessment and Management of ADHD Patients".  Presented at Saint Vincent's Hospital, Worcester, MA.  November, 1992.

"Assessment and Treatment of ADHD Adults".  Presented at CH.A.D.D.'s Fourth Annual Conference on Attention Deficit Disorders, Chicago, IL.  October, 1992.

"Attention Deficit Hyperactivity Disorder in Adults".  Presented at Wayne State University School of Medicine, Detroit, MI.  February, 1992.

"Biological Parents of ADHD Children:  Degree of Attention Deficits Relative to the Biological Parents of Normal Children."  Presented at the American Psychological Association Annual Convention, Boston, MA.  August, 1990.

"The Effects of Employee Assistance Program Intervention on the Job Performance of a Sample of Substance Abusers."  Presented at United Technologies Annual EAP Meeting, Orlando, FL.  October, 1986.

14

"Evaluation Study of Treatment Outcomes and Job Performance Outcomes of a Sample of Substance Abusers."  Presented at United Technologies Annual EAP Meeting, Boston, MA.  November, 1985.

15

I have presented more than 100 invited lectures, grand rounds, seminars, and full day workshops to various professional groups throughout North America. The topics have included assessment and treatment of Attention Deficit Hyperactivity Disorder, academic and workplace accommodations, and the Americans with Disabilities Act.  I have appeared on several local and regional radio shows and appeared on Good Morning America in June of 1994.  I have also appeared in two of Dr. Russell Barkley's educational video tapes on ADHD and a video entitled "Accommodating Invisible Disabilities: An Expert Briefing".  I have assisted the following magazines and newspapers with stories on ADHD: Newsweek, The Wall Street Journal, The New York Times, The Boston Globe, The Worcester Telegram, Men's Health, Reader's Digest, Dr. Phil's Newsletter, and Entrepreneur.