## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:21-cv-02319</u>

JASON WRIGHT,

     Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

     Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Jason Wright, plaintiff in the above named case, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the order denying plaintiff's emergency motion for preliminary injunction entered in this action on October 15, 2021.

Respectfully Submitted,


<u>s/ Eric Maxfield</u>.
Eric Maxfield
Attorney for Plaintiff-Appellant Jason Wright
Eric Maxfield Law, LLC
3223 Arapahoe Ave., Suite 300
Boulder, CO 80303
Phone: (303) 502-7849
eric@ericmaxfieldlaw.com


Date:  October 18, 2021

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Appeal was provided to counsel for Defendant National Board of Medical Examiners on this 18th day of October, 2021 by electronic service through the Court's e-filing system and by email to the following address:

Robert Burgoyne, Esq.
Lindsey Erin Dunn, Esq.
Perkins Coie, LLP

RBurgoyne@perkinscoie.com;
LDunn@perkinscoie.com

*s/ Eric Maxfield* _____