ALLMTN,APPEAL,JD1

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:21–cv–02319–DDD–NYW

| | |
|---|---|
| Wright v. National Board of Medical Examiners | Date Filed: 08/27/2021 |
| Assigned to: Judge Daniel D. Domenico | Jury Demand: None |
| Referred to: Magistrate Judge Nina Y. Wang | Nature of Suit: 446 Civil Rights: |
| Demand: $100,000 | Americans with Disabilities – Other |
| Cause: 42:12181 American With Disabilities Act (ADA) | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Wright** | represented by | **Eric H. Maxfield** |
| | | Eric Maxfield Law, LLC |
| | | 3223 Arapahoe Avenue |
| | | Suite 300 |
| | | Boulder, CO 80303 |
| | | 303–502–7849 |
| | | Email: eric@ericmaxfieldlaw.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **National Board of Medical Examiners** | represented by | **Lindsey Erin Dunn** |
| | | Perkins Coie LLP–Denver |
| | | 1900 16th Street |
| | | Suite 1400 |
| | | Denver, CO 80202–5255 |
| | | 303–291–2346 |
| | | Fax: 303–291–2400 |
| | | Email: LDunn@perkinscoie.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2021 | 1 | COMPLAINT against National Board of Medical Examiners (Filing fee $ 402,Receipt Number ACODC–8043784)Attorney Eric H. Maxfield added to party Jason Wright(pty:pla), filed by Jason Wright. (Attachments: # 1 Civil Cover Sheet)(Maxfield, Eric) (Entered: 08/27/2021) |
| 08/27/2021 | 2 | Case assigned to Judge Daniel D. Domenico and drawn to Magistrate Judge Nina Y. Wang. Text Only Entry. (jsalz, ) (Entered: 08/27/2021) |
| 08/27/2021 | 3 | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). NO SUMMONS ISSUED. (jsalz, ) (Entered: 08/27/2021) |
| 09/02/2021 | 4 | WAIVER OF SERVICE Returned Executed by Jason Wright. National Board of Medical Examiners waiver sent on 8/27/2021, answer due 10/26/2021. (Maxfield, Eric) (Entered: 09/02/2021) |
| 09/03/2021 | 5 | NOTICE of Errata by Plaintiff Jason Wright (Maxfield, Eric) (Entered: 09/03/2021) |
| 09/08/2021 | 6 | NOTICE of Entry of Appearance by Lindsey Erin Dunn on behalf of National Board of Medical ExaminersAttorney Lindsey Erin Dunn added to party National Board of Medical Examiners(pty:dft) (Dunn, Lindsey) (Entered: 09/08/2021) |
| 09/08/2021 | 7 | CORPORATE DISCLOSURE STATEMENT. (Dunn, Lindsey) (Entered: 09/08/2021) |
| 09/15/2021 | 8 | Emergency MOTION for Preliminary Injunction by Plaintiff Jason Wright. (Attachments: # 1 Memorandum in Support of MPI, # 2 Plaintiff's Declaration, # 3 Exhibit index, # 4 Exhibits 1–24, # 5 Proposed Order (PDF Only))(Maxfield, Eric) (Entered: 09/15/2021) |

| 09/16/2021 | 9 | Exhibits in Support *Emergency MPI* by Plaintiff Jason Wright. (Attachments: # 1 Ex 25–28 for Emergency MPI)(Maxfield, Eric) (Entered: 09/16/2021) |
|---|---|---|
| 09/16/2021 | 10 | ORDER re: 8 Plaintiff's Emergency Motion for Preliminary Injunction. Defendant must respond to the motion on or before 9/24/2021, and Plaintiff may file a reply on or before 9/30/2021. The parties must submit all pertinent exhibits and direct witness testimony (by affidavit or declaration) as attachments to their briefs. After reviewing Defendant's response and Plaintiff's reply, if any, the Court will determine whether to (a) set a preliminary injunction hearing, (b) request supplemental briefing from the parties on specific legal or factual questions, or (c) decide the motion on the papers submitted. Live testimony at the preliminary injunction hearing, if one is held, will be limited to cross–examination and redirect examination. SO ORDERED by Judge Daniel D. Domenico on 9/16/2021. Text Only Entry (dddlc4, ) (Entered: 09/16/2021) |
| 09/24/2021 | 11 | RESPONSE to 8 Emergency MOTION for Preliminary Injunction filed by Defendant National Board of Medical Examiners. (Attachments: # 1 McGeehan Declaration, # 2 Exhibit 1 (McGeehan Decl) – 2018 Request for Accomm., # 3 Exhibit 2 (McGeehan Decl) – 2018 Personal Statement, # 4 Exhibit 3 (McGeehan Decl) – 2017 Lucero Eval. Report, # 5 Exhibit 4 (McGeehan Decl) – Aug 2013 Performance Eval., # 6 Exhibit 5 (McGeehan Decl) – Certain USMLE Score Reports, # 7 Exhibit 6 (McGeehan Decl) – GRE Score Report, # 8 Exhibit 7 (McGeehan Decl) – MCAT Score Report, # 9 Exhibit 8 (McGeehan Decl) – SAT and ACT Score Report, # 10 Exhibit 9 (McGeehan Decl) – Sparks Expert Recommendation, # 11 Exhibit 10 (McGeehan Decl) – July 2019 NBME Letter to JWright, # 12 Exhibit 11 (McGeehan Decl) – Nov 2019 JWright Email to NBME, # 13 Exhibit 12 (McGeehan Decl) – Jan 2020 HWright Letter to NBME, # 14 Exhibit 13 (McGeehan Decl) – 2021 Request for Accomm, # 15 Exhibit 14 (McGeehan Decl) – 2021 Attorney Support Letter, # 16 Exhibit 15 (McGeehan Decl) – 2021 Personal Statement, # 17 Exhibit 16 (McGeehan Decl) – 2021 Lucero Report, # 18 Exhibit 17 (McGeehan Decl) – 2019 DU Eligibility Notification, # 19 Exhibit 18 (McGeehan Decl) – SAT and ACT Score Reports, # 20 Exhibit 19 (McGeehan Decl) – Certain USMLE Score Reports, # 21 Exhibit 20 (McGeehan Decl) – Ross U Transcript, # 22 Exhibit 21 (McGeehan Decl) – CU Transcript, # 23 Exhibit 22 (McGeehan Decl) – DU Transcript, # 24 Exhibit 23 (McGeehan Decl) – Article, # 25 Exhibit 24 (McGeehan Decl) – Brassard Expert Recommendation, # 26 Exhibit 25 (McGeehan Decl) – Murphy Expert Recommendation, # 27 Exhibit 26 (McGeehan Decl) – June 2021 NBME Letter to JWright, # 28 Brassard Declaration, # 29 Exhibit 1 (Brassard Decl) – April 2021 Letter, # 30 Exhibit 2 (Brassard Decl) – CV, # 31 Murphy Declaration, # 32 Exhibit 1 (Murphy Decl) – April 2021 Letter, # 33 Exhibit 2 (Murphy Decl) – CV)(Dunn, Lindsey) (Entered: 09/24/2021) |
| 09/30/2021 | 12 | REPLY to Response to 8 Emergency MOTION for Preliminary Injunction filed by Plaintiff Jason Wright. (Maxfield, Eric) (Entered: 09/30/2021) |
| 10/10/2021 | 13 | ORDER REFERRING CASE to Magistrate Judge Nina Y. Wang. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of Local Civ. R. 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non–dispositive motions, (4) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions, and (5) pursuant to Local Civ. R. 16.6 and at the discretion of the Magistrate Judge, convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. SO ORDERED by Judge Daniel D. Domenico on 10/10/2021. Text Only Entry (dddlc4) (Entered: 10/10/2021) |
| 10/13/2021 | 14 | ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE by Magistrate Judge Nina Y. Wang on 10/13/2021. Proposed Scheduling Order due 12/9/2021. Scheduling Conference set for 12/16/2021 09:30 AM before Magistrate Judge Nina Y. Wang, via telephone conference. All participants shall use the following dial–in information: 888–363–4749, Access Code: 5738976#. (alave, ) (Entered: 10/14/2021) |

| 10/15/2021 | 15 | ORDER Denying 8 Emergency Motion for Preliminary Injunction. By Judge Daniel D. Domenico on 10/15/2021. (athom, ) (Entered: 10/15/2021) |
|---|---|---|
| 10/18/2021 | 16 | NOTICE OF APPEAL as to 15 Order on Emergency Motion for Preliminary Injunction by Plaintiff Jason Wright (Filing fee $ 505, Receipt Number ACODC–8129174) (Maxfield, Eric) Modified on 10/18/2021 to create linkage and text (athom, ). (Entered: 10/18/2021) |