**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

---

**NBME'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

Defendant National Board of Medical Examiners ("NBME") moves for a two-week extension of time in which to respond to the complaint filed against it by Plaintiff. In support, NBME states as follows:

1. This lawsuit was filed on August 27, 2021. [ECF No. 1.]

2. Waiver of the Service of Summons was filed on September 2, 2021. [ECF No. 4.]

3. Defendant filed an emergency Motion for Preliminary Injunction on September 15, 2021. [ECF No. 8.]

4. The Court entered an Order on October 15, 2021, denying the Motion for Preliminary Injunction. [ECF No. 15.]

5. On October 18, 2021, Plaintiff filed a notice of appeal and sought an emergency preliminary injunction pending the appeal.

-2-

6. On October 20, 2021, the Tenth Circuit Court of Appeals denied Plaintiff's motion for preliminary injunction pending the appeal.

7. NBME's response to Plaintiff's complaint is currently due on October 26, 2021.

8. NBME seeks additional time to respond to the complaint in light of the time devoted to responding to Plaintiff's motions for a preliminary injunction, in this Court and on appeal.

9. This extension will not conflict with any deadlines set by the Court. The case is in its earliest stages, and this is NBME's first request for an extension in this action.

10. NBME makes this request for an extension without waiving any defense, privilege, right, or claim.

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will contemporaneously serve a copy of this motion on NBME.

Wherefore, NBME respectfully requests that the Court enter an order granting it a two-week extension, to and including November 9, 2021, in which to file its answer or other response to the complaint in this action.

DATED: October 22, 2021    Respectfully submitted,

**PERKINS COIE LLP**

By: s/ *Lindsey E. Dunn*
  Lindsey Dunn
  Robert A. Burgoyne - *to seek admission*

Attorneys for National Board of Medical Examiners

## CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that counsel for Defendant conferred in good faith with counsel for Plaintiff regarding this motion. Counsel for Plaintiff stated that he does not oppose the relief requested in this motion.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- Eric H. Maxfield
  eric@ericmaxfieldlaw.com,Eric@ericmaxfieldlaw.com
  emaxfieldlaw@yahoo.com

        s/ *Lindsey E. Dunn*
         Lindsey E. Dunn
         LDunn@perkinscoie.com
         Perkins Coie LLP
         1900 Sixteenth Street, Suite 1400
         Denver, CO 80202-5255
         Telephone: 303.291.2300
         Facsimile: 303.291.2400

**Attorneys for National Board of Medical Examiners**