**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

---

### NBME'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant National Board of Medical Examiners ("NBME") respectfully moves for a two-week extension of time in which to respond to the complaint filed against it by Plaintiff. In support, NBME states as follows:

1. This lawsuit was filed on August 27, 2021. [ECF No. 1.]

2. Waiver of the Service of Summons was filed on September 2, 2021. [ECF No. 4.]

3. Defendant filed an emergency Motion for Preliminary Injunction on September 15, 2021. [ECF No. 8.]

4. The Court entered an Order on October 15, 2021, denying the Motion for Preliminary Injunction. [ECF No. 15.]

5. On October 18, 2021, Plaintiff filed a notice of appeal and sought an emergency preliminary injunction pending the appeal.

6.  On October 20, 2021, the Tenth Circuit Court of Appeals denied Plaintiff's motion for preliminary injunction pending a ruling on the merits of Plaintiff's appeal.

7.  NBME submitted an unopposed motion for extension of time for an additional two weeks to respond to Plaintiff's complaint. [ECF No. 20.]

8.  Magistrate Judge Wang construed the motion as the Parties' one self-effectuating stipulation under Local Rule 6.1(a). [ECF No. 22.]

9.  NBME's response to Plaintiff's complaint is currently due on November 9, 2021. [ECF No. 22.]

10. NBME seeks additional time to respond to the complaint, in part to complete the meet-and-confer process regarding NBME's anticipated response to the Complaint and in part because of the time devoted to responding to Plaintiff's motions for a preliminary injunction, in this Court and on appeal.

11. This extension will not conflict with any deadlines set by the Court. The case is in its earliest stages, and at this point Plaintiff's interlocutory appeal remains pending. This is NBME's second request for an extension.

12. NBME makes this request for an extension without waiving any defense, privilege, right, or claim.

13. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will contemporaneously serve a copy of this motion on NBME.

Wherefore, NBME requests that the Court grant it a two-week extension, to and including November 23, 2021, in which to answer or otherwise respond to the complaint in this action.

DATED: November 5, 2021

Respectfully submitted,

**PERKINS COIE LLP**

By: s/ *Lindsey E. Dunn*
    Lindsey E. Dunn
    LDunn@perkinscoie.com
    Perkins Coie LLP
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

Attorneys for NBME

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that counsel for Defendant conferred in good faith with counsel for Plaintiff regarding this motion. Counsel for Plaintiff stated that he does not oppose the relief requested in this motion.

### CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Eric H. Maxfield
    eric@ericmaxfieldlaw.com,
    emaxfieldlaw@yahoo.com

    s/ *Lindsey E. Dunn*
    Lindsey E. Dunn
    LDunn@perkinscoie.com
    Perkins Coie LLP
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

    Attorneys for NBME