FILED
United States Court of Appeals
Tenth Circuit

November 19, 2021

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

JASON WRIGHT,

    Plaintiff - Appellant,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant - Appellee.

No. 21-1360
(D.C. No. 1:21-CV-02319-DDD-NYW)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on Appellant's *Motion to Voluntarily Dismiss*.

Upon consideration, the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk