# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02319

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

## NOTICE OF FILING FIRST AMENDED COMPLAINT

Plaintiff Jason Wright, by and through his counsel, Eric Maxfield, submits this Notice of Filing of First Amended Complaint pursuant to D.C.Colo.L.Civ. 15.1(a) and F.R.C.P. 15(a)(1)(B) and (2). Defendant filed a F.R.C.P. 12 motion to dismiss on November 23, 2021 and consented in writing to the amended complaint.

Respectfully Submitted,

*/s/ Eric Maxfield*  .
Eric Maxfield
Eric Maxfield Law, LLC
3223 Arapahoe Ave., Suite 300
Boulder, CO 80303
Phone: (303) 502-7849
eric@ericmaxfieldlaw.com

Date:  December 14, 2021

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Filing First Amended Complaint was provided to counsel for Defendant National Board of Medical Examiners on this 14th day of December, 2021 by the Court's e-filing system to:

Robert Burgoyne, Esq.
Lindsey Dunn, Esq.
Perkins Coie, LLP