IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 21-cv-02319-DDD-NYW | Date: | December 16, 2021 |
| Courtroom Deputy: | | FTR: | NYW-FTR* |

| *Parties* | *Counsel* |
|---|---|
| JASON WRIGHT, | *Eric Maxfield* |
| **Plaintiff,** | |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | *Lindsey Dunn* |
| **Defendants.** | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC SCHEDULING CONFERENCE**

Court in Session:  9:39 a.m.

Appearances of counsel.

Court discusses Motion to Dismiss [Doc. 30] in light of the filing of the Amended Complaint.

**ORDERED:  Based on the Parties agreement that, in light of the Amended Complaint [32], the Motion to Dismiss [Doc. 30] is DEEMED WITHDRAWN AS MOOT.**

Defendant seeks an extension of time to respond to the Amended Complaint, court advises counsel to file a motion requesting extension of time.

Initial Disclosures, and the documents identified in the Initial Disclosures shall be produced on or before January 21, 2022.

Each side is allowed:
Ten (10) depositions; excluding experts, no deposition may exceed one day of seven hours.

Each side is allowed:

Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents; and
Twenty-five (25) requests for admissions, excluding those used for authentication of documents.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to the discovery deadline.

The court generally follows the advisory committee notes regarding 30(b)(6) depositions, which allows one day of seven hours regardless of the number of designees.  Parties should meet and confer regarding how the 30(b)(6) deposition(s) shall count against the discovery limits, the scope of topics, and length.

Deadline for joinder of parties and amendment of pleadings: December 20, 2021.

Fact Discovery deadline: September 15, 2022.

Rule 702 motions due: November 15, 2022.

Dispositive motion deadline: November 15, 2022.

Each side may designate two (2) expert witnesses.
All parties shall designate affirmative experts on or before: August 15, 2022.
All parties shall designate rebuttal experts on or before: September 15, 2022.

Expert Discovery deadline: November 15, 2022.

Parties should follow the practice standards of the presiding judge in all filings for this case.

Parties anticipate a 3-5-day bench trial.

**TRIAL** Generally, the Honorable Daniel D. Domenico will set Trial, Trial Preparation Conference, and Final Pretrial Conference dates by minute order after the dispositive motions deadline has passed and the court has issued ruling on all such motions.

 Parties are advised of the informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is determinable without briefing, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

Parties advised regarding COVID-19 pandemic procedures. Parties should adjust their practice to accommodate for limited travel, alternative methods for depositions, and appearing remotely if necessary. If parties seek an extension based on the pandemic, they will need to articulate good cause and set forth an updated discovery plan. Parties that have health concerns with appearing in person before this magistrate judge, may file a motion requesting to appear by remote means at least seven days prior to any hearing. Parties should be aware of the Court's COVID-19 guidance and public announcements located on our website at:
http://www.cod.uscourts.gov/CourtOperations/COVID-19Guidance.aspx

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess: 9:55 a.m.        Hearing concluded.        Total time in Court:  00:16

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.