# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02319

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

## STIPULATED EXTENSION OF TIME OF 21 DAYS FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

    Plaintiff Jason Wright, by and through his counsel, Eric Maxfield, and Lindsey Dunn of Perkins Coie, LLP, submit this Stipulated Extension of 21 days for Plaintiff's Response to Defendant's Motion to Dismiss. Defendant filed a F.R.C.P. 12 motion to dismiss on December 22, 2021. A Response is therefore due by January 12, 2022. Per D.C.Colo.L.Civ.R. 6.1,

> **"**The parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading … . The stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure and shall be effective on filing, unless otherwise ordered."

    Respondent's counsel lives in Louisville and due to the Marshall Fire lost a number of days of work being barred from his neighborhood and being without electricity, water, or heat.

    The parties therefore stipulate that Plaintiff shall have until February 2, 2022 to file his Response to Defendant's Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| *s/      Eric Maxfield*          | *s/      Lindsey Dunn*          |
| Eric Maxfield | Lindsey Dunn |
| ERIC MAXFIELD LAW, LLC | PERKINS COIE LLP |
| 3223 Arapahoe Ave., Suite 300 | 1900 Sixteenth Street, Suite 1400 |
| Boulder, CO  80303 | Denver, CO 80202-5255 |
| Tel.: 303-502-7849 | Tel:  303-291-2300 |
| Email: Eric@ericmaxfieldlaw.com | Email:  LDunn@perkinscoie.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

   Date:  January 11, 2022

## CERTIFICATE OF SERVICE

I certify that a true copy of this STIPULATED EXTENSION OF TIME OF 21 DAYS FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS was provided to counsel for Defendant National Board of Medical Examiners on this 11th day of January, 2022 by the Court's e-filing system to:

Robert Burgoyne, Esq.
Lindsey Dunn, Esq.
Perkins Coie, LLP