IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

        Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

        Defendant.

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES PENDING DECISION ON DEFENDANT'S MOTION TO DISMISS**

Defendant National Board of Medical Examiners ("NBME") and Plaintiff Jason Wright ("Plaintiff") respectfully request a three-month extension of the remaining pre-trial deadlines in the Scheduling Order (ECF No. 35), pending the Court's decision on NBME's Motion to Dismiss.

In support, the parties state as follows:

1. This lawsuit was filed on August 27, 2021. [ECF No. 1.]

2. Waiver of the Service of Summons was filed on September 2, 2021. [ECF No. 4.]

3. Plaintiff filed an emergency Motion for Preliminary Injunction on September 15, 2021. [ECF No. 8.]

4. The Court entered an Order on October 15, 2021, denying the Motion for Preliminary Injunction. [ECF No. 15.]

5. On October 18, 2021, Plaintiff filed a notice of appeal and sought an emergency preliminary injunction pending the appeal. (Case No. 21-1360.)

6. On October 20, 2021, the Tenth Circuit Court of Appeals denied Plaintiff's motion for preliminary injunction pending a ruling on the merits of Plaintiff's appeal.

7. Plaintiff voluntarily dismissed the appeal on November 8, 2021.

8. On November 23, 2021, NBME filed a motion to dismiss the Complaint. [ECF No. 30.]

9. Plaintiff filed an amended complaint on December 14, 2021. [ECF No. 32.]

10. Following a scheduling conference, the Court issued a Scheduling Order on December 16, 2021. [ECF No. 35].

11. NBME filed a motion to dismiss the amended complaint on December 22, 2021. [ECF No. 36.]

12. In compliance with the scheduling order, the parties exchanged initial disclosures and documents identified by the initial disclosures on January 21, 2022.

13. The remaining deadlines in the current Scheduling order are:

　　a. Fact Discovery: September 15, 2022

　　b. Expert Discovery: November 15, 2022

　　c. Dispositive Motions: November 15, 2022

　　d. Expert Witness Disclosures: August 15, 2022

　　e. Rebuttal Expert Witness Disclosures: September 15, 2022

　　f. 702 Motions: November 15, 2022

[ECF No. 35.]

14. The pending Motion to Dismiss (ECF No. 36) is potentially dispositive of all claims in the case.

-2-

-3-

15. To conserve resources of the parties and the Court, and to allow time for a ruling on the pending motion to dismiss, the parties respectfully request a three-month extension of the pre-trial deadlines listed in paragraph 13, including the deadlines for discovery.

16. There have been no prior requests for extension of the discovery or other pretrial deadlines.

17. If the motion is granted, the new deadlines would be:

    a. Fact Discovery: December 15, 2022

    b. Expert Discovery: February 15, 2023

    c. Dispositive Motions: February 15, 2023

    d. Expert Witness Disclosures: November 15, 2022

    e. Rebuttal Expert Witness Disclosures: December 15, 2022

    f. 702 Motions: February 15, 2023

Wherefore, the parties respectfully request that the Court extend the pre-trial deadlines in the Scheduling Order by three months.

-4-

DATED: June 6, 2022                              Respectfully submitted,

                                                 **PERKINS COIE LLP**

By: s/ *Eric Maxfield*                           By: s/ *Lindsey E. Dunn*
 Eric Maxfield                                    Lindsey E. Dunn
 Eric@ericmaxfieldlaw.com                         LDunn@perkinscoie.com
 Eric Maxfield Law, LLC                           Perkins Coie LLP
 3223 Arapahoe Ave., Suite 300                    1900 Sixteenth Street, Suite 1400
 Boulder, CO 80303                                Denver, CO 80202-5255
 Telephone: 303.502.7849                          Telephone: 303.291.2300
                                                  Facsimile: 303.291.2400

Attorney for Plaintiff Jason Wright              Attorneys for Defendant NBME

## CERTIFICATE OF COMPLIANCE

Counsel for the parties hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

Counsel for the parties further certify pursuant to Local Rule 6.1 that a copy of this motion will be served contemporaneously on their respective clients.

128946.0020\157061494

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Eric H. Maxfield
      eric@ericmaxfieldlaw.com

      s/ *Lindsey E. Dunn*
      Lindsey E. Dunn
      LDunn@perkinscoie.com
      Perkins Coie LLP
      1900 Sixteenth Street, Suite 1400
      Denver, CO 80202-5255
      Telephone: 303.291.2300
      Facsimile: 303.291.2400

      Attorneys for NBME