**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

      Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

      Defendant.

---

## [PROPOSED] ORDER

---

This matter is before the Court on the parties' joint motion for a three-month extension of the remaining pre-trial deadlines in the Scheduling Order (ECF No. 35), pending the Court's decision on NBME's Motion to Dismiss.

For good cause shown, the motion is hereby GRANTED.  The Scheduling Order is revised with the following deadlines:

    a.  Fact Discovery: December 15, 2022

    b.  Expert Discovery: February 15, 2023

    c.  Dispositive Motions: February 15, 2023

    d.  Expert Witness Disclosures: November 15, 2022

    e.  Rebuttal Expert Witness Disclosures: December 15, 2022

    f.  702 Motions: February 15, 2023

-2-

It is SO ORDERED.

Dated:  June ___, 2022

_____
The Honorable Nina Y. Wang
United States Magistrate Judge

128946.0020\157098435