**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

      Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

      Defendant.

**STIPULATION TO EXTEND TIME TO RESPOND
TO SECOND AMENDED COMPLAINT**

Pursuant to D.C.Colo.LCivR 6.1, Defendant National Board of Medical Examiners ("NBME") and Plaintiff Jason Wright ("Plaintiff") hereby stipulate to a 21-day extension of time for NBME to respond to Plaintiff's Second Amended Complaint (Dkt. 51).

Plaintiff filed his Second Amended Complaint on December 19, 2022. Under Fed. R. Civ. P. 15(a)(3), NBME's response to the Second Amended Complaint would be due on January 3, 2023 (January 2, 2023, is a Court holiday). Pursuant to this Stipulation, NBME's deadline to respond to the Second Amended Complaint is extended to January 24, 2023.

## CERTIFICATE OF COMPLIANCE

Counsel for the parties hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

Counsel for the parties further certify pursuant to Local Rule 6.1(c) that a copy of this motion will be served contemporaneously on their respective clients.

| | |
|---|---|
| DATED: December 20, 2022 | Respectfully submitted, |
| | **PERKINS COIE LLP** |
| By: s/ *Eric Maxfield*<br>Eric Maxfield<br>Eric@ericmaxfieldlaw.com<br>Eric Maxfield Law, LLC<br>3223 Arapahoe Ave., Suite 300<br>Boulder, CO 80303<br>Telephone: 303.502.7849 | By: s/ *Lindsey E. Dunn*<br>Lindsey E. Dunn<br>LDunn@perkinscoie.com<br>Perkins Coie LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, CO 80202-5255<br>Telephone: 303.291.2300<br>Facsimile: 303.291.2400 |
| Attorney for Plaintiff Jason Wright | Attorneys for Defendant NBME |

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Eric H. Maxfield
    eric@ericmaxfieldlaw.com

    s/ *Lindsey E. Dunn*
    Lindsey E. Dunn
    LDunn@perkinscoie.com
    Perkins Coie LLP
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

    Attorneys for NBME

128946.0020\159712491