**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

**STIPULATION TO EXTEND TIME TO RESPOND**
**TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to D.C.Colo.LCivR 6.1, Plaintiff Jason Wright ("Plaintiff") and Defendant National Board of Medical Examiners ("NBME") hereby stipulate to a 14-day extension of time for Mr. Wright to respond to Defendant's Motion to Dismiss Second Amended Complaint.

Defendant filed its Motion to Dismiss Second Amended Complaint on January 24, 2023. Under D.C.COLO.LCivR 7.1, Mr. Wright's response to the Motion to Dismiss Second Amended Complaint would be due on February 14, 2023. Pursuant to this Stipulation, Mr. Wright's deadline to respond to the Motion to Dismiss Second Amended Complaint is extended to February 28, 2023.

-2-

## CERTIFICATE OF COMPLIANCE

Counsel for the parties hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

Counsel for the parties further certify pursuant to Local Rule 6.1(c) that a copy of this motion will be served contemporaneously on their respective clients.

DATED: February 9, 2023

Respectfully submitted,

**PERKINS COIE LLP**

By: s/ *Eric Maxfield*
Eric Maxfield
Eric@ericmaxfieldlaw.com
Eric Maxfield Law, LLC
3223 Arapahoe Ave., Suite 300
Boulder, CO 80303
Telephone: 303.502.7849

By: s/ *Lindsey E. Dunn*
Lindsey E. Dunn
LDunn@perkinscoie.com
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

Attorney for Plaintiff Jason Wright

Attorneys for Defendant NBME

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

>Lindsey E. Dunn
>LDunn@perkinscoie.com

>>*s/ Eric Maxfield*
>>Eric H. Maxfield

>>Attorney for Jason Wright