**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to D.C.Colo.LCivR 6.1(b), Plaintiff Jason Wright ("Plaintiff") moves the Court for a 14-day extension of time for Mr. Wright to respond to Defendant's Motion to Dismiss Second Amended Complaint. Defendant National Board of Medical Examiners ("NBME") does not oppose the motion or relief.

Defendant filed its Motion to Dismiss Second Amended Complaint on January 24, 2023. Under D.C.COLO.LCivR 7.1, and Mr. Wright's response to the Motion to Dismiss Second Amended Complaint would be due on February 14, 2023. Pursuant to the relief sought in this motion, Mr. Wright's deadline to respond to the Motion to Dismiss Second Amended Complaint would be extended to February 28, 2023.

-2-

Per D.C.Colo.LCivR 6.1(b),

"A motion for extension of time or continuance shall state the reason for an extension or continuance, the length of the requested extension or continuance, and the total number of extensions or continuances granted previously."

a. The reason for the extension is personal and professional. Counsel for the Plaintiff has unexpected pressing obligations in caring for a disabled family member's financial and medical circumstances, and has unexpected demands from representation in two state court proceedings.

b. The request is for two additional weeks, to February 28, 2023.

c. No prior extensions of continuances have been granted previously on this response.

**CERTIFICATE OF COMPLIANCE**

Counsel certifies that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

Counsel further certifies pursuant to Local Rule 6.1(c) that a copy of this motion will be served contemporaneously on his client.

DATED: February 10, 2023                     Respectfully submitted,


By: s/ *Eric Maxfield*
Eric Maxfield
Eric@ericmaxfieldlaw.com
Eric Maxfield Law, LLC
3223 Arapahoe Ave., Suite 300
Boulder, CO 80303
Telephone: 303.502.7849


Attorney for Plaintiff Jason Wright

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

>Lindsey E. Dunn
>LDunn@perkinscoie.com

>*s/ Eric Maxfield*
>Eric H. Maxfield

>Attorney for Jason Wright