**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

      Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

      Defendant.

## (PROPOSED) ORDER ON UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to D.C.Colo.LCivR 6.1(b), on 2/10/23 Plaintiff Jason Wright ("Plaintiff") moved the Court for a 14-day extension of time for Mr. Wright to respond to Defendant's Motion to Dismiss Second Amended Complaint. Defendant National Board of Medical Examiners ("NBME") does not oppose the motion or relief.

Defendant filed its Motion to Dismiss Second Amended Complaint on January 24, 2023. Under D.C.COLO.LCivR 7.1, and Mr. Wright's response to the Motion to Dismiss Second Amended Complaint would be due on February 14, 2023. Pursuant to the relief sought in this motion, Mr. Wright's deadline to respond to the Motion to Dismiss Second Amended Complaint would be extended to February 28, 2023.

Per D.C.Colo.LCivR 6.1(b),

"A motion for extension of time or continuance shall state the reason for an extension or continuance, the length of the requested extension or continuance, and the total number of extensions or continuances granted previously."

a. The reason for the extension is personal and professional. Counsel for the Plaintiff has unexpected pressing obligations in caring for a disabled family member's financial and medical circumstances, and has unexpected demands from representation in two state court proceedings.

b. The request is for two additional weeks, to February 28, 2023.

c. No prior extensions of continuances have been granted previously on this response.

Plaintiff has complied with the requirements of D.C.Colo.LCivR 6.1(b) and the Motion is Granted.

Ordered this _____ day of February, 2023.

                                              Magistrate