IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02319-DDD-KLM

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Extension of Time to Respond to Motion to Dismiss Second Amended Complaint** [#56] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**.   Plaintiff has up to and including **February 28, 2023**, to file a Response to Defendant's Motion to Dismiss.

    Dated:   February 13, 2023