IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02319-DDD-NYW

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

    Defendant National Board of Medical Examiners ("NBME") respectfully requests a ten-day extension of time to file its reply brief in support of NBME's motion to dismiss.

    In support, NBME states as follows:

    1.    This lawsuit was filed on August 27, 2021. [ECF No. 1.]

    2.    Plaintiff filed a First Amended Complaint on December 14, 2021. [ECF No. 32.]

    3.    NBME filed a motion to dismiss the amended complaint on December 22, 2021. [ECF No. 36.]

    4.    By Order dated November 29, 2022, the Court granted in part and denied in part NBME's motion to dismiss and dismissed Plaintiff's First Amended Complaint without prejudice to filing a second amended complaint on or before December 19, 2022.

    5.    Plaintiff filed a Second Amended Complaint on December 19, 2022.

-2-

6. NBME filed a motion to dismiss the Second Amended Complaint on January 24, 2023. [ECF No. 53.]

7. Plaintiff's response to NBME's motion to dismiss is due by February 28, 2023. [ECF No. 58.]

8. Absent an extension, NBME's reply to Plaintiff's response would be due March 14, 2023. Given deadlines in other matters and travel conflicts, NBME respectfully requests a 10-day extension of time, to and including March 24, 2023, to file its reply brief.

9. Counsel for NBME conferred with counsel for Plaintiff with regard to this request, and counsel for Plaintiff does not oppose the request.

10. Pursuant to D.C.COLO.L.CivR 6.1(c), undersigned counsel will contemporaneously serve a copy of this motion on NBME.

Wherefore, NBME respectfully requests that the Court grant its request for a ten-day extension of time, to and including March 24, 2023, to file its reply to Plaintiff's opposition to NBME's motion to dismiss.

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCIVR 7.1(A)**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that counsel for Defendant conferred in good faith with counsel for Plaintiff regarding this motion. Counsel for Plaintiff consented to the relief requested in this motion.

**CERTIFICATE OF COMPLIANCE**

Counsel for NBME hereby certifies that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

-3-

DATED: February 27, 2023          Respectfully submitted,

**PERKINS COIE LLP**

By: s/ *Lindsey E. Dunn*
    Lindsey E. Dunn
    LDunn@perkinscoie.com
    Perkins Coie LLP
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

Attorneys for Defendant NBME

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Eric H. Maxfield
    eric@ericmaxfieldlaw.com

    s/ *Lindsey E. Dunn*
    Lindsey E. Dunn
    LDunn@perkinscoie.com
    Perkins Coie LLP
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

    Attorneys for NBME