IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02319-DDD-KLM

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Consent Motion for Extension of Time to Respond to File Reply Brief in Support of Motion to Dismiss** [#59] (the "Motion"). The Motion [#59] seeks an extension of time to file a Reply Brief.

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**.   Defendant has up to and including **March 24, 2023** to file its Reply.

    Dated:   March 1, 2023