IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 21-cv-02319-GPG-KLM

JASON WRIGHT,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order [D. 65] entered by United States District Judge Gordon P. Gallagher on August 2, 2023, it is hereby

**ORDERED** that the motions to dismiss the second amended complaint [D. 53] is

    granted, it is

**FURTHER ORDERED** that the Plaintiff's claims are dismissed without prejudice.

This case will be closed.

Dated August 4, 2023, at Grand Junction, Colorado.

                                            FOR THE COURT:
                                            Jeffrey P. Colwell, Clerk

                                            By:      <u>s/Donald Clement</u>
                                                             Donald Clement
                                                              Deputy Clerk